# 23-

*In the*

# United States Court of Appeals

*for the*

# Second Circuit

▸▸ ◂◂

FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), ET AL.,

*Plaintiffs-Respondents,*

— v. —

CITCO GLOBAL CUSTODY NV, ET AL.

*Defendants-Petitioners.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (BRODERICK, J.)
CASE NO. 21-CV- 3302

IN RE FAIRFIELD SENTRY LIMITED, ET AL., CASE NO. 19-CV-3911
(ADMINISTRATIVELY CONSOLIDATED)

## DEFENDANTS' PETITION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ANDREW G. GORDON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
T: 212-373-3543
F: 212-492-0543

*ATTORNEYS FOR CITCO GLOBAL CUSTODY N.V., CITCO GLOBAL CUSTODY (N.A.) N.V., CGC NA, CITCO BANKING CORPORATION N.V., CITCO BANK NEDERLAND N.V., CITCO BANK NEDERLAND N.V. DUBLIN BRANCH, AND CITCO GROUP LIMITED*

# **TABLE OF CONTENTS**

**Page**

TABLE OF AUTHORITIES .............................................................. i

CERTIFIED QUESTION .................................................. 1

JURISDICTION.................................................................. 1

PRELIMINARY STATEMENT ...................................... 1

BACKGROUND ............................................................ 5

ARGUMENT ................................................................ 8

I.    The Appeal Raises A Controlling Question Of Law That Would Materially Advance The Litigation. ......................................... 8

II.    There Are Substantial Grounds For Difference Of Opinion. .................................................... 9

    A.    This Appeal Raises An Issue Of First Impression. .................... 10

    B.    The Decisions Below Disrupt Longstanding Principles Of Sovereignty And Conflict With The Plain Text Of The Code. ............................................. 12

III.    Interlocutory Review Would Promote Efficiency And Avoid Piecemeal Litigation. .................................................. 18

IV.    The Issue Raised By This Appeal Concerning The Scope Of The Safe Harbor Is Critical To The Integrity Of The International Securities Markets. ............................................. 20

CONCLUSION ............................................................ 1

# TABLE OF AUTHORITIES

**Page(s)**

## Rules and Statutes

11 U.S.C. § 546(e) ........................................................................*passim*

11 U.S.C. § 561(d) ........................................................................*passim*

11 U.S.C. § 1506 ........................................................................15

11 U.S.C. § 1507 ........................................................................15

28 U.S.C. § 158 ........................................................................1

28 U.S.C. § 1292(b) ........................................................................1, 8, 20, 24

28 U.S.C. § 1334 ........................................................................1

Fed. R. App. P. 5(a) ........................................................................1

Fed. R. Civ. P. 12(b)(6) ........................................................................21

Fed. R. Civ. P. 54(b) ........................................................................2, 7

BVI Insolvency Act ........................................................................2

## Cases

*Altria Group, Inc. v. Good*,
  555 U.S. 70 (2008) ........................................................................14

*Am. Motorists Ins. Co. v. United Furnace Co.*,
  876 F.2d 293 (2d Cir. 1989) ........................................................................20

*AP Servs. LLP v. Silva*,
  483 B.R. 63 (S.D.N.Y. 2012) ........................................................................11

*Armstrong v. Exceptional Child Ctr., Inc.*,
  575 U.S. 320 (2015) ........................................................................17

*In re Atlas Shipping A/S*,
  404 B.R. 726 (Bankr. S.D.N.Y. 2009) ........................................................................15

i

**Page**

*Bank of Augusta v. Earle*,
  38 U.S. 519 (1839) .................................................................. 14

*California v. ARC Am. Corp.*,
  490 U.S. 93 (1989) ................................................................... 18

*Contemp. Indus. Corp. v. Frost*,
  564 F.3d 981 (8th Cir. 2009), *abrogated on other grounds by Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018) ....................... 11

*In re Enron Corp.*,
  No. 01-16034, 2006 WL 2548592 (S.D.N.Y. Sept. 5, 2006) ........................... 10

*Enron Creditors Recovery Corp. v. Alfa S.A.B. de C.V.*,
  651 F.3d 329 (2d Cir. 2011) .................................................... 9

*Fairfield Sentry Limited (In Liquidation) v. Citibank NA London et al.*,
  No. 22-2101 (2d Cir.) ....................................................... *passim*

*In re Fairfield Sentry Ltd.*,
  2020 WL 7345988 (Bankr. S.D.N.Y. Dec. 14, 2020) ............................. 6, 7, 13

*In re Fairfield Sentry Ltd.*,
  2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23, 2021) ..................................... 6, 12

*In re Fairfield Sentry Ltd.*,
  2022 WL 4391023 (Bankr. S.D.N.Y. Sept. 22, 2022) ..................... 7, 12, 14, 19

*In re Fairfield Sentry Ltd.*,
  596 B.R. 275 (Bankr. S.D.N.Y. 2018) ............................................. 6, 7

*Firestone Tire & Rubber Co. v. Risjord*,
  449 U.S. 368 (1981) ................................................................ 20

*Force v. Facebook, Inc.*,
  934 F.3d 53 (2d Cir. 2019) ........................................................ 19

*Howlett By & Through Howlett v. Rose*,
  496 U.S. 356 (1990) ................................................................ 16

*Klinghoffer v. S.N.C. Achille Lauro*,
  921 F.2d 21 (2d Cir. 1990) ..................................................... 9, 10

**Page**

*In re Lehman Bros. Holdings Inc.*,
    2010 WL 10078354 (S.D.N.Y. Sept. 23, 2010) ..................................23

*In re Lehman Bros. Holdings Inc.*,
    970 F.3d 91 (2d Cir. 2020) .......................................................................23

*Marisol A. by Forbes v. Giuliani*,
    104 F.3d 524 (2d Cir. 1996) ...................................................................20

*In re Nine West LBO Sec. Litig.*,
    482 F. Supp. 3d 187 (S.D.N.Y. 2020) .....................................................11

*In re Norske Skogindustrier*,
    629 B.R. 717 (Bankr. S.D.N.Y. 2021)......................................................12

*Picard v. Ida Fishman Revocable Trust (In re Bernard L. Madoff Inv.
    Sec. LLC)*,
    773 F.3d 411 (2d Cir. 2014) .............................................................12, 22

*In re Quebecor World (USA) Inc.*,
    453 B.R. 201 (Bankr. S.D.N.Y. 2011)......................................................22

*Rosenberg v. Educ. Credit Mgmt. Corp.*,
    2020 WL 1048599 (S.D.N.Y. Mar. 4, 2020).............................................21

*In re Tribune Co. Fraudulent Conveyance Litig.*,
    946 F.3d 66 (2d Cir. 2019) ...................................................11, 12, 23

*U.S. Bank N.A. v. Verizon Commc'ns Inc.*,
    892 F. Supp. 2d 805 (N.D. Tex. 2012) ....................................................11

*ZF Auto. US, Inc. v. Luxshare, Ltd.*,
    142 S. Ct. 2078 (2022) ............................................................................19

**Other Authorities**

U.S. CONST. art. VI, cl. 2 ....................................................................2, 16

William Henry M. Hart, Jr., *Politics and the Constitution in the
    History of the United States*, 67 HARV. L. REV. 1456, 1469-70
    (1954).....................................................................................................16

Joseph Story, COMMENTARIES ON THE CONFLICT OF LAWS § 8 (1834) .................17

## CERTIFIED QUESTION

Whether Sections 546(e) and 561(d) of the Bankruptcy Code preclude the plaintiffs from pursuing foreign common law claims in a Chapter 15 proceeding where the elements of those claims duplicate claims that are barred by Section 546(e).

## JURISDICTION

This Court has jurisdiction to hear the question certified for interlocutory appeal by the District Court pursuant to 28 U.S.C. § 1292(b) upon this timely petition for review. *See* 28 U.S.C. § 1292(b); Fed. R. App. P. 5(a). The District Court had appellate jurisdiction pursuant to 28 U.S.C. § 158 and original jurisdiction pursuant to 28 U.S.C. § 1334.

## PRELIMINARY STATEMENT[1]

This Petition seeks to consolidate before this Court one discrete, dispositive legal issue that substantially overlaps with issues already before the Court in appeals stemming from the same proceedings: Can a plaintiff circumvent the safe harbor protection of Section 546(e) of the Bankruptcy Code, 11 U.S.C. § 546(e), by pleading a foreign common law claim, where Section 546(e) would require dismissal of effectively the same claim if asserted under domestic state law?

---

[1] This Petition is being filed by numerous Defendants-Petitioners whose cases were consolidated below in *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-cv-3911 (S.D.N.Y.). These cases are listed in Appendix A.

1

In consolidated appeals of right currently pending before this court, *Fairfield Sentry Limited (In Liquidation) v. Citibank NA London et al.*, No. 22-2101 (2d Cir.) (the "Pending Appeals of Right"), this Court will review the District Court's holding that the Section 546(e) safe harbor precludes foreign-law statutory claims brought under the BVI Insolvency Act by the BVI liquidators ("Liquidators") of the Fairfield Funds (collectively, the "Funds").[2]  The Liquidators seek to unwind redemption payments to the Funds' shareholders.  A primary issue in those appeals is whether (as the District Court held) Section 546(e) applies to statutory avoidance claims asserted under foreign law in a U.S. Chapter 15 proceeding when those claims are premised on transfers that allegedly occurred outside the United States.

In the same decision, the District Court held that the safe harbor does *not* extend to non-statutory foreign common law claims, reasoning that such claims are not "preempted" by Section 546(e) because "preemption" flows from the Supremacy Clause of the U.S. Constitution, which (according to the District Court) governs only the relationship between domestic federal and state law, not foreign law.  Although the District Court dismissed most of the Liquidators' foreign common law claims

---

[2]      Due to administrative error, judgment has only recently been entered by the District Court in certain consolidated cases and notices of appeal have not yet been filed, but this Court has already ordered that "if those judgments are appealed to the Court of Appeals, those cases shall be consolidated with the lead appeal and this order shall apply to those cases without further motion."  Order, *In re Fairfield Sentry*, No. 22-2101 (2d Cir.), ECF 30 (Nov. 23, 2022).

for other reasons, the District Court did not dismiss one particular foreign common law claim.  But *all* of them warrant dismissal as precluded by Section 546(e). Accordingly, to ensure the efficient resolution of this matter, and to avoid piecemeal appeals, this Court should address the application of Section 546(e) to all of the foreign common law claims – not merely the ones that were dismissed by the District Court.

As the District Court held, Defendants "meet each of the criteria for certification," Certification Order at 6, Appendix C, Exhibit 6, *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-cv-3911 (S.D.N.Y. Mar. 27, 2023) (Dkt. 647) (hereinafter "C.O."), and leave to appeal should be granted for the same reasons.

*First*, Defendants have raised a "controlling question of law" because "the question of whether the safe harbor provision of the Bankruptcy Code precludes the plaintiffs from pursuing foreign common law claims is a purely legal one, and reversal of [the District Court's] ruling would materially affect the litigation's outcome." *Id*.  This appeal materially advances the remaining litigation of these claims by definitively resolving the threshold issue of whether Section 546(e) precludes foreign common law claims that duplicate precluded avoidance claims.

*Second*, there is "substantial ground for difference of opinion" because "the issue is particularly difficult and of first impression for the Second Circuit."  *Id*. Specifically, "the interaction between the Supremacy Clause and international

comity principles raises sufficiently difficult questions that merit appellate review." *Id.* at 6-7. All agree this is a question of first impression, and Defendants submit that the District Court's holding below is in error for two reasons. As an initial matter, the District Court erred in relying on the Supremacy Clause of the U.S. Constitution. Unlike state law, foreign law is applied in this country only as a matter of comity and when not inconsistent with federal law or policy. Here, Section 561(d) incorporates Section 546(e) as a limitation on the Liquidators' authority to bring claims to "avoid" transfers in a U.S. court. Congress has thus made clear that Chapter 15 proceedings cannot be used to unwind payments in connection with a securities contract – whatever the source of law is relied on. The District Court likewise erred in holding that the Supremacy Clause applies *solely* when there is a conflict between federal and state law. On the contrary, U.S. federal law is undoubtedly *also* supreme when it comes into potential conflict with foreign law.

*Third*, interlocutory review "in this case promotes judicial economy because Defendants' motion raises a question that is inextricably bound with the issues in the already-pending appeal before the Second Circuit." C.O. at 7. As noted above, this interlocutory appeal concerns the application of Section 546(e) to Liquidators' foreign common claims that were not dismissed below, and the application of Section 546(e) to the Liquidators' dismissed common law claims (including claims against the same parties in the same cases) is already before this Court as an

alternative ground of affirmance. There is no inefficiency in this Court considering the full context of the applicability of Section 546(e) to the Liquidators' foreign common law claims at once. Indeed, doing so would greatly advance the resolution of these long-running cases and prevent another future piecemeal appeal.

*Finally*, beyond its threshold importance to these cases, which could be dismissed in their entirety as a result of this appeal, the certified question also presents a question of far-reaching importance outside this appeal: how federal law interacts with foreign law in U.S. courts when they conflict. Congress enacted Sections 546(e) and 561(d) to promote finality and reduce uncertainty in the international securities markets. Defendants (who were supported below by financial industry groups as *amicus curiae*) submit it is an important question for the functioning of the financial markets. The District Court's decision fosters uncertainty in those markets by opening the door for foreign representatives to escape the safe harbor through artful pleading.

## BACKGROUND

This Appeal arises from 18 of more than 200 adversary proceedings that the Liquidators brought in Bankruptcy Court under Chapter 15 of the Bankruptcy Code. The Funds were directly or indirectly invested in Bernard L. Madoff's Ponzi scheme. Soon after the Madoff scheme was revealed in 2008, each of the Funds entered BVI liquidation. Defendants are a large group of primarily foreign banks, funds, and

investors that, prior to the exposure of the Madoff scheme, allegedly redeemed shares in one or more of the Funds in exchange for contractually due redemption payments.

For over a decade, the Liquidators have attempted to use BVI and U.S. proceedings to unwind billions of dollars in redemption payments to Defendants and others that are protected by the Section 546(e) safe harbor as covered securities transactions. In four related decisions, the Bankruptcy Court dismissed all of the Liquidators' claims in over 200 U.S. adversary proceedings and all but one claim in each of the remaining 18 proceedings. *See In re Fairfield Sentry Ltd.*, 596 B.R. 275, 297, 302 (Bankr. S.D.N.Y. 2018) ("*Fairfield II*") (holding that Section 561(d) of the Bankruptcy Code makes Section 546(e) applicable to foreign statutory avoidance claims); *In re Fairfield Sentry Ltd.*, 2020 WL 7345988, at *6-7 (Bankr. S.D.N.Y. Dec. 14, 2020) ("*Fairfield III*") (dismissing statutory avoidance claims as barred by Section 546(e) safe harbor, finding that covered payments were made "by" entities (the Funds themselves) that fall within the safe harbor, but declining to hold foreign common law claims equally barred); *In re Fairfield Sentry Ltd.*, 2021 WL 771677, at *2-4 (Bankr. S.D.N.Y. Feb. 23, 2021) ("*Fairfield IV*") (denying reconsideration of *Fairfield III* insofar as it permitted BVI law constructive trust claims to proceed).

The Liquidators appealed from *Fairfield II* and *Fairfield III* in all cases – some as of right following final judgments and others pursuant to partial judgments

entered under Federal Rule 54(b). *See* Appendix C, Exhibit 1, *In re Fairfield Sentry Limited*, No. 10-3496 (Bankr. S.D.N.Y. May 1, 2019) (Dkt. 2078); Appendix C, Exhibit 2, *In re Fairfield Sentry Limited*, No. 10-3496 (Bankr. S.D.N.Y. Mar. 29, 2021) (Dkt. 3092). Defendants petitioned the District Court for interlocutory appeal of *Fairfield II*, *III*, and *IV*. Appendix C, Exhibit 4, *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-cv-3911 (S.D.N.Y. May 24, 2021) (Dkt. 428).

In September 2022, the District Court affirmed the Bankruptcy Court's decisions in *Fairfield II* and *III*. *In re Fairfield Sentry Ltd.*, 2022 WL 4391023, at *19 (Bankr. S.D.N.Y. Sept. 22, 2022) ("*Fairfield V*"). The Liquidators appealed, again as of right, and their appeals have been consolidated and docketed under No. 22-2101 (2d Cir.). In the meantime, Defendants asked the District Court to certify its decision on their interlocutory appeal with respect to Section 546(e)'s application to foreign common law claims, which the District Court granted on March 27, 2023. C.O. at 8.

On November 23, 2022, this Court consolidated the hundreds of Pending Appeals of Right from *Fairfield V*. Appendix C, Exhibit 7, *In re Fairfield Sentry Limited*, No. 22-2101 (2d Cir. Nov. 23, 2022) (Dkt. 30). Briefing of the Pending Appeals of Right is currently ongoing: the Liquidators (who are the appellants in those cases) filed their opening brief on January 27, 2023. Defendants will file their

opposition briefs by May 5, 2023, and replies are due by June 9, 2023.  The case has not yet been set for argument.

## ARGUMENT

Interlocutory review is appropriate where the decision being appealed "[1] involves a controlling question of law [2] as to which there is a substantial ground for difference of opinion and [3] ... an immediate appeal from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. § 1292(b).

## I.  The Appeal Raises A Controlling Question Of Law That Will Materially Advance The Litigation.

As the District Court correctly recognized, "the question of whether the safe harbor provision of the Bankruptcy Code precludes the plaintiffs from pursuing foreign common law claims is a purely legal one, and reversal of [the District Court's] ruling would materially affect the litigation's outcome."  C.O. at 6.

The issue in this appeal is whether the Section 546(e) safe harbor applies to the Liquidators' sole remaining foreign common law claim for constructive trust against Defendants.  This is a controlling question of law: if the claims *are* subject to the safe harbor (and they are), then they should not be permitted to proceed.  *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 24, 25 (2d Cir. 1990) ("[A] question of law is 'controlling' if reversal of the district court's order would terminate the action" or "'materially advance the ultimate termination of the litigation.'" (quoting 28 U.S.C. § 1292(b))).  That Congress specifically crafted the

safe harbor provision to *avoid* uncertainty and *promote* finality in the securities markets only underscores the importance of efficiently addressing its scope and applicability to foreign common law claims. *See, e.g.*, *Enron Creditors Recovery Corp. v. Alfa S.A.B. de C.V.*, 651 F.3d 329, 334 (2d Cir. 2011) ("Congress enacted § 546(e)'s safe harbor in 1982 as a means of minimizing the displacement caused in the commodities and securities markets in the event of a major bankruptcy affecting those industries.") (quotation omitted). The safe harbor's purpose is fundamentally undermined by subjecting parties to safe-harbored transactions to decades of litigation.

Concluding that the Liquidators' foreign common law claims are precluded by the safe harbor would materially advance this litigation: their sole remaining claim would be dismissed, and either the entire action would end or the Liquidators would need to be granted leave to plead new claims independent of their avoidance claims. Either way, direction from this Court will materially advance 13-year old litigation involving 18 cases and at least 400 defendants. *See Klinghoffer*, 921 F.2d at 24 (a controlling question of law exists when issue "has precedential value for a large number of pending suits").

## II. There Are Substantial Grounds For Difference Of Opinion.

As the District Court also found, there are substantial grounds for difference of opinion as to the question presented because it is one of first impression that raises

"difficult questions that merit appellate review." *See* C.O. at 6-7; *see also In re Enron Corp*., No. 01-16034, 2006 WL 2548592, at *4 (S.D.N.Y. Sept. 5, 2006) (A substantial ground for difference of opinion exists when "(1) there is conflicting authority on the issue, or (2) the issue is particularly difficult and of first impression for the Second Circuit.").

### A. This Appeal Raises An Issue Of First Impression.

The certified question in this case is one that all, including the District Court, appear to agree is a question of first impression. C.O. at 6 ("Liquidators do not appear to dispute that this question is one of first impression."). This Court has recognized that "[t]he broad language used in Section 546(e) protects *transactions*" and that "[a] lack of protection against the unwinding of securities transactions would create substantial deterrents, limited only by the copious imaginations of able lawyers, to investing in the securities market." *In re Tribune Co. Fraudulent Conveyance Litig.*, 946 F.3d 66, 92-93 (2d Cir. 2019) (emphasis added). Thus, this Court has held that the safe harbor reaches not only those claims that fall within its literal text, but also those *transactions* that fall within the scope of the safe harbor. *See id.* at 94 ("Congress intended to protect from constructive fraudulent conveyance avoidance proceedings transfers by a debtor in bankruptcy that fall within Section 546(e)'s terms.").

Courts in this Circuit and elsewhere have recognized that a party cannot recover otherwise safe-harbored transactions by bringing common law claims. *See, e.g.*, *Contemp. Indus. Corp. v. Frost*, 564 F.3d 981, 988 (8th Cir. 2009) (barring unjust enrichment and other state law claims seeking "to recover the same payments [that] ... are unavoidable under § 546(e)"), *abrogated on other grounds by Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018); *In re Nine West LBO Sec. Litig.*, 482 F. Supp. 3d 187, 207 (S.D.N.Y. 2020) (barring unjust enrichment claims seeking "to recover the same payments held unavoidable under § 546(e)" (quotation omitted)); *AP Servs. LLP v. Silva*, 483 B.R. 63, 71 (S.D.N.Y. 2012) (barring unjust enrichment claim that "frustrat[ed] the purpose of Section 546(e)"); *U.S. Bank N.A. v. Verizon Commc'ns Inc.*, 892 F. Supp. 2d 805, 824-25 (N.D. Tex. 2012) (barring state unlawful dividend cash claim that was "in many ways similar to" barred constructive fraudulent transfer claims).

Both the District Court and the Bankruptcy Court below recognized that if the Liquidators had sought to recast their claims in *this* case under domestic common law, the claims would be precluded by Section 546(e). *See Fairfield V*, 2022 WL 4391023, at *15-16; *Fairfield IV*, 2021 WL 771677, at *3 (Liquidators are precluded from recasting avoidance claims under domestic common law theories, *e.g.*, constructive trust, because doing so would "frustrate the purpose of Section 546(e)"). Yet, both courts allowed the Liquidators to do *exactly the same thing* by

relying instead on *foreign* common law and re-casting their dismissed avoidance claims as BVI law constructive trust claims for the first time *10 years into the litigation*. *Fairfield V*, 2022 WL 4391023; *Fairfield IV*, 2021 WL 771677, at *3-4.

This seems to be the first occasion that a U.S. court has allowed a foreign common law claim to proceed, while holding that analogous domestic law claims would fall squarely within the Bankruptcy Code's safe harbor. Indeed, neither party identified any cases from this Circuit or elsewhere that specifically address whether Section 546(e) bars efforts to circumvent the safe harbor by pleading a foreign common law claim, and the question is well-suited for this Court's review now.[3]

### B. The Decisions Below Disrupt Longstanding Principles Of Federal Sovereignty And Conflict With The Plain Text Of The Bankruptcy Code.

This Appeal also "raises sufficiently difficult questions that merit appellate review." C.O. at 7. The decisions below reverse the usual presumption that U.S. courts apply foreign law only insofar as it does not conflict with domestic law, instead allowing the Liquidators to pursue claims in a U.S. court that a domestic litigant invoking state law would be precluded from asserting. *See* RESTATEMENT

---

[3] *In re Norske Skogindustrier*, 629 B.R. 717 (Bankr. S.D.N.Y. 2021), which addresses the applicability of Section 546(e) to foreign law claims, never reached the "circumvention" issue presented here because, unlike the Bankruptcy Court and the District Court here, it concluded that Section 546(e) does not apply to foreign-law claims *at all*, including foreign statutory avoidance claims.

(SECOND) CONFLICT OF LAWS § 90 ("No action will be entertained on a foreign cause of action the enforcement of which is contrary to the strong public policy of the forum.").

As discussed above, if the Liquidators had tried to re-plead their claims under U.S. law, the court would have dismissed their claims. *See infra* Section I. Yet, the Bankruptcy Court held that it was bound to apply foreign common law *even if* doing so would frustrate the purpose of a federal statute (as the Bankruptcy Court assumed it would) because the Supremacy Clause somehow only permits federal law to preempt state law, not foreign law. *See id.* at *3-4; *Fairfield III*, 2020 WL 7345988, at *9-10. The District Court held that "the Supremacy Clause does not apply" and further reasoned that "[t]here is nothing to suggest that Congress intended the Bankruptcy Code to preempt foreign common law claims." *Fairfield V*, 2022 WL 4391023, at *19. Neither the Bankruptcy Court nor the District Court cited any case to support these propositions.

The decisions below erred in interpreting the Supremacy Clause at all. Unlike state law, which applies in the United States as the default and can be displaced only when "that was the clear and manifest purpose of Congress," *Altria Group, Inc. v. Good*, 555 U.S. 70, 77 (2008), *foreign law* is applied within the United States only as a matter of comity and if doing so would be consistent with public policy in the first place, *see, e.g.*, *Bank of Augusta v. Earle*, 38 U.S. 519, 520 (1839) ("The comity

13

thus extended to other nations is no impeachment of sovereignty. It is the voluntary act of the nation by which it is offered; and is inadmissible when contrary to its policy, or prejudicial to its interests."). Here, federal law controls the question: Section 546(e) as made applicable by Section 561(d) speaks clearly that the foreign representative may not "avoid" "transfer[s]" that fall within its scope, and Section 561(d) makes clear that the safe harbor applies in Chapter 15 cases (such as this) "to the same extent" as claims brought by a domestic trustee. *See* 11 U.S.C. § 561(d). Congress has thus made clear its policy that Chapter 15 proceedings not be used to avoid transfers made in connection with a securities contract – and no doctrine of law supports the Liquidators avoiding that Congressional policy by invoking *foreign* law in circumstances where they could not do so under state law.

The Liquidators have previously contended that Congress, having provided a forum for foreign parties to bring avoidance claims in the United States under Chapter 15, could only limit the scope of the claims to be asserted "expressly." Plaintiffs' Opposition at 5. But Congress *has* spoken expressly. Chapter 15 *expressly* limits the types of claims that can be asserted to those that are not inconsistent with comity or U.S. public policy. *See, e.g.*, *In re Atlas Shipping A/S*, 404 B.R. 726, 738 (Bankr. S.D.N.Y. 2009) ("Once a case is recognized as a foreign main proceeding, Chapter 15 specifically contemplates that the court will exercise its discretion consistent with principles of comity."); *see also* 11 U.S.C. §§ 1506,

14

1507 (providing for assistance, consistent with U.S. public policy). In addition, Section 561(d) itself expressly provides that, in a Chapter 15 proceeding, the power to bring such claims are limited "to the same extent" as they would be in a domestic proceeding. Likewise, in Section 546(e), Congress expressly provided that a "trustee may not avoid" payments that fall within the scope of the safe harbor. *See* 11 U.S.C. § 1521(a)(7) ("granting [foreign representatives] any additional relief *that may be available to a trustee*") (emphasis added). Congress could not have been more clear.

To the extent that the Supremacy Clause is relevant, however, it clearly supports Defendants. The first part of the Supremacy Clause declares that "the Laws of the United States ... shall be the supreme Law of the Land." U.S. CONST. art. VI, cl. 2. For obvious reasons, it makes no exception for *foreign* law. The second part of the Supremacy Clause (after a semicolon) says: "and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding." This second clause was a direct response to the problem under the Articles of Confederation, under which judges in certain states considered themselves bound only by state law and those parts of federal law that were incorporated into it. *See, e.g.*, William Henry M. Hart, Jr., *Politics and the Constitution in the History of the United States*, 67 HARV. L. REV. 1456, 1469-70 (1954) ("[T]he occasion for [the second clause] was the special problem, peculiar to the state judges, of conflict between the commands of their own government and

15

those of a different government."); *see also Howlett By & Through Howlett v. Rose*, 496 U.S. 356, 370 (1990) (The clause "confirm[s] that state courts have the coordinate authority and consequent responsibility to enforce the supreme law of the land."). And while the Liquidators have identified some cases that abbreviated their quotation of the Supremacy Clause as the courts below did here, none of those cases involved the question of whether foreign or other sources of law fall outside its scope.

Contrary to its history and text, the Bankruptcy Court read the reference to "laws of any State" as modifying – and *limiting* – the declaration of supremacy itself, rather than the clause regarding state court judges. This cramped interpretation of the Supremacy Clause led the courts below to *permit* the Liquidators to pursue in a U.S. court claims that would be barred if brought by a domestic litigant under domestic state law. It is a nonsensical outcome that elevates the deference given to foreign law *over* that given to states within their own territory. Yet, the District Court affirmed the Bankruptcy Court without addressing Defendants' arguments regarding the conflict it created with federal policy and principles of sovereignty and international comity, while acknowledging that "the interaction between the Supremacy Clause and international comity principles raises sufficiently difficult questions that merit appellate review." C.O. at 7.

By placing foreign law at the apex of the legal hierarchy, the Bankruptcy Court got it precisely backwards, subordinating federal law and explicit U.S. policy to the laws of foreign nations, when nothing in the Supremacy Clause or its history suggests that it was intended to supplant the well-established doctrine of comity. *See* Joseph Story, COMMENTARIES ON THE CONFLICT OF LAWS § 8 (1834) ("It is an essential attribute of every sovereignty, that it has no admitted superior, and that it gives the supreme law within its own domains on all subjects appertaining to its sovereignty."); *California v. ARC Am. Corp.*, 490 U.S. 93, 100-01 (1989) (Supremacy Clause displaces conflicting law that "stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress").

If left to stand, the District Court's decision would also be a stark departure from the principle that Congress generally does not tend to advantage foreign litigants over domestic litigants, and is particularly troubling in the context of a statute where Congress has expressly provided that the safe harbor should apply to claims brought in Chapter 15 "to the same extent" as claims brought by a domestic trustee. *See* 11 U.S.C. § 561(d); *cf. ZF Auto. US, Inc. v. Luxshare, Ltd.*, 142 S. Ct. 2078, 2088 (2022) (declining to interpret Section 1782 in a manner that would "create a notable mismatch between foreign and domestic arbitration"). If a plaintiff is precluded from pleading around the safe harbor under domestic law, then surely that same plaintiff must be equally precluded from invoking *foreign* law to achieve

17

the same objective. *See Force v. Facebook, Inc.*, 934 F.3d 53, 73 (2d Cir. 2019) ("Such a regime could also give plaintiffs an advantage when they sue over extraterritorial wrongdoing that they would not receive if the defendant's conduct occurred domestically. It is doubtful that Congress ever intends such a result when it writes provisions limiting civil liability.").

## III. Interlocutory Review Would Promote Efficiency And Avoid Piecemeal Litigation.

As the Supreme Court has recognized, the Final Judgment rule is intended to avoid "piecemeal appeals," preserving the "independence of the district judge," and "promoting efficient judicial administration." *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 374 (1981). These important policy justifications generally assume, however, that denial of an interlocutory appeal will mean the lack of an appeal altogether until a final judgment, not that some issues will proceed to appeal, while related issues arising from the same proceedings are excluded. Thus, courts – including the District Court here – have recognized that there are circumstances where permitting an interlocutory appeal *serves* the objectives of judicial efficiency and should be granted. C.O. at 7; *see also Am. Motorists Ins. Co. v. United Furnace Co.*, 876 F.2d 293, 302 (2d Cir. 1989) (granting leave to appeal "in the interests of judicial economy"); *Marisol A. by Forbes v. Giuliani*, 104 F.3d 524, 528-29 (2d Cir. 1996) (granting leave to appeal and referencing "the ultimate efficiency goals of § 1292(b)").

18

This is such a case. Here, there is no dispute that the question of whether the Section 546(e) safe harbor bars foreign common law claims is at issue both in this appeal and the Pending Appeals of Right. It is unusual for an interlocutory ruling to arise in a context where closely related questions (or even the same question) are simultaneously presented in administratively-consolidated cases that are up on appeal as of right, but in such circumstances, this Court has granted interlocutory review. *See Rosenberg v. Educ. Credit Mgmt. Corp.*, 2020 WL 1048599, at *2 (S.D.N.Y. Mar. 4, 2020) (granting leave to appeal when interlocutory appeal was "inextricably bound" with appeal of right) (citation omitted)).

Notably, a ruling in this Appeal is likely to significantly advance these cases. The narrow issue raised in this appeal can be briefed quickly and argued together with the consolidated appeal in No. 22-2101 (2d Cir.), without delaying the progress in that appeal. And because the Bankruptcy Court below has phased the litigation to focus on personal jurisdiction issues first, followed by renewed Rule 12(b)(6) motions, it is likely that any decision from this Court will be issued before significant substantive litigation of the cases below is concluded. Appendix C, Exhibit 3, *In re Fairfield Sentry Limited*, No. 10-3496 (Bankr. S.D.N.Y. Sept. 28, 2021) (Dkt. 3900). Finally, resolving the certified question potentially avoids the need for this Court to delve into complex issues involving the application of BVI law to the Liquidators' claims. If this Court agrees with Defendants that Section 546(e) precludes the

Liquidators' foreign common law claims, the Court need not address the viability of those claims under BVI law.

## IV. The Issue Raised By This Appeal Concerning The Scope Of The Safe Harbor Is Critical To The Integrity Of The International Securities Markets.

Finally, resolving whether the Liquidators' remaining claims are even viable at an early stage – without waiting for the litigation to unfold in full before the Bankruptcy Court – is also appropriate given the nature of the issue presented here: Section 546(e) is intended to provide a safe harbor, and to protect parties to covered transactions against the burdens of liability, uncertainty, and costly protracted litigation. *See Picard v. Ida Fishman Rev. Trust* (*In re Bernard L. Madoff Inv. Sec. LLC*), 773 F.3d 411, 416 (2d Cir. 2014) ("Section 546(e) is a very broadly-worded safe-harbor provision that was enacted to 'minimiz[e] the displacement caused in the commodities and securities markets in the event of a major bankruptcy affecting those industries.'" (citation omitted)); *In re Quebecor World (USA) Inc.*, 453 B.R. 201, 211 (Bankr. S.D.N.Y. 2011) (requiring "all safe harbor disputes [to] proceed to trial would effectively undermine the objective of legal certainty in securities transactions that motivated Congress' adoption of the safe harbor provisions").

Below, Defendants were joined by the Securities Industry and Financial Markets Association ("SIFMA") and the Structured Finance Association ("SFA") as *amicus curiae* advocating for interlocutory review. SIFMA argued that, "Contrary

20

to Second Circuit law, the Bankruptcy Court's Decision improperly permits foreign liquidators to circumvent the Safe Harbors merely by re-labelling an avoidance claim as a common law equitable claim (e.g., constructive trust claim) even though that claim seeks the very same remedy as an avoidance claim barred by the Safe Harbor." Appendix C, Exhibit 5, *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-cv-3911 (S.D.N.Y. June 2, 2021) (Dkt. 433).

As this Circuit has recognized, Section 546(e) was intended to provide investors with "certainty as to each [securities] transaction's consummation" and confidence in overall market stability. *Tribune*, 946 F.3d at 90, 92 (noting Section 546(e) "was not intended as protection of politically favored special interests"); *see also In re Lehman Bros. Holdings Inc.*, 970 F.3d 91, 99, 102-03 (2d Cir. 2020) (affirming broad reading of "analogous" safe harbor given plain text and Congressional purpose of protecting markets and participants). The disruptive effect of the rulings below on investors' abilities to order their affairs and on the securities markets *writ large* militates in favor of immediate review. *See In re Lehman Bros. Holdings Inc.*, 2010 WL 10078354, at *9 (S.D.N.Y. Sept. 23, 2010) (The "potentially game-changing effect [of the decision below] on the structured finance business ... militate[s] in favor of reviewing the decision *now*—not months, or even years, from now."). Given New York's central position in both domestic and international finance, it is particularly appropriate that this question be addressed

and resolved by the Second Circuit so that parties around the world who rely on the

Section 546(e) safe harbor to structure their affairs can have clear guidance on the

scope of the safe harbor.

## CONCLUSION

For these reasons, Defendants respectfully request that the Court grant leave to appeal pursuant to 28 U.S.C. § 1292(b).

Dated: New York, New York
      April 6, 2023

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: */s/ Andrew G. Gordon*
    Andrew G. Gordon

Gregory F. Laufer
Jonathan H. Hurwitz
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
T: 212-373-3543
F: 212-492-0543
agordon@paulweiss.com
glaufer@paulweiss.com
jhurwitz@paulweiss.com

*Attorneys for Citco Global Custody N.V.,
Citco Global Custody (N.A.) N.V., CGC NA,
Citco Banking Corporation N.V., Citco Bank
Nederland N.V., Citco Bank Nederland N.V.
Dublin Branch, and Citco Group Limited*

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 5(c), because it contains 5,180 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: April 6, 2023
   New York, N.Y.


      By: */s/ Andrew G. Gordon*
         Andrew G. Gordon

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 25.1(h)(3), I hereby certify that, on April 6, 2023, I caused true and correct copy of this petition and the accompanying appendices and exhibits to be served on respondents' counsel via email.

Dated:  April 6, 2023
New York, N.Y.


By: */s/ Andrew G. Gordon*
Andrew G. Gordon

**Appendix A**
**Defendants-Petitioners[1]**

| | Case No. (Bankr. S.D.N.Y.) | Case No. (S.D.N.Y.) | Case Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-3622 | 21-cv-3530 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* |
| 2. | Adv. Pro. 10-3626 | 21-cv-3538 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* |
| 3. | Adv. Pro. 10-3627 | 21-cv-3544 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* |
| 4. | Adv. Pro. 10-3630 | 21-cv-3550 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* |
| 5. | Adv. Pro. 10-3633 | 21-cv-3563 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* |
| 6. | Adv. Pro. 10-3634 | 21-cv-4307 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* |
| 7. | Adv. Pro. 10-3635 | 21-cv-4329 21-cv-4381 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* |
| 8. | Adv. Pro. 10-3636 | 21-cv-4444 21-cv-4453 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* |
| 9. | Adv. Pro. 10-3780 | 21-cv-3576 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* |
| 10. | Adv. Pro. 10-4098 | 21-cv-3637 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* |

---

[1] The names of Defendants included in this Appendix reflect parties named as Defendants by the Liquidators in the relevant complaints (or to the extent there has been an update to the docket in a particular Action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants"). The inclusion of the As-Named Defendants in this Appendix is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

|     | Case No. (Bankr. S.D.N.Y.) | Case No. (S.D.N.Y.) | Case Name |
|-----|------------|-----------|-----------|
| 11. | Adv. Pro. 10-4099 | 21-cv-3653 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* |
| 12. | Adv. Pro. 11-1250 | 21-cv-3676 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* |
| 13. | Adv. Pro. 11-1463 | 21-cv-3741 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* |
| 14. | Adv. Pro. 11-1579 | 21-cv-3751 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al* |
| 15. | Adv. Pro. 11-1617 | 21-cv-4490 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* |
| 16. | Adv. Pro. 11-2770 | 21-cv-4498 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* |
| 17. | Adv. Pro. 12-1551 | 21-cv-3502 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas España f/k/a Fortis Bank (España), et al.* |
| 18. | Adv. Pro. 19-1122 | 21-cv-3302 | *Fairfield Sentry Ltd. (In Liquidation), et al.* v. *Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* |

**Appendix B**
**Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1, Defendants-Petitioners state as follows:

1.  HSBC Bank USA, N.A., a national banking association organized and existing under the laws of the United States of America, is not a publicly held company. HSBC Bank USA, N.A. is wholly owned by HSBC USA, Inc., which is directly owned by HSBC North America Holdings, Inc., which, in turn, is indirectly owned by HSBC Holdings plc. HSBC Holdings plc has no parent corporation and no public company owns 10% of the shares in HSBC Holdings plc.

2.  HSBC Private Bank (Suisse) SA identifies HSBC Private Banking Holdings (Suisse) SA, HSBC Overseas Holdings (UK) Limited, and HSBC Holdings plc as corporations that directly or indirectly own 10% or more of any class of HSBC Private Bank (Suisse) SA's equity interests.

3.  HSBC Securities Services (Luxembourg) S.A. identifies HSBC Holdings plc and HSBC Bank plc as corporations that directly or indirectly own 10% or more of any class of HSBC Securities Services (Luxembourg) S.A.'s equity interests.

4.  Rothschild & Co. Asset Management Europe (f/k/a Rothschild & Cie Gestion), management company of the fund Elan Gestion Alternative (sued as Rothschild

and Cie Banque-EGA) ("Rothschild & Cie EGA") states on behalf of Elan Gestion Alternative (the "EGA Fund") that the EGA Fund is a fund and not a corporate party and therefore there are no parent corporations or publicly held corporations as to which disclosure is required. Rothschild & Co Asset Management Europe is a subsidiary of Rothschild Martin Maurel.

5. Banque Cantonale Vaudoise states that it has no parent corporation and that the Canton de Vaud directly or indirectly owns 10% or more of any class of its equity interests.

6. GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive Al Fund) ("BCV AMC Fund") states on behalf of BCV AMC Fund that BCV AMC Fund is a contractual fund and not a corporate party and therefore there are no parent corporations or publicly held corporations as to which disclosure is required. GERIFONDS SA states that Banque Cantonale Vaudoise is its sole parent corporation and that no other corporation owns more than 10% of any class of equity interests in GERIFONDS SA.

7. Banque SCS Alliance SA, n/k/a CBH Compagnie Bancaire Helvetique SA, identifies CBH HOLDING SA as its ultimate parent corporation and states that no public corporation directly or indirectly owns 10% or more of its equity interests.

8.  Edmond de Rothschild (Europe) (sued as Banque Privee Edmond de Rothschild (Europe)) identifies Edmond de Rothschild (Suisse) S.A. (formerly Banque Privée Edmond de Rothschild S.A.) as its parent corporation and identifies Edmond de Rothschild Holding S.A. as the parent corporation of Edmond de Rothschild (Suisse) S.A.

9.  Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) states that it has no parent corporation and identifies the following entities as corporate entities that own 10% or more of its equity interests:

    a.  Rothschild & Co Wealth and Asset Management SAS;

    b.  Rothschild & Co SCA; and

    c.  Rothschild & Co Concordia SAS.

10. Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie) identifies LO Holding SA as its parent corporation and states that no public corporation directly or indirectly owns 10% or more of its equity interests.

11. Dunbar Assets Ireland Unlimited Company, sued herein as Zurich Capital Markets Company and Zurich Bank, is wholly owned by Zurich Financial Services EUB Holdings Limited, which in turn is directly owned by Zurich

Insurance Group Ltd.  Zurich Insurance Group Ltd has no parent corporation and no public company owns 10% or more of the shares in Zurich Insurance Group Ltd.

12.  ZCM Asset Holding Company (Bermuda) Limited is wholly owned by Zurich Finance Company Ltd, which in turn is wholly owned by Zurich Insurance Company Ltd, which in turn is wholly owned by Zurich Insurance Group Ltd.  Zurich Insurance Group Ltd has no parent corporation and no public company owns 10% or more of the shares in Zurich Insurance Group Ltd.

13.  ZCM Matched Funding Corp. is wholly owned by Zurich Capital Markets Inc., which in turn is wholly owned by ZCM (U.S.) Limited, which in turn is wholly owned by Zurich Finance Company Ltd, which in turn is wholly owned by Zurich Insurance Company Ltd, which in turn is wholly owned by Zurich Insurance Group Ltd.  Zurich Insurance Group Ltd has no parent corporation and no public company owns 10% or more of the shares in Zurich Insurance Group Ltd.

14.  Six SIS Ltd., through its undersigned counsel, certifies that Six SIS Ltd. is a wholly owned subsidiary of SIX Securities Services AG, and that UBS AG and Credit Suisse AG each indirectly owns 10% or more of Six SIS Ltd.'s stock.

15. SIS SEEGANINTERSETTLE (sic), now known as SIX SIS AG, through its undersigned counsel, certifies that SIX SIS AG is a wholly owned subsidiary of SIX Securities Services AG, and that UBS AG and Credit Suisse AG each indirectly owns 10% or more of SIX SIS AG's stock.

16. First Gulf Bank (now First Abu Dhabi Bank PJSC ("FAB") discloses that it is a publicly held corporation whose shares are admitted to trading on the Abu Dhabi Securities Exchange (ADX). FAB's principal shareholder (and only shareholder above 10%) is the Government of Abu Dhabi, which indirectly holds approximately 37.9 percent of the issued and outstanding shares of the Bank through the wholly owned Mubadala Investment Company ("MIC").

17. National Bank of Kuwait S.A.K. ("NBK") and NBK Banque Privée (Suisse) S.A. ("NBK Suisse") state that NBK has no parent entity; no known public company owns 10% or more of NBK's stock; and NBK Suisse is 100% owned directly by NBK.

18. Citigroup Global Markets Limited is a wholly owned subsidiary of Citigroup Global Markets Holdings Bahamas Limited. Citigroup Global Markets Holdings Bahamas Limited is partially owned by Citigroup Global Markets (International) Finance GmbH, Citigroup Global Markets Switzerland Holding GmbH, and Citigroup Financial Products Inc. Citigroup Global Markets

(International) Finance GmbH and Citigroup Global Markets Switzerland Holding GmbH are wholly owned subsidiaries of Citigroup Global Markets Europe Finance Limited. Citigroup Global Markets Europe Finance Limited is a wholly owned subsidiary of Citigroup Financial Products Inc. Citigroup Financial Products Inc. is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc. Citigroup Global Markets Holdings Inc. is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of Citigroup Inc.

19.    Citibank, N.A. London Branch is a branch of Citibank, N.A. and is wholly owned by Citicorp LLC, which in turn is wholly owned by Citigroup Inc. Citigroup Inc. is a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of Citigroup Inc.

20.    Citibank (Switzerland) AG[1] is wholly owned by Citicorp Banking Corporation, Delaware (USA), which is in turn owned by Citigroup Inc. Citigroup Inc. is a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of Citigroup Inc.

---

[1] The Liquidators name as a defendant "Citibank (Switzerland) Zurich," an entity that does not exist.

21.    Citivic Nominees Limited is wholly owned by Citibank Investments Limited.
Citibank Investments Limited is partially owned by Citi Investments Bahamas
Limited and Citibank Overseas Investment Corporation.  Citi Investments
Bahamas Limited is a wholly owned subsidiary of Citibank Overseas
Investment Corporation, which is wholly owned by Citibank, N.A.  Citibank,
N.A. is wholly owned by Citicorp LLC, which in turn is wholly owned by
Citigroup Inc.  Citigroup Inc. is a publicly held corporation that has no parent
corporation.  No publicly held corporation owns 10% or more of Citigroup Inc.

22.    BNP Paribas Arbitrage SNC states as follows: BNP Paribas Arbitrage SNC
identifies BNP Paribas S.A. as a corporation that directly or indirectly owns
10% or more of any class of BNP Paribas Arbitrage SNC's equity interests.

23.    BGL BNP Paribas S.A. states as follows: BGL BNP Paribas S.A. (formerly
known as Banque Generale du Luxembourg S.A. and FS/Fortis Banque
Luxembourg) identifies BNP Paribas S.A. and BNP Paribas Fortis Bank
SA/NV (formerly Fortis Bank SA/NV) as corporations that directly or
indirectly own 10% or more of any class of BGL BNP Paribas S.A.'s equity
interests.  Banque Generale du Luxembourg S.A. was renamed Fortis Banque
Luxembourg S.A. in 2005.  Fortis Banque Luxembourg S.A. was subsequently

renamed BGL in 2008. In 2009, BGL acquired BNP Paribas Luxembourg S.A. and was renamed BGL BNP Paribas S.A

24.     BNP Paribas Securities Services Luxembourg (n/k/a BNP Paribas, Luxembourg Branch) states as follows: BNP Paribas, Luxembourg Branch is a branch of BNP Paribas SA. Following an intra-group merger, which occurred in October 2022, BNP Paribas Securities Services Luxembourg underwent a name change to BNP Paribas, Luxembourg Branch and has a changed position in the corporate structure. Previously, the entity was a branch of BNP Paribas Securities Services SCA, which was a wholly owned subsidiary of BNP Paribas. After the intra-group merger, BNP Paribas Securities Services SCA ceased to exist as a distinct legal entity from BNP Paribas SA. BNP Paribas is a publicly traded corporation. BNP Paribas SA has no parent company and no publicly-held corporation owns more than 10% of its shares.

25.     BNP Paribas (Suisse) S.A., BNP Paribas (Suisse) S.A. Ex Fortis (n/k/a BNP Paribas (Suisse) S.A.), and BNP Paribas (Suisse) S.A. Private (n/k/a BNP Paribas (Suisse) S.A.) states as follows: BNP Paribas (Suisse) S.A. (sued as BNP Paribas (Suisse) S.A., BNP Paribas (Suisse) S.A. Ex Fortis, and BNP Paribas (Suisse) S.A. Private) identifies BNP Paribas S.A. as a corporation that

directly or indirectly owns 10% or more of any class of BNP Paribas (Suisse) S.A.'s equity interests.

26.     BNP Paribas Private Bank and Trust Cayman Ltd. (n/k/a BNP Paribas Bank & Trust Cayman Limited) states as follows: BNP Paribas Bank & Trust Cayman Limited identifies BNP Paribas S.A. as a corporation that directly or indirectly owns 10% or more of any class of BNP Paribas Bank & Trust Cayman Limited's equity interests.

27.     BNP Paribas Sucursal en España (f/k/a BNP Paribas España, f/k/a Fortis Bank (España)) states as follows: BNP Paribas Sucursal en España (f/k/a BNP Paribas España, f/k/a Fortis Bank (España)) identifies BNP Paribas S.A. as a corporation that directly or indirectly owns 10% or more of any class of BNP Paribas Sucursal en España's (f/k/a BNP Paribas España, f/k/a Fortis Bank (España)) equity interests.

28.     Fortis Bank SA/NV (n/k/a BNP Paribas Fortis) states as follows: Fortis Bank SA/NV (n/k/a BNP Paribas Fortis) identifies BNP Paribas S.A. as a corporation that directly or indirectly owns 10% or more of any class of BNP Paribas Fortis SA/NV's equity interest.

29.     BNP Paribas Securities Nominees Ltd. (a/k/a Harrier Holdings Ltd.) states as follows: BNP Securities Nominees Ltd. identifies BNP Paribas S.A. as a

corporation that directly owns 10% or more of any class of BNP Paribas Securities Services equity interests.

30. CACEIS Bank, Luxembourg Branch (f/k/a CACEIS Bank Luxembourg S.A.) is a branch of CACEIS Bank. CACEIS Bank is wholly owned by CACEIS. CACEIS is owned by Crédit Agricole S.A. (69.5%) and Santander Investment, SA (30.5%), which are publicly listed companies.

31. Bank Leumi le-Israel B.M. ("Bank Leumi"), through its undersigned attorneys, states that no corporation directly or indirectly owns 10 percent or more of any class of Bank Leumi's equity interests. This corporate ownership statement is not and shall not be construed as a waiver of any of Bank Leumi's jurisdictional, substantive, or procedural rights, remedies, or defenses in connection with the above-captioned litigation, all of which are hereby expressly preserved.

32. UBS AG, improperly named as "UBS AG Zurich" and "UBS AG New York," is owned by UBS Group AG, a publicly traded company. UBS Group AG has no parent company and no publicly traded company owns 10% or more of UBS Group AG's stock.

33. UBS Jersey Nominees Limited, improperly named as "UBS Jersey Nominees," is owned indirectly by UBS Group AG, a publicly traded company. UBS

Group AG has no parent company and no publicly traded company owns 10% or more of UBS Group AG's stock.

34. UBS (Luxembourg) S.A., now known as UBS Europe SE, Luxembourg Branch, is owned indirectly by UBS Group AG, a publicly traded company. UBS Group AG has no parent company and no publicly traded company owns 10% or more of UBS Group AG's stock.

35. Ten percent (10%) or more of the stock of Appellee Private Space Ltd. is owned by Blue-Lory Ltd., a foreign non-public corporation.

36. Vorarlberger Landes- und Hypothekenbank AG, now known as Hypo Vorarlberg Bank AG, through its undersigned counsel states that the following corporate entities own, directly or indirectly, 10% or more of any class of its equity interests: Vorarlberger Landesbank-Holding, and Austria Beteiligungsgesellschaft mbH.

37. Hapoalim (Switzerland) Ltd. states that it is wholly owned by Bank Hapoalim B.M. and that no other publicly held corporation owns 10% or more of Hapoalim (Switzerland) Ltd.'s stock.

38. Lloyds TSB Bank Geneva, now known as Lloyds Bank plc, by and through its undersigned counsel, states that it is a wholly-owned subsidiary of Lloyds

Banking Group plc, a publicly traded company listed on the New York Stock Exchange, and London Stock Exchange. There are no publicly held corporations that own 10% or more of Lloyds Banking Group plc common stock.

39. RBS Coutts Bank Ltd., now known as Coutts & Co. Ltd., by and through its undersigned counsel, states that it is an indirect, wholly-owned subsidiary of NatWest Group plc, f/k/a The Royal Bank of Scotland Group plc, a publicly traded company listed on the New York Stock Exchange, and London Stock Exchange. There are no publicly held corporations that own 10% or more of NatWest Group plc common stock.

40. Harmony Capital Fund Ltd., by and through its undersigned attorneys, states that it is an indirect, wholly owned subsidiary of Harmony Capital Investors Ltd., a privately held entity. There are no publicly traded corporations that own 10% of Harmony Capital Investors Ltd.

41. Quasar Fund SPC Class A and Class B CGCNV certifies that it has no publicly held parent corporation and that no publicly held corporation owns ten percent or more of the petitioner.

42.  Certain assets and liabilities of Banca Unione di Credito were acquired by BSI AG in or around 2006.  Banca Unione di Credito's registration was cancelled in December 2006 as a result of the transaction.

43.  BSI AG is wholly owned by EFG International AG, a publicly held company whose registered shares are listed on the SIX Swiss Exchange.

44.  Banca Del Gottardo was acquired by BSI AG in November 2007, and it was subsequently merged with and integrated into BSI AG.

45.  EFG Bank AG (a/k/a EFG Bank SA f/k/a EFG Private Bank SA and also sued as "EFG Bank SA Switzerland") is wholly owned by EFG International AG, a publicly held company whose registered shares are listed on the SIX Swiss Exchange.

46.  EFG Bank (Monaco) S.A.M. (f/k/a Eurofinanciere D'Investissements SAM and sued as "Eurofinancier D'Invest MCL") is wholly owned by EFG International AG, a publicly held company whose registered shares are listed on the SIX Swiss Exchange.

47.  Bank Julius Baer & Co. Ltd. ("BJB"), through its undersigned attorneys, identifies Julius Baer Group Ltd. as directly or indirectly owning 10% or more of any class of BJB's equity interests.

48. Credit Suisse AG (also named herein as Credit Suisse AG Zurich) has publicly registered debt securities and warrants in the United States and elsewhere.  Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG, a corporation organized under the laws of Switzerland.  Credit Suisse Group AG's shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange.

49. To the extent "Clariden Leu Limited," as identified in the complaint in this action, refers to Clariden Leu AG, Clariden Leu AG states that it was merged out of existence as of April 2, 2012 into Credit Suisse AG.  Before the merger, Clariden Leu AG was a wholly owned subsidiary of Clariden Leu Holding AG.  Clariden Leu Holding AG was merged out of existence as of April 2, 2012 into Credit Suisse Group AG.  Before the merger, Clariden Leu Holding AG was a wholly owned subsidiary of Credit Suisse Group AG.  Credit Suisse Group AG is a corporation organized under the laws of Switzerland.  Credit Suisse Group AG's shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

50. Merrill Lynch Bank (Suisse) SA was merged into Bank Julius Baer & Co. Ltd. ("BJB") on May 31, 2013.  Merrill Lynch Bank (Suisse) SA, identifies Julius

Baer Group Ltd. as directly or indirectly owning 10% or more of any class of BJB's equity interests.

51. Merrill Lynch International is an indirect wholly-owned subsidiary of Bank of America Corporation, a publicly traded corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

52. Citco Group Limited, Citco Global Custody (NA) N.V., CGC NA, Citco Banking Corporation, N.V., Citco Bank Nederland N.V. Dublin Branch, Citco Bank Nederland N.V., and Citco Global Custody N.V. hereby state that:

   a. Citco Group Limited is a wholly owned subsidiary of Citco III Limited. No publicly held corporation owns ten percent or more of the stock of Citco Group Limited or Citco III Limited.

   b. Citco Global Custody (NA) N.V. (also known as CGC NA) is a subsidiary of Citco Banking Corporation, N.V., which is a subsidiary of CBC Holdings N.V. No publicly held corporation owns ten percent or

more of the stock of Citco Global Custody (NA) N.V., CGC NA, Citco

Banking Corporation, N.V., or CBC Holdings N.V.

c.  Citco Bank Nederland N.V. Dublin Branch is a branch of Citco Bank

Nederland N.V. and Citco Global Custody N.V. is a subsidiary of Citco

Bank Nederland N.V., which is a subsidiary of Citco Bank Holding N.V.

No publicly held corporation owns ten percent or more of the stock of

Citco Global Custody N.V., Citco Bank Nederland N.V. Dublin Branch,

or Citco Bank Nederland N.V.

53.  Bank J. Safra Sarasin AG states that its corporate parent is J. Safra Sarasin

Holding AG, and no publicly held corporation owns 10 percent or more of its

equity interests.

54.  Safra National Bank of New York states that its corporate parent is Safra New

York Corporation and no publicly held corporation owns 10 percent or more of

its stock.

55.  Pictet & Cie Group SCA is the parent company of Banque Pictet & Cie SA.  No

publicly held corporation owns 10% or more of Banque Pictet & Cie SA's

stock.

56.   Banca Arner S.A. (n/k/a One Swiss Bank), through its attorneys, states that Banca Arner does not have a parent corporation, and that no other publicly-held company owns 10% or more of its stock.

57.   Corner Banca SA, through its attorneys, states that Corpendius AG owns 100% of the shares of Corner Banca SA. and that no publicly held corporation owns 10% or more of Corner Banca SA's stock.

58.   Finter Bank Zurich AG (n/k/a Bank Vontobel AG), through its attorneys, states that Vontobel Holding AG owns 100% of the shares of Bank Vontobel AG.

59.   Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), through its attorneys, states that IHFS Holding AG, Zürich owns 100% of the shares of Privatbank IHAG Zurich AG.

60.   PKB Privatbank SA (sued as PKB Privatbank AG), through its attorneys, states that Auriga SA, Luxembourg owns 100% of the shares of PKB Privatbank SA.

61.   Altipro Master Fund (sued herein as Altigefi-Altipro Master, AKA Olympia Capital Management SA), a French Fonds Commun de Placement, represented by its portfolio management company, Olympia Capital Management SA ("OCM"), by and through its counsel, state that OCM's parent corporation is Ambroisie Capital Holding SAS.

62.     BBVA (Suisse) SA states that its sole corporate parent is Banco Bilbao Vizcaya Argentaria S.A.

63.     Fairfield Investment Fund Ltd. (a private non-governmental party), through its attorneys, states that the following corporate entities own, directly or indirectly, 10% or more of any class of its equity interest: Banco Bilbao Vizcaya Argentaria and Lion Global Investors Ltd.

64.     Fairfield GCI Fund (sued as Fairfield Investment GCI), through its attorneys, states that no corporate entity owns, directly or indirectly, 10% or more of any class of its equity interest.

65.     FIF Advanced, Ltd. (a private non-governmental party), through its attorneys, states that no corporate entity owns, directly or indirectly, 10% or more of any class of its equity interest.

66.     LGT Bank in Liechtenstein AG (now known as LGT Bank AG) hereby states that LGT Bank AG is wholly owned by LGT Group Holding Ltd. LGT Group Holding Ltd. is wholly owned by LGT Group Foundation. LGT Group Foundation is wholly owned by Prince of Liechtenstein Foundation. No publicly listed corporation owns 10% or more of LGT Bank AG's total share capital.

67.    Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) hereby states that LGT Bank (Switzerland) Ltd. is wholly owned by LGT Holding Denmark ApS. LGT Holding Denmark ApS is wholly owned by LGT UK Holdings Ltd. LGT UK Holdings Ltd. is wholly owned by LGT Group Holding Ltd. LGT Group Holding Ltd. is wholly owned by LGT Group Foundation. LGT Group Foundation is wholly owned by Prince of Liechtenstein Foundation. No publicly listed corporation owns 10% or more of LGT Bank (Switzerland) Ltd.'s total share capital.

68.    Verwaltungs und Privat - Bank AG Aktiengesellschaft (AMS) (now known as VP Bank AG) hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its total share capital.

69.    Centrum Bank Aktiengesellschaft hereby states that the successor-in-interest of Centrum Bank Aktiengesellschaft is Verwaltungs- und Privat-Bank AG (now known as VP Bank AG). VP Bank AG has no parent corporation, and no publicly held corporation owns 10% or more of its total share capital.

**Appendix C**
**Relevant Filings[1]**

| Exhibit | Docket Entry | Date | Description |
|---------|--------------|------|-------------|
| No. 10-3496, *In re Fairfield Sentry Limited* (Bankr. S.D.N.Y.) | | | |
| 1. | 2078 | May 1, 2019 | *Fairfield II* Notice of Appeal |
| 2. | 3092 | March 29, 2021 | *Fairfield III* Notice of Appeal |
| 3. | 3900 | September 28, 2021 | Scheduling Order on Personal Jurisdiction Briefing |
| No. 19-cv-3911, *Fairfield Sentry Ltd. v. Citibank NA London* (S.D.N.Y.) | | | |
| 4. | 428 | May 24, 2021 | Motion for Leave to Appeal |
| 5. | 433 | June 2, 2021 | SIFMA and SFA Amicus Brief |
| 6. | 647 | March 27, 2023 | Certification |
| No. 22-2101, *In re Fairfield Sentry Limited* (2d Cir.) | | | |
| 7. | 30 | November 23, 2022 | Consolidation Order |

---

[1] Appended below, in the order specified, are filings relevant to this action cited in the petition above.

# Exhibit 1

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

-and-

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
David Elsberg
212-390-9000

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, | ) |
| Plaintiffs, | ) Adv. Pro. No. 10-03622 |
| | ) (SMB) |
| -against- | ) |
| **CITIBANK NA LONDON and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CITIBANK NA LONDON 1-1000,** | ) |
| Defendants. | ) |
| | ) |
| | ) |

**NOTICE OF APPEAL**

1

**Part 1: Identify the Appellant(s)**

1. **Names(s) of appellants:** Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representative thereof, and Kenneth Krys solely in his capacity as Foreign Representative and Liquidator thereof ("Plaintiff-Appellants").

2. **Position of appellants in the adversary proceeding that is the subject of this appeal:** Plaintiff(s)

**Part 2: Identify the subject of this appeal**

1. <u>**Describe the judgment, order or decree appealed from:**</u> Plaintiff-Appellants, by their attorneys, hereby appeal under 28 U.S.C. § 158(a) from:

 **a.** Each and every part of that portion of the Stipulated Order Granting In Part And Denying In Part Moving Defendants' Motions To Dismiss And Plaintiffs' Motion For Leave To Amend, dated Tuesday, April 2, 2019 (ECF No. 73) (the "Order") that constitutes a final judgment and except insofar as the Order provides for further proceedings on issues listed in Order Paragraph II.A in the Bankruptcy Court;

 **b.** Memorandum Decision Granting in Part and Denying in Part Defendants' Motions to Dismiss and Plaintiffs' Motions for Leave to Amend, dated December 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 6, 2018)[1], ECF. No 1743) ("December 2018 Decision"), solely insofar as it concerns claims dismissed under the Order and the extraterritorial application of the Section 546(e) safe harbor; and

---

[1] The Court entered the decisions addressed in this Notice of Appeal only on the administratively consolidated docket for this action and its related proceedings.

    c. Memorandum Decision and Order Regarding the Defendants' Motions to Dismiss for Want of Jurisdiction, dated August 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2018), ECF No. 1723) (the "August 2018 Order"), solely insofar as it rules that Defendants' consent to the Subscription Agreement does not constitute consent to personal jurisdiction in the U.S. Redeemer Actions.

2. **State the date on which the judgment, order, or decree was entered:**

    a. The Order was entered on Tuesday, April 2, 2019. A copy of the Order is annexed hereto as **Exhibit A**.

    b. The December 2018 Decision was entered on December 6, 2018. A copy of the December 2018 Decision is annexed hereto as **Exhibit B**.

    c. The August 2018 Order was entered on August 6, 2018. A copy of the August 2018 Order is annexed hereto as **Exhibit C**.

**Part 3: Identify the other parties to the appeal:**

The relevant parties to the judgment, order, or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Plaintiff-Appellants | Attorneys |
| --- | --- |
| Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representative thereof, and Kenneth Krys solely in his capacity as Foreign Representative and Liquidator thereof | **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br><br>**SELENDY & GAY PLLC**<br>David Elsberg<br>Lena Konanova<br>Ron Krock |

| | 1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000 |
|---|---|

| **Defendant-Appellees** | **Attorneys** |
|---|---|
| See Schedule A | See Schedule A |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated: May 1, 2019
      New York, New York

Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ David J. Molton
**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: 212.209.4800
Facsimile: 212.209.4801
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com

—and—

**SELENDY & GAY PLLC**
David Elsberg
Lena Konanova
Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: lkonanova@selendygay.com
E-mail: rkrock@selendygay.com

*Counsel for the Plaintiff-Appellants*

4

# Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| FAIRFIELD SENTRY LIMITED, et al., | ) Case No. 10-13164 (CGM) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., | ) |
| | ) |
| Plaintiffs, | ) Adv. Pro. No. 10-03496 |
| | ) (CGM) |
| – against – | ) Administratively |
| | ) Consolidated |
| THEODOOR GGC AMSTERDAM, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof, | ) |
| | ) |
| | ) |
| | ) |
| | ) Adv. Pro. No. 10-03502 |
| Plaintiffs, | ) (CGM) |
| | ) |
| -against- | ) |
| | ) |
| RBC DOMINION SECURITIES and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF RBC DOMINION SECURITIES 1-1000, including without limitation BENEFICIAL OWNERS OF ACCOUNTS ASSOCIATED WITH SUB A/C, 2520007416, 2520191921, 2520224821, 2520211620, 3690195619, 3690195718 and 6712229910, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

1.      **Names(s) of appellants:**  Fairfield Sentry Limited (in Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof ("Plaintiffs-Appellants").

2.      **Position of appellants in the adversary proceeding that is the subject of this appeal:**  Plaintiff(s)

**Part 2: Identify the subject of this appeal**

1.      **Describe the judgment, order or decree appealed from;**

2.      **State the date on which the judgment, order, or decree was entered:**

Plaintiffs-Appellants, by their attorneys, hereby appeal under 28 U.S.C. § 158(a) from:

1.      Each and every part of the Stipulated Order Granting in Part and Denying in Part Moving Defendants' Second Consolidated Motion to Dismiss, dated February 25, 2021 (ECF No. 82) (the "Order", annexed hereto as **Exhibit A**);

2.      Final Judgment dated March 3, 2021 (ECF No. 84) (the "Judgment", annexed hereto as **Exhibit B**); and

3.      Any and all prior decisions that necessarily affect the Order and Judgment, including but not limited to:

   a.      Memorandum Decision Granting in Part and Denying in Part Defendants' Renewed Motion to Dismiss, dated December 14, 2020 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 14, 2020)[1], ECF No. 3062, annexed hereto as **Exhibit C**);

---

[1] The Court entered the decisions addressed in this Notice of Appeal only on the administratively consolidated docket for this action and its related proceedings.

b.   Memorandum Decision Granting in Part and Denying in Part Defendants'
Motions to Dismiss and Plaintiffs' Motions for Leave to Amend, dated
December 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor
GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y.
Dec. 6, 2018), ECF. No 1743, annexed hereto to as **Exhibit D**), insofar as
it concerns claims dismissed under the Order and the extraterritorial
application of the Section 546(e) safe harbor;

c.   Memorandum Decision and Order Regarding the Defendants' Motions to
Dismiss for Want of Jurisdiction, dated August 6, 2018 (*Fairfield Sentry
Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc.
No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2018), ECF No. 1723,
annexed hereto as **Exhibit E**), insofar as it rules that Defendants' consent
to the Subscription Agreement does not constitute consent to personal
jurisdiction in the U.S. Redeemer Actions; and

d.   Memorandum Decision Denying Plaintiffs' Motion for Leave to File
Further Proposed Amended Complaints in Certain Actions, dated
August 10, 2020 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor
GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y.
Aug. 10, 2020), ECF No. 3046, annexed hereto as **Exhibit F**).

**Part 3: Identify the other parties to the appeal:**

The relevant parties to the judgment, order, or decree appealed from, and the names,
addresses, and telephone numbers of their respective attorneys are as follows:

| Plaintiffs-Appellants | Attorneys |
|---|---|
| Fairfield Sentry Limited (in Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | **BROWN RUDNICK LLP** David J. Molton Marek P. Krzyzowski Seven Times Square New York, New York 10036 Telephone: 212-209-4800 **SELENDY & GAY PLLC** David Elsberg Lena Konanova Ron Krock 1290 Avenue of the Americas New York, NY 10104 Telephone: 212-390-9000 |

| Defendants-Appellees | Attorneys |
|---|---|
| See Schedule A | See Schedule A |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated:  March 29, 2021
        New York, New York

Respectfully submitted,

**BROWN RUDNICK LLP**

_/s/ David J. Molton_
**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com

—and—

**SELENDY & GAY PLLC**
David Elsberg
Lena Konanova

Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: lkonanova@selendygay.com
E-mail: rkrock@selendygay.com

*Counsel for the Plaintiffs-Appellants*

# Exhibit 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>            v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>            v.<br><br>CITIBANK NA LONDON, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03622 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>            v.<br><br>BGL BNP PARIBAS S.A., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03626 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03627 (CGM) |
| Plaintiffs, | |
| v. | |
| BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03630 (CGM) |
| Plaintiffs, | |
| v. | |
| HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03633 (CGM) |
| Plaintiffs, | |
| v. | |
| HSBC PRIVATE BANK (SUISSE) SA, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03634 (CGM) |
| Plaintiffs, | |
| v. | |
| ZURICH CAPITAL MARKETS CO., et al., | |
| Defendants. | |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBS AG NEW YORK, et al., <br><br> Defendants. | Adv. Pro. No. 10-03780 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS ARBITRAGE SNC, et al., <br><br> Defendants. | Adv. Pro. No. 10-04098 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>BNP PARIBAS PRIVATE BANK & TRUST CAYMAN LTD., et al.,<br><br>          Defendants. | Adv. Pro. No. 10-04099 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>UBS EUROPE SE LUXEMBOURG BRANCH, et al.,<br><br>          Defendants. | Adv. Pro. No. 11-01250 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>MERRILL LYNCH INTERNATIONAL, et al.,<br><br>          Defendants. | Adv. Pro. No. 11-01463 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>          Defendants. | Adv. Pro. No. 11-01579 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 11-01617 (CGM) |
| Plaintiffs, | |
| v. | |
| FORTIS BANK, SA/NV, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 11-02770 (CGM) |
| Plaintiffs, | |
| v. | |
| CITIGROUP GLOBAL MARKETS LTD., et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 12-01551 (CGM) |
| Plaintiffs, | |
| v. | |
| BNP PARIBAS ESPANA, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 19-01122 (CGM) |
| Plaintiffs, | |
| v. | |
| CITCO GLOBAL CUSTODY NV et al., | |
| Defendants. | |

## SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND~~ DISCOVERY~~

**WHEREAS**, on September 15, 2021, the Court instructed the parties to submit a joint scheduling order or competing scheduling orders for briefing motions to dismiss for lack of personal jurisdiction (9/15/2021 Hr'g Tr. at 18:1–6);

~~**WHEREAS**, the Court reiterated at the September 15, 2021 conference that Plaintiffs are entitled to proceed with discovery in aid of personal jurisdiction and instructed that Plaintiffs "[have] got to have discovery to get personal jurisdiction" (9/15/2021 Hr'g Tr. at 9:19–20);~~

**WHEREAS**, between August 17, 2021 and September 14, 2021 Plaintiffs served on Defendants in all actions other than No. 19-ap-01122 requests for the production of documents and interrogatories relating to personal jurisdiction, among other topics ("Plaintiffs' Initial Discovery to Non-Citco Defendants");

**WHEREAS**, Plaintiffs intend to serve on Defendants in No. 19-ap-01122, on or before September 27, 2021, requests for the production of documents and interrogatories relating to personal jurisdiction, among other topics (collectively, with Plaintiffs' Initial Discovery to Non-Citco Defendants, "Plaintiffs' Initial Discovery");

**WHEREAS**, Defendants have taken the position that Liquidators are not entitled to jurisdictional discovery in aid of their oppositions; and

**WHEREAS**, on September 17 and 21, 2021, the parties met and conferred on the issue of a scheduling order that accommodates jurisdictional discovery, and have reached an impasse;

**IT IS NOW, THEREFORE, HEREBY ORDERED**, that:

*1.* Defendants shall file their motions to dismiss, solely on personal jurisdiction grounds ("PJ Motions"), by ~~**October 8, 2021**~~: *October 29, 2021; a separate motion must be filed by each Defendant in each adversary proceeding;*

6

2.      Except for the HSBC Defendants, as to which the parties agree the HSBC Defendants shall serve Responses and Objections to Plaintiffs' Initial Discovery directed at HSBC Defendants by September 29, 2021, Defendants[1] shall serve responses and objections to Plaintiffs' Initial Discovery by the earlier of (a) 30 days from the parties' respective conferences pursuant to Federal Rule of Civil Procedure 26(f), or (b) **October 27, 2021**;

3.      The parties shall meet and confer regarding Plaintiffs' Initial Discovery and Defendants' responses and objections thereto by **November 3, 2021**;

4.      Plaintiffs shall file motions to compel discovery in aid of personal jurisdiction ("PJ Discovery Motions"), if any, by **November 5, 2021**, and Defendants shall file oppositions thereto by **November 12, 2021**;

**5.**      The Court shall hear argument on the PJ Discovery Motions at the **November 17, 2021** conference;

6.      The parties shall substantially complete the production of document discovery in aid of personal jurisdiction by **December 31, 2021**, and depositions, if any, shall be completed by **February 15, 2022**;

7.      Plaintiffs shall file their oppositions to Defendants' PJ Motions by **March 15, 2022**; ***separate opposition briefs shall be filed for each PJ motion;***

8.      Defendants shall file their replies in further support of their PJ Motions by **March 31, 2022**.

**9.**      The Court shall hear argument on the PJ Motions to dismiss at the **April 20, 2022** conference.

---

[1] HSBC Defendants are defined as HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Luxembourg) S.A., and HSBC Bank USA, N.A.

10.    ~~Deadlines for merits discovery not addressed by this Order have been or will be~~
~~negotiated and subject to corresponding Rule 26(f) scheduling orders.~~

*11.    **The parties are to proceed with discovery according to the Federal Rules of
Civil Procedure.***

/s/ Cecelia G. Morris



Dated: September 28, 2021
Poughkeepsie, New York

_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**

# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs-Appellees,<br><br>-against-<br><br>Citibank NA London, *et al.*,<br><br>        Defendants-Appellants. | Case No. _____ |
| In re:<br><br>Fairfield Sentry Limited, *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>-against-<br><br>Theodoor GGC Amsterdam, *et al.*,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |

## MOTION FOR LEAVE TO APPEAL

## TABLE OF CONTENTS

PRELIMINARY STATEMENT ....................................................... 1

BACKGROUND ............................................................................ 4

A. The Liquidators' Claims And The Bankruptcy Court's Prior
   Decisions.................................................................................. 5

B. The Current Appeals To This Court ......................................... 8

QUESTION PRESENTED............................................................... 9

ARGUMENT ................................................................................ 9

A. Exceptional Circumstances Warrant This Court's Hearing
   The Appeal, Which Raises A Controlling Question Of Law
   Closely Intertwined With Questions Presented In Parallel
   Appeals Taken As Of Right......................................................... 11

B. The Appeal Raises A Controlling Question Of Law As To
   Which There Are Substantial Grounds For Disagreement...................... 14

C. Granting Leave To Appeal Would Materially Advance The
   Termination Of This Already Protracted Litigation. ................................ 20

D. The Issue Raised By This Appeal Concerning The Scope Of
   The Safe Harbor Is Critical To The Integrity Of The
   International Securities Markets. .............................................. 21

CONCLUSION ............................................................................ 23

## <u>TABLE OF AUTHORITIES</u>

<u>Page(s)</u>

### <u>Rules and Statutes</u>

11 U.S.C. § 546(e) ........................................................................... *passim*

11 U.S.C. § 561(d) ........................................................................... *passim*

11 U.S.C. § 1521(a)(7).....................................................................    19

28 U.S.C. § 1292(b) .........................................................................    9

28 U.S.C. § 1334..............................................................................    10

### <u>Cases</u>

*Adelphia Recovery Tr. v. Bank of Am., N.A.*,
2007 WL 2585065 (S.D.N.Y. Sept. 5, 2007)..................................    10

*AP Servs. LLP v. Silva*,
483 B.R. 63 (S.D.N.Y. 2012)...........................................................    16

*Contemp. Indus. Corp. v. Frost*,
564 F.3d 981 (8th Cir. 2009) ...........................................................    15-16

*Howlett By & Through Howlett v. Rose*,
496 U.S. 356 (1990)..........................................................................    18

*In re Condor Ins. Ltd.*,
601 F.3d 319 (5th Cir. 2010) ............................................................    19

*In re Dwek*,
2010 WL 234938 (D.N.J. Jan. 15, 2010)....................................... 15, 16-17

*In re Fairfield Sentry Ltd.*,
596 B.R. 275 (Bankr. S.D.N.Y. 2018) ("*Fairfield II*")................... 6, 8, 19

*In re Fairfield Sentry Ltd.*,
2020 WL 7345988 (Bankr. S.D.N.Y. Dec. 14, 2020) ("*Fairfield III*").....1, 7, 17, 18

*In re Fairfield Sentry Ltd.*,
2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23, 2021) ("*Fairfield IV*").......1, 7, 17, 18

*In re Hawker Beechcraft, Inc.*,
2013 WL 6673607 (S.D.N.Y. Dec. 18, 2013) ....................................   9, 10, 15, 16

*In re Hechinger Inv. Co.*,
274 B.R. 71 (D. Del. 2002) ...........................................................................   16

*In re Kassover*,
343 F.3d 91 (2d Cir. 2003) ...............................................................................   9

*In re Lehman Bros. Holdings Inc.*,
2010 WL 10078354 (S.D.N.Y. Sept. 23, 2010) .................................  11, 14, 21, 22

*In re Lehman Bros. Holdings Inc.*,
970 F.3d 91 (2d Cir. 2020) ...........................................................................   22

*In re Lloyd's Am. Tr. Fund Litig.*,
1997 WL 458739 (S.D.N.Y. Aug. 12, 1997) ..............................................  14, 20, 21

*In re Nine West LBO Sec. Litig.*,
482 F. Supp. 3d 187 (S.D.N.Y. 2020) ...........................................................   16

*In re Quebecor World (USA) Inc.*,
453 B.R. 201 (Bankr. S.D.N.Y. 2011) ............................................................   14

*In re Tribune Co. Fraudulent Conveyance Litig.*,
946 F.3d 66 (2d Cir. 2019) ........................................................................  15, 22

*Juarez v. Nw. Mut. Life Ins. Co.*,
2014 WL 12772237 (S.D.N.Y. Dec. 30, 2014) .............................................   21

*Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*,
138 S. Ct. 883 (2018) ....................................................................................   16

*Picard v. ABN AMRO Bank (Ire.) Ltd.*,
505 B.R. 135 (S.D.N.Y. 2013)........................................................... 13-14

*Rosenberg v. Educ. Credit Mgmt. Corp.*,
2020 WL 1048599 (S.D.N.Y. Mar. 4, 2020) ................................... 13

*Rothenberg v. Oak Rock Fin., LLC*,
2015 WL 10663413 (E.D.N.Y. Mar. 31, 2015)........................................ 11, 12, 13

*Solis v. Kirschenbaum*,
2013 WL 1451980 (E.D.N.Y. Apr. 9, 2013) ................................... 13

*U.S. Bank N.A. v. Verizon Commc'ns Inc.*,
892 F. Supp. 2d 805 (N.D. Tex. 2012) ........................................... 16

**Other Authorities**

*Fairfield Sentry Ltd. (in Liquidation) v. Migani*
[2014] UKPC 9 .................................................................................. 5

H.R. Rep. No. 106-711, pt. 2 (2000) .............................................. 19

U.S. CONST. art. VI, cl. 2 ................................................................. 17, 18

iv

Defendants-Appellants,[1] as listed on Appendix B ("Defendants"), by the undersigned and additional counsel in Appendix C, respectfully submit this memorandum of law in support of their motion for leave to appeal the Bankruptcy Court's Decisions[2] denying Defendants' motion to dismiss a constructive trust claim brought under British Virgin Islands ("BVI") law (the "Constructive Trust Claim") as barred under 11 U.S.C. §§ 546(e) and 561(d) (the "Appeal").  Defendants seek leave to file the Appellate Brief (the "Proposed Brief") attached as Exhibit 1.

## PRELIMINARY STATEMENT

This motion seeks to bring before this Court one discrete, dispositive issue closely related to issues already before the Court in related proceedings:  Can a plaintiff circumvent the safe harbor protection of Section 546(e) of the Bankruptcy Code by re-casting a statutory avoidance claim as an equitable claim under foreign law, where the same claim would require dismissal if asserted under domestic law?

---

[1]   The Bankruptcy Court has reserved decision as to personal jurisdiction. Jurisdiction is not conceded by Defendants in this case and is the subject of ongoing motion to dismiss briefing before the Bankruptcy Court.

[2]   The "Decisions" include the Bankruptcy Court's December 14, 2020 Memorandum Decision Granting in Part and Denying in Part Defendants' Renewed Motion to Dismiss ("*Fairfield III*"), *In re Fairfield Sentry Ltd.*, 2020 WL 7345988 (Bankr. S.D.N.Y. Dec. 14, 2020), the Bankruptcy Court's February 23, 2021 Memorandum Decision Denying Motion for Reconsideration ("*Fairfield IV*"), *In re Fairfield Sentry Ltd.*, 2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23, 2021), and the orders implementing those decisions, *see, e.g.*, Stipulated Order, *Fairfield Sentry Ltd. v. Citibank NA London*, Adv. Pro. No. 10-3622 (Bankr. S.D.N.Y. Feb. 25, 2021) (Dkt. 102) ("Stipulated Order").  Appendix A contains the Decisions.

Section 546(e) is a safe harbor for certain securities-related payments, made applicable in Chapter 15 proceedings by Section 561(d) of the Bankruptcy Code. In parallel proceedings, this Court will be called on to hear appeals from the Bankruptcy Court's holding that foreign statutory claims brought under the BVI Insolvency Act by the BVI liquidators (the "Liquidators") of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (collectively, the "Funds") seeking to unwind redemption payments to the Funds' shareholders are barred by the safe harbor. In the same Decisions underlying those appeals, however, the Bankruptcy Court held that the Liquidators' equitable Constructive Trust Claim fell outside the safe harbor's protections. In doing so, the Bankruptcy Court distinguished non-bankruptcy claims asserted under U.S. law (which it acknowledged *would* be barred by the safe harbor) from identical claims asserted under foreign law (which it held were *not* barred by the safe harbor). That erroneous holding should be reversed.

It is appropriate that this issue is heard now, rather than at the end of a potentially lengthy multi-party litigation. In a series of decisions between 2018 and 2021, the Bankruptcy Court dismissed nearly all claims asserted in this sprawling litigation – involving more than 200 adversary proceedings – on various grounds, including that certain claims were barred by Section 546(e). This Appeal raises the flip-side of those issues, which the Court will already need to address in appeals

2

taken by the Liquidators as of right – namely, the scope of Section 546(e) as applied in Chapter 15 proceedings involving foreign law claims. This Appeal presents a discrete legal issue that the Court can resolve (i) on the face of complaints that it will already review in connection with the parallel appeals of right and (ii) based on the identical statutory defense currently before the Court.

Moreover, the unique circumstances of these cases merit immediate adjudication of this dispositive question concerning the application of Section 546(e). There are more than 200 individual consolidated adversary proceedings, many of which involve multiple defendants. Even among the 18 remaining cases in which the Bankruptcy Court did not dismiss the sole remaining Constructive Trust Claim, there are approximately 100 predominately foreign Defendants. It has taken more than a decade to progress to this stage of litigation. The sheer size and complexity of the cases underscores that further proceedings will take years, consume party and judicial resources and – particularly given that a substantial majority of the relevant evidence is likely located abroad – involve complex cross-border discovery disputes. The Bankruptcy Court and the parties would be well served to obtain clarity regarding whether the Liquidators' efforts to plead around the safe harbor are legally cognizable. There are strong policy reasons to prioritize judicial efficiency and the conservation of party resources in this case given the number of Defendants impacted by this single, dispositive legal question.

This Appeal also presents a question of far-reaching importance. Congress enacted Sections 546(e) and 561(d) to promote finality and reduce uncertainty in the international securities markets. The Bankruptcy Court's Decisions foster uncertainty in those markets by opening the door for foreign representatives to escape the safe harbor with artful pleading under foreign law. This issue is sufficiently significant to the broader market that it should be resolved without further delay.

For these reasons, Defendants respectfully request that the Court grant leave to file this Appeal pursuant to 28 U.S.C. § 158(a)(3).

## BACKGROUND

This Appeal arises from 18 of more than 200 adversary proceedings that the BVI Liquidators of the Funds have brought in the Bankruptcy Court. The Funds were directly or indirectly invested in Bernard Madoff's Ponzi scheme. Soon after the Madoff scheme was revealed in 2008, each of the Funds entered liquidation in the BVI.

Defendants are a large group of primarily foreign banks, funds, and investors that, prior to the exposure of the Madoff scheme, each allegedly redeemed shares in one or more of the Funds in exchange for contractually due redemption payments based on the Funds' net asset value ("NAV") at the time of redemption. Many Defendants are not the ultimate beneficiaries of the redemption payments at issue in

these cases, but rather are alleged to be trustees or nominees who were record shareholders of the Funds, holding such shares for the benefit of their own clients and investors.

### A. The Liquidators' Claims And The Bankruptcy Court's Prior Decisions

For over a decade, the Liquidators have attempted to use BVI and U.S. proceedings to unwind billions of dollars in redemption payments to Defendants. Specifically, the Liquidators seek to recover redemption payments made when, in the ordinary course of business, investors redeemed their shares and were paid based on a calculation of the Funds' NAV that, as a matter of controlling BVI law (confirmed by the BVI court of last resort), was binding on the Funds. *Fairfield Sentry Ltd. (in Liquidation) v. Migani* [2014] UKPC 9, ¶¶ 24-32.[3]

In four related decisions on Defendants' motions to dismiss, the Bankruptcy Court dismissed all of the Liquidators' claims across over 200 U.S. adversary proceedings and all but one claim in each of the remaining 18 proceedings. That remaining claim – the Constructive Trust Claim alleged under BVI law – is the only claim at issue in this Appeal. Related dismissed claims are already before this Court and soon to be briefed on appeals taken by the Liquidators from final judgments

---

[3]        Appendix D contains a foreign law compendium.

entered in 2019.  Defendants recount the Bankruptcy Court's prior decisions only to the extent relevant to this Appeal:

*Fairfield II.*   In December 2018, the Bankruptcy Court dismissed the Liquidators' BVI contract and common law claims for failure to state a claim, with the sole exception of a BVI claim seeking to impose a constructive trust.  *In re Fairfield Sentry Ltd.*, 596 B.R. 275, 297, 302 (Bankr. S.D.N.Y. 2018) ("*Fairfield II*").   *Fairfield II* also declined to dismiss the Liquidators' BVI Insolvency Act claims for failure to state a claim, but held that Sections 546(e) and 561(d) would bar the BVI Insolvency Act claims, and potentially all claims, if Defendants could show on a renewed motion to dismiss that the Funds or Defendants were "covered entit[ies]" under the safe harbor.  *Id.* at 315.

In May 2019, the Liquidators appealed *Fairfield II*'s dismissal of their contract and common law claims.  To enable this Court to consider all dismissed claims on a consolidated basis, the parties stipulated to final judgments or Rule 54(b) partial final judgments.   Among the issues raised in the 2019 appeals were *Fairfield II*'s interlocutory rulings applying Sections 561(d) and 546(e).  However, because the Bankruptcy Court continued to hear issues related to the application of the safe harbor to the Liquidators' remaining claims on Defendants' renewed motion to dismiss, this Court stayed the consolidated appellate proceedings on interlocutory

issues pertaining to the safe harbor.  Order ¶ A, *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-3911 (S.D.N.Y. Sept. 11, 2019) (Dkt. 8) ("Stay Order").

     **Fairfield III.**  In December 2020, the Bankruptcy Court decided *Fairfield III*, holding, in relevant part, that Sections 546(e) and 561(d) barred the Liquidators' BVI Insolvency Act claims because every redemption payment at issue was made "by" a covered entity under the safe harbor, *i.e.*, the Funds themselves.  2020 WL 7345988, at *6-7.  *Fairfield III* accordingly dismissed the BVI Insolvency Act claims.  *Id.*  Although the Bankruptcy Court acknowledged that the safe harbor would also bar claims that are "analogous to preference claims, state law fraudulent transfer claims or constructive fraudulent transfer claims under Bankruptcy Code § 548(a)(1)(B)," *id.* at *5, the Bankruptcy Court nonetheless declined to dismiss the Constructive Trust Claim because no "statutory language . . . purports to *expressly* preempt" foreign equitable claims, *id.* at *10 (emphasis in original).

     **Fairfield IV.**  In February 2021, the Bankruptcy Court issued *Fairfield IV*, denying reconsideration of *Fairfield III*'s safe harbor holding.  The Bankruptcy Court held that the Constructive Trust Claim is not an avoidance claim and reiterated its prior holding that federal law cannot impliedly "preempt" foreign law through the Supremacy Clause of the Constitution.  *Fairfield IV*, 2021 WL 771677, at *2-4.

     Following *Fairfield III* and *Fairfield IV*, in March 2021, this Court lifted the stay as to the prior appeals of *Fairfield II*'s safe harbor issues, so that it would hear

together all issues pertaining to Sections 546(e) and 561(d) and arising from *Fairfield II*, *Fairfield III*, and *Fairfield IV*. Order ¶¶ A–B, *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-cv-3911 (VSB) (S.D.N.Y. Mar. 17, 2021) (Dkt. 400) ("Order Lifting Stay").

**B. The Current Appeals To This Court**

The net effect of the foregoing decisions is that the parties will soon present consolidated briefing to this Court on appeals of right regarding issues that are directly tied to those presented in the instant Appeal. Specifically, this Court will soon receive briefing regarding appeals of right concerning the applicability of Section 546(e) and addressing, *inter alia*:

- Whether Section 561(d) incorporates and makes applicable Section 546(e) to Chapter 15 proceedings,

- Whether Sections 546(e) and 561(d) apply to foreign transfers,

- Whether each transfer was made "by," "to," or "for the benefit of" a covered entity, and

- Whether Sections 546(e) and 561(d) preclude the BVI Insolvency Act claims.

*See* Joint Letter at 1-2, *Fairfield Sentry Ltd. v. Citibank NA London*, No. 19-cv-3911 (VSB) (S.D.N.Y. Mar. 15, 2021) (Dkt. 399) ("Joint Letter"); Order Lifting Stay ¶¶ A–B.

Meanwhile, the parties anticipate that the Bankruptcy Court will soon enter a briefing schedule on Defendants' forthcoming renewed motion to dismiss in the

18 remaining actions in which the Constructive Trust Claim is still pending.  This next round of briefing will address unresolved questions raised by Defendants' previous motions to dismiss, including individualized questions of whether the Liquidators adequately alleged each Defendant's state of mind and whether each of the nearly 100 remaining Defendants are subject to personal jurisdiction in the United States.  *See, e.g.*, Stipulated Order § II.1.

## QUESTION PRESENTED

Do 11 U.S.C. §§ 546(e) and 561(d) bar foreign law claims asserted by a foreign representative in a Chapter 15 proceeding that seek avoidance of transfers or are duplicative of barred avoidance claims?

## ARGUMENT

Leave to appeal should be granted to efficiently and materially advance the conclusion of this protracted litigation involving hundreds of foreign defendants.  The statutory basis for this Appeal, 28 U.S.C. § 158(a)(3), provides this Court with discretion to hear appeals from interlocutory bankruptcy court orders.  *See In re Kassover*, 343 F.3d 91, 94 (2d Cir. 2003).  While retaining discretion, district courts look to the factors governing appeals from interlocutory district court orders to guide the inquiry.  *See* 28 U.S.C. § 1292(b); *see, e.g.*, *In re Hawker Beechcraft, Inc.*, 2013 WL 6673607, at *4 (S.D.N.Y. Dec. 18, 2013) ("Under section 1292(b), in order for a court to grant leave for a party to file an interlocutory appeal, the order being

appealed must (1) involve a controlling issue of law (2) over which there is substantial ground for difference of opinion, and the movant must also show that (3) an immediate appeal would materially advance the ultimate termination of the litigation." (internal quotation omitted)).

Particularly given that the jurisdiction exercised in a bankruptcy proceeding derives from the District Court itself, *see* 28 U.S.C. § 1334, when evaluating whether to grant an interlocutory appeal in bankruptcy cases, district courts evaluate whether the "exceptional circumstances" justifying appeal exist by looking to whether the circumstances of a particular case "overcome the general aversion to piecemeal litigation and justify departing from the basic policy of postponing appellate review until after the entry of a final judgment." *Hawker Beechcraft*, 2013 WL 6673607, at *4 (internal quotation and alterations omitted). "However strictly or not Section 1292(b) is followed, '[t]he critical requirement is that it [an interlocutory appeal] have the potential for substantially accelerating the disposition of the litigation.'" *Adelphia Recovery Tr. v. Bank of Am., N.A.*, 2007 WL 2585065, at *2 (S.D.N.Y. Sept. 5, 2007) (alterations in original) (quoting *In re Duplan Corp.*, 591 F.2d 139, 148 n. 11 (2d Cir. 1978) (Friendly, J.)).

This Court should grant leave to file this Appeal pursuant to 28 U.S.C. § 158(a)(3) because:

(a) The single, dispositive issue raised is closely related to issues already before this Court in parallel appeals taken as of right in hundreds of cases – an exceptional circumstance justifying interlocutory review;

(b) The single, dispositive issue raised involves a controlling question of law regarding the securities safe harbor, as to which there exists substantial grounds for difference of opinion;

(c) Interlocutory resolution of this Appeal, in connection with those appeals already before this Court, would materially advance the termination of this litigation and avoid future piecemeal appeals, *see Rothenberg v. Oak Rock Fin., LLC*, 2015 WL 10663413, at *15 (E.D.N.Y. Mar. 31, 2015) (granting leave to appeal complex, controlling legal issue that would significantly affect adversary proceedings and avoid "piecemeal litigation"); and

(d) The Decisions depart from settled expectations regarding the application of the securities safe harbor, and accordingly will have "potentially far-reaching ramifications for the international securities markets." *In re Lehman Bros. Holdings Inc.*, 2010 WL 10078354, at *9 (S.D.N.Y. Sept. 23, 2010).

**A. Exceptional Circumstances Warrant This Court's Hearing The Appeal, Which Raises A Controlling Question Of Law Closely Intertwined With Questions Presented In Parallel Appeals Taken As Of Right.**

In resolving the parallel appeals of right, the Court will address questions regarding the application of the safe harbor to foreign law claims (*i.e.*, the

11

Liquidators' BVI Insolvency Act claims) in a Chapter 15 proceeding.  This Appeal simply brings before the Court the other piece of the Bankruptcy Court's analysis of Section 546(e).  While the Court will be called upon to review claims that the Bankruptcy Court held *are* precluded by Section 546(e), because of the final judgment rule, it would not otherwise have before it the Bankruptcy Court's analysis of claims that it held were *not* precluded.  This Appeal asks whether the Bankruptcy Court erred by refusing to apply to the Constructive Trust Claim the same preemption analysis that it conducted for the BVI statutory avoidance claims.  This is an unusual instance in which an interlocutory appeal serves judicial expediency, rather than disrupts it.  *See Rothenberg*, 2015 WL 10663413, at *15.

Specifically, this Court will soon hear three issues on a consolidated basis arising from the Bankruptcy Court's application of the Section 546(e) safe harbor to this Chapter 15 proceeding that substantially overlap with this Appeal.  First, in appeals of right from 238 cases noticed in May 2019, the Liquidators ask this Court to review the Bankruptcy Court's conclusion that Section 561(d) makes Section 546(e) applicable to their efforts to recover the Funds' redemption payments to Defendants; those appeals will be briefed to this Court in a matter of months. *See* Order Lifting Stay ¶¶ A-B; Stay Order ¶ A.  Second, in the Liquidators' appeals of right from approximately 190 cases that are in the process of being noticed from final judgments or partial final judgments, the Liquidators ask this Court to review

the Bankruptcy Court's holding that the transfers were made "by" financial institutions within the meaning of Section 546(e).  *See* Joint Letter.  Third, in the same approximately 190 appeals of right, the Liquidators ask this Court to review the Bankruptcy Court's holding that Section 546(e) precludes the Liquidators' BVI Insolvency Act claims.  *See id.*

In a case pled against more than 350 Defendants in over 200 individual actions, the efficiency of hearing this issue on a consolidated basis alongside the appeals of right already going forward justifies granting leave to hear this Appeal. *See Rosenberg v. Educ. Credit Mgmt. Corp.*, 2020 WL 1048599, at *2 (S.D.N.Y. Mar. 4, 2020) (granting leave to appeal when interlocutory appeal was "inextricably bound" with appeal of right); *Rothenberg*, 2015 WL 10663413, at *15 ("[G]ranting ZFI leave to appeal would prevent undu[e] delay and piecemeal litigation on [an] important issue . . . ."); *Solis v. Kirschenbaum*, 2013 WL 1451980, at *4 (E.D.N.Y. Apr. 9, 2013) (granting leave to appeal in the interest of "efficiency" when district court would be hearing overlapping issues on appeals of right).  On the other hand, it would be inefficient to require Defendants in 18 out of more than 200 cases to fully litigate claims against them, potentially through trial, before having the opportunity to appeal a threshold legal question that significantly overlaps with issues this Court is already addressing.  Nor would it be consistent with the protections Congress intended the safe harbor to effectuate.  *See Picard v. ABN*

*AMRO Bank (Ire.) Ltd.*, 505 B.R. 135, 141 (S.D.N.Y. 2013) ("[C]ourts will enforce the safe harbor provisions of the Bankruptcy Code in appropriate cases by dismissing avoidance actions on the pleadings."); *In re Quebecor World (USA) Inc.*, 453 B.R. 201, 211 (Bankr. S.D.N.Y. 2011) (requiring "all safe harbor disputes [to] proceed to trial would effectively undermine the objective of legal certainty in securities transactions that motivated Congress' adoption of the safe harbor provisions").

This posture, the size of this litigation, and the number of cases affected by the safe harbor defense are extraordinary circumstances justifying hearing this Appeal with the consolidated appeals already before this Court. *See Lehman Bros.*, 2010 WL 10078354, at *9 (granting leave to appeal issue with potentially broad impact in "massive and extraordinary proceeding"); *In re Lloyd's Am. Tr. Fund Litig.*,1997 WL 458739, at *4 (S.D.N.Y. Aug. 12, 1997) ("Because . . . efficiency concerns are greatest in large, complex cases, certification may be more freely granted in so-called 'big' cases.").

**B. The Appeal Raises A Controlling Question Of Law As To Which There Are Substantial Grounds For Disagreement.**

In substance, this Appeal concerns the scope of Section 546(e)'s safe harbor, made applicable in Chapter 15 cases pursuant to Section 561(d).  Defendants ask the Court to consider two aspects of the Decisions:  (1) whether, as a matter of law, Section 546(e) precludes foreign equitable claims in the same way that it would preclude such claims if asserted under domestic law, and (2) whether, on the face of

the Liquidators' complaints, their Constructive Trust Claim asserted under BVI law is in reality a claim for avoidance under a different name, and therefore precluded by the plain language of Section 546(e).  Each involves a controlling question of law with regard to which the Bankruptcy Court's Decisions not only depart from precedent but, if reversed, would dispose of the Constructive Trust Claim and all remaining actions before the Bankruptcy Court.  *See Hawker Beechcraft*, 2013 WL 6673607, at *4 (noting controlling question of law exists when reversal "could result in dismissal of the action" or when issue "has precedential value for a large number of cases"); *In re Dwek*, 2010 WL 234938, at *2 (D.N.J. Jan. 15, 2010) (same, when order contains error that would be reversible on final appeal).

The Second Circuit has held expressly that Section 546(e) precludes not only claims literally within its scope, but also claims that – although cast under non-bankruptcy law – seek the same objective.  *See In re Tribune Co. Fraudulent Conveyance Litig.*, 946 F.3d 66, 90-91 (2d Cir. 2019).  To Defendants' knowledge, however, neither the Second Circuit nor any other court has applied that holding in a case involving foreign law claims.

Courts before and after *Tribune* have held that Section 546(e) bars non-bankruptcy claims that duplicate claims within the plain reach of the safe harbor because permitting such non-bankruptcy claims would frustrate the purpose of the safe harbor.  *See, e.g.*, *Contemp. Indus. Corp. v. Frost*, 564 F.3d 981, 988 (8th Cir.

2009) (barring unjust enrichment and other state law claims seeking "to recover the same payments . . . [that] are unavoidable under § 546(e)"), *abrogated on other grounds by Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018); *In re Nine West LBO Sec. Litig.*, 482 F. Supp. 3d 187, 207 (S.D.N.Y. 2020) (barring unjust enrichment claims seeking "to recover the same payments held unavoidable under § 546(e)"); *AP Servs. LLP v. Silva*, 483 B.R. 63, 71 (S.D.N.Y. 2012) (barring unjust enrichment claim that "frustrat[ed] the purpose of Section 546(e)"); *U.S. Bank N.A. v. Verizon Commc'ns Inc.*, 892 F. Supp. 2d 805, 824-25 (N.D. Tex. 2012) (barring state unlawful dividend cash claim that was "in many ways similar to" barred constructive fraudulent transfer claims) *In re Hechinger Inv. Co.*, 274 B.R. 71, 94, 96 (D. Del. 2002) (barring unjust enrichment claim because it "effectively acts as an avoidance claim against the shareholders in a transaction [held to be] an unavoidable settlement payment").   At the very least, substantial grounds for disagreement with the Decisions plainly arise from this conflict with Circuit and District precedent.  *See Hawker Beechcraft*, 2013 WL 6673607, at *5 (noting that substantial grounds for disagreement arise from "conflicting authority" among district and bankruptcy courts).

The Decisions further encompass a controlling question of law because they are wrong on their face:  They reverse the usual presumption that U.S. courts apply foreign law only to the extent it does not conflict with domestic law.  *See Dwek*,

16

2010 WL 234938, at *2 (noting that controlling question of law arises from reversible error).  The Bankruptcy Court instead held that it was bound to apply foreign law *even if* doing so would frustrate the purpose of a federal statute (as the Bankruptcy Court assumed it would).  *Fairfield IV*, 2021 WL 771677, at *3-4; *Fairfield III*, 2020 WL 7345988, at *9-10.

The sole justification for that holding is the Bankruptcy Court's misreading of the Supremacy Clause of the Constitution.  While the Supremacy Clause states that "the Laws of the United States . . . shall be the supreme Law of the Land," U.S. CONST. art. VI, cl. 2, the Bankruptcy Court misconstrued the language, and thus the meaning of the provision, by moving the clause "any Thing in the Constitution or Laws of any State to the Contrary notwithstanding" to follow the declaration of supremacy, *Fairfield III*, 2020 WL 7345988, at *9.  But that reconfigured language does not modify the declaration of supremacy; rather, it modifies a second sub-clause relating to the obligation of "Judges in every State" to be "bound thereby." A side-by-side comparison makes the point clear:

17

| Full Text of the Supremacy Clause | As Modified by the Bankruptcy Court |
|---|---|
| **"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land;** *and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."* | "Under the Supremacy Clause of the United States Constitution, federal law '**shall be the supreme Law of the Land** . . . *any Thing in the Constitution or Laws of any State to the Contrary notwithstanding*.' U.S. CONST. art. VI, cl. 2." |
| U.S. CONST. art. VI, cl. 2 (emphasis added). | *Fairfield III*, 2020 WL 7345988, at *9 (emphasis added). |

The Supreme Court has established that the second-sub clause does not modify the supremacy of federal law, as the Bankruptcy Court misinterpreted it, but rather "confirm[s] that state courts have the coordinate authority and consequent responsibility to enforce the supreme law of the land." *Howlett By & Through Howlett v. Rose*, 496 U.S. 356, 369 n.16 (1990).

The Bankruptcy Court's misreading of the Supremacy Clause led to its misapplication. In the Bankruptcy Court's view, Section 546(e)'s safe harbor displaces conflicting, otherwise controlling *state* law, but requires federal courts to apply *foreign* law that would "frustrate the purpose" of a federal statute. *Fairfield IV*, 2021 WL 771677, at *3-4; *Fairfield III*, 2020 WL 7345988, at *9-10. That is not what the Supremacy Clause means, nor could it have been what Congress envisioned when it enacted the safe harbor in 1982 and extended it to Chapter 15

in 2005. Indeed, the safe harbor's extension into Chapter 15 arose from the actual risks of the insolvencies of foreign investment funds – as is the case here. Section 561(d) was enacted as part of the 2005 bankruptcy reform bill responsive to the near-collapse of Long-Term Capital Management, L.P. ("LTCM"), a Cayman Islands hedge fund that underwent a multi-billion dollar bailout at the request of the Federal Reserve by a consortium of banks. H.R. Rep. No. 106-711, pt. 2, at 55 (2000) ("The near failure of [LTCM] . . . highlights the need for the U.S. to further refine its bankruptcy and insolvency laws in order to avoid systemic risk to the nation's financial system in the event of a failure of a large bank, hedge fund, or securities firm . . . ."); *see also Fairfield II*, 596 B.R. at 311-14 (reviewing role of LTCM's downfall in enactment of Section 561(d)). Section 561(d) thus extends safe harbor protections to claims brought in a Chapter 15 proceeding – proceedings which, by their nature, involve claims under foreign law. *See* 11 U.S.C. § 1521(a)(7); *In re Condor Ins. Ltd.*, 601 F.3d 319, 327 (5th Cir. 2010) (holding that Chapter 15 does not allow foreign representative "to gain access to avoidance powers not provided by the law of the foreign proceeding"); *accord Fairfield II*, 596 B.R. at 310. Consequently, Section 561(d) necessarily refers to avoidance powers available under non-U.S. law.

Accordingly, the Bankruptcy Court should have applied Section 546(e) to the Liquidators' foreign equitable claims as it would have applied to identical state law

claims, and its failure to do so is reversible error. This is an important controlling legal question as to which there are substantial grounds for disagreement; it merits this Court's review.

### C. Granting Leave To Appeal Would Materially Advance The Termination Of This Already Protracted Litigation.

Granting leave to appeal would materially advance the termination of this litigation. The core issue in this expansive case is whether the Liquidators are entitled to use a U.S. bankruptcy court to recover transfers made by the Funds to hundreds of Defendants. While nearly 90% of the Liquidators' adversary proceedings have been dismissed, claims against nearly 100 Defendants remain. The next step in the 18 cases remaining in the Bankruptcy Court is briefing on a renewed motion to dismiss, which will include a variety of individualized grounds, such as whether each Defendant (the overwhelming majority of which are foreign with no U.S. assets or activities) is subject to personal jurisdiction here. *See, e.g.*, Stipulated Order § II.1. That briefing alone will consume the better part of the year and could produce additional rounds of *seriatim* appeals to this Court. *See Lloyd's*, 1997 WL 458739, at *4-5, *7 (granting leave to appeal after considering burden to both courts). Moreover, any discovery will likely be contested, protracted, and burdensome, given that virtually no evidence is expected to be in the United States and foreign legal requirements, such as data privacy and bank secrecy rules, must be addressed. Discovery requests have already prompted intense disputes, including an

emergency motion and appeal to the District Court, which reversed a Bankruptcy Court order compelling foreign discovery.  *See* Order, *Fairfield Sentry Ltd., et al. Litig.*, No. 12-mc-218 (LAP) (S.D.N.Y. July 10, 2012) (Dkt. 66).

If Section 546(e) bars the Constructive Trust Claim, a ruling to that effect now would end years of uncertain and expensive foreign litigation and facilitate the conclusion of the Funds' BVI liquidation.  *See Lehman Bros.*, 2010 WL 10078354, at *8 (granting leave to appeal because termination of one adversary proceeding would materially advance termination of litigation); *Lloyd's*, 1997 WL 458739, at *5 (same, because reversal would terminate consolidated actions).  Immediate appellate review of the threshold question raised by this Appeal – whether the safe harbor categorically bars the Liquidators' efforts as a matter of law – will provide the parties with greater clarity and potentially facilitate more expeditious resolution through litigation or settlement.  *See Juarez v. Nw. Mut. Life Ins. Co.*, 2014 WL 12772237, at *2 (S.D.N.Y. Dec. 30, 2014) (granting leave when appeal may "solidify . . . bargaining positions and promote settlement").

### D. The Issue Raised By This Appeal Concerning The Scope Of The Safe Harbor Is Critical To The Integrity Of The International Securities Markets.

Finally, the legal issue in this Appeal independently presents exceptional circumstances that further justify granting leave.  *See, e.g.*, *id.* (granting leave given "significance" of legal issue).  The safe harbor's consistent application to foreign

law claims is vital to the stability of the securities markets. *See Lehman Bros.*, 2010 WL 10078354, at *9 (granting leave to appeal issue "trigger[ing] significant uncertainty in the financial community"). As the Second Circuit has recognized, Section 546(e) was intended to provide investors with "certainty as to each [securities] transaction's consummation" and confidence in overall market stability. *Tribune*, 946 F.3d at 90, 92 (noting Section 546(e) "was not intended as protection of politically favored special interests"); *see also In re Lehman Bros. Holdings Inc.*, 970 F.3d 91, 99, 102-03 (2d Cir. 2020) (affirming broad reading of "analogous" safe harbor given plain text and Congressional purpose of protecting markets and participants). The disruptive effect of the Decisions on investors' ability to order their affairs and on the securities markets *writ large* militates immediate review. *See Lehman Bros.*, 2010 WL 10078354, at *9. Granting leave to appeal in these cases would facilitate resolving uncertainty in the markets regarding the scope of Section 546(e)'s safe harbor as to foreign law claims asserted in U.S. courts that arise out of transactions governed by foreign law.

22

# CONCLUSION

For these reasons, Defendants respectfully request that the Court grant leave

to appeal pursuant to 28 U.S.C. § 158(a)(3) and authorize the filing of the Proposed

Brief attached as Exhibit 1.

Dated: March 30, 2021                    Respectfully submitted,
      Washington, D.C.

                                       CLEARY GOTTLIEB STEEN
                                       & HAMILTON LLP

                                     By:  */s/ Nowell D. Bamberger*
                                       Nowell D. Bamberger
                                       (admitted *pro hac vice*)

                                       2112 Pennsylvania Avenue, N.W.
                                       Washington, D.C. 20037
                                       T: 202-974-1500
                                       F: 202-974-1999
                                       nbamberger@cgsh.com

                                     Joseph M. Kay
                                     Christine M. Jordan

                                     One Liberty Plaza
                                     New York, New York 10006
                                     T: 212-225-2000
                                     F: 212-225-3999
                                     jkay@cgsh.com
                                     cjordan@cgsh.com

                                     *Counsel for HSBC Securities Services*
                                     *(Luxembourg) S.A., HSBC Private Bank*
                                     *(Suisse) S.A., HSBC Bank USA, N.A.*

## CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limitation of Federal Rule of Bankruptcy Procedure 8013(f)(3)(A), because it contains 5,189 words, excluding the parts of the brief exempted by Federal Rule of Bankruptcy Procedure 8015(g).

2.      This motion complies with the typeface and the type style requirements of Federal Rule of Bankruptcy Procedure 8013(f)(2) because this brief has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:  March 30, 2021
        Washington, D.C.


                    By: */s/ Nowell D. Bamberger*
                        Nowell D. Bamberger

# Appendix A

APPENDIX A INDEX
MARCH 30, 2021

| TAB | DESCRIPTION |
|-----|-------------|
| A-1 | Order Implementing *Fairfield III* |
| A-2 | *Fairfield III* |
| A-3 | *Fairfield IV* |

# Appendix A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>  Debtors in Foreign Proceedings. | ) **Chapter 15 Case**<br>)<br>) **Case No. 10-13164 (SMB)**<br>)<br>) **Jointly Administered**<br>)<br>) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,**<br><br>    Plaintiffs,<br><br>– against –<br><br>**THEODOOR GGC AMSTERDAM, et al.,**<br><br>    Defendants. | )<br>)<br>) **Adv. Pro. No. 10-03496**<br>) **(SMB)**<br>) **Administratively**<br>) **Consolidated**<br>)<br>)<br>)<br>)<br>)<br>) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and **KENNETH KRYS and GREIG MITCHELL,** solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br><br>    -against-<br><br>**CITIBANK NA LONDON and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CITIBANK NA LONDON 1-1000,**<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) **Adv. Pro. No. 10-03622**<br>) **(SMB)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER GRANTING IN PART AND DENYING IN PART**
**MOVING DEFENDANTS' SECOND CONSOLIDATED MOTION TO DISMISS**

Plaintiffs[1] and the defendants ("Defendants") in the above-captioned adversary

proceeding (the "Action"), to the extent represented by undersigned counsel, state as follows:

**WHEREAS**, on August 6, 2018, the Court issued a Memorandum Decision and Order

("*Fairfield I*") (Dkt. 1723),[2] holding that the Court had subject matter jurisdiction over certain

adversary proceedings forming part of the administratively consolidated action captioned above,

while not fully resolving the objections to personal jurisdiction or service raised in the opposition

of Moving Defendants (among others) to Consolidated Plaintiffs' October 21, 2016 motion for

leave to amend (Dkts. 922–23) or the January 13, 2017 motions to dismiss of Moving Defendants

(among others) (Dkts. 959–60), including the supplemental briefs thereto filed by certain Moving

Defendants (among others) (the "2016–17 Motions to Amend and Dismiss");

**WHEREAS**, on September 20, 2018, the Court entered an Order and Stipulation (the

"Stipulation") (Dkt. 1735) between Consolidated Plaintiffs and Moving Defendants (among

others) to enable the Court to resolve the balance of the 2016–17 Motions to Amend and

Dismiss, without the signatories to the Stipulation waiving, except as expressly provided in the

Stipulation, arguments or rights in connection with the 2016–17 Motions to Amend and Dismiss,

including, but not limited to, grounds and arguments in support of dismissal for lack of personal

jurisdiction or service raised by Moving Defendants (among others) in their memorandum of law

---

[1]      Except where otherwise noted, references to (i) "Consolidated Plaintiffs" are to Kenneth Krys and Greig
Mitchell (or their predecessors) as Liquidators and Foreign Representatives of all three funds—Fairfield Sentry
Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation),
and (ii) "Moving Defendants" are to defendants listed in Exhibit A hereto (comprised of defendants in all adversary
proceedings in the above-captioned administratively consolidated proceedings that filed or joined the Second
Consolidated Motion to Dismiss (defined below) Consolidated Plaintiffs' claims in the adversary proceedings against
them).
[2]      References to "Dkt." or "Dkts." are to docket entries for the administratively consolidated adversary
proceedings, *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496 (Bankr.
S.D.N.Y.), unless otherwise indicated.

in connection with the 2016–17 Motions to Amend and Dismiss and, in some instances, in the individual supplemental briefs of Moving Defendants (among others) in connection with the 2016–17 Motions to Amend and Dismiss;

**WHEREAS**, upon consideration of the foregoing stipulations and briefing and of oral argument on the 2016–17 Motions to Amend and Dismiss, the Court on December 6, 2018 issued a Memorandum Decision granting in part and denying in part the 2016–17 Motions to Amend and Dismiss, which contemplated the filing of a renewed motion to dismiss ("*Fairfield II*") (Dkt. 1743);

**WHEREAS,** between April 2, 2019 and April 18, 2019, and on August 5, 2019 and August 8, 2019, the Court entered settled or stipulated orders (the "Stipulated Orders") in each of the adversary proceedings forming part of the administratively consolidated action captioned above to implement *Fairfield I* and *Fairfield II*;

**WHEREAS**, the Stipulated Orders provided for the dismissal of certain of Consolidated Plaintiffs' claims with prejudice and entered final judgments under Federal Rule of Civil Procedure 54(b), made applicable in these proceedings by Bankruptcy Rule 7054, as to those claims, which fully and finally dismissed claims included certain claims seeking the imposition of a constructive trust in actions in which Consolidated Plaintiffs asserted that no Moving Defendant was a "Knowledge Defendant" as defined in *Fairfield II* (the "Non-Knowledge Defendant Constructive Trust Claims");

**WHEREAS**, the Stipulated Orders granted leave to file certain amended complaints and provided that a renewed motion to dismiss, including certain supplemental briefs in support thereof, could be filed in response to the operative amended complaints with respect to the following issues (collectively, the "Second Round Issues"): (i) whether any claims asserted

against a defendant in an amended complaint served pursuant to the Stipulated Orders are barred by Section 546(e), Section 546(g), and/or Section 561(d) of the Bankruptcy Code; (ii) whether the defendant is a Knowledge Defendant as defined in *Fairfield II* and, to the extent that a defendant is a Knowledge Defendant, whether Consolidated Plaintiffs have made allegations sufficient to sustain a constructive trust claim asserted against them in an amended complaint served pursuant to the Stipulated Orders; (iii) whether the Court may exercise personal jurisdiction over a defendant, including whether service was properly effected; (iv) whether any claim asserted against a defendant in an amended complaint must be dismissed under *Fairfield II*; (v) whether any claim asserted against a defendant must be dismissed because that defendant is not a proper party to be sued on such claim; (vi) whether a defendant must be dismissed because an amended complaint served pursuant to the Stipulated Orders fails to adequately plead receipt of redemptions by that defendant; and (vii) any other argument for dismissal upon consent of the Consolidated Plaintiffs or by order of the Court;

WHEREAS, on or before January 15, 2020, in accordance with those Stipulated Orders, Plaintiffs filed the operative amended complaint in the Action, asserting claims under Sections 245 and 246 of the BVI Insolvency Act (the "BVI Avoidance Claims") and seeking a constructive trust under BVI law (the "Constructive Trust Claim");

WHEREAS, on January 15, 2020, Consolidated Plaintiffs certified completion of their filing of amended complaints pursuant to the Stipulated Orders and simultaneously moved for leave to further amend those operative complaints in twenty-nine actions—consisting of seventeen actions against theretofore existing alleged Knowledge Defendants as defined in *Fairfield II* (the "Knowledge Defendants")[3] and twelve additional actions against defendants

---

[3]    References to (i) "Knowledge Defendants" are to defendants listed in Exhibit B hereto (comprised of purported Knowledge Defendants), and (ii) "Proposed New Knowledge Defendants" are to defendants listed in

who had not before been alleged to be Knowledge Defendants (the "Proposed New Knowledge Defendants")—to add allegations in support of existing or new proposed constructive trust claims based upon purported defendant knowledge (the "Motion for Leave") (Dkt. 2873);

**WHEREAS**, at a February 25, 2020 conference, and as subsequently so-ordered in an order dated March 20, 2020 (the "March 20 Order") (Dkt. 2926), the Court directed the Proposed New Knowledge Defendants and the Consolidated Plaintiffs to submit briefs on the issue of whether the Court lacked subject matter jurisdiction over the new proposed constructive trust claims against the Proposed New Knowledge Defendants or whether the Court was otherwise barred from hearing the Motion for Leave as to the Proposed New Knowledge Defendants (the "Constructive Trust Bar Issue"), on which issue the relevant parties submitted briefs dated March 10, 2020 (Dkts. 2890, 3024), March 24, 2020 (Dkts. 3015–16), and March 31, 2020 (Dkt. 3023), and the Court otherwise adjourned deadlines for the Motion for Leave and held it in abeyance;

**WHEREAS**, following the February 25 and March 11, 2020 conferences, the Court directed that Moving Defendants could file a renewed motion to dismiss by a consolidated brief, and certain individual, supplemental briefs in support thereof, with respect to the operative complaints as amended pursuant to the Stipulated Order on the following grounds: (i) whether any or all of Consolidated Plaintiffs' claims are barred by Section 546(e), Section 546(g), and/or Section 561(d) of the U.S. Bankruptcy Code on the basis of only those materials capable of being considered on a motion to dismiss (the "Safe Harbor Issue"), and (ii) whether, as a matter of law, service was properly effected on the Moving Defendants who reside in particular countries identified by Moving Defendants that are signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters—*i.e.*, the Hague

---

Exhibit C hereto (comprised of defendants that opposed Consolidated Plaintiffs' Motion for Leave on the basis of the Constructive Trust Bar Issue).

Convention (the "Hague Service Issue" and, collectively with the Safe Harbor Issue, the "First Threshold Issues");

WHEREAS, the Court directed at the February 25 and March 11, 2020 conferences that all other Second Round Issues, besides the First Threshold Issues, were expressly preserved;

WHEREAS, consistent with the Court's directives at the February 25 and March 11, 2020 conferences, on March 16, 2020, Moving Defendants filed a renewed motion to dismiss on the First Threshold Issues (the "Second Consolidated Motion to Dismiss") supported by a consolidated brief (the "Second Consolidated Motion to Dismiss Brief") (Dkts. 2903, 2910) and other supporting papers;

WHEREAS, further consistent with the Court's directives at the February 25 and March 11, 2020 conferences, on or before March 23, 2020, certain Moving Defendants filed supplemental briefs or other supporting papers in further support of the Second Consolidated Motion to Dismiss (the "Individual Supplemental Briefs");

WHEREAS, in the March 20 Order, while expressly preserving all other arguments for dismissal, the Court limited consideration of the Hague Service Issue to the issue of whether service was properly effected on the subset of Moving Defendants purportedly served in Switzerland (the "Swiss Service Issue" as to certain "Swiss Moving Defendants," Exhibit D, *infra*);

WHEREAS, following a March 27, 2020 telephonic hearing, in an order dated April 14, 2020 (the "April 14 Order" and, together with the March 20 Order, the "Scheduling Orders") (Dkt. 3028), the Court limited Consolidated Plaintiffs' consolidated brief in opposition to the Second Consolidated Motion to Dismiss Brief such that, with respect to two arguments from the Second Consolidated Motion to Dismiss Brief identified in the April 14 Order, such briefing

6

only addressed the operative complaint against Citibank NA London (Dkt. 79, No. 10-ap-03622), which the parties stipulated was a financial institution, and HSBC Private Bank Suisse SA ("HSBC Suisse") (Dkt. 86, No. 10-ap-03633); in so doing, the Court expressly preserved and held in abeyance all other submissions in connection with the Second Consolidated Motion to Dismiss Brief;

WHEREAS, the Scheduling Orders expressly preserved all other arguments "in connection with any pending motions for leave to amend, including the Motion for Leave, and with the [Second] Consolidated Motion to Dismiss … including without limitation, lack of personal jurisdiction, failure to state a claim for reasons other than the First Threshold Issues, and service issues other than the Hague Service Issue identified above [*i.e.*, other than the Swiss Service Issue]" (March 20 Order ¶ 4, *accord* April 14 Order ¶¶ 4–5);

WHEREAS, on August 10, 2020, the Court issued a decision denying the Motion for Leave as to the Proposed New Knowledge Defendants on the grounds that the Court was divested of jurisdiction to hear the Motion for Leave as to those Proposed New Knowledge Defendants (the "Constructive Trust Bar Decision") (Dkt. 3046), and issued an order to that effect on August 18, 2020 (the "Constructive Trust Bar Order") (Dkt. 3047), which resolved the Motion for Leave as to only the Proposed New Knowledge Defendants;

WHEREAS, on December 14, 2020, the Court issued a memorandum decision granting in part and denying in part the Second Consolidated Motion to Dismiss ("*Fairfield III*") (Dkt. 3062);

WHEREAS, in ruling upon the Safe Harbor Issue as limited by the Scheduling Orders and as part of *Fairfield III*, the Court dismissed the BVI Avoidance Claims, and held the

Constructive Trust Claims were not barred by the safe harbor, in all applicable actions against the Moving Defendants;

**WHEREAS**, in ruling upon the Swiss Service Issue as part of *Fairfield III*, the Court, relying on the fact that Consolidated Plaintiffs "[did] not dispute that mail service on HSBC Suisse failed to satisfy the requirements of the Hague Service Convention" (*Fairfield III* at 25), determined that the Liquidators nevertheless "exercised due diligence" by "attempt[ing] service on HSBC Suisse in a timely manner consistent with the subscription agreements" and that "[t]he decision to litigate the propriety of past service or seek a different and less costly method of new service, rather than proceed with the costly and time-consuming process of serving the Defendants under the Hague Service Convention, does not signify a lack of due diligence" (*Fairfield III* at 34–35), granted Consolidated Plaintiffs' request to effect alternative service on HSBC Suisse's U.S. counsel, and directed Consolidated Plaintiffs (i) to meet and confer with HSBC Suisse on such request and "submit a joint letter to the Court within thirty days of this memorandum decision on the status of their meet and confer" (*Fairfield III* at 35), and, (ii) failing agreement, to serve HSBC Suisse by sending a copy of the operative complaint to HSBC Suisse's U.S. counsel by first class mail within sixty days of the date of the memorandum decision (*Fairfield III* at 35);

**WHEREAS**, on January 11, 2021, Consolidated Plaintiffs and HSBC Suisse met and conferred, and HSBC Suisse's U.S. counsel, Cleary Gottlieb Steen & Hamilton LLP, informed counsel for Consolidated Plaintiffs that Cleary Gottlieb Steen & Hamilton LLP is not authorized to accept service on behalf of HSBC Suisse and that HSBC Suisse does not waive service of process;

**WHEREAS**, on January 13, 2021 (Dkt. 3066) the parties notified the Court of the outcome of their meet and confer, following which Consolidated Plaintiffs intend to serve HSBC Suisse's U.S. counsel by first class mail within sixty days of *Fairfield III*;

**WHEREAS**, the Court further directed the parties to "[s]ettle orders in each affected adversary proceeding on notice or submit consensual orders" (*Fairfield III* at 36);

**WHEREAS**, by agreement, the Court extended the deadline for settling on notice or submitting consensual orders until Thursday, January 28, 2021 (the "Settle Order Deadline") (Dkt. 3064);

**WHEREAS**, on January 4, 2021, this Court entered a separate order (Dkt. 30) in the adversary proceeding against various Citco entities, *Fairfield Sentry Ltd. (In Liquidation) v. Citco Global Custody NV*, No. 19-ap-01122, providing that the *Fairfield III* decision also applies to that action and extending until Thursday, January 28, 2021 the time for the parties to settle on notice or submit consensual orders in that proceeding (the "Citco Settle Order Deadline");

**WHEREAS**, by agreement, the Court further extended the Settle Order Deadline and Citco Settle Order Deadline until Thursday, February 11, 2021 (Dkt. 3067);

**WHEREAS**, certain Moving Defendants have stated that they intend to seek reconsideration of certain aspects of *Fairfield III*. This Order is without prejudice to Consolidated Plaintiffs' right to oppose any such motions, including any delay in briefing the forthcoming Third Motion to Dismiss as a result of any such motions;

**WHEREAS**, Consolidated Plaintiffs intend to appeal *Fairfield III* in each of the 171 adversary proceedings that have been finally dismissed and in which there is no pending Motion for Leave,[4] and certain Moving Defendants, having the same claims dismissed for the same

---

[4] These consist of the actions against the Moving Defendants (*see* Exhibit A), excluding the subset of Knowledge Defendants for which the Constructive Trust Claims are still live (*see* Exhibit B).

reasons and in order to participate as parties in such appeal further request that the Bankruptcy Court enter a final judgment as to the BVI Avoidance Claims under Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in this proceeding by Bankruptcy Rule 7054, on the grounds that an immediate appellate review of *Fairfield III*'s dismissal of the BVI Avoidance Claims will be efficient for the courts and the Consolidated Plaintiffs and those Moving Defendants, and Consolidated Plaintiffs, reserving all rights concerning appeals, do not object to those Moving Defendants' request to use the Rule 54(b) procedure;

WHEREAS, certain Knowledge Defendants intend to file a motion for interlocutory appeal of the holdings of *Fairfield III* that denied the Second Consolidated Motion to Dismiss as to the Constructive Trust Claims and/or based on the Swiss Service Issue (the "Motion for Leave to Appeal"), and Consolidated Plaintiffs intend to oppose that Motion for Leave to Appeal;

WHEREAS, noticing appeals in those proceedings presents a significant logistical challenge, and Consolidated Plaintiffs and Moving Defendants, pursuant to Rules 8002(d) and 8004(a) of the Federal Rules of Bankruptcy Procedure, therefore request that the Court grant an extension of time to file any notice of appeal or cross-appeal arising out of or relating to this Order, to the maximum time allowable under Rule 8002(d) of the Federal Rules of Bankruptcy Procedure;

WHEREAS, Moving Defendants consent to Consolidated Plaintiffs' request for extension of time to file any notice of appeal pursuant to Rule 8002(d) of the Federal Rules of Bankruptcy Procedure, and Consolidated Plaintiffs consent to Moving Defendants' request for extension of time to file any notice of appeal or cross-appeal pursuant to Rules 8002(d) and/or 8004(a) of the Federal Rules of Bankruptcy Procedure;

10

**WHEREAS**, collectively, Moving Defendants have moved to dismiss in connection with the 2016–17 Motions to Amend and Dismiss or the Second Consolidated Motion to Dismiss on the following grounds (the "Motion to Dismiss Grounds"),[5] which have either been briefed or expressly preserved:

- whether the Court may exercise subject matter jurisdiction;

- whether the Court may exercise personal jurisdiction over a defendant ("Personal Jurisdiction Issue");

- whether the Court should dismiss the claims for failure to properly effect service of process (the "Service Issue");

- whether the Court should dismiss the claims on the basis of *forum non conveniens*;

- whether any of the claims are barred by principles of preclusion, estoppel or *res judicata*;

- whether any of the claims are barred by Section 546(e), Section 546(g), and/or Section 561(d) of the Bankruptcy Code;

- whether a Moving Defendant is a Knowledge Defendant as defined under the standard set forth in *Fairfield II*, and to the extent that a defendant is a Knowledge Defendant, whether Consolidated Plaintiffs have made allegations sufficient to sustain a constructive trust claim asserted against it (the "Constructive Trust Pleading Issue") or an undervalue transaction claim;

- whether any of the claims must be dismissed because Defendants gave good consideration in exchange for the redemption payments or because there is a binding contract governing the subject matter of the Action;

- whether any of the claims must be dismissed for lack of standing;

- whether any of the claims must be dismissed for failure to allege damages;

- whether any of the BVI Avoidance Claims must be dismissed for any of the following reasons:  the Court lacks statutory authority to grant relief; Defendants were creditors and not members; the redeemed shares had the value ascribed to them by the funds; the funds were solvent at all relevant times; the redemptions

---

[5]    This Order does not purport to bind defendants who were fully dismissed following *Fairfield II* and are not signatories to this Order.

were made in the ordinary course of business; the redemptions were made with a good faith belief they would benefit the funds.

- whether any of the claims must be dismissed under the doctrine of *ex turpi causa* or *in pari delicto*;

- whether any of the claims asserted against a defendant must be dismissed because that defendant is not a proper party to be sued on such claim (the "Proper Party Issue");

- whether any of the claims asserted against a defendant must be dismissed because that defendant acted as an agent to a disclosed principal;

- whether a defendant must be dismissed because a complaint fails to adequately plead receipt of redemptions by that defendant (the "Receipt Issue"); and

- whether the motions for leave filed in 2016 or the Motion for Leave should be granted under Rule 15(a)(2) and Rule 16(b) of the Federal Rules of Civil Procedure (the "Amendment Issue");

Defendants have not raised other grounds for dismissal pursuant to Federal Rule of Civil Procedure 12(b) and, subject to Paragraph II.2 herein, shall not raise any other grounds for dismissal pursuant to Federal Rule of Civil Procedure 12(b); and

**WHEREAS**, on February 11, 2021, the Court held a conference with the parties in which it provided further guidance on the submission of settle orders implementing *Fairfield III* and further proceedings;

**NOW,** for the reasons set forth in *Fairfield III*, which is incorporated herein and attached hereto as Exhibit E, **IT IS HEREBY STIPULATED, AGREED, AND SO ORDERED, THAT:**

## I.    DISPOSITION OF THE SECOND CONSOLIDATED MOTION TO DISMISS

1.    The Second Consolidated Motion to Dismiss is **GRANTED** as to the BVI Avoidance Claims, and the BVI Avoidance Claims are **DISMISSED** for all Moving Defendants, with prejudice.

2.  The Second Consolidated Motion to Dismiss is **DENIED** as to the Constructive

Trust Claims for all Knowledge Defendants, without prejudice to Defendants' ability to file a

further motion to dismiss pursuant to Paragraph II.1 of this Order.

3.  Except as expressly resolved in *Fairfield I*, *Fairfield II*, or *Fairfield III*, or in this

Order or the prior Stipulated Orders implementing those decisions, the Court has not resolved the

Motion to Dismiss Grounds.

4.  Moving Defendants' request that the Bankruptcy Court enter a final judgment as

to the BVI Avoidance Claims under Rule 54(b) of the Federal Rules of Civil Procedure, made

applicable in this proceeding by Bankruptcy Rule 7054, is **GRANTED**.

> a.  The amended complaint in this adversary proceeding alleges multiple
> claims and names multiple defendants. The entry of a final order and
> judgment will decide and ultimately dispose of, subject to appellate rights,
> the BVI Avoidance Claims, which present legal issues that can be
> adjudicated independently of the remaining claims. Further, there is no
> just reason for delay of entry of a final order and judgment on the BVI
> Avoidance Claims. *Fairfield III* dismissed the BVI Avoidance Claims in
> this Action, as well as BVI Avoidance Claims involving identical legal
> issues brought by Consolidated Plaintiffs against Moving Defendants in
> related actions, some of which have now been finally resolved and are
> thus subject to appeal pursuant to 28 U.S.C. § 158(a)(1). Such appeal
> could adjudicate the substantive rights of Moving Defendants without
> their participation, unless a final order and judgment is entered forthwith.
> In light of this, and the number of claims and Defendants in the action, the
> interests of fairness, judicial efficiency and sound judicial administration
> are served by the entry of this final order and judgment, together with the
> entry of all other final orders and judgments dismissing BVI Avoidance
> Claims brought by the Consolidated Plaintiffs in similar adversary
> proceedings pursuant to *Fairfield III*, and the opportunity for an
> immediate appeal.
>
> b.  Because this order and judgment and the dismissal of the BVI Avoidance
> Claims, together with the final orders and judgments dismissing BVI
> Avoidance Claims brought by Consolidated Plaintiffs in similar adversary
> proceedings pursuant to *Fairfield III*, will affect numerous adversary
> proceedings commenced by the Plaintiffs and hundreds of defendants
> named in those complaints, an immediate appeal of the dismissal of the
> BVI Avoidance Claims would avoid protracted, expensive, and potentially
> duplicative litigation proceedings, and would facilitate the prompt

resolution of a significant portion of the litigation, which would provide certainty for further proceedings and possible appeals.

5.      Plaintiffs and the undersigned Moving Defendants expressly, knowingly, and voluntarily grant their consent solely for this Court to enter this final order and judgment in this Action as provided above, subject to appellate review, whether the underlying claims in the Action are core under 28 U.S.C. § 157(b)(2) or noncore under 28 U.S.C. § 157(c)(2) and although this Court is not constituted under Article III of the United States Constitution. Notwithstanding the above grant of consent, Moving Defendants reserve all other jurisdictional, substantive, or procedural rights and remedies in connection with this adversary proceeding, including with respect to the Bankruptcy Court's power to finally determine any other matters in this adversary proceeding.

6.      Pursuant to Fed. R. Civ. P. 58(b)(2) made applicable to this adversary proceeding by Bankruptcy Rule 7058, the Court directs the Clerk to promptly **ENTER** partial final judgment in the form attached hereto as Exhibit F.

## II.    <u>FURTHER PROCEEDINGS</u>

1.      Without prejudice to the rights they may have in the event the operative complaints are amended or issues on appeal from a motion to dismiss are remanded, subject to Paragraph II.2 herein, any of the Knowledge Defendants may file a further motion to dismiss (the "<u>Third Motion to Dismiss</u>") and opposition to the Motion for Leave limited to the following issues:

        a.  the Amendment Issue;

        b.  the Constructive Trust Pleading Issue;

        c.  the Proper Party Issue;

        d.  the Personal Jurisdiction Issue;

   e. the Service Issue, other than as to HSBC Suisse;

   f. the Receipt Issue; and

   g. any other argument for dismissal upon consent of the Consolidated Plaintiffs or by order of the Court.

  2. Moving Defendants shall not raise any grounds for dismissal on a future motion to dismiss other than those Motion to Dismiss Grounds not previously resolved in this or any related action; provided, however, in the event the operative complaints are amended (beyond those amendments already contemplated by the Motion for Leave) or issues on appeal from a motion to dismiss are remanded, the Moving Defendants shall inform the Consolidated Plaintiffs of any additional grounds for dismissal the Moving Defendants believe are legally justified and the parties shall meet and confer within thirty (30) days of such amendment or remand concerning any remaining issues for further briefing.

  3. The Knowledge Defendants and Consolidated Plaintiffs shall promptly meet and confer regarding a schedule for further proceedings in this matter and shall submit an agreed proposal, or their respective positions with respect to any issues on which agreement cannot be reached, including as   to omnibus issues appropriate for consolidated briefing, within thirty (30) days of the entry of this Order.

  4. Consolidated Plaintiffs have stated that they intend to seek discovery pertaining to, without limitation, the Personal Jurisdiction Issue including by filing a motion to lift the stay of discovery imposed by the Stipulated Orders and/or a motion to compel the production of discovery sought.  This Order is without prejudice to Defendants' rights to oppose any such motions.

  5. Consolidated Plaintiffs' and Moving Defendants' requests for an extension of time to file notices of appeal and notices of cross-appeal under Rules 8002(d) and/or 8004(a) of

the Federal Rules of Bankruptcy Procedure are each **GRANTED**. As a result of this Order and other final orders entered in these consolidated adversary proceedings, Consolidated Plaintiffs and Moving Defendants, should they pursue all appeals, would be required to file notices of appeal in dozens of adversary proceedings. Given the logistical burdens, the Court has determined that it is within its discretion to grant Consolidated Plaintiffs and Moving Defendants each an extension of time to file notices of appeal in connection with this Order pursuant to Bankruptcy Rule 8002(d). For the purposes of Bankruptcy Rule 8002(d), Consolidated Plaintiffs' request for an extension under Rule 8002(d) is deemed to be a motion by Consolidated Plaintiffs pursuant to Bankruptcy Rule 8002(d). Pursuant to Bankruptcy Rule 8002(d), Consolidated Plaintiffs' time to file any notice of appeal arising out of or relating to this Order is hereby extended to and including thirty-five (35) days from the date of entry of this Order. Similarly, for the purposes of Bankruptcy Rule 8002(d) and 8004(a), Moving Defendants' request for an extension under Rule 8002(d) and 8004(a) is deemed to be a motion by Moving Defendants pursuant to Bankruptcy Rule 8002(d). Pursuant to Bankruptcy Rules 8002(d) and 8004(a), Moving Defendants' time to file any notice of appeal or notice of cross-appeal arising out of or relating to this Order is hereby extended to and including thirty-five (35) days from the date of entry of this Order.

Dated: New York, New York
      February 23, 2021

By: _/s/ David J. Molton_                           By: _/s/ Carmine D. Boccuzzi, Jr._
    David J. Molton                                Carmine D. Boccuzzi, Jr.
    Marek P. Krzyzowski                        E. Pascale Bibi
                                         Ariel M. Fox
    **BROWN RUDNICK LLP**
    7 Times Square                              **CLEARY GOTTLIEB STEEN &**
    New York, NY 10036                      **HAMILTON LLP**

Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: dmolton@brownrudnick.com
E-mail: mkrzyzowski@brownrudnick.com

*Counsel for the Foreign Representatives*

  – and –

**SELENDY & GAY PLLC**
David Elsberg
Lena Konanova
Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
E-mail: delsberg@selendygay.com
E-mail: rkrock@selendygay.com

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999 (facsimile)
E-mail: cboccuzzi@cgsh.com
E-mail: pbibi@cgsh.com
E-mail: arfox@cgsh.com

*Attorneys for Citibank NA London*

SO ORDERED this **25th** day of **February**, 2021

                    **/s/ STUART M. BERNSTEIN**
                    HON. STUART M. BERNSTEIN
                    United States Bankruptcy Judge

**EXHIBIT A**
*Moving Defendants*

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 1 | Adv. Pro. 10-03502 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities Sub A/C, et al.* | RBC Dominion Securities | RBC Dominion Securities |
| 2 | Adv. Pro. 10-03503 | *Fairfield Sigma Limited (In Liquidation), et al. v. Tercas-Cassa Di Risparmio Della Provincia Di Teramo S.P.A., et al.* | Banca Popolare di Bari S.C.p.A in Amministrazione Straordinaria, as successor-in-interest to Tercas-Cassa Di Risparmio Della Provincia di Teramo S.P.A. | Tercas-Cassa Di Risparmio Della Provincia di Teramo S.P.A. |
| 3 | Adv. Pro. 10-03504 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | ABN AMRO Global Custody N.V. (sued as FS ABN AMRO Global Custody) | ABN AMRO Global Custody |
| 4 | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | American Express Bank, f/k/a Standard Chartered International (USA) Ltd., n/k/a Standard Chartered International (USA) LLC | American Express Bank, n/k/a Standard Chartered International (USA) Ltd. |

---

[1]    That Appendix A (and the footnotes thereto) includes (i) Defendants listed in Appendix A submitted with Moving Defendants' Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss (Dkt. 2903), (ii) Defendants who filed a joinder within ten days after the date of filing the Defendants' Brief, as provided under the relevant Stipulated Orders, *see, e.g.*, Stipulated Order Granting in Part and Denying in Part Moving Defs.' Mots. to Dismiss and Pls.' Mot. for Leave to Amend, Fairfield Sentry Ltd. v. HSBC Private Bank Suisse SA, Adv. Pro. No. 10-3633 (SMB) (Bankr. S.D.N.Y. Apr. 15, 2019) (Dkt. 81), and (iii) Defendants who, after that time, filed a motion or stipulation to join the renewed motion to dismiss.  This is not a concession by either party that those names are correct.  Moreover, although Moving Defendants' commentary in the "Defendant" column has been retained, its inclusion herein does not constitute a concession of that commentary's accuracy, *vel non*, by the Consolidated Plaintiffs.

A-1

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 5 | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Banque Privee Edmond de Rothschild (Europe) | Banque Privee Edmond de Rothschild (Europe) |
| 6 | Adv. Pro. 10-03507 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Insurance Company Ltd., et al.* | Meritz Fire & Marine Insurance Company Ltd. | Meritz Fire & Marine Insurance Company Ltd. |
| 7 | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Perenco SA | Perenco SA |
| 8 | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Schroder & Co. (Asia) Ltd. | Schroder & Co. (Asia) Ltd. |
| 9 | Adv. Pro. 10-03509 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) | Banco Santander (Suisse) S.A. |
| 10 | Adv. Pro. 10-03510 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | Hapoalim (Switzerland), Ltd. | Bank Hapoalim (Suisse) Ltd. a/k/a Banque Hapoalim (Suisse) S.A. |
| 11 | Adv. Pro. 10-03512 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.* | Mizrahi Tefahot Bank Limited | Mizrahi Tefahot Bank Ltd. a/k/a United Mizrahi Bank Limited |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 12 | Adv. Pro. 10-03513 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | Banque SYZ SA (f/k/a Banque Syz & Co. SA) | Banque Syz & Co. SA |
| 13 | Adv. Pro. 10-03514 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Banque Piguet & Cie SA | Banque Piguet & Cie S.A. |
| 14 | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria (Portugal) S.A. | Banco Bilbao Vizcaya Argentaria (Portugal) S.A. |
| 15 | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria S.A. | Banco Bilbao Vizcaya Argentaria S.A. |
| 16 | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Fundas Privanza | BBVA Fundas Privanza |
| 17 | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Grand Cayman | BBVA Grand Cayman |
| 18 | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Miami | BBVA Miami |
| 19 | Adv. Pro. 10-03516 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | Merrill Lynch, Pierce, Fenner & Smith, Inc. | Merrill Lynch, Pierce, Fenner & Smith, Inc. |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 20 | Adv. Pro. 10-03519 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al.* | Neue Bank AG | Neue Bank AG |
| 21 | Adv. Pro. 10-03521 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Properties Limited, et al.* | Lombardy Properties Limited | Lombardy Properties Limited |
| 22 | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Collins Stewart (CI) Limited | Collins Stewart (CI) Limited |
| 23 | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Fund Nominees Limited | Fund Nominees Limited |
| 24 | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. | FIF Advanced Ltd. |
| 25 | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA | SG Private Banking (Suisse) SA n/k/a Société Générale Private Banking (Suisse) S.A. |
| 26 | Adv. Pro. 10-03614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al.* | Sherli Eghanian Krayem | Sherli Eghanian Krayem |
| 27 | Adv. Pro. 10-03614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al.* | Roya Rebecca Elghanian | Roya Rebecca Elghanian |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 28 | Adv. Pro. 10-03615 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of America National Trust and Savings Association, et al.* | Bank of America National Trust and Savings Association | Bank of America National Trust and Savings Association |
| 29 | Adv. Pro. 10-03616 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | Banque de Luxembourg | Banque de Luxembourg |
| 30 | Adv. Pro. 10-03618 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | BBVA Miami | BBVA Miami |
| 31 | Adv. Pro. 10-03619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited, et al.* | HSBC Institutional Trust Services (Asia) Limited. | HSBC Institutional Trust Services (Asia) Limited |
| 32 | Adv. Pro. 10-03620 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International, et al.* | Credit Suisse International | Credit Suisse International |
| 33 | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | OAM | OAM |
| 34 | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | Oddo & Cie | Oddo & Cie |
| 35 | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London | Citibank NA London |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 36 | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg | Caceis Bank Luxembourg |
| 37 | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants | Strategy Sicav EdPaf, Selected Strategies Ltd., ICM Tactical Master, CDC ICM The Ghos Portfolio a/k/a CDC IXIS Capital Markets, Eurogate Farad Global Niche, ICIB Natexis Lux Alpha Master, ICIB Cote d'Armor Alpha Master, ICIB Centre France Alpha Prot Master, ICIB Ethias Allocation Master, ICIB Atlantique Alpha Master, ICIB Hyperion Alternative Basket Master, and ICIB Hyperion Alternative Basket II Master |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 38 | Adv. Pro. 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 39 | Adv. Pro. 10-03626 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas* | BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas | BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas |
| 40 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management | Altigefi-Altipro Master a/k/a Olympia Capital Management |
| 41 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. | BNP Securities Services Luxembourg |
| 42 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA | Milan Clessidra a/k/a Clessidra SGR SpA |
| 43 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA | Rothschild & Cie Banque-EGA |
| 44 | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. | Murdoch & Co. |
| 45 | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson &. Co. | Robinson & Co. |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 46 | Adv. Pro. 10-03629 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al.* | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited |
| 47 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg), SA | HSBC Securities Services (Luxembourg), SA |
| 48 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. | Private Space Ltd. |
| 49 | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (C.I.) Limited | HSBC Private Bank (C.I.) Limited |
| 50 | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 51 | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | Republic Nominees Limited | Republic Nominees Limited |
| 52 | Adv. Pro. 10-03632 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Andbanc Andorra, et al.* | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. |
| 53 | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA | HSBC Private Bank Suisse SA |
| 54 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg | Banco Itau Europa Luxembourg |
| 55 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG | Bank Morgan Stanley AG |
| 56 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) Zurich | Citibank (Switzerland) Zurich |
| 57 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited | Citivic Nominees Limited |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 58 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA | Compagnie Bancaire Espiritu Santo SA n/k/a Banque Privee Espirito Santo SA |
| 59 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) | EFG Private Bank SA |
| 60 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA | HSBC Bank USA |
| 61 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank[2] | Merrill Lynch Bank |
| 62 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC | Morgan Stanley & Co. International PLC |
| 63 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York | Safra National Bank of New York |
| 64 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda | ZCM Asset Holding Co. Bermuda |

---

[2] It has been asserted that "Merrill Lynch Bank" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

A-10

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 65 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. | ZCM Matched Funding Corp. |
| 66 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company | Zurich Capital Markets Company |
| 67 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[3] | HSBC |
| 68 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 69 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. | Banca Arner SA |
| 70 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito | Banca Unione di Credito |
| 71 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Bank Sarasin & Cie |

---

[3]    It has been asserted that "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 72 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. | Bank Julius Baer & Co. Ltd. |
| 73 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise | Banque Cantonale Vaudoise |
| 74 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | Dexia Banque International A Luxembourg |
| 75 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA | Pictet & Cie |
| 76 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA | BBVA (Suisse) SA |
| 77 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund | BCV AMC Defensive AL Fund[4] |
| 78 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA | BNP Paribas (Suisse) SA |
| 79 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | BNP Paribas (Suisse) SA Ex Fortis |

---

[4]   It has been asserted that "BCV AMC Defensive AL Fund" is incorrectly named in the complaint and should be named "BCV AMC Defensive ALT Fund."

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 80 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | BNP Paribas (Suisse) SA Private |
| 81 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG | BSI AG |
| 82 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo | BSI Ex Banca Del Gottardo |
| 83 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg | Caceis Bank Luxembourg |
| 84 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) | Centrum Bank AG (AMS) |
| 85 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. | Clariden Leu Ltd. |
| 86 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique | Compagnie Bancaire Helvetique |
| 87 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA | Corner Banca SA |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 88 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) | RBS Coutts Bank Ltd. |
| 89 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich | Credit Suisse AG Zurich |
| 90 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | Dresdner Bank Schweiz |
| 91 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | Edmond de Rothschild (Suisse) S.A. |
| 92 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) | EFG Bank SA Switzerland |
| 93 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) | EFG Eurofinancier D'Invest MCL |
| 94 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. | Fairfield Investment Fund Ltd. |
| 95 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI | Fairfield Investment GCI |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 96 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank | Falcon Private Bank |
| 97 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. | FIF Advanced Ltd. |
| 98 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich | Finter Bank Zurich |
| 99 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. | Bank Hapoalim Switzerland Ltd. |
| 100 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. | Harmony Capital Fund Ltd. |
| 101 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG | IHAG Handelsbank AG |
| 102 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG | InCore Bank AG |
| 103 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG | LGT Bank in Liechtenstein AG |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 104 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) | Liechtensteinische LB Reinvest AMS |
| 105 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) | Lloyds TSB Bank Geneva |
| 106 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie | Lombard Odier Darier Hentsch & Cie |
| 107 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. | National Bank of Kuwait |
| 108 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. | NBK Banque Privee Suisse SA |
| 109 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG | PKB Privatbank AG |
| 110 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. | RBC Dexia Investor Service Julius Baer SICAV |
| 111 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Rothschild Bank AG |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 112 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin)[5] | Rothschild Bank Geneva (Dublin) |
| 113 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |
| 114 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle | SIS Seeganintersettle |
| 115 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. | SIX SIS Ltd. |
| 116 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust | Societe Generale Bank & Trust |
| 117 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) | UBS AG Zurich and UBS AG New York |
| 118 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) | UBS Jersey Nominees |

---

[5] It has been asserted that "Rothschild Bank Geneva (Dublin)" is incorrectly named in the complaint and should be named "Edmond de Rothschild (Suisse) SA."

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|-----|-----------|-----------|------------------------------------------------------------------------------------------|---------------------------------------------|
| 119 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) | Unifortune Conservative Side Pocket |
| 120 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | ABN AMRO Schweiz AG a/k/a ABN AMRO Switzerland AG |
| 121 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG | Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS) |
| 122 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 123 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[6] | HSBC |
| 124 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket | Allianzbank SPA/Unifortune Conservative Side Pocket |

---

[6]     It has been asserted that "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

A-18

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|-----|-----------|-----------|----------------------------------------------------------------------------------------|----------------------------------------------|
| 125 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arden International Capital Limited | Arden International Capital, Ltd. |
| 126 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. | Banca Arner SA |
| 127 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito | Banca Unione di Credito |
| 128 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Bank Sarasin & Cie |
| 129 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. | Bank Julius Baer & Co. Ltd. |
| 130 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. | Bank Leumi (Switzerland) Ltd. |
| 131 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise | Banque Cantonale Vaudoise |
| 132 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | Dexia Banque International A Luxembourg |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 133 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA | Pictet & Cie |
| 134 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA | BBVA (Suisse) SA |
| 135 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund | BCV AMC Defensive AL Fund[7] |
| 136 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA | BNP Paribas (Suisse) SA |
| 137 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | BNP Paribas (Suisse) SA Ex Fortis |
| 138 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | BNP Paribas (Suisse) SA Private |
| 139 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG | BSI AG |
| 140 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo | BSI Ex Banca Del Gottardo |

---

[7] It has been asserted that "BCV AMC Defensive AL Fund" is incorrectly named in the complaint and should be named "BCV AMC Defensive ALT Fund."

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 141 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg | Caceis Bank Luxembourg |
| 142 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) | Centrum Bank AG (AMS) |
| 143 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. | Clariden Leu Ltd. |
| 144 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique | Compagnie Bancaire Helvetique |
| 145 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA | Corner Banca SA |
| 146 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) | RBS Coutts Bank Ltd. |
| 147 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich | Credit Suisse AG Zurich |
| 148 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | Dresdner Bank Schweiz |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 149 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | Edmond de Rothschild (Suisse) S.A. |
| 150 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) | EFG Bank SA Switzerland |
| 151 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) | EFG Eurofinancier D'Invest MCL |
| 152 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. | Fairfield Investment Fund Ltd. |
| 153 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI | Fairfield Investment GCI |
| 154 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank | Falcon Private Bank |
| 155 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. | FIF Advanced Ltd. |
| 156 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich | Finter Bank Zurich |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 157 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. | Bank Hapoalim Switzerland Ltd. |
| 158 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. | Harmony Capital Fund Ltd. |
| 159 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG | IHAG Handelsbank AG |
| 160 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG | InCore Bank AG |
| 161 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG | LGT Bank in Liechtenstein AG |
| 162 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) | Liechtensteinische LB Reinvest AMS |
| 163 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) | Lloyds TSB Bank Geneva |
| 164 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie | Lombard Odier Darier Hentsch & Cie |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 165 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. | National Bank of Kuwait |
| 166 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. | NBK Banque Privee Suisse SA |
| 167 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG | PKB Privatbank AG |
| 168 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. | RBC Dexia Investor Service Julius Baer SICAV |
| 169 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Rothschild Bank AG |
| 170 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin)[8] | Rothschild Bank Geneva (Dublin) |
| 171 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |

---

[8]      It has been asserted that "Rothschild Bank Geneva (Dublin)" is incorrectly named in the complaint and should be named "Edmond de Rothschild (Suisse) SA."

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 172 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle | SIS Seeganintersettle |
| 173 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. | SIX SIS Ltd. |
| 174 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust | Societe Generale Bank & Trust |
| 175 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) | UBS AG Zurich and UBS AG New York |
| 176 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) | UBS Jersey Nominees |
| 177 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) | Unifortune Conservative Side Pocket |
| 178 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | ABN AMRO Schweiz AG a/k/a ABN AMRO Switzerland AG |
| 179 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG | Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS) |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 180 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 181 | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG | Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich |
| 182 | Adv. Pro. 10-03744 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company America, et al.* | Deutsche Bank Trust Company Americas | Deutsche Bank Trust Company Americas |
| 183 | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA Geneve | Deutsche Bank (Suisse) SA Geneve |
| 184 | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Deutsche Bank (Cayman) Limited | Deutsche Bank (Cayman) |
| 185 | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens CFO 1 Feeder Fund Ltd. | Sciens CFO 1 Feeder Fund Ltd. |
| 186 | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens Global Opportunity Fund | Sciens Global Opportunity Fund |
| 187 | Adv. Pro. 10-03747 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | Deutsche Bank AG Singapore | Deutsche Bank AG Singapore |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 188 | Adv. Pro. 10-03750 | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Blubank Ltd., et al.* | Blubank Ltd. n/k/a Inteligo Bank Ltd. | Blubank Ltd. n/k/a Inteligo Bank Ltd. |
| 189 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Banco Itaú International (f/k/a Bank Boston International Florida) | Bank Boston International Florida |
| 190 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Blush & Co. | Blush & Co. |
| 191 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Brown Brothers Harriman & Co. | Brown Brothers Harriman & Co. |
| 192 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Agricole (Miami) | Credit Agricole (Miami) |
| 193 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais Miami n/k/a Credit Lyonnais S.A. Miami | Credit Lyonnais Miami n/k/a Credit Lyonnais S.A. Miami |
| 194 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A. | Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A. |
| 195 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Fox & Co. | Fox & Co. |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 196 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | SCB Nominees (CI) Ltd. | SCB Nominees (CI) Ltd. |
| 197 | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Banco Itau Europa Luxembourg SA | Banco Itau Europa Luxembourg SA |
| 198 | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA | CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |
| 199 | Adv. Pro. 10-03757 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.* | SNS Global Custody B.V. a/k/a SNS Bank N.V. | SNS Global Custody B.V. a/k/a SNS Bank N.V. |
| 200 | Adv. Pro. 10-03764 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | Banque Pictet & Cie SA | Pictet & Cie |
| 201 | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | ABN AMRO Retained Nominees (IOM) Limited (sued as Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited) | Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 202 | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Odyssey Alternative Fund Limited | Odyssey Alternative Fund Limited |
| 203 | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Platinum All Weather Fund | Platinum All Weather Fund |
| 204 | Adv. Pro. 10-03778 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Securities SA, et al.* | Wall Street Securities S.A. f/k/a Bantal Brothers S.A. | Wall Street Securities S.A. f/k/a Bantal Brothers S.A. |
| 205 | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) | UBS AG New York |
| 206 | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. | FIF Advanced Ltd. |
| 207 | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA | SG Private Banking (Suisse) SA n/k/a Société Générale Private Banking (Suisse) S.A. |
| 208 | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Merrill Lynch Bank (Suisse) SA | Merrill Lynch Bank (Suisse) SA |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 209 | Adv. Pro. 10-03791 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | Monte Paschi Ireland Ltd. | Monte Paschi Ireland Ltd. |
| 210 | Adv. Pro. 10-03793 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC, et al.* | Nomura International PLC | Nomura International PLC |
| 211 | Adv. Pro. 10-03795 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Lombard Odier Darier Hentsch & Cie | Lombard Odier Darier Hentsch & Cie |
| 212 | Adv. Pro. 10-03798 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al.* | Luis M. Strina and Graziela Strina De Toledo Arruda | Luis M. Strina and Graziela Strina De Toledo Arruda |
| 213 | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd., et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 214 | Adv. Pro. 10-03863 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Trust & Banking Co., LTD - Alternative Investing Unit Global Markets, et al.* | Sumitomo Trust & Banking Co., Ltd. | Sumitomo Trust & Banking Co., Ltd. |
| 215 | Adv. Pro. 10-03864 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA - Client Account, et al.* | Natixis Wealth Management Luxembourg, formerly known as Natixis Private Banking International S.A. | Natixis Private Banking International SA |

A-30

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 216 | Adv. Pro. 10-03865 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin International Limited, et al.* | Celfin International Limited n/k/a BTG Pactual (Cayman) International Holding Limited | Celfin International Limited |
| 217 | Adv. Pro. 10-03867 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | FS Stichting Stroeve Global Custody | Stichting Stroeve Global Custody |
| 218 | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Clearstream | Clearstream |
| 219 | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Quintet Private Bank (Europe) SA f/k/a Kredietbank SA Luxembourgeoise | Kredietbank SA Luxembourgeoise |
| 220 | Adv. Pro. 10-03869 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | SIX SIS AG | Six Sis AG a/k/a Sis SegaInterSettle AG |
| 221 | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Caceis Bank Ex Ixis Is | Caceis Bank Ex Ixis Is |
| 222 | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | VEGA Investment Managers, formerly known as IXIS Private Capital Management ("IPCM") | IPCM |
| 223 | Adv. Pro. 10-03873 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Bordier & Cie | Bordier & Cie |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 224 | Adv. Pro. 10-04087 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. | Royal Bank of Canada (Suisse) |
| 225 | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA | Credit Suisse (Luxembourg) SA |
| 226 | Adv. Pro. 10-04089 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | Banco Inversis S.A. | Banco Inversis SA a/k/a Banco Inversis Net |
| 227 | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | Dexia BIL a/k/a/ Dexia Banque International e a Luxembourg |
| 228 | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Candriam World Alternative (F/K/A Dexia World Alternative) | Dexia World Alternative |
| 229 | Adv. Pro. 10-04091 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland), et al.* | Banque Internationale à Luxembourg (Suisse) SA f/k/a Dexia Private Bank (Switzerland) SA | Dexia Private Bank (Switzerland) |
| 230 | Adv. Pro. 10-04093 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | Commercial Bank of Kuwait | Commercial Bank of Kuwait |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 231 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell A | DGAM Alternative Strategy Fund II, SPC – Cell A |
| 232 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell B | DGAM Alternative Strategy Fund II, SPC – Cell B |
| 233 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund L.P. | DGAM Alternative Strategy Fund L.P. |
| 234 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Asset Allocation Fund L.P. | DGAM Asset Allocation Fund L.P. |
| 235 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | The Legacy Fund | Legacy Fund Ltd. |
| 236 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | UBS Fund Services (Cayman) Limited | UBS Fund Services (Cayman) Limited |
| 237 | Adv. Pro. 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC | BNP Paribas Arbitrage SNC |
| 238 | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd | BNP Paribas Private Bank and Trust Cayman Ltd |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 239 | Adv. Pro. 10-04100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al.* | Citivic Nominees Limited | Citivic Nominees Limited |
| 240 | Adv. Pro. 10-04212 | *Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | Bank Morgan Stanley AG | Bank Morgan Stanley AG |
| 241 | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse (Gibraltar) Limited | Credit Suisse Gibraltar Limited |
| 242 | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib |
| 243 | Adv. Pro. 10-04238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Limited, et al.* | Hansard Europe DAC (sued as Hansard Europe Ltd.) | Hansard Europe Limited |
| 244 | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | BGL BNP Paribas S.A. (f/k/a Fortis Banque Luxembourg) | Fortis Banque Luxembourg |
| 245 | Adv. Pro. 11-01243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | Bank Julius Baer & Co. Ltd. | Bank Julius Baer and Co. Ltd., Zurich a/k/a Bank Julius Baer and Co. Ltd. a/k/a Bank Julius Baer and Co. SA |

A-34

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 246 | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. | CA Indosuez (Switzerland) SA |
| 247 | Adv. Pro. 11-01245 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BP ALPHA S.A. n/k/a BP ALPHA (AGENTE DE VALORES S.A.), et al.* | BP ALPHA S.A. n/k/a BP ALPHA (AGENTE DE VALORES S.A.) | BP Alpha S.A. n/k/a BP Alpha (Agente De Valores S.A.) |
| 248 | Adv. Pro. 11-01249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | Schroder & Co. Bank AG | Schroder & Co. Bank AG |
| 249 | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch | UBS Europe SE, Luxembourg Branch |
| 250 | Adv. Pro. 11-01253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SWEDCLIENT/IAM, et al.* | Swedbank, erroneously sued as FS/Swedclient/IAM | Swedclient/IAM |
| 251 | Adv. Pro. 11-01254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux a/k/a American Express Bank (London), et al.* | American Express Bank (London), f/k/a American Express Bank Ltd., n/k/a Standard Chartered Bank (erroneously sued as FS/AEB LUX a/k/a American Express Bank (London) a/k/a Standard Chartered PLC) | AEB Lux a/k/a American Express Bank (London) a/k/a Standard Chartered PLC |
| 252 | Adv. Pro. 11-01256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | Banque SCS Alliance SA | Banque SCS Alliance SA n/k/a CBH Compagnie Bancaire Helvetique SA |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 253 | Adv. Pro. 11-01257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al.* | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) | Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives |
| 254 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | BP ALPHA. n/k/a BP ALPHA (AGENTE DE VALORES S.A.) | BP Alpha |
| 255 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS AG (sued as UBS Zurich) | UBS Zurich |
| 256 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS Fund Services (Ireland) Ltd. | UBS Fund Services (Ireland) Ltd. |
| 257 | Adv. Pro. 11-01259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Barclays Bank (Suisse) SA | Barclays Bank (Suisse) SA |
| 258 | Adv. Pro. 11-01260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. | NBK Kuwait a/k/a National Bank of Kuwait |
| 259 | Adv. Pro. 11-01263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking SA, et al.* | Clearstream Banking SA | Clearstream Banking SA |
| 260 | Adv. Pro. 11-01460 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. LAB/AXA PM, et al.* | Architas (LAB/AXA PM) | LAB/AXA PM |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 261 | Adv. Pro. 11-01461 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Investments Ltd., et al.* | Caliber Investments Ltd. | Caliber Investments Ltd. |
| 262 | Adv. Pro. 11-01461 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Investments Ltd., et al.* | Melrose Investments Ltd. | Melrose Investments Ltd. |
| 263 | Adv. Pro. 11-01462 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.* | KGI Asia Limited, as successor in interest to Grand Cathay Securities (Hong Kong) Limited | Grand Cathay Securities (Hong Kong) Limited |
| 264 | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International | Merrill Lynch International |
| 265 | Adv. Pro. 11-01464 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis f/k/a IXIS Corporate and Investment Bank, et al.* | Natixis S.A. (in its own capacity and as successor-in-interest of IXIS Corporate & Investment Bank) | Natixis f/k/a IXIS Corporate and Investment Bank |
| 266 | Adv. Pro. 11-01467 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/b M Tel Aviv, et al.* | Bank Hapoalim B.M. | BK Hapoalim/B M Tel Aviv |
| 267 | Adv. Pro. 11-01470 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Limited, et al.* | Barfield Nominees Limited | Barfield Nominees Limited |
| 268 | Adv. Pro. 11-01486 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exchange Bank* | Korea Exchange Bank | Korea Exchange Bank |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 269 | Adv. Pro. 11-01564 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited, et al.* | Deutsche Bank Nominees (Jersey) Limited | Deutsche Bank Nominees (Jersey) Limited |
| 270 | Adv. Pro. 11-01565 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | ING Luxembourg | ING Lux |
| 271 | Adv. Pro. 11-01566 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | FS/SG Private Banking (Lugano-Svizzera) SA | SG Private Banking (Lugano-Svizzera) SA a/k/a SG Private Banking Suisse SA |
| 272 | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse) et al.* | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) | Bipielle Banke (Suisse) n/k/a Bipielle Bank (Suisse) |
| 273 | Adv. Pro. 11-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Bruxelles, et al.* | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles |
| 274 | Adv. Pro. 11-01574 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Insurance, et al.* | Bureau of Labor Insurance | Bureau of Labor Insurance |
| 275 | Adv. Pro. 11-01575 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Singapore Branch, et al.* | Credit Industriel et Commercial Singapore Branch | Credit Industriel et Commercial Singapore Branch |

A-38

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 276 | Adv. Pro. 11-01577 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Insurance Co. Ltd, et al.* | Cathay Life Insurance Company Limited. | Cathay Life Insurance Co. Ltd. |
| 277 | Adv. Pro. 11-01578 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, et al.* | Royal Bank of Canada sued as "NYROY, Royal Bank of Canada" | NYROY, Royal Bank of Canada |
| 278 | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. | BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Limited |
| 279 | Adv. Pro. 11-01581 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | Rahn & Bodmer Banquiers | Rahn & Bodmer Banquiers |
| 280 | Adv. Pro. 11-01582 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al.* | Royal Bank of Canada Singapore Branch | Royal Bank of Canada Singapore Branch |
| 281 | Adv. Pro. 11-01584 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Societe Generale Bank & Trust (Luxembourg) | Societe Generale Bank & Trust (Luxembourg) |
| 282 | Adv. Pro. 11-01585 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | Banque de Reescompte et de Placement aka BAREP | Banque de Reescompte et de Placement a/k/a BAREP |
| 283 | Adv. Pro. 11-01586 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | Swedbank | Swedbank |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 284 | Adv. Pro. 11-01587 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bahamas Ltd., et al.* | Itaú Bank & Trust Bahamas Ltd. (sued as BIE Bank & Trust Bahamas Ltd.) | BIE Bank & Trust Bahamas Ltd. |
| 285 | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | BNY AIS Nominees, Ltd. | BNY AIS Nominees, Ltd. |
| 286 | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | Crèdit Andorrà / Crediinvest (not a juridical entity) | Crèdit Andorrà / Crediinvest |
| 287 | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | AllFunds Bank | All Funds Bank |
| 288 | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | NMAS1 Gestion SGIIC S.A. | NMAS1 Gestion SGIIC S.A. |
| 289 | Adv. Pro. 11-01592 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cherwinka, et al.* | Judith Cherwinka a/ka/ JudithCherwinka IRA and Beneficial Owners of Accounts Held in the Name of Judith Cherwinka | Judith Cherwinka a/ka/ JudithCherwinka IRA |
| 290 | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG | HSBC Guyerzeller Zurich a/k/a Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 291 | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | Stanhope Capital (Switzerland) S.A. | Stanhope Capital |
| 292 | Adv. Pro. 11-01595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al.* | KWI | KWI |
| 293 | Adv. Pro. 11-01596 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, And Beneficial Owners Of Accounts Held In The Name Of Kefong Lee 1- 1000* | Kefong Lee | Kefong Lee |
| 294 | Adv. Pro. 11-01598 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'epargne de L'Etat Lux, et al.* | Banque et Caisse D'Epargne de L'Etat Luxembourg | Banque et Caisse D'Epargne de L'Etat Luxembourg |
| 295 | Adv. Pro. 11-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | Eduardo Fernandez de Valderrama Murillo | Eduardo Fernandez de Valderrama Murillo |
| 296 | Adv. Pro. 11-01600 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | BBVA Zurich/Shares | BBVA Zurich/Shares |
| 297 | Adv. Pro. 11-01601 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management , et al.* | Credit Suisse AG Nassau Branch Wealth Management | Credit Suisse AG Nassau Branch Wealth Management |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 298 | Adv. Pro. 11-01604 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al.* | BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd | PFPC Bank Limited a/k/a PFPC International Bank Limited and PNC International Bank Limited n/k/a BNY Mellon International Bank |
| 299 | Adv. Pro. 11-01610 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Discount Bank, Limited, Tel Aviv, et al.* | FS/Israel Discount Bank, Limited, Tel Aviv, et al. | Israel Discount Bank, Limited, Tel Aviv |
| 300 | Adv. Pro. 11-01613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Foundation Inc., et al.* | Pleasant T. Rowland Foundation Inc. | Pleasant T. Rowland Foundation Inc. |
| 301 | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | ABN AMRO Bank N.V. f/k/a Fortis Bank Nederland N.V. | Fortis Bank Nederland NV |
| 302 | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al.* | IDF Global Fund | IDF Global Fund |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 303 | Adv. Pro. 11-01615 | *Fairfield Sigma Limited (In Liquidation), et al. v. Société Européenne de Banque S.A., et al.* | Intesa Sanpaolo Bank Luxembourg SA (formerly known as Société Européenne de Banque S.A.) | Société Européenne de Banque S.A. n/k/a Intesa Sanpaolo Bank Luxembourg SA |
| 304 | Adv. Pro. 11-01616 | *Fairfield Sentry Limited (In Liquidation), et al. v. Woori Bank, et al.* | Woori Bank | Woori Bank |
| 305 | Adv. Pro. 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis | Fortis Bank SA/NV n/k/a BNP Paribas Fortis |
| 306 | Adv. Pro. 11-01619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NBP Titres, et al.* | Natixis S.A., of which EuroTitres is a division[9] | NBP Titres |
| 307 | Adv. Pro. 11-01760 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | Bank Vontobel AG | Bank Vontobel AG |
| 308 | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | RBC Dominion Securities, Inc. | RBC Dominion Securities, Inc. |

---

[9]     It has been asserted that "NBP Titres" is incorrectly named in the complaint and should be named "Natixis S.A."

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 309 | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | Royal Bank of Canada a/k/a RBC Capital Markets Corporation | Royal Bank of Canada a/k/a RBC Capital Markets Corporation |
| 310 | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |
| 311 | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 312 | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE | Bank Sal. Oppenheim Jr. & CIE (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & CIE; Deutsche Bank (Suisse) SA as successor in interests to Bank Sal. Oppenheim Schweiz |
| 313 | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Bank N.V. | KAS Bank |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 314 | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. | KAS Depositary Trust Co. |
| 315 | Adv. Pro. 11-02612 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Limited, et al.* | Credit Suisse Nominees (Guernsey) Limited | Credit Suisse Nominees (Guernsey) Limited |
| 316 | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited | Citigroup Global Markets Limited |
| 317 | Adv. Pro. 11-02772 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. f/k/a Banque de la Mediterra, et al.* | BankMed (Suisse) SA | BankMed (Suisse) S.A. f/k/a Banque de la Mediterranee (Suisse) S.A. |
| 318 | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | CPR Online | CPR Online |
| 319 | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | Credit Agricole Titres | Credit Agricole Titres |
| 320 | Adv. Pro. 12-01123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BANCA CARIGE SPA, et al.* | Banca Carige S.P.A. | Banca Carige SPA |
| 321 | Adv. Pro. 12-01124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International, et al.* | Banco Itaú International (f/k/a Banco Itaú Europa International) | Banco Itaú Europa International |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 322 | Adv. Pro. 12-01125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | Investec Bank (Switzerland) AG | Investec Bank (Switzerland) AG |
| 323 | Adv. Pro. 12-01127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited, et al.* | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited |
| 324 | Adv. Pro. 12-01128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd* | HSBC Seoul Branch, Ltd | HSBC Seoul Branch, Ltd. |
| 325 | Adv. Pro. 12-01129 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya, et al.* | Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya | Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya |
| 326 | Adv. Pro. 12-01132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services Espana S.A.* | Bancoval S.A. (f/k/a RBC Investor Services España S.A.), named as RBC Dexia Investor Services España S.A. | RBC Dexia Investor Services España, S.A. |
| 327 | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | Millennium Multi-Strategy Fund | Millennium Multi-Strategy Fund |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 328 | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | SEI Investments Trustee and Custodial Services (IRELAND) Ltd | SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1 |
| 329 | Adv. Pro. 12-01135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Limited, et al.* | Bank of Ireland Nominees Limited now known as Northern Trust Nominees (Ireland) Limited | Bank of Ireland Nominees Limited |
| 330 | Adv. Pro. 12-01136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | BRED Banque Populaire | BRED Banque Populaire |
| 331 | Adv. Pro. 12-01140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | Banca Cesare Ponti S.P.A. | Banca Cesare Ponti SPA |
| 332 | Adv. Pro. 12-01142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc.* | Citibank Korea Inc. | Citibank Korea Inc. |
| 333 | Adv. Pro. 12-01144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | Bank Hapoalim B.M., London | Bank Hapoalim BM, London |
| 334 | Adv. Pro. 12-01145 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al.* | Gates Charitable Trust | Gates Charitable Trust |
| 335 | Adv. Pro. 12-01146 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advisors Inc., et al.* | Portobelo Advisors Inc. | Portobelo Advisors Inc. |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 336 | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Petercam Luxembourg, S.A., et al.* | Banque Degroof Petercam Luxembourg S.A. | Banque Degroof Petercam Luxembourg S.A. |
| 337 | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Petercam Luxembourg, S.A., et al.* | Fidessa Alpha Fund | Fidessa Alpha Fund |
| 338 | Adv. Pro. 12-01148 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim., et al.* | Banca Popolare dell'Alto Adige S.p.A. | Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim. |
| 339 | Adv. Pro. 12-01150 | *Fairfield Sentry Ltd. (In Liquidation), et al. V. Clarks Fork Foundation, et al.* | Clarks Fork Foundation | Clarks Fork Foundation |
| 340 | Adv. Pro. 12-01153 | *Fairfield Sentry Limited (in Liquidation), et al. v. Hua Nan Commercial Bank, et al.* | Hua Nan Commercial Bank, Ltd. | Hua Nan Commercial Bank |
| 341 | Adv. Pro. 12-01157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA* | Banque Baring Brothers Sturdza SA | Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA |
| 342 | Adv. Pro. 12-01158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.* | FS/Bank Leumi Israel | Bank Leumi Israel |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 343 | Adv. Pro. 12-01162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al.* | Delta S.P.A. | Delta S.P.A. |
| 344 | Adv. Pro. 12-01163 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf N.V., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. | KAS BANK Effecten Bewaarbedrijf N.V. |
| 345 | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Hong Kong) Limited | Public Bank (Hong Kong) Limited f/k/a Asia Commercial Bank |
| 346 | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Nominees) Limited | Public Bank Nominees Limited |
| 347 | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd., and Banca Commerciale Lugano | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd., and Banca Commerciale Lugano |
| 348 | Adv. Pro. 12-01187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A., et al., f/k/a/ Banco Popolare di Verona e Novara Luxembourg S.A.* | Banque Havilland S.A. | Banque Havilland S.A. |
| 349 | Adv. Pro. 12-01265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | Barclays Bank SA Madrid | Barclays Bank SA Madrid |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 350 | Adv. Pro. 12-01270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities (Panama) SA, et al.* | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. |
| 351 | Adv. Pro. 12-01271 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Insurance Company Limited, et al.* | Hontai Life Insurance Company Limited | Hontai Life Insurance Company Limited |
| 352 | Adv. Pro. 12-01272 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | Schroders Italy SIM SpA | Schroders Italy SIM SpA |
| 353 | Adv. Pro. 12-01285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | Banca Profilo SPA | Banca Profilo SPA |
| 354 | Adv. Pro. 12-01286 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al.* | Banco General SA Banca Privada | Banco General SA Banca Privada |
| 355 | Adv. Pro. 12-01289 | *Fairfield Sentry Ltd. (in Liquidation), et al. v. Dreadnought Finance OY, et al.* | Dreadnought Finance OY | Dreadnought Finance OY |
| 356 | Adv. Pro. 12-01290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited, et al.* | HSBC International Trustee Limited | HSBC International Trustee Limited |
| 357 | Adv. Pro. 12-01298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | Cititrust (Bahamas) Limited | Cititrust Bahamas Limited |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 358 | Adv. Pro. 12-01298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | Don Chimango SA | Don Chimango SA |
| 359 | Adv. Pro. 12-01301 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Limited, et al.* | Itau Bank & Trust Cayman, Ltd. (f/k/a Unicorp Bank & Trust Limited) | Unicorp Bank & Trust Limited |
| 360 | Adv. Pro. 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana (f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España | BNP Paribas España f/k/a Fortis Bank (España) |
| 361 | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. | HSH Nordbank Securities S.A. |
| 362 | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | Wegelin & Company | Wegelin & Company |
| 363 | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited List Parties, et al.* | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited |
| 364 | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited List Parties, et al.* | Somers Nominees (Far East) Limited | Somers Nominees (Far East) Limited |
| 365 | Adv. Pro. 12-01567 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank, et al.* | First Gulf Bank | First Gulf Bank |

| No. | Index No. | Case Name | Defendant As Reflected In App'x A Of Moving Defendants' Consolidated Reply (Dkt. 3036)[1] | Defendant As Named In Liquidators' Complaint |
|---|---|---|---|---|
| 366 | Adv. Pro. 12-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV, et al.* | ABN AMRO Global Custody Services N.V. (sued as Fortis Global Custody Services NV) | Fortis Global Custody Services NV |
| 367 | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman Sachs & Co. LLC sued as GSCO London | GSCO London |
| 368 | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman Sachs & Co. LLC sued as GSCO New York | GSCO New York |
| 369 | Adv. Pro. 12-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | Barclays Private Bank & Trust (Channel Islands) Limited | Barclays Private Bank & Trust (Channel Islands) Limited |

A-52

## EXHIBIT B
### *Knowledge Defendants[1]*

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 1 | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 2 | Adv. Pro. 10-03626 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas* | BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas[2] |
| 3 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. |
| 4 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management |
| 5 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-V-Dynamique |
| 6 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Alton Alternative Fund Limited |
| 7 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Golden Bay |
| 8 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA |
| 9 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Placements Performance |

---

[1]      Reflecting the names of Defendants in the respective complaints for these actions.  This is not a concession by either party that those names are correct.

[2]      Certain entities alleged to be Beneficial Shareholders and Defendants in the operative complaint, *Fairfield Sentry Ltd. (In Liquidation) v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas*, No. 10-ap-03626 (Bankr. S.D.N.Y. Jan. 9, 2020) (Dkt. 50 ¶ 14), were apparently included in that complaint in error. The Further Proposed Amended Complaint filed in that case (Dkt. 53-14), and which is subject to the pending Motion for Leave, corrects that error.

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 10 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Qai-Qai Market Neutral |
| 11 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA |
| 12 | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | UEB Nassau |
| 13 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |
| 14 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Banco Atlantico Panama SA |
| 15 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Momentum Client Account |
| 16 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Orbit Client Account |
| 17 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Orbit Perf. Strategies Ltd. |
| 18 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Orbit US Strategy Fund |
| 19 | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private Space Ltd. |
| 20 | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 21 | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | Capitalia |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 22 | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | Pan International Limited |
| 23 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company |
| 24 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Antonio Bacelar Carrehas |
| 25 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ASBT Cayman Sub No. 82 |
| 26 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg |
| 27 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG |
| 28 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley SA |
| 29 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banque Sudameris |
| 30 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Caprice International Group |
| 31 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) Zurich |
| 32 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited |
| 33 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka n/k/a Banque Privee Espirito Santo SA |
| 34 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Denise Bar |
| 35 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Desert Rose Limited |
| 36 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Edson Terra Cunha |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 37 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) |
| 38 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Fabio Rodrigues Mendes |
| 39 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA |
| 40 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank[3] |
| 41 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC |
| 42 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Pine Cliffs Investments Limited |
| 43 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York |
| 44 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda |
| 45 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. |
| 46 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Adler and Co Privatbank AG |
| 47 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 48 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Alternative Investment Strategies |
| 49 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 50 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |

---

[3]     It has been asserted that "Merrill Lynch Bank" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 51 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 52 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 53 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 54 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cramer & CIE SA |
| 55 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 56 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 57 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive AL Fund[4] |
| 58 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 59 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 60 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 61 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 62 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |

---

[4]     It has been asserted that "BCV AMC Defensive AL Fund" is incorrectly named in the complaint and should be named "BCV AMC Defensive ALT Fund."

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 63 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 64 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | CBB (BVI) / The Alkima Fund |
| 65 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | CBT Gems Low Vol Reg |
| 66 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 67 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 68 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 69 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 70 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 71 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 72 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 73 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 74 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 75 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 76 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Endurance Absolute Ltd. Master |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 77 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 78 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 79 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 80 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 81 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 82 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 83 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 84 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al."* | HSBC[5] |
| 85 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 86 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 87 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Karasel Enhanced Portfolio |
| 88 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Karla Multistrategies Ltd. |
| 89 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |

---

[5]     It has been asserted that "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 90 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |
| 91 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |
| 92 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 93 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Longboat Ltd. |
| 94 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Master Capital and Hedge Fund |
| 95 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 96 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque Privee (Suisse) S.A. |
| 97 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Pictet & Cie |
| 98 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 99 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV |
| 100 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Dexia Investor Service Julius Baer SICAV |
| 101 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Richourt AAA Multistrategies |
| 102 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 103 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin)[6] |
| 104 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 105 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 106 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 107 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 108 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Soundview Fund |
| 109 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Swisscanto FD Centre Clients A/C |
| 110 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | T1 Global Fund Ltd. |
| 111 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 112 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 113 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |

---

[6] It has been asserted that "Rothschild Bank Geneva (Dublin)" is incorrectly named in the complaint and should be named "Edmond de Rothschild (Suisse) SA."

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 114 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 115 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 116 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Absolute Return Fund |
| 117 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Adler and Co Privatbank AG |
| 118 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 119 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Alternative Investment Strategies |
| 120 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arden International Capital Limited |
| 121 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Auriga International Ltd. |
| 122 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 123 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 124 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 125 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 126 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi (Switzerland) Ltd. |

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 127 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 128 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cramer & CIE SA |
| 129 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 130 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBH Lux Ref Fairfield GRN |
| 131 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 132 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive AL Fund[7] |
| 133 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 134 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 135 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 136 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 137 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 138 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |

---

[7] It has been asserted that "BCV AMC Defensive AL Fund" is incorrectly named in the complaint and should be named "BCV AMC Defensive ALT Fund."

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 139 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | CBB (BVI) / The Alkima Fund |
| 140 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | CBT Gems Low Vol Reg |
| 141 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 142 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 143 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 144 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 145 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 146 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 147 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 148 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 149 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 150 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 151 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Endurance Absolute Ltd. Master |
| 152 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 153 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 154 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 155 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 156 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 157 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 158 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 159 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | HSBC[8] |
| 160 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 161 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 162 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Karasel Enhanced Portfolio |
| 163 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Karla Multistrategies Ltd. |
| 164 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a/ LGT Bank AG |
| 165 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |

---

[8]     It has been asserted that "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 166 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |
| 167 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 168 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Longboat Ltd. |
| 169 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Master Capital and Hedge Fund |
| 170 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 171 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque Privee (Suisse) S.A. |
| 172 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Pan International Limited |
| 173 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Pictet & Cie |
| 174 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 175 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV |
| 176 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Dexia Investor Service Julius Baer SICAV |
| 177 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Richourt AAA Multistrategies |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 178 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 179 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin)[9] |
| 180 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 181 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Sabryn Enterprises SA |
| 182 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 183 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 184 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 185 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Soundview Fund |
| 186 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Swisscanto FD Centre Clients A/C |
| 187 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | T1 Global Fund Ltd. |
| 188 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 189 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |

---

[9]    It has been asserted that "Rothschild Bank Geneva (Dublin)" is incorrectly named in the complaint and should be named "Edmond de Rothschild (Suisse) SA."

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 190 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 191 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 192 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 193 | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) |
| 194 | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | Soriano S.A. |
| 195 | Adv. Pro. 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC |
| 196 | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd. |
| 197 | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | Leeds Master Funds Ltd. |
| 198 | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |
| 199 | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International |
| 200 | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. a/k/a Harrier Holdings Ltd. |
| 201 | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | LCAM |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 202 | Adv. Pro. 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis f/k/a Fortis Bank SA/NV |
| 203 | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |
| 204 | Adv. Pro. 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España f/k/a Fortis Bank (España) |

**EXHIBIT C**
*Proposed New Knowledge Defendants[1]*

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 1 | Adv. Pro. 10-03516 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 2 | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson & Co. |
| 3 | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 4 | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 5 | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | Fortis (Isle of Man) Nominees Limited n/k/a ABN AMRO Retained Nominees (IOM) Limited |
| 6 | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | Odyssey Alternative Fund Ltd. |
| 7 | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | Platinum All Weather Fund |
| 8 | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al.* | Merrill Lynch Bank (Suisse) S.A. |
| 9 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | DGAM Alternative Strategy Fund II, SPC – Cell A |
| 10 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | DGAM Alternative Strategy Fund II, SPC – Cell B |
| 11 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | DGAM Alternative Strategy Fund L.P. |
| 12 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | DGAM Asset Allocation Fund L.P. |

---

[1]    Reflecting the names of Defendants as set forth in Exhibit A of the Constructive Trust Order.  This is not a concession by either party that those names are correct.

C-1

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 13 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | The Legacy Fund, Ltd. |
| 14 | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | UBS Fund Services (Cayman) Limited |
| 15 | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al.* | BGL BNP Paribas S.A. f/k/a FS/Fortis Banque Luxembourg |
| 16 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | BP Alpha S.A. n/k/a BP Alpha (Agente De Valores S.A.) |
| 17 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | UBS Fund Services (Ireland) Ltd. |
| 18 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | UBS Zurich[2] |
| 19 | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | Fortis Bank Nederland N.V. n/k/a ABN AMRO Bank N.V. |
| 20 | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | IDF Global Fund |
| 21 | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 22 | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |
| 23 | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al.* | Somers Nominees (Far East) Limited |
| 24 | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al.* | HSBC Bank Bermuda Limited |
| 25 | Adv. Pro. 12-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. NV, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |

---

[2]   It has been asserted that "UBS Zurich" is incorrectly named in the complaint and should be named "UBS AG."

## EXHIBIT D
### *Swiss Moving Defendants[1]*

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 1 | Adv. Pro. 10-03509 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | Banco Santander International AS (f/k/a Banco Santander (Suisse) S.A.) |
| 2 | Adv. Pro. 10-03510 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | Hapoalim (Switzerland), Ltd. |
| 3 | Adv. Pro. 10-03513 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | Banque SYZ SA (f/k/a Banque Syz & Co. SA) |
| 4 | Adv. Pro. 10-03514 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Banque Piguet & Cie SA |
| 5 | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 6 | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 7 | Adv. Pro. 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 8 | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 9 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG |
| 10 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) Zurich |
| 11 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |

---

[1]    Reflecting the names as set forth in Moving Defendants' Appendix G to their Memorandum of Law in Support of the Second Consolidated Motion to Dismiss (Dkt. 2903). This is not a concession by either party that those names are correct.

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 12 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) |
| 13 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank[2] |
| 14 | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC |
| 15 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arsenal SPC OBO Glasgow SEG Port |
| 16 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 17 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 18 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 19 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 20 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 21 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 22 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 23 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 24 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |

---

[2] It has been asserted that "Merrill Lynch Bank" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 25 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 26 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis |
| 27 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private |
| 28 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 29 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 30 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 31 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 32 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 33 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 34 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz |
| 35 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 36 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland n/k/a EFG Bank |
| 37 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 38 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 39 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |

| No. | Index No. | Case Name | Defendant |
|---|---|---|---|
| 40 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 41 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 42 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva |
| 43 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 44 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | NBK Banque Privée (Suisse) S.A. |
| 45 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 46 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd. n/k/a Coutts & Co. Ltd. |
| 47 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 48 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin)[3] |
| 49 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 50 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 51 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 52 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 53 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |

---

[3]    It has been asserted that "Rothschild Bank Geneva (Dublin)" is incorrectly named in the complaint and should be named "Edmond de Rothschild (Suisse) SA."

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 54 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arsenal SPC OBO Glasgow SEG Port |
| 55 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 56 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 57 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 58 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 59 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 60 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 61 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 62 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 63 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 64 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis |
| 65 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private |
| 66 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 67 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 68 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 69 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 70 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 71 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 72 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 73 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 74 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 75 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 76 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 77 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 78 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 79 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva |
| 80 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 81 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | NBK Banque Privée (Suisse) S.A. |
| 82 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 83 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 84 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 85 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin)[4] |
| 86 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 87 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS SEEGANINTERSETTLE |
| 88 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 89 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 90 | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 91 | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 92 | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA |
| 93 | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |
| 94 | Adv. Pro. 10-03764 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | Banque Pictet & Cie SA |
| 95 | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) |
| 96 | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |

---

[4]     It has been asserted that "Rothschild Bank Geneva (Dublin)" is incorrectly named in the complaint and should be named "Edmond de Rothschild (Suisse) SA."

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 97 | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 98 | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Merrill Lynch Bank (Suisse) SA |
| 99 | Adv. Pro. 10-03795 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Lombard Odier Darier Hentsch & Cie |
| 100 | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 101 | Adv. Pro. 10-03869 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | SIX SIS AG |
| 102 | Adv. Pro. 10-03873 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Bordier & Cie |
| 103 | Adv. Pro. 10-04087 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. |
| 104 | Adv. Pro. 10-04212 | *Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | Bank Morgan Stanley AG |
| 105 | Adv. Pro. 11-01243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | Bank Julius Baer & Co. Ltd. |
| 106 | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. |
| 107 | Adv. Pro. 11-01249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | Schroder & Co. Bank AG |
| 108 | Adv. Pro. 11-01256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | Banque SCS Alliance SA |
| 109 | Adv. Pro. 11-01257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al.* | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 110 | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS AG (sued as UBS Zurich) |
| 111 | Adv. Pro. 11-01259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Barclays Bank (Suisse) SA |
| 112 | Adv. Pro. 11-01566 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | FS/SG Private Banking (Lugano-Svizzera) SA |
| 113 | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse), et al.* | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) |
| 114 | Adv. Pro. 11-01581 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | Rahn & Bodmer Banquiers |
| 115 | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |
| 116 | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | Stanhope Capital (Switzerland) S.A. |
| 117 | Adv. Pro. 11-01600 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | BBVA Zurich/Shares |
| 118 | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al.* | IDF Global Fund |
| 119 | Adv. Pro. 11-01760 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | Bank Vontobel AG |
| 120 | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE |
| 121 | Adv. Pro. 11-02772 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse)* | BankMed (Suisse) SA S.A. f/k/a Banque de la Mediterra, et al. |
| 122 | Adv. Pro. 12-01125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | Investec Bank (Switzerland) AG |

| No. | Index No. | Case Name | Defendant |
|-----|-----------|-----------|-----------|
| 123 | Adv. Pro. 12-01157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA* | Banque Baring Brothers Sturdza SA |
| 124 | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Banca Commerciale Lugano |
| 125 | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Hinduja Bank (Switzerland) SA |
| 126 | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | Wegelin & Company |

**EXHIBIT E**
*Fairfield III*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------X
                                             :
In re:                                       :    Chapter 15 Case
                                             :
FAIRFIELD SENTRY LIMITED, et al.,            :    Case No. 10-13164 (SMB)
                                             :
        Debtors in Foreign Proceedings.      :    Jointly Administered
--------------------------------------------------------X
FAIRFIELD SENTRY LIMITED                     :
(IN LIQUIDATION), acting by and through the  :    Adv. Proc. No. 10-03496 (SMB)
Foreign Representatives thereof,             :
                                             :    Administratively Consolidated
        Plaintiffs,                          :
                                             :
        -against-                            :
                                             :
THEODOOR GGC AMSTERDAM, et al.,              :
                                             :
        Defendants.                          :
--------------------------------------------------------X
```

## MEMORANDUM DECISION GRANTING IN PART AND
## DENYING IN PART DEFENDANTS' RENEWED MOTION TO DISMISS

**A P P E A R A N C E S :**

SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10404

> David Elsberg, Esq.
> Andrew R. Dunlap, Esq.
> Lena Konanova, Esq.
> Jordan Garman, Esq.
> Ronald Krock, Esq.
> Evan Bianchi, Esq.
>      Of Counsel

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036

> David J. Molton, Esq.
> Marek P. Krzyzowski, Esq.
>      Of Counsel

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

> Thomas J. Moloney, Esq.
> Joseph M. Kay, Esq.
> Christine M. Jordan Esq.
>> Of Counsel

*Attorneys for Defendants[1]*

**STUART M. BERNSTEIN
United States Bankruptcy Judge**

This litigation arises from the Ponzi scheme perpetrated by Bernard L. Madoff

through the investment advisory division of Bernard L. Madoff Investment Securities

LLC ("BLMIS").  The Plaintiffs, Kenneth M. Krys and Greig Mitchell (together, the

"Liquidators"),[2] sue in their capacities as liquidators and foreign representatives of

Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited ("Sigma"), and Fairfield

Lambda Limited ("Lambda," and collectively with Sentry and Sigma, the "Funds"),

foreign feeder funds that invested with BLMIS.  In *Fairfield Sentry Ltd. v. Theodoor

GGC Amsterdam* (*In re Fairfield Sentry Ltd.*), 596 B.R. 275 (Bankr. S.D.N.Y. 2018)

("*Fairfield II*"), *appeal docketed*, No. 1:19-cv-03911-VSB (S.D.N.Y. May 1, 2019), the

---

[1]  This motion is made by 365 Defendants listed on Appendix A to the *Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to 11 U.S.C. §§ 561(d), 546(e), and 546(g) and for Insufficient Service of Process Under the Hague Service Convention*, dated Mar. 16, 2020 ("*Defendants Brief*") (ECF Doc. # 2903).  Cleary Gottlieb represents a subset of the Defendants but has served as coordinating counsel to all Defendants.  A list of the other defense counsel can be found in Appendix H to the *Defendants Brief*.

The Liquidators' actions to recover redemptions paid by the Funds were administratively consolidated for pretrial purposes.  (*Amended Order Authorizing the Consolidation of Redeemer Actions Pursuant to Federal Rule of Bankruptcy Procedure 7042*, dated Nov. 17, 2010 (ECF Doc. # 25).)  Unless otherwise specified, references to docket entries refer to the electronic docket of the consolidated proceeding, *Fairfield Sentry Limited (In Liquidation) v. Theodoor GGC Amsterdam*, Adv. Proc. No. 10-03496 (SMB).

[2]  Different individuals have served as Liquidators of the Funds. When used in this memorandum decision, the term refers to the individuals serving in that position during the referenced time period.

Court dismissed all of the Liquidators' claims except for avoidance claims under British Virgin Islands ("BVI") law to recover "unfair preferences" and "undervalue transactions" (together, the "BVI Avoidance Claims") and constructive trust claims against the so-called Knowledge Defendants (the "Constructive Trust Claims"). According to the Liquidators, the Knowledge Defendants knew when they redeemed their interests in the Funds that the redemption prices were inflated because they were based on Sentry's fictitious BLMIS account statements listing securities that did not exist.

The Defendants have now renewed their motion to dismiss (the "Motion") arguing that the remaining claims are barred by 11 U.S.C. § 546(e) (the "Safe Harbor") and service of process was insufficient.[3] The Liquidators oppose the Motion.[4] For the reasons stated, the BVI Avoidance Claims are dismissed, the Constructive Trust Claims are not dismissed and the motion to dismiss for insufficient service of process is denied.

## BACKGROUND

Unless otherwise indicated, the background information is taken from the well-pleaded factual allegations of the *Third Amended Complaint*, dated Jan. 9, 2020 ("*Citibank Complaint*") (ECF Adv. Proc. No. 10-03622 Doc. # 79) in *Fairfield Sentry Limited v. Citibank NA London*, Adv. Proc. No. 10-03622 (SMB) ("Citibank Action")[5]

---

[3]     *See Defendants Brief*; *see also Consolidated Reply Memorandum of Law in Further Support of Defendants' Renewed Motion to Dismiss*, dated June 19, 2020 ("*Defendants Reply*") (ECF Doc. # 3036).

[4]     *See Memorandum of Law in Opposition to Defendants' Renewed Motion to Dismiss*, dated May 29, 2020 ("*Liquidators Brief*") (ECF Doc. # 3033).

[5]     The Liquidators have served approximately 300 complaints. To facilitate consideration of the Safe Harbor defense on an omnibus basis, and following consultation with the parties, the Court designated the *Citibank Complaint* as the representative complaint on certain issues pertaining to the Safe Harbor. (*See Scheduling Order*, dated Apr. 14, 2020 ("*Scheduling Order*") at ¶ 1(a) (ECF Doc. #

and other information the Court may consider on a motion to dismiss for failure to state

a claim. The Court will also describe the procedural history that is relevant to the

instant Motion.

### A. The Funds' Investments With BLMIS

The Funds were organized under BVI law. (¶¶ 18, 26.) Sentry sold shares to

foreign investors and invested 95% of the proceeds with BLMIS. (¶¶ 2, 33, 35.) Sigma

and Lambda were "funds of funds" – they sold shares to investors and invested those

proceeds with Sentry, which, in turn, invested those funds with BLMIS. (¶¶ 2, 33.)

Hence, the Funds invested virtually all of their assets directly or indirectly with BLMIS.

(¶¶ 4, 34.)

In December 2008, Madoff admitted to operating the investment advisory

business of BLMIS as a Ponzi scheme, and BLMIS was placed into liquidation pursuant

to section 78eee of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*,

("SIPA"). (¶¶ 17, 84-88.) The Funds ceased making redemption payments after

Madoff's arrest. (¶ 89.) Shortly after the collapse of BLMIS, certain of the Funds'

creditors and shareholders commenced insolvency proceedings against the Funds in the

Commercial Division of the Eastern Caribbean High Court of Justice, British Virgin

Islands ("BVI Court"). (¶¶ 90-93.) The BVI Court appointed the Liquidators, and they

commenced ancillary proceedings in this Court under chapter 15 of the Bankruptcy

Code to obtain recognition of the BVI liquidation proceedings as "foreign main

---

3028).) "(¶ _)" refers to paragraphs in the *Citibank Complaint*. The extensive history of the Liquidators'
actions against former investors of the Funds is discussed at length in *Fairfield II*.

proceedings." (¶¶ 27, 28, 94.) The Court granted the Liquidators' recognition

applications on July 22, 2010. (¶ 28.)

While the Funds were operational, the shares in the Funds were redeemable at a

price equal to the respective Fund's net asset value ("NAV") per share calculated by

dividing the value of the Fund's assets by the number of outstanding shares, net of

certain expenses. (¶¶ 4, 35.) Each Fund's Articles of Association ("Articles") specified

that the Fund would issue certificates with respect to the NAV, and "[a]ny certificate as

to the Net Asset Value per Share or as to the Subscription Price or the Redemption Price

therefor *given in good faith by or behalf of the Directors shall be binding* on the

parties." *Fairfield II*, 596 B.R. at 283. The Funds' Directors retained Citco Group

Limited ("Citco Group") and its affiliates (collectively, "Citco") to perform

administrative and custodial functions for the Funds. (¶ 45.) Citco Fund Services

(Europe) B.V. ("Citco Administrator") and its delegate Citco (Canada) Inc. served as the

Funds' administrators (together, the "Administrators") with responsibility for

calculating the NAV and issuing corresponding certificates to investors. (¶¶ 45, 72, 73.)

In calculating the NAV of the Funds, the Administrators typically relied on the pricing

information supplied by BLMIS. (¶ 69.) Citco Bank Nederland N.V. Dublin Branch

("Citco Bank") and Citco Global Custody served as the Funds' custodians (together, the

"Custodians").[6] However, the Custodians did not actually hold the assets; BLMIS served

---

[6] The Liquidators allege that the Administrators and the Custodians worked with multiple other
Citco affiliates to provide services to the Funds. All Citco entities worked under the direction and control
of Citco Group. (¶¶ 72-73.)

as its own custodian, and the custody statements issued by the Custodians merely copied information from Sentry's BLMIS account statements. (¶¶ 49, 69.)

## B.    Allegations of Knowledge and Bad Faith

The preparation of the certificates setting forth the NAV per share was delegated to Citco.  The *Citibank Complaint* alleges that Citco did not issue the certificates in good faith because it knew or willfully blinded itself to the fact that the Funds' BLMIS investments were worthless or virtually worthless.  As a result of Citco's bad faith, the Funds were not bound by Citco's certifications regarding the NAV.  (¶¶ 45-74.)  The Defendants do not challenge the sufficiency of the allegations of Citco's bad faith at this time and I assume the sufficiency of the allegations of bad faith for now.[7]

The *Citibank Complaint* also alleges that Citibank NA London ("Citibank") knew or should have known that the redemption payments were inflated due to Madoff's fraud.  (¶¶ 75-83.)  Again, the Defendants do not challenge the legal sufficiency of these allegations at this time.  I assume, therefore, for the purpose of the Motion that the Liquidators have adequately alleged Citco's bad faith and the Knowledge Defendants'

---

[7]    The *Citibank Complaint* alleges that the Funds were innocent dupes unaware that BLMIS was a Ponzi scheme and the NAVs were inflated.  (¶ 38 ("The Funds believed that the amounts provided in connection with such withdrawals represented the proceeds arising from the profitability of or to continue investment in BLMIS."); *see* ¶ 39 ("[T]he money paid by the Funds (directly in the case of Sentry and indirectly in the cases of Sigma and Lambda) to BLMIS on account of Sentry was, at all relevant times and unknown to the Funds, misused and misappropriated by Madoff as part of his Ponzi scheme.").)  In *Fairfield II*, the Court noted that if the Director were not aware of Citco's bad faith certifications, they, and hence the Funds, mistakenly relied on Citco, a variation of the mistake claims rejected by the Privy Council in *Fairfield Sentry Ltd.* (*In Liquidation* ) *v. Migani*, [2014] UKPC 9 ("*Migani* ").  *Fairfield II*, 596 B.R. at 300.  In any event, the pertinent inquiry is what the Knowledge Defendants knew at the time of the redemptions, not what Citco knew.  Even if Citco acted in good faith, the Knowledge Defendants cannot escape the consequences resulting from their knowledge that the redemption prices were based on fictitious assets.

6

Case 1:19-cv-03911-VSB   Document 64-23   Filed 05/24/21   Page 135 of 257
Case 1:20-cv-03302-30622-sgh   Doc 3062   Filed 02/25/21   Entered 02/25/21 07:45:39   Main Document
Pg 106 of 367

actual or constructive knowledge that the NAVs per share and, hence, the redemption prices were inflated.

## C.    The Transfers

In the Citibank Action, the Liquidators seek to recover redemption payments Sentry made to Citibank totaling $58,484,257.49 between May 17, 2004 and November 19, 2008.  (¶¶ 40-42; *see Citibank Complaint*, Ex. A.)  The Liquidators allege that Sentry had insufficient assets and was unable to pay its debts as they fell due at the time the redemption payments were made, Sentry received no consideration or significantly less consideration from Citibank in exchange for the payments, and the payments were in excess of the amounts previously paid by Citibank to purchase the shares.  (¶¶ 43-44.) The Constructive Trust Claim seeks to recover all redemption payments from Citibank and certain unnamed beneficial shareholders on whose behalf Citibank may have invested in Sentry, (¶¶ 14, 96-103), and the BVI Avoidance Claims seek recovery of the payments made within two years of the appointment of the Liquidators in Sentry's BVI liquidation proceeding.  (¶¶ 104-35.)

## D.    The Safe Harbor and the Renewed Motion to Dismiss

In their prior dismissal motion, the Defendants contended that the Liquidators' claims were barred by application of the Safe Harbor, 11 U.S.C. § 546(e).  The Court agreed that Bankruptcy Code § 561(d) extends the Safe Harbor to the BVI Avoidance Claims, *Fairfield II*, 596 B.R. at 306-14, but declined to rule on the merits because the Supreme Court had issued *Merit Mgmt. Grp. LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018) shortly after the parties' submissions.  In *Merit*, the Supreme Court concluded that "the relevant transfer for purposes of the § 546(e) safe-harbor inquiry is the

overarching transfer that the trustee seeks to avoid under one of the substantive

avoidance provisions." *Id.* at 893; *accord In re Tribune Co. Fraudulent Conveyance*

*Litig.*, 946 F.3d 66, 75, 77 (2d Cir. 2019), *petition for cert. filed*, No. 20-8, 2020 WL

3891501 (U.S. July 6, 2020); *In re Nine West Sec. Litig.*, 20 MD. 2941 (JSR), 2020 WL

5049621, at *14 (S.D.N.Y. Aug. 27, 2020), *appeal docketed*, No. 20-3941 (2d Cir. Nov.

23, 2020).  A court must focus on the transferor and transferee of the overarching

transfer, and where a qualifying participant such as a financial institution serves as a

mere conduit or intermediary in connection with the overarching transaction between

non-qualifying participants, the Safe Harbor does not apply.  *See Merit*, 138 S. Ct. at

892, 897; *Tribune*, 946 F.3d at 75.

    *Merit* abrogated the then-existing Second Circuit precedent applying the Safe

Harbor even when a qualifying entity acted as a mere conduit or intermediary.  *See*

*Official Comm. of Unsecured Creditors of Quebecor World (USA) Inc. v. Am. United*

*Life Ins. Co.* (*In re Quebecor World (USA) Inc.*), 719 F.3d 94, 99 (2d Cir. 2013).  The

change in the law prompted a flurry of letters from the Liquidators and the Defendants

making substantive arguments.  Rather than consider the arguments made through the

numerous letters, the Court denied the Defendants' motion without prejudice to

renewal.

    The Defendants now make their renewed Motion seeking dismissal on two

grounds with broad applicability across over 300 adversary proceedings commenced by

the Liquidators to recover redemptions (the "U.S. Redeemer Actions").  As before, the

Defendants contend that the BVI Avoidance Claims are barred by the Safe Harbor.

According to the Defendants, the redemptions were made by a "financial institution"

within the meaning of 11 U.S.C. § 101(22) because the Funds were customers of Citco

Bank which acted as the Funds' agent with respect to the redemptions. (*Defendants*

*Brief* at 12-15.) Redemptions paid by Sentry and Sigma are also safe harbored because

those entities were "financial participants" within the meaning of 11 U.S.C. § 101(22A)

when the redemptions were made. (*Id.* at 15-23.) Finally, redemptions from Sigma and

Lambda are safe harbored for the additional reason that they were made for the benefit

of Sentry – a "financial institution" and "financial participant." (*Id.* at 23-24.)[8]

Furthermore, the Defendants contend that the Safe Harbor extends to bar the

Constructive Trust Claims because they seek the same relief as the BVI Avoidance

Claims. (*Id.* at 29-31.)

The Liquidators oppose the application of the Safe Harbor on several grounds.

First, they contend that the Safe Harbor does not apply to the BVI Avoidance Claims

because they seek to avoid intentionally fraudulent transfers which are carved out of the

Safe Harbor. The Liquidators reach this conclusion by imputing the bad faith of Citco

Administrator to the Funds – a result which they claim was uncertain until the Court's

ruling in *Fairfield II*. (*Liquidators Brief* at 9-13.) Second, the Safe Harbor does not

apply to the Constructive Trust Claims because (i) the Safe Harbor's plain language does

not bar the claims, (ii) the precedent extending the Safe Harbor to state common law

claims relied on the Supremacy Clause which does not apply to foreign law claims, (iii)

prescriptive comity considerations limit the reach of section 546(e), and (iv) the Safe

---

[8]     The resolution of these matters is immaterial to the Citibank Action because the parties have
stipulated that Citibank, as transferee, is a "financial institution" as defined in 11 U.S.C. § 101(22).
(*Scheduling Order* at 2.) Nevertheless, the determination of whether the Funds were covered entities
under section 546(e) applies generally to all of the U.S. Redeemer Actions.

Harbor does not extend to common law claims concerning intentionally fraudulent transfers. (*Id.* at 13-19.) Third, the Liquidators contest the assertion that the redemptions were made by a financial institution because the pleadings do not establish that Citco Bank was an agent of the Funds. (*Id.* at 19-21.) Fourth, the redemptions were not made by a financial participant because 11 U.S.C. § 101(22A) precludes a debtor from being a financial participant. (*Id.* at 21-23.)

The Defendants also seek dismissal of the U.S. Redeemer Actions for insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, made applicable to these adversary proceedings by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. They assert that the Liquidators were required to serve the Defendants in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Service Convention"), and the Liquidators' service of the initial complaints via international mail failed to satisfy its requirements. (*Defendants Brief* at 32-39.) The Liquidators do not deny that mail service failed to meet the strictures of the Hague Service Convention specifically in an adversary proceeding against HSBC Private Bank (Suisse) SA ("HSBC Suisse"), discussed below. Rather, they ask the Court to retroactively approve mail service to HSBC Suisse's U.S. counsel – Cleary Gottlieb – as an alternative means of service to a foreign party pursuant to Federal Civil Rule 4(f)(3). (*Liquidators Brief* at 23-34.) In the event the

Case 1:19-cv-03911-VSB Document 64-23 Filed 05/24/21 Page 143 of 257
1:10-cv-03295-scsh 1:20-cv-3065 30 Filed 02/25/20 Entered 02/25/20 17:35:29 14 Main Document
Pg 110 of 187

Court denies their request, the Liquidators ask that the Court exercise its discretion to

allow them to re-effect service.  (*Id.* at 34-36.)[9]

## DISCUSSION

### A. Motion to Dismiss For Failure to State a Claim

#### 1. Standards Governing the Motion

"To survive a motion to dismiss, a complaint must contain sufficient factual

matter, accepted as true, to state a claim to relief that is plausible on its face."  *Ashcroft*

*v. Iqbal*, 556 U.S. 662, 678 (2009); *accord Bell Atl. Corp. v. Twombly*, 550 U.S. 544,

570 (2007).  "A claim has facial plausibility when the plaintiff pleads factual content that

allows the court to draw the reasonable inference that the defendant is liable for the

misconduct alleged."  *Iqbal*, 556 U.S. at 678; *accord Twombly*, 550 U.S. at 556.

Determining whether a complaint states a plausible claim is a "context-specific task that

requires the reviewing court to draw on its judicial experience and common sense."

*Iqbal*, 556 U.S. at 679.  Where the burden of pleading rests on the defendant, the Court

may stilly dismiss a claim pursuant to Federal Civil Rule 12(b)(6) if the defense is

apparent on the face of the complaint.  *Official Comm. of Unsecured Creditors of Color*

---

[9]    After the parties' submissions, the Liquidators wrote the Court seeking leave to submit a five-page sur-reply in response to three purportedly new arguments raised in the *Defendants Reply*.  (*See Letter of David Elsberg*, dated July 3, 2020 ("*Liquidators Letter*") (ECF Doc. # 3038).)  Courts generally do not consider arguments raised for the first time in a reply brief, *In re Avaya Inc.*, 573 B.R. 93, 103 (Bankr. S.D.N.Y. 2017) (citing authorities), but can allow the filing of a sur-reply if it chooses to consider the new arguments.  Here, the *Liquidators Letter* did not identify arguments made for the first time in the *Defendants Reply*.  Rather, it addressed Defendants' arguments previously raised in the *Defendants Brief* (*e.g.*, all of the Liquidators' claims are subject to the Safe Harbor) or Defendants' replies to arguments in the *Liquidators Brief* (*e.g.*, responding to argument that Citco's intent is imputable to the Funds).  Therefore, the request to file a sur-reply is denied.

*Tile, Inc. v. Coopers & Lybrand, LLP*, 322 F.3d 147, 158 (2d Cir. 2003); *accord Spinelli v. Nat'l Football League*, 903 F.3d 185, 199 (2d Cir. 2018).

In deciding the motion, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308, 322 (2007). In addition, the Court may consider judicial admissions, including those made in briefs. *Scott v. City of White Plains*, No. 10 Civ. 1887 (KBF), 2012 WL 1267873, at *8 n. 7 (S.D.N.Y. Apr. 10, 2012); *Staff Mgmt. Sols., LLC v. Feltman* (*In re Corp. Res. Servs., Inc.*), Adv. Proc. No. 19-01371 (MG), 2020 WL 2278416, at *10 (Bankr. S.D.N.Y. May 6, 2020); *see Purgess v. Sharrock*, 33 F.3d, 134, 144 (2d Cir. 1994) ("A court can appropriately treat statements in briefs as binding judicial admissions of fact.").

### 2. Safe Harbor

The Safe Harbor, 11 U.S.C. § 546(e), is an affirmative defense for which the Defendants bear the burden of proof. *Fairfield II*, 596 B.R. at 307 (citing precedent). Nevertheless, "[t]he application of Section 546(e) presents a straightforward question of statutory interpretation of the type that is appropriately resolved on the pleadings." *In re Tribune Co. Fraudulent Conveyance Litig.*, No. 11MD2296 (DLC), 2019 WL 1771786, at *7 (S.D.N.Y. Apr. 23, 2019). Section 546(e) of the Bankruptcy Code provides in pertinent part:

> Notwithstanding sections 544, 545, 547, 548(a)(1)(B), and 548(b) of this title, the trustee may not avoid a transfer that is a . . . settlement payment, as defined in section 101 or 741 of this title, made by or to (or for the

12

benefit of) a . . . financial institution [or] financial participant . . ., or that is
a transfer made by or to (or for the benefit of) a . . . financial institution
[or] financial participant . . . in connection with a securities contract, as
defined in section 741(7) . . ., that is made before the commencement of
the case, except under section 548(a)(1)(A) of this title.

11 U.S.C. § 546(e). "Put simply, the safe harbor applies where two requirements are
met: (1) there is a *qualifying transaction* (i.e., there is a 'settlement payment' or a
'transfer payment . . . made in connection with a securities contract) and (2) there is a
*qualifying participant* (i.e., the transfer was 'made by or to (or for the benefit of) a . . .
financial institution')." *Nine West,* 2020 WL 5049621, at *6 (emphasis in original).

Section 561(d), in turn, makes the Safe Harbor applicable in a chapter 15 case to
"limit avoidance powers to the same extent as in a proceeding under chapter 7 or 11" of
the Bankruptcy Code. As explained in *Fairfield II,* "section 561(d) is necessarily
referring to avoidance powers available under non-U.S. law" because a chapter 15
foreign representative cannot exercise the avoidance powers available to a trustee in a
chapter 7 or chapter 11 case. 596 B.R. at 310; *see* 11 U.S.C. § 1521(a)(7). Thus, the Safe
Harbor bars the Liquidators' BVI Avoidance Claims to the extent they are analogous to
preference claims, state law fraudulent transfer claims or constructive fraudulent
transfer claims under Bankruptcy Code § 548(a)(1)(B). In *Fairfield II,* the Court
reviewed the elements of the Liquidators' BVI Avoidance Claims. It concluded that
unfair preference claims under BVI Insolvency Act § 245 resemble preference claims
under 11 U.S.C. § 547(b) and the undervalue transaction claims under BVI Insolvency
Act § 246 are similar to constructive fraudulent transfer claims under state and federal
law. *Fairfield II,* 596 B.R. at 302, 314. The Liquidators do not argue otherwise, and

accordingly, the BVI Avoidance Claims will be barred by the Safe Harbor if they meet its
strictures.

### a. The Transfers Were Settlement Payments Made "in Connection with" a "Securities Contract"

As the Court previously noted, *see id.* at 314-15, the parties do not dispute that
the redemptions at issue were settlement payments made in connection with securities
contracts. (*See* ¶ 35 ("In accordance with the Funds' Subscription Agreements, Articles
of Association, offering materials and/or other relevant documents . . . the Funds paid to
shareholders, for each Share tendered for redemption, an amount that was based on
each of the respective Funds' purported Net Asset Value, as it was then calculated.")); *cf.*
*Picard v. Ida Fishman Revocable Tr.* (*In re BLMIS*), 773 F.3d 411, 422-23 (2d Cir. 2014)
(payments to BLMIS investors were settlement payments on account of securities
contracts), *cert. denied*, 576 U.S. 1044 (2015). Therefore, except for the Liquidators'
argument that the BVI Avoidance Claims are subject to the carveout for intentional
fraudulent transfer claims, addressed separately below, the remaining issue on the
applicability of the Safe Harbor to the BVI Avoidance Claims is whether the redemptions
were made by, to, or for the benefit of a qualifying entity such as a "financial institution"
of a type identified in the statute.

### b. The Transfers Were Made by a Financial Institution as Agent for Its Customer

#### i. Citco Bank Is a Financial Institution

The Bankruptcy Code defines the term "financial institution" to include:

> a Federal reserve bank, or an entity that is a commercial or savings bank,
> industrial savings bank, savings and loan association, trust company,
> federally-insured credit union, or receiver, liquidating agent, or
> conservator for such entity *and, when any such* Federal reserve bank,

14

receiver, liquidating agent, conservator or *entity is acting as agent* or custodian *for a customer* (whether or not a "customer", as defined in section 741) *in connection with a securities contract* (as defined in section 741) *such customer* . . . .

11 U.S.C. § 101(22)(A) (emphasis added).

All of the redemption payments were made by the Dublin Branch of Citco Bank where the Funds maintained accounts. (*Foreign Representatives' Memorandum of Law in Opposition to Defendants' Consolidated Memorandum of Law and in Further Support of Foreign Representatives' Motion for Leave to Amend Complaints*, dated Mar. 31, 2017 ("*Liquidators 2017 Brief*") at 67 & n. 89 (ECF Doc. # 1336);[10] *accord* Transcript of 3/27/20 Hr'g at 15:13-15 ("MR. ELSBERG: . . . Your question earlier about the flow of payments through Citco -- we agreed that it did go through Citco and so I think all that remains is to identify a complaint.") (ECF Doc. # 3061).) Citco Bank qualifies as a "financial institution" because it has been a bank regulated by the De Nederlandsche Bank ("DNB") (the central bank of the Netherlands) since December 31, 1985.[11] The Court may take judicial notice of bank registration information provided by DNB's website as its accuracy cannot reasonably be questioned. FED. R. EVID. 201(b)(2) ("The court may judicially notice a fact that is not subject to reasonable dispute because

---

[10] The Liquidators did not dispute or object to the Court's consideration of this admission after the Defendants identified the admission in their moving brief. (*See Defendants Brief* at 13.)

[11] *See* De Nederlandsche Bank, *Information Detail: Citco Bank Nederland N.V.*, https://www.dnb.nl/en/supervision/public-register/WFTKF/detail.jsp?id=26bbcae35848e311b55a005056b672cf# (last visited Nov. 28, 2020). In addition, Citco Bank's Dublin branch, the paying bank, is registered with the Central Bank of Ireland as a "credit institution" defined as "(a) an undertaking whose business is to receive deposits or other repayable funds from the public and to grant credits for its own account, or (b) an electronic money institution." *See* Central Bank of Ireland, *Financial Service Provider Profile: Citco Bank Nederland NV Dublin Branch*, http://registers.centralbank.ie/FirmDataPage.aspx?firmReferenceNumber=C27278 (last visited Nov. 28, 2020).

Case 1:19-cv-06891-VSB Document 64-23 Filed 05/24/21 Page 146 of 257
10-03635-scrg 1:20-cv-30622 Doc 2010 Filed 02/25/20 Entered 02/25/20 17:35:39 Main Document
Pg 116 of 187

it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."); *see Enron Corp. v. Bear, Stearns Int'l Ltd.* (*In re Enron Corp.*), 323 B.R. 857, 869 (Bankr. S.D.N.Y. 2005) (taking judicial notice of various public and quasi-public bodies including the United Kingdom Financial Services Authority in determining that an entity was covered by the Safe Harbor); *cf. Tribune*, 946 F.3d at 78 (Computershare was a "financial institution" for the purposes of Section 546(e) because it is a trust company and a bank based on Office of the Comptroller of the Currency records); *Holliday v. K Rd. Power Mgmt., LLC* (*In re Boston Generating LLC*), 617 B.R. 442, 489 (Bankr. S.D.N.Y. 2020) (finding that the Bank of New York is a "financial institution" for the purposes of Section 546(e) because it is a bank pursuant to the Office of the Comptroller website).

### ii. The Funds, as Customers of Citco Bank, Were Also Financial Institutions

Under the definition of "financial institution," quoted *supra*, a *customer* of a financial institution such as a bank is also deemed to be a financial institution if the bank acts as the customer's agent in connection with a securities contract. Bankruptcy Code § 741(2) defines the term "customer" for use in stockbroker liquidations under subchapter III of chapter 7, but Bankruptcy Code § 101(22)(A) specifies that the term "customer" is not limited to section 741(2)'s definition when determining whether an entity is a financial institution. The ordinary meaning of customer is "someone who buys goods or services." *Tribune*, 946 F.3d at 79 (quoting *UBS Fin. Servs., Inc. v. W. Virginia Univ. Hosps., Inc.*, 660 F.3d 643, 650 (2d Cir. 2011)); *accord Customer*, BLACK'S LAW DICTIONARY (11th ed. 2019) (a "customer" includes "[a] buyer or purchaser of goods or services").

16

The *Citibank Complaint* does not spell out the relationship between Sentry or the other Funds on the one hand and Citco Bank on the other, or Citco Bank's role in connection with the securities contracts pursuant to which the Funds paid the redemptions. However, as noted, the Liquidators admitted in the *Liquidators 2017 Brief* filed in connection with the previous motion to dismiss, and reiterated earlier this year during a conference, that the redemption payments were made from the Funds' Citco Bank account in Ireland.

Thus, the Funds held accounts with Citco Bank from which the redemptions were paid. An account holder is a "customer" of the bank under U.S. law. *See* N.Y. U.C.C. § 4-104(1)(e) (defining "customer" as "any person having an account with a bank or for whom a bank has agreed to collect items and includes a bank carrying an account with another bank."). While U.S. law is not controlling, it is nevertheless persuasive on this point. Further, the Liquidators have not challenged the Defendants' contention that the Funds were customers of Citco Bank, (*see Defendants Brief* at 11-14), but to the extent they do, that argument is deemed abandoned. *Purdie v. Brown*, No. 14 Civ. 8490(NSR), 2015 WL 6741875, at *8 (S.D.N.Y. Nov. 3, 2015) (plaintiff's failure to respond to contentions raised in a motion to dismiss constitutes an abandonment of those claims) (citing authorities).

Next, Citco Bank acted as the Funds' agent in connection with the securities contract underlying the redemptions. In *Tribune Co. Fraudulent Conveyance Litig.*, the Second Circuit applied the common-law standard for establishing an agency relationship which requires: (1) the principal's manifestation of intent to grant authority to the agent, (2) agreement by the agent, and (3) the principal's maintenance of control

over key aspects of the undertaking. 946 F.3d at 79 (citing *Commercial Union Ins. Co.
v. Alitalia Airlines, S.p.A.*, 347 F.3d 448, 462 (2d Cir. 2003)); *accord Nine West*, 2020
WL 5049621, at *8.

Once again, the Liquidators' admission that redemptions were paid by Citco Bank
establishes the necessary agency. It is implausible to infer that Citco Bank made the
redemption payments to specific redeemers in specific amounts absent the Funds'
directions to do so. Moreover, Citco Bank accepted those directions by executing the
redemption payments.

Based on the foregoing, the Funds were customers of Citco Bank who acted as
their agents in connection with the securities contracts pursuant to which the
redemption payments were made, and the Funds were, therefore "financial institutions"
within the meaning of 11 U.S.C. § 546(e).[12] Accordingly, the BVI Avoidance Claims
alleged in the *Citibank Complaint* are barred by 11 U.S.C. § 561(d).

### c. Applicability of the Exception Under Section 548(a)(1)(A)

The Safe Harbor does not shield claims to avoid intentional fraudulent transfers
under 11 U.S.C. § 548(a)(1)(A).[13] *See* 11 U.S.C. § 546(e) (protecting certain transfers
from avoidance "except under section 548(a)(1)(A) of this title") (hereinafter, the
"Intentional Fraud Exception"). The Liquidators have not asserted claims under section

---

[12]    Because the Court finds that the Funds were "financial institutions," it does not address the
Defendants' alternative arguments that Sentry and Sigma were "financial participants" or that
redemptions paid by Sigma and Lambda were for the benefit of Sentry.

[13]    Section 548(a)(1)(A) allows the trustee to avoid a transfer made within two years of the
bankruptcy filing if the debtor "made such transfer . . . with actual intent to hinder, delay, or defraud"
creditors.

548(a)(1)(A) nor could they absent the commencement of a case under chapter 7 or 11. *See* 11 U.S.C. § 1521(a)(7) (permitting a court to grant certain relief to a chapter 15 foreign representative "except for relief available under sections . . . 544 [and] 548 . . . ."). The two BVI Avoidance Claims (*see* ¶¶ 104-20, 125-31) resemble preference claims under section 547(b) of the Bankruptcy Code and constructive fraudulent transfer claims under federal and state law, s*ee Fairfield II*, 596 B.R. at 302, which would be barred by the Safe Harbor.

Nevertheless, the Liquidators assert that the Intentional Fraud Exception is not limited to claims brought under section 548(a)(1)(A), and applies to claims under BVI law to avoid transfers made with the intent to defraud creditors irrespective of the label attached to a claim. (*Liquidators Brief* at 10-11.) They further argue that the BVI Avoidance Claims fall within the Intentional Fraud Exception because Citco Administrator's knowledge is imputable to the Funds, and the *Citibank Complaint* alleges conscious misbehavior or recklessness by Citco Administrator as well as a motive and opportunity to commit fraud in connection with the redemptions. (*Liquidators Brief* at 10-12.)

The Liquidators' argument lacks merit. First, the Intentional Fraud Exception only applies to intentional fraudulent transfer claims under Bankruptcy Code § 548(a)(1)(A); the Safe Harbor still bars state law intentional fraudulent transfer claims that a U.S. bankruptcy trustee could assert through 11 U.S.C. § 544(b)(1). The Liquidators, as foreign representatives under chapter 15, cannot assert a claim under Bankruptcy Code § 548(a)(1)(A). Instead, they assume that their BVI intentional fraudulent transfer claim is sufficiently analogous to a bankruptcy fraudulent transfer

claim for purposes of 11 U.S.C. § 561(d) and therefore comes within the Intentional Fraud Exception.  If true, it is also sufficiently analogous to a state law fraudulent transfer claim that is barred.  The Liquidators fail to articulate any rationale for equating their BVI intentional fraudulent transfer claim to a U.S. bankruptcy law claim rather than a state law fraudulent transfer claim.

Second, they fail to identify the source of such an intentional fraudulent transfer claim under BVI law.[14]  Since the Safe Harbor only prohibits avoidance claims and does not apply to non-avoidance claims absent preemption, discussed below, I limit my consideration to the avoidance provisions under the BVI Insolvency Act.  The BVI Insolvency Act recognizes four types of voidable transactions.  BVI INSOLVENCY ACT § 244(1) ("'voidable transaction' means (a) an unfair preference; (b) an undervalue transaction; (c) a floating charge that is voidable under section 247; and (d) an extortionate credit transaction.").  The Court has already concluded that the unfair preference and undervalue transaction claims under sections 245 and 246 of the BVI Insolvency Act, respectively, are barred by the Safe Harbor through the operation of 11 U.S.C. § 561(d).  The two other avoidance claims concern voidable floating charges

---

[14]     The Liquidators have not submitted an affidavit by an expert on BVI law to support the existence or elements of such a claim.

under BVI INSOLVENCY ACT § 247[15] and extortionate credit transactions under BVI INSOLVENCY ACT § 248.[16]

As to the former, the BVI Insolvency Act defines a "floating charge" as a "charge created by a company or a foreign company which is, or as created was, a floating charge whether crystallised or not." BVI INSOLVENCY ACT § 2(1). The definition is not helpful, but a floating charge sounds like a security interest. *See id.* § 92(1) ("The Court may, on

---

[15]   BVI INSOLVENCY ACT § 247 states in pertinent part:

   (1) Subject to subsection (2), a floating charge created by a company is voidable if

      (a) it is created within the vulnerability period; and

      (b) it is an insolvency transaction.

   (2) A floating charge is not voidable to the extent that it secures

      (a) money advanced or paid to the company, or at its direction, at the same time as, or after, the creation of the charge;

      (b) the amount of any liability of the company discharged or reduced at the same time as, or after, the creation of the charge;

      (c) the value of assets sold or supplied, or services supplied, to the company at the same time as, or after, the creation of the charge; and

      (d) the interest, if any, payable on the amount referred to in paragraphs (a) to (c) pursuant to any agreement under which the money was advanced or paid, the liability was discharged or reduced, the assets were sold or supplied or the services were supplied.

   . . . .

   (4) For the purposes of subsection (2)(c), the value of assets or services sold or supplied is the amount in money which, at the time they were sold or supplied, could reasonably have been expected to be obtained for the sale or supply of the goods or services in the ordinary course of business and on the same terms, apart from the consideration, as those on which the assets or services were sold or supplied to the company.

[16]   BVI INSOLVENCY ACT § 248 states:

   A transaction entered into by the company within the vulnerability period for, or involving the provision of, credit to the company is an extortionate credit transaction if, having regard to the risk accepted by the person providing the credit

      (a) the terms of the transaction are or were such as to require grossly exorbitant payments to be made (whether unconditionally or in certain contingencies) in respect of the provision of credit; or

      (b) the transaction otherwise grossly contravenes ordinary principles of fair trading.

the application of the administrator, make an order authorizing the administrator to

dispose of (a) assets of the company that are subject to a security interest that is not a

floating charge."). The *Citibank Complaint* does not allege that the transfers to Citibank

involved "floating charges." As to the latter, the extortionate credit transaction applies

by its terms to "credit transactions," and appears to focus on unconscionable and

usurious credit transactions. The transfers to *Citibank* did not concern credit

transactions. Finally, neither avoidance claim requires proof of an intent to "hinder,

delay or defraud," the critical element of an intentional fraud claim. *See* 11 U.S.C. §

548(a)(1)(A).

     Third, as noted, the *Citibank Complaint* alleges that the Funds were duped,

believing that their BLMIS investments were worth what the BLMIS monthly

statements showed. The Funds were the transferors and if they were duped, they could

not have intended to "hinder, delay or defraud" the Funds' other creditors by redeeming

investments at prices they believed to be accurate.[17]

### 3.    The Constructive Trust Claims

     Under the Supremacy Clause of the United States Constitution, federal law "shall

be the supreme Law of the Land . . . any Thing in the Constitution or Laws of any State

to the Contrary notwithstanding." U.S. CONST. art. VI, cl. 2. "In the absence of express

congressional command, state law is pre-empted if that law actually conflicts with

---

[17]    The Liquidators contend that Citco's bad faith is imputed to the Funds. This is inconsistent with the notion that the Funds were duped. Furthermore, the Court stated in *Fairfield II* that if the Funds knew the NAVs were inflated, either directly or through imputation of Citco's knowledge, "but nonetheless breached their fiduciary duties to the other shareholders by authorizing the payment of inflated redemption prices, the Funds cannot rely on their own misconduct to recover the inflated redemption payments." 596 B.R. at 299.

federal law . . . or if federal law so thoroughly occupies a legislative field as to make reasonable the inference that Congress left no room for the States to supplement it." *AP Servs. LLP v. Silva*, 483 B.R. 63, 71 (S.D.N.Y. 2012) (quoting *Cipollone v. Liggett Grp., Inc.*, 505 U.S. 504, 516 (1992)). Several courts have ruled that state law claims that seek to recover transfers shielded by the Safe Harbor are impliedly preempted by 11 U.S.C. § 546(e). *See, e.g.*, *Contemporary Indus. Corp. v. Frost*, 564 F.3d 981, 988 (8th Cir. 2009) (dismissing unjust enrichment and illegal and/or excessive shareholder distribution claims), *abrogated on other grounds by Merit Mgmt. Grp., LP v. FTI Consulting*, 138 S. Ct. 883 (2018); *Nine West*, 2020 WL 5049621, at *15 (dismissing unjust enrichment claims); *AP Servs.*, 483 B.R. at 71 (same); *cf. Hosking v. TPG Capital, L.P.* (*In re Hellas Telecomms. (Lux.) II SCA*), 526 B.R. 499, 510 (Bankr. S.D.N.Y. 2015) (denying dismissal of unjust enrichment claim which alleged facts "substantially identical to an *actual* fraudulent conveyance claim under section 548(a)(1)(A)") (emphasis in original); *Lehman Bros. Holdings Inc. v. JPMorgan Chase Bank, N.A.* (*In re Lehman Bros. Holdings Inc.*), 469 B.R. 415, 451 (Bankr. S.D.N.Y. 2012) (same). Allowing a plaintiff to recover a safe harbored transfer by attaching a different label to the claim would frustrate the purpose of section 546(e). *AP Servs.*, 483 B.R. at 71; *accord Contemporary Indus.*, 564 F.3d at 988; *Official Comm. of Unsecured Creditors of Hechinger Inv. Co. of Del. v. Fleet Retail Fin. Grp.* (*In re Hechinger Inv. Co. of Del.*). 274 B.R. 71, 96 (D. Del. 2002). Relying on these and similar authorities, Defendants contend that the Constructive Trust Claims should be dismissed because they seek to unwind safe harbored redemption payments. (*Defendants Brief* at 29-31.)

I disagree. The Liquidators correctly point out, (*see Liquidators Brief* at 14-16), that the "Supremacy Clause applies to states and is inapplicable to considerations of federal law versus foreign law." *Al-Kurdi v. United States*, 25 Cl. Ct. 599, 601 n. 3 (Cl. Ct. 1992). Courts do not assume that otherwise applicable foreign law is preempted absent express statutory language to that effect. *See LaSala v. Bordier et Cie*, 519 F.3d 121, 138-39 (3d Cir.) (rejecting argument that Congress impliedly preempted Swiss law claims through the enactment of Securities Litigation Uniform Standards Act (SLUSA)), *cert. dismissed*, 555 U.S. 1028 (2008); *In re Petrobras Sec. Litig.*, 169 F. Supp. 3d 547, 551-52 (S.D.N.Y. 2016) (plain language of SLUSA does not bar Brazilian law claims "[d]espite how well a ban on foreign law claims might fit within the larger statutory scheme"); *Comrie v. IPSCO Inc.*, No. 08-cv-03060, 2008 WL 5220301, at *4-5 (N.D. Ill. Dec. 10, 2008) (rejecting argument that Canadian law claims were preempted by the Employee Retirement Income Security Act (ERISA): "The statutory text of ERISA does not clearly preempt foreign law, only state law. . . . Thus, it must be presumed that Congress did not intend ERISA to preempt foreign law.").

Here, the Constructive Trust Claims are based on BVI law and the Defendants have not identified any statutory language that purports to *expressly* preempt the Constructive Trust Claims. Consequently, the Motion to dismiss the Constructive Trust Claims on the ground that they seek to recover safe harbored transfers is denied.

## B.  Motion to Dismiss for Insufficient Service of Process

When the Liquidators commenced the U.S. Redeemer Actions, the Liquidators served the Defendants, including the foreign Defendants, by mail. For example, the Liquidators served the summons and initial complaint in *Fairfield Sentry Ltd. v. HSBC*

*Private Bank Suisse SA*, Adv. Proc. No. 10-03633 (SMB) (the "HSBC Action")[18] on

HSBC Suisse by international registered mail to HSBC Suisse's address in Switzerland

listed on the Funds' records. (*See Declaration of David J. Molton in Support of*

*Liquidators' Memorandum of Law in Opposition to Defendants' Renewed Motion to*

*Dismiss*, dated May 29, 2020 ("*Molton Declaration*") at ¶ 2 (ECF Doc. # 3034).) The

Liquidators also served the complaint by mail on HSBC Suisse's U.S. counsel, Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), at its New York office. (*Id.*)

The Defendants seek dismissal of the U.S. Redeemer Actions for insufficient

service of process under Federal Civil Rule 12(b)(5). Using the summons and complaint

in the HSBC Action as the test case, they argue that the Liquidators were required to

effectuate service pursuant to the Hague Service Convention, mail service is not

permitted where the member country has objected to that method of service,

Switzerland has expressly objected to mail service, and therefore, the Liquidators' 2010

service on HSBC Suisse via international mail was ineffective. (*Defendants Brief* at 32-

37.)

The Liquidators do not dispute that mail service on HSBC Suisse failed to satisfy

the requirements of the Hague Service Convention. Instead, they seek retroactive

approval of their 2010 mail service on HSBC Suisse's U.S. counsel, Cleary Gottlieb, as a

form of alternative service pursuant to Federal Civil Rule 4(f)(3).

---

[18]     Again, following consultation with the parties, the Court designated the HSBC Action as the
representative action with respect to the Defendants' arguments seeking dismissal for insufficient service
of process. (*See Scheduling Order* at ¶ 1(a).)

1. **Rule 4(f)(3)**

A foreign corporation may be served abroad "in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i)." FED. R. CIV. P. 4(h)(2).  Rule 4(f), in turn, states in pertinent part:

> **Serving an Individual in a Foreign Country.**  Unless federal law provides otherwise, an individual . . . may be served at a place not within any judicial district of the United States:
>
> (1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the [Hague Service Convention];
>
> . . . or
>
> (3) by any means not prohibited by international agreement, as the court orders.

FED. R. CIV. P. 4(f).

"Courts have repeatedly recognized that there is no hierarchy among the subsections in Rule 4(f)." *Wash. State Inv. Bd. v. Odebrecht S.A.*, 17 Civ. 8118 (PGG), 2018 WL 6253877, at *3 (S.D.N.Y. Sept. 21, 2018); *accord In re GLG Life Tech Corp. Sec. Litig.*, 287 F.R.D. 262, 265 (S.D.N.Y. 2012); *Advanced Aerofoil Techs., AG v. Todaro*, No. 11 Civ. 9505(ALC), 2012 WL 299959, at *1 (S.D.N.Y. Jan. 31, 2012).  Hence, "court-directed service under Rule 4(f)(3) is as favored as service under Rule 4(f)(1)," *GLG Life Tech*, 287 F.R.D. at 265 (quoting *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1015 (9th Cir. 2002)), and "[a] plaintiff is *not* required to attempt service through the other provisions of Rule 4(f) before the Court may order service pursuant to Rule 4(f)(3)." *S.E.C. v. Anticevic*, No. 05 CV 6991(KMW), 2009 WL 361739, at *3 (S.D.N.Y. Feb. 13, 2009) (emphasis in original); *see also Madu, Edozie & Madu, P.C. v.*

26

*Socketworks Ltd. Nigeria*, 265 F.R.D. 106, 115 (S.D.N.Y. 2010) ("Service of process under Rule 4(f)(3) is neither a last resort nor extraordinary relief.") (citation omitted).

An alternative method of service under Rule 4(f)(3) is proper so long as it (1) is not prohibited by international agreement, and (2) comports with constitutional notions of due process. *Odebrecht*, 2018 WL 6253877, at *4; *accord Stream SICAV v. Wang*, 989 F. Supp. 2d 264, 278 (S.D.N.Y. 2013). The decision to approve an alternative method of service is committed to the court's sound discretion. *S.E.C. v. China Ne. Petroleum Holdings Ltd.*, 27 F. Supp. 3d 379, 397 (S.D.N.Y. 2014); *In re S. African Apartheid Litig.*, 643 F. Supp. 2d 423, 433 (S.D.N.Y. 2009). In exercising this discretion, courts in this District routinely require "(1) a showing that the plaintiff has reasonably attempted to effectuate service on the defendant, and (2) a showing that the circumstances are such that the court's intervention is necessary." *Odebrecht*, 2018 WL 6253877, at *6; *accord Peifa Xu v. Gridsum Holding Inc.*, 18 Civ. 3655 (ER), 2020 WL 1508748, at *14 (S.D.N.Y. Mar. 30, 2020). "But nothing in Rule 4(f) itself or controlling case law suggests that a court must always require a litigant to first exhaust the potential for service under the Hague Convention before granting an order permitting alternative service under Rule 4(f)(3)." *GLG Life Tech*, 287 F.R.D. at 266.

### 2. Service on U.S.-Based Counsel

Initially, the Defendants contend that service on a foreign corporation's U.S. counsel cannot be a proper method of service under Rule 4(f)(3). (*Defendants Reply* at 17; *Letter of Marc J. Gottridge*, dated July 27, 2020 (ECF Doc. # 3044).) Specifically, Rule 4(f) sets forth the methods in which an individual "may be served at a place *not within any judicial district of the United States*." FED. R. CIV. P. (4)(f) (emphasis

added); *see also* FED. R. CIV. P. 4(h)(2) (a foreign corporation must be served "at a place

not within any judicial district of the United States, in any manner prescribed by Rule

4(f) . . . .").

  Courts are split on the issue of whether domestic service on a foreign defendant's

U.S. counsel can constitute service "at a place not within" the U.S. under Rule 4(f)(3),

but the majority view service on U.S.-based counsel a permissible method under Rule

4(f)(3).  *See, e.g.*, *Zanghi v. Ritella*, 19 Civ. 5830 (NRB), 2020 WL 589409, at *7

(S.D.N.Y. Feb. 5, 2020); *Odebrecht*, 2018 WL 6253877, at *4; *NYKCool A.B. v. Pac. Int'l

Servs., Inc.*, No. 12−cv−5754 (LAK), 2015 WL 998455, at *4-5 (S.D.N.Y. Mar. 5, 2015);

*Atlantica Holdings, Inc. v. BTA Bank JSC*, 13 Civ. 5790 (JMF), 2014 WL 12778844, at

*3 (S.D.N.Y. Mar. 31, 2014); *Jian Zhang v. Baidu.com Inc.*, 293 F.R.D. 508, 515

(S.D.N.Y. 2013); *GLG Life Tech*, 287 F.R.D. at 267; *Arista Records LLC v. Media Servs.*

*LLC*, No. 06 Civ. 15319(NRB), 2008 WL 563470, at *2 (S.D.N.Y. Feb. 25, 2008); *RSM

Prod. Corp. v. Fridman*, No. 06 Civ. 11512(DLC), 2007 WL 2295907, at *6 (S.D.N.Y.

Aug. 10, 2007); *Enrenfeld v. Salim a Bin Mahfouz*, No. 04 Civ. 9641(RCC), 2005 WL

696769, at *3 (S.D.N.Y. Mar. 23, 2005); *contra Convergen Energy LLC v. Brooks*, 20-

cv-3746 (LJL), 2020 WL 4038353, at *7 (S.D.N.Y. July 17, 2020) (service on domestic

counsel is not permissible under Rule 4(f) because the "place" of service is within the

U.S.).  In *Odebrecht*, District Judge Gardephe observed that alternative service to a U.S.

attorney is permissible "because such service requires transmission of service papers to

a foreign defendant via a domestic conduit like a law firm or agent – ultimately, the

foreign individual is served and thereby provided notice outside a United States judicial

district, in accordance with Rule 4's plain language."  2018 WL 6253877, at *4 (quoting

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, 27 F. Supp. 3d 1002, 1010 (N.D. Cal. 2014)) (alteration omitted); *accord RMS Prod. Corp.*, 2007 WL 2295907, at \*6 ("Court-ordered service on counsel made under Rule 4(f)(3) serves as effective authorization 'by law' for counsel to receive service."); *see Freedom Watch, Inc. v. Org. of the Petroleum Exporting Countries (OPEC)*, 766 F.3d 74, 84 (D.C. Cir. 2014) ("[W]hile Rule 4(f)(3) addresses service only 'at a place not within any judicial district of the United States,' Fed.R.Civ.P. 4(f), arguably, when a court orders service on a foreign entity through its counsel in the United States, the attorney functions as a mechanism to transmit the service to its intended recipient abroad."). Hence, the "relevant circumstance is where the defendant is, and not the location of the intermediary." *Odebrecht*, 2018 WL 6253877, at \*4; *accord Bazarian Int'l Fin. Assocs., L.L.C. v. Desarrollos Aerohotelco, C.A.*, 168 F. Supp. 3d 1, 14 (D. D.C. 2016) (criticizing a narrow interpretation of Rule 4(f) because it "assumes, without explanation, that 'service' is complete when the foreign defendant's United States counsel physically receives the summons"). The Court agrees with *Odebrecht* and the other cases ruling that service to a foreign defendant via a domestic conduit is permissible under Rule 4(f)(3).

When seeking approval of alternative service through counsel, the movant must show adequate communication between the counsel and the party to be served. *GLG Life Tech*, 287 F.R.D. at 267. Here, HSBC Suisse has undoubtedly been in regular contact with Cleary Gottlieb and has actively participated in the HSBC Action since at least September 2010 (*see Motion of Moving Defendants to Withdraw the Reference of the Above-Captioned Adversary Proceedings to the Bankruptcy Court*, dated Sept. 20, 2010 (filed by Cleary Gottlieb attorney Evan A. Davis, Esq. on behalf of HSBC Suisse *et*

*al.*) (ECF Adv. Proc. No. 10-03633 Doc. # 2)) and thereafter. *See Baidu.com Inc.*, 293
F.R.D. at 515 ("service on Baidu's counsel would satisfy the requirements of due process,
as Baidu has actual notice of this lawsuit and there is evidence of adequate
communication between Baidu and counsel") (citation and internal quotation marks
omitted).

### 3. Not Prohibited by International Agreement

Under Rule 4(f)(3), the proposed method of service must not be prohibited by
international agreement, and the Defendants contend that mail service to Cleary
Gottlieb runs afoul of the Hague Service Convention. (*Defendants Reply* at 17-18.) This
argument lacks merit. When service is made on domestic counsel, the Hague Service
Convention is not implicated because no documents are transmitted abroad. *Baidu.com
Inc.*, 293 F.R.D. 515; *GLG Life Tech*, 287 F.R.D. at 267; *cf. Volkswagenwerk
Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 707 (1988) ("Where service on a domestic
agent is valid and complete under both state law and the Due Process Clause, our
inquiry ends and the [Hague Service Convention] has no further implications."). Here,
Cleary Gottlieb was served domestically, and the Hague Service Convention is therefore
inapplicable.

### 4. Prior Attempt at Service and Other Considerations

As stated, the Court in the exercise of its discretion may consider whether the
plaintiff has reasonably attempted service on the defendant as well as other surrounding
circumstances. In addition to serving Cleary Gottlieb by mail, the Liquidators served
the summons and initial complaint on HSBC Suisse in Switzerland by international mail
in 2010. (*Molton Declaration* at ¶ 2.) In serving HSBC Suisse by mail, the Liquidators

relied on a provision in subscription agreements with Sentry under which HSBC Suisse consented to the jurisdiction of New York courts and service by mail for "any suit, action or proceeding with respect to [the subscription agreement] and the Fund." (*See Declaration of David J. Molton in Further Support of Motion for Leave to Amend and in Opposition to Defendants' Motion to Dismiss*, dated Mar. 31, 2017, Ex. A at ¶ 19 (emphasis added) (ECF Doc. # 1337).)

The Court concluded in connection with the prior motion to dismiss that the U.S. Redeemer Actions were not proceedings with respect to the subscription agreements. *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam* (*In re Fairfield Sentry Ltd.*), No. 10-13164 (SMB), 2018 WL 3756343, at *10-12 (Bankr. S.D.N.Y. Aug. 6, 2018) ("*Fairfield I*"). Until the Court issued *Fairfield I* in August 2018, the Liquidators had a reasonable basis to believe that they had properly served HSBC Suisse by mail in accordance with the subscription agreements. After the Court issued *Fairfield I* and *Fairfield II*, the parties entered into detailed stipulations in 2019 resolving the prior motion to dismiss and identifying the issues to be raised in the instant Motion to dismiss including "whether service was properly effected." (*See Stipulated Order Granting in Part and Denying in Part Moving Defendants' Motions to Dismiss and Plaintiffs' Motion for Leave to Amend*, so-ordered on Apr. 15, 2019 at § II.A (ECF Adv. Proc. No. 10-3633 Doc. # 81).)[19]

---

[19]   Because the parties specifically contemplated that the issue of proper service would be litigated through the current Motion, the Defendants' argument that the Liquidators have ignored the Court's ruling in *Fairfield I* (*see Defendants Reply* at 18-19) is without merit.

Other factors also militate in favor of allowing mail service on Cleary Gottlieb, specifically cost and delay. According to an estimate the Liquidators provided, the cost associated with re-serving HSBC Suisse and the other Swiss Defendants would total $272,441 (*Motion Declaration* at ¶¶ 4-12; Ex. 3), and the process would take four months or more. (*Liquidators Brief* at 32-33.) Courts often consider the cost and delay associated with service under the Hague Service Convention or other treaties when approving alternative service under Rule 4(f)(3). *Odebrecht*, 2018 WL 6253877, at *8-9; *GLG Life Tech*, 287 F.R.D. at 266-67.

The issue of cost is particularly compelling in this case. The *Citibank Complaint* alleges that the Funds were insolvent or rendered insolvent by the transfers, (¶¶ 7, 13, 39), and their financial situation is not much better today. After the chapter 15 cases were filed, the Liquidators and the BLMIS SIPA trustee entered into a settlement pursuant to which the latter entered judgments in this Court in the amount of $3,054,000,000 against Sentry, $752,300,000 against Sigma and $52,900,000 against Lambda. (¶ 13.) Among other things, Sentry, the BLMIS customer, received an allowed $230 million claim in the BLMIS SIPA proceeding. *In re Fairfield Sentry Ltd.,* 539 B.R. 658, 662 (Bankr. S.D.N.Y. 2015), *aff'd,* 690 F. App'x 761 (2d Cir.) (summary order), *cert. denied*, 138 S. Ct. 285 (2017). Suffice it to say that the judgments dwarf the BLMIS claim and the Funds appear to still be insolvent. Forcing the Liquidators to expend significant sums to effect service under the Hague Service Convention when cheaper and equally effective alternatives exist will adversely affect the amount available for ratable distribution to the Funds' creditors and shareholders. Moreover, HSBC Suisse has had actual notice of the HSBC Action, has actively litigated for a decade through capable

counsel, "and, thus, as a practical matter, the purpose of the service requirement has already been accomplished." *Arista Records*, 2008 WL 563470, at *2; *accord Atlantica Holdings*, 2014 WL 12778844, at *3.

### 5. Retroactive Approval

The stumbling block, however, is retroactive approval. As the Defendants argue, retroactive approval of a method of service pursuant to Rule 4(f)(3) is impermissible. (*Defendants Reply* at 16.) Rule 4(f)(3) permits service "by other means not prohibited by international agreement, *as the court orders*." (Emphasis added). The emphasized portion denotes that the party must receive court approval prior to service. *Fed. Trade Comm'n v. Pecon Software Ltd.*, No. 12 Civ. 7186(PAE), 2013 WL 4016272, at *9 (S.D.N.Y. Aug. 7, 2013); *United States v. Machat*, No. 08 Civ. 7936(JGK), 2009 WL 3029303, at *4 (S.D.N.Y. Sept. 21, 2009); 1 MOORE'S FEDERAL PRACTICE § 4.52 (3d ed. 2020) ("The language of Rule 4(f)(3) permitting service 'as the court orders' requires *prior* approval of the service method by court order before it is used.") (emphasis in original).[20]

Nonetheless, the Liquidators request alternative relief in the form of additional time to re-effect service on HSBC Suisse (*Liquidators Brief* at 34-35) – an issue to which I now turn.

---

[20]     The District Court in *Exp.-Imp. Bank of the United States v. Asia Pulp & Paper Co., Ltd.*, No. 03Civ.8554(LTS)(JCF), 2005 WL 1123755 (S.D.N.Y. 2005) retroactively approved a method of service under Rule 4(f)(3) where such service had proved effective in providing notice to the defendant. *Id.* at *5. However, "defective service cannot be ignored on the mere assertion that defendant had 'actual notice.'" *Pecon Software*, 2013 WL 4016272, at *9 (quoting *Weston Funding, LLC v. Consorcio G Grupo Dina, S.A. de C.V.*, 451 F. Supp. 2d 585, 589 (S.D.N.Y. 2006)).

### 6.    Additional Time to Effect Service

The Defendants seek dismissal for failure to make timely service.  (*Defendants Brief* at 38-39; *Defendants Reply* at 20.)  The general rule under Federal Civil Rule 4(m) that service must be made on a defendant within 120 days of the time the case was commenced (the limit has since been reduced to 90 days) "does not apply to service in a foreign country under Rule 4(f) [or] 4(h)(2)," FED. R. CIV. P. 4(m), so long as the plaintiff attempts to begin service on a foreign defendant within that timeframe.  *USHA (India) Ltd. v. Honeywell Int'l, Inc.*, 421 F.3d 129, 133-34 (2d Cir. 2005); *Trilliant Funding, Inc. v. Marengere* (*In re Bozel S.A.*), 1:16-cv-3739 (ALC), 2017 WL 3175606, at *2 (S.D.N.Y. July 25, 2017).  Under the foreign country exception, the court applies a "flexible due diligence standard to determine whether service of process was timely," *Burda Media, Inc. v. Blumenberg*, No. 97 Civ.7167(RWS), 2004 WL 1110419, at *5 (S.D.N.Y. May 18, 2004) (citation omitted), and "assesses the reasonableness of the plaintiff's efforts and the prejudice to the defendant from the delay." *Bozel*, 2017 WL 3175606, at *2. [21]

Here, as stated above, the Liquidators exercised due diligence.  They attempted service on HSBC Suisse in a timely manner consistent with the subscription agreements. The Liquidators had a reasonable basis to believe that they had properly served HSBC

---

[21]    Neither party addressed the issue of whether the foreign service exception to Rule 4(m) applies when the plaintiff is seeking to serve a domestic conduit under Rule 4(f)(3).  Rather, both sides relied on precedent applying the flexible due diligence standard for determining timeliness of service on a foreign defendant.  (*See Liquidators Brief* at 35; *Defendants Reply* at 20 (arguing that the Liquidators have failed to show diligence).)  The Court will, therefore, apply this standard.  In any event, even if the exception did not apply, the service deadline must be extended pursuant to Rule 4(m) upon a showing of "good cause" which balances the "plaintiff's reasonable efforts to effect service" against the "prejudice to the defendant from delay," *Savage & Assocs., P.C. v. Williams Commc'ns*, (*In re Teligent Servs., Inc.*), 324 B.R. 467, 472 (Bankr. S.D.N.Y. 2005) (citation omitted), *aff'd*, 372 B.R. 594 (S.D.N.Y. 2007) – a comparable analysis to that required under the flexible due diligence standard.

Suisse, and not attempt further service, until the issuance of *Fairfield I* in 2018.  The service issue nonetheless remained a live dispute, and the parties stipulated to litigating the issue of service of process in connection with the current Motion.  The decision to litigate the propriety of past service or seek a different and less costly method of new service, rather than proceed with the costly and time-consuming process of serving the Defendants under the Hague Service Convention, does not signify a lack of due diligence.

Nor have the Defendants identified any prejudice they have suffered as a result of the passage of time.  Despite the service issue, they have been actively litigating numerous issues in this Court since 2010, including the dismissal of all of the Liquidators' claims which culminated in this decision, and these threshold issues had to be decided before the litigations could advance.

Accordingly, the Liquidators request to effect service on HSBC Suisse's U.S. counsel, Cleary Gottlieb, is granted.  The parties should, in the first instance, meet and confer in an attempt to forego another round of service failing which the Liquidators must serve Clearly Gottlieb by first class mail within sixty days of the date of this memorandum decision.  The parties must submit a joint letter to the Court within thirty days of this memorandum decision on the status of their meet and confer.

The Court has considered the parties' other arguments and to the extent not addressed herein, concludes that they lack merit or are mooted by the Court's rulings.

35

Settle orders in each affected adversary proceeding on notice or submit consensual

orders.

Dated:   New York, New York
       December 14, 2020

                         /s/ *Stuart M. Bernstein*
                         STUART M. BERNSTEIN
                 United States Bankruptcy Court

**EXHIBIT F**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| FAIRFIELD SENTRY LIMITED, et al., | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof, | ) ) ) ) ) ) Adv. Pro. No. 10-03622 (SMB) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) **PARTIAL FINAL** |
| CITIBANK NA LONDON and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CITIBANK NA LONDON 1-1000, | ) **JUDGMENT** ) Pursuant to Rule 54(b) ) ) |
| Defendants. | ) |

It is **ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the

Court's Memorandum Decision dated December 14, 2020 and the Stipulated Order Granting in

Part and Denying in Part the Moving Defendants' Second Consolidated Motion to Dismiss dated

February 23, 2021:

Because there is no just cause for delay entering this partial final judgment, pursuant to

Fed. R. Civ. P. 54(b), judgment is hereby entered in favor of defendant Citibank NA London,

dismissing the BVI Avoidance Claims with prejudice as to that defendant.

Each party shall bear its own costs.

Dated:  New York, New York
        February __, 2021

F-1

_____VITO GENNA_____
Clerk of Court


By: _____
Deputy Clerk

# Appendix A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                      :

In re:                                :        Chapter 15 Case

                                        :

FAIRFIELD SENTRY LIMITED, *et al.*,    :        Case No. 10-13164 (SMB)

                                        :

    Debtors in Foreign Proceedings.    :        Jointly Administered

---------------------------------------------------------X

FAIRFIELD SENTRY LIMITED          :

(IN LIQUIDATION), acting by and through the :    Adv. Proc. No. 10-03496 (SMB)

Foreign Representatives thereof,        :

                                        :        Administratively Consolidated

            Plaintiffs,           :

                                        :

          -against-             :

                                        :

THEODOOR GGC AMSTERDAM, *et al.*,    :

                                        :

          Defendants.          :

---------------------------------------------------------X

**MEMORANDUM DECISION GRANTING IN PART AND
DENYING IN PART DEFENDANTS' RENEWED MOTION TO DISMISS**

**A P P E A R A N C E S :**

SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10404

      David Elsberg, Esq.
      Andrew R. Dunlap, Esq.
      Lena Konanova, Esq.
      Jordan Garman, Esq.
      Ronald Krock, Esq.
      Evan Bianchi, Esq.
          Of Counsel

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036

      David J. Molton, Esq.
      Marek P. Krzyzowski, Esq.
         Of Counsel

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

> Thomas J. Moloney, Esq.
> Joseph M. Kay, Esq.
> Christine M. Jordan Esq.
> Of Counsel

*Attorneys for Defendants[1]*

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge**

This litigation arises from the Ponzi scheme perpetrated by Bernard L. Madoff

through the investment advisory division of Bernard L. Madoff Investment Securities

LLC ("BLMIS"). The Plaintiffs, Kenneth M. Krys and Greig Mitchell (together, the

"Liquidators"),[2] sue in their capacities as liquidators and foreign representatives of

Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited ("Sigma"), and Fairfield

Lambda Limited ("Lambda," and collectively with Sentry and Sigma, the "Funds"),

foreign feeder funds that invested with BLMIS. In *Fairfield Sentry Ltd. v. Theodoor*

*GGC Amsterdam* (*In re Fairfield Sentry Ltd.*), 596 B.R. 275 (Bankr. S.D.N.Y. 2018)

("*Fairfield II*"), *appeal docketed*, No. 1:19-cv-03911-VSB (S.D.N.Y. May 1, 2019), the

---

[1]    This motion is made by 365 Defendants listed on Appendix A to the *Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to 11 U.S.C. §§ 561(d), 546(e), and 546(g) and for Insufficient Service of Process Under the Hague Service Convention*, dated Mar. 16, 2020 ("*Defendants Brief*") (ECF Doc. # 2903). Cleary Gottlieb represents a subset of the Defendants but has served as coordinating counsel to all Defendants. A list of the other defense counsel can be found in Appendix H to the *Defendants Brief*.

   The Liquidators' actions to recover redemptions paid by the Funds were administratively consolidated for pretrial purposes. (*Amended Order Authorizing the Consolidation of Redeemer Actions Pursuant to Federal Rule of Bankruptcy Procedure 7042*, dated Nov. 17, 2010 (ECF Doc. # 25).) Unless otherwise specified, references to docket entries refer to the electronic docket of the consolidated proceeding, *Fairfield Sentry Limited (In Liquidation) v. Theodoor GGC Amsterdam*, Adv. Proc. No. 10-03496 (SMB).

[2]    Different individuals have served as Liquidators of the Funds. When used in this memorandum decision, the term refers to the individuals serving in that position during the referenced time period.

2

Court dismissed all of the Liquidators' claims except for avoidance claims under British Virgin Islands ("BVI") law to recover "unfair preferences" and "undervalue transactions" (together, the "BVI Avoidance Claims") and constructive trust claims against the so-called Knowledge Defendants (the "Constructive Trust Claims"). According to the Liquidators, the Knowledge Defendants knew when they redeemed their interests in the Funds that the redemption prices were inflated because they were based on Sentry's fictitious BLMIS account statements listing securities that did not exist.

The Defendants have now renewed their motion to dismiss (the "Motion") arguing that the remaining claims are barred by 11 U.S.C. § 546(e) (the "Safe Harbor") and service of process was insufficient.[3] The Liquidators oppose the Motion.[4] For the reasons stated, the BVI Avoidance Claims are dismissed, the Constructive Trust Claims are not dismissed and the motion to dismiss for insufficient service of process is denied.

## BACKGROUND

Unless otherwise indicated, the background information is taken from the well-pleaded factual allegations of the *Third Amended Complaint*, dated Jan. 9, 2020 ("*Citibank Complaint*") (ECF Adv. Proc. No. 10-03622 Doc. # 79) in *Fairfield Sentry Limited v. Citibank NA London*, Adv. Proc. No. 10-03622 (SMB) ("Citibank Action")[5]

---

[3] *See Defendants Brief*; *see also Consolidated Reply Memorandum of Law in Further Support of Defendants' Renewed Motion to Dismiss*, dated June 19, 2020 ("*Defendants Reply*") (ECF Doc. # 3036).

[4] *See Memorandum of Law in Opposition to Defendants' Renewed Motion to Dismiss*, dated May 29, 2020 ("*Liquidators Brief*") (ECF Doc. # 3033).

[5] The Liquidators have served approximately 300 complaints. To facilitate consideration of the Safe Harbor defense on an omnibus basis, and following consultation with the parties, the Court designated the *Citibank Complaint* as the representative complaint on certain issues pertaining to the Safe Harbor. (*See Scheduling Order*, dated Apr. 14, 2020 ("*Scheduling Order*") at ¶ 1(a) (ECF Doc. #

and other information the Court may consider on a motion to dismiss for failure to state

a claim. The Court will also describe the procedural history that is relevant to the

instant Motion.

### A.     The Funds' Investments With BLMIS

The Funds were organized under BVI law. (¶¶ 18, 26.) Sentry sold shares to

foreign investors and invested 95% of the proceeds with BLMIS. (¶¶ 2, 33, 35.) Sigma

and Lambda were "funds of funds" – they sold shares to investors and invested those

proceeds with Sentry, which, in turn, invested those funds with BLMIS. (¶¶ 2, 33.)

Hence, the Funds invested virtually all of their assets directly or indirectly with BLMIS.

(¶¶ 4, 34.)

In December 2008, Madoff admitted to operating the investment advisory

business of BLMIS as a Ponzi scheme, and BLMIS was placed into liquidation pursuant

to section 78eee of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*,

("SIPA"). (¶¶ 17, 84-88.) The Funds ceased making redemption payments after

Madoff's arrest. (¶ 89.) Shortly after the collapse of BLMIS, certain of the Funds'

creditors and shareholders commenced insolvency proceedings against the Funds in the

Commercial Division of the Eastern Caribbean High Court of Justice, British Virgin

Islands ("BVI Court"). (¶¶ 90-93.) The BVI Court appointed the Liquidators, and they

commenced ancillary proceedings in this Court under chapter 15 of the Bankruptcy

Code to obtain recognition of the BVI liquidation proceedings as "foreign main

---

3028).) "(¶ _ )" refers to paragraphs in the *Citibank Complaint*. The extensive history of the Liquidators'
actions against former investors of the Funds is discussed at length in *Fairfield II*.

proceedings." (¶¶ 27, 28, 94.)  The Court granted the Liquidators' recognition
applications on July 22, 2010.  (¶ 28.)

        While the Funds were operational, the shares in the Funds were redeemable at a
price equal to the respective Fund's net asset value ("NAV") per share calculated by
dividing the value of the Fund's assets by the number of outstanding shares, net of
certain expenses.  (¶¶ 4, 35.)  Each Fund's Articles of Association ("Articles") specified
that the Fund would issue certificates with respect to the NAV, and "[a]ny certificate as
to the Net Asset Value per Share or as to the Subscription Price or the Redemption Price
therefor *given in good faith by or behalf of the Directors shall be binding* on the
parties."  *Fairfield II*, 596 B.R. at 283.  The Funds' Directors retained Citco Group
Limited ("Citco Group") and its affiliates (collectively, "Citco") to perform
administrative and custodial functions for the Funds.  (¶ 45.)  Citco Fund Services
(Europe) B.V. ("Citco Administrator") and its delegate Citco (Canada) Inc. served as the
Funds' administrators (together, the "Administrators") with responsibility for
calculating the NAV and issuing corresponding certificates to investors.  (¶¶ 45, 72, 73.)
In calculating the NAV of the Funds, the Administrators typically relied on the pricing
information supplied by BLMIS.  (¶ 69.)  Citco Bank Nederland N.V. Dublin Branch
("Citco Bank") and Citco Global Custody served as the Funds' custodians (together, the
"Custodians").[6]  However, the Custodians did not actually hold the assets; BLMIS served

---

[6]        The Liquidators allege that the Administrators and the Custodians worked with multiple other
Citco affiliates to provide services to the Funds.  All Citco entities worked under the direction and control
of Citco Group.  (¶¶ 72-73.)

as its own custodian, and the custody statements issued by the Custodians merely copied information from Sentry's BLMIS account statements.  (¶¶ 49, 69.)

**B.      Allegations of Knowledge and Bad Faith**

The preparation of the certificates setting forth the NAV per share was delegated to Citco.  The *Citibank Complaint* alleges that Citco did not issue the certificates in good faith because it knew or willfully blinded itself to the fact that the Funds' BLMIS investments were worthless or virtually worthless.  As a result of Citco's bad faith, the Funds were not bound by Citco's certifications regarding the NAV.  (¶¶ 45-74.)  The Defendants do not challenge the sufficiency of the allegations of Citco's bad faith at this time and I assume the sufficiency of the allegations of bad faith for now.[7]

The *Citibank Complaint* also alleges that Citibank NA London ("Citibank") knew or should have known that the redemption payments were inflated due to Madoff's fraud.  (¶¶ 75-83.)  Again, the Defendants do not challenge the legal sufficiency of these allegations at this time.  I assume, therefore, for the purpose of the Motion that the Liquidators have adequately alleged Citco's bad faith and the Knowledge Defendants'

---

[7]      The *Citibank Complaint* alleges that the Funds were innocent dupes unaware that BLMIS was a Ponzi scheme and the NAVs were inflated.  (¶ 38 ("The Funds believed that the amounts provided in connection with such withdrawals represented the proceeds arising from the profitability of or to continue investment in BLMIS."); *see* ¶ 39 ("[T]he money paid by the Funds (directly in the case of Sentry and indirectly in the cases of Sigma and Lambda) to BLMIS on account of Sentry was, at all relevant times and unknown to the Funds, misused and misappropriated by Madoff as part of his Ponzi scheme.").)  In *Fairfield II*, the Court noted that if the Director were not aware of Citco's bad faith certifications, they, and hence the Funds, mistakenly relied on Citco, a variation of the mistake claims rejected by the Privy Council in *Fairfield Sentry Ltd.* (*In Liquidation*) *v. Migani*, [2014] UKPC 9 ("*Migani*").  *Fairfield II*, 596 B.R. at 300.  In any event, the pertinent inquiry is what the Knowledge Defendants knew at the time of the redemptions, not what Citco knew.  Even if Citco acted in good faith, the Knowledge Defendants cannot escape the consequences resulting from their knowledge that the redemption prices were based on fictitious assets.

6

actual or constructive knowledge that the NAVs per share and, hence, the redemption prices were inflated.

### C.     The Transfers

In the Citibank Action, the Liquidators seek to recover redemption payments Sentry made to Citibank totaling $58,484,257.49 between May 17, 2004 and November 19, 2008. (¶¶ 40-42; *see Citibank Complaint*, Ex. A.) The Liquidators allege that Sentry had insufficient assets and was unable to pay its debts as they fell due at the time the redemption payments were made, Sentry received no consideration or significantly less consideration from Citibank in exchange for the payments, and the payments were in excess of the amounts previously paid by Citibank to purchase the shares. (¶¶ 43-44.) The Constructive Trust Claim seeks to recover all redemption payments from Citibank and certain unnamed beneficial shareholders on whose behalf Citibank may have invested in Sentry, (¶¶ 14, 96-103), and the BVI Avoidance Claims seek recovery of the payments made within two years of the appointment of the Liquidators in Sentry's BVI liquidation proceeding. (¶¶ 104-35.)

### D.     The Safe Harbor and the Renewed Motion to Dismiss

In their prior dismissal motion, the Defendants contended that the Liquidators' claims were barred by application of the Safe Harbor, 11 U.S.C. § 546(e). The Court agreed that Bankruptcy Code § 561(d) extends the Safe Harbor to the BVI Avoidance Claims, *Fairfield II*, 596 B.R. at 306-14, but declined to rule on the merits because the Supreme Court had issued *Merit Mgmt. Grp. LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018) shortly after the parties' submissions. In *Merit*, the Supreme Court concluded that "the relevant transfer for purposes of the § 546(e) safe-harbor inquiry is the

overarching transfer that the trustee seeks to avoid under one of the substantive

avoidance provisions." *Id.* at 893; *accord In re Tribune Co. Fraudulent Conveyance

Litig.*, 946 F.3d 66, 75, 77 (2d Cir. 2019), *petition for cert. filed*, No. 20-8, 2020 WL

3891501 (U.S. July 6, 2020); *In re Nine West Sec. Litig.*, 20 MD. 2941 (JSR), 2020 WL

5049621, at *14 (S.D.N.Y. Aug. 27, 2020), *appeal docketed*, No. 20-3941 (2d Cir. Nov.

23, 2020). A court must focus on the transferor and transferee of the overarching

transfer, and where a qualifying participant such as a financial institution serves as a

mere conduit or intermediary in connection with the overarching transaction between

non-qualifying participants, the Safe Harbor does not apply. *See Merit*, 138 S. Ct. at

892, 897; *Tribune*, 946 F.3d at 75.

    *Merit* abrogated the then-existing Second Circuit precedent applying the Safe

Harbor even when a qualifying entity acted as a mere conduit or intermediary. *See

Official Comm. of Unsecured Creditors of Quebecor World (USA) Inc. v. Am. United

Life Ins. Co.* (*In re Quebecor World (USA) Inc.*), 719 F.3d 94, 99 (2d Cir. 2013). The

change in the law prompted a flurry of letters from the Liquidators and the Defendants

making substantive arguments. Rather than consider the arguments made through the

numerous letters, the Court denied the Defendants' motion without prejudice to

renewal.

    The Defendants now make their renewed Motion seeking dismissal on two

grounds with broad applicability across over 300 adversary proceedings commenced by

the Liquidators to recover redemptions (the "U.S. Redeemer Actions"). As before, the

Defendants contend that the BVI Avoidance Claims are barred by the Safe Harbor.

According to the Defendants, the redemptions were made by a "financial institution"

within the meaning of 11 U.S.C. § 101(22) because the Funds were customers of Citco

Bank which acted as the Funds' agent with respect to the redemptions. (*Defendants*

*Brief* at 12-15.) Redemptions paid by Sentry and Sigma are also safe harbored because

those entities were "financial participants" within the meaning of 11 U.S.C. § 101(22A)

when the redemptions were made. (*Id.* at 15-23.) Finally, redemptions from Sigma and

Lambda are safe harbored for the additional reason that they were made for the benefit

of Sentry – a "financial institution" and "financial participant." (*Id.* at 23-24.)[8]

Furthermore, the Defendants contend that the Safe Harbor extends to bar the

Constructive Trust Claims because they seek the same relief as the BVI Avoidance

Claims. (*Id.* at 29-31.)

The Liquidators oppose the application of the Safe Harbor on several grounds.

First, they contend that the Safe Harbor does not apply to the BVI Avoidance Claims

because they seek to avoid intentionally fraudulent transfers which are carved out of the

Safe Harbor. The Liquidators reach this conclusion by imputing the bad faith of Citco

Administrator to the Funds – a result which they claim was uncertain until the Court's

ruling in *Fairfield II*. (*Liquidators Brief* at 9-13.) Second, the Safe Harbor does not

apply to the Constructive Trust Claims because (i) the Safe Harbor's plain language does

not bar the claims, (ii) the precedent extending the Safe Harbor to state common law

claims relied on the Supremacy Clause which does not apply to foreign law claims, (iii)

prescriptive comity considerations limit the reach of section 546(e), and (iv) the Safe

---

[8]     The resolution of these matters is immaterial to the Citibank Action because the parties have
stipulated that Citibank, as transferee, is a "financial institution" as defined in 11 U.S.C. § 101(22).
(*Scheduling Order* at 2.)  Nevertheless, the determination of whether the Funds were covered entities
under section 546(e) applies generally to all of the U.S. Redeemer Actions.

Harbor does not extend to common law claims concerning intentionally fraudulent transfers. (*Id.* at 13-19.) Third, the Liquidators contest the assertion that the redemptions were made by a financial institution because the pleadings do not establish that Citco Bank was an agent of the Funds. (*Id.* at 19-21.) Fourth, the redemptions were not made by a financial participant because 11 U.S.C. § 101(22A) precludes a debtor from being a financial participant. (*Id.* at 21-23.)

The Defendants also seek dismissal of the U.S. Redeemer Actions for insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, made applicable to these adversary proceedings by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. They assert that the Liquidators were required to serve the Defendants in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Service Convention"), and the Liquidators' service of the initial complaints via international mail failed to satisfy its requirements. (*Defendants Brief* at 32-39.) The Liquidators do not deny that mail service failed to meet the strictures of the Hague Service Convention specifically in an adversary proceeding against HSBC Private Bank (Suisse) SA ("HSBC Suisse"), discussed below. Rather, they ask the Court to retroactively approve mail service to HSBC Suisse's U.S. counsel – Cleary Gottlieb – as an alternative means of service to a foreign party pursuant to Federal Civil Rule 4(f)(3). (*Liquidators Brief* at 23-34.) In the event the

Court denies their request, the Liquidators ask that the Court exercise its discretion to

allow them to re-effect service.  (*Id.* at 34-36.)[9]

## DISCUSSION

### A.  Motion to Dismiss For Failure to State a Claim

### 1.  Standards Governing the Motion

"To survive a motion to dismiss, a complaint must contain sufficient factual

matter, accepted as true, to state a claim to relief that is plausible on its face."  *Ashcroft*

*v. Iqbal*, 556 U.S. 662, 678 (2009); *accord Bell Atl. Corp. v. Twombly*, 550 U.S. 544,

570 (2007).  "A claim has facial plausibility when the plaintiff pleads factual content that

allows the court to draw the reasonable inference that the defendant is liable for the

misconduct alleged."  *Iqbal*, 556 U.S. at 678; *accord Twombly*, 550 U.S. at 556.

Determining whether a complaint states a plausible claim is a "context-specific task that

requires the reviewing court to draw on its judicial experience and common sense."

*Iqbal*, 556 U.S. at 679.  Where the burden of pleading rests on the defendant, the Court

may stilly dismiss a claim pursuant to Federal Civil Rule 12(b)(6) if the defense is

apparent on the face of the complaint.  *Official Comm. of Unsecured Creditors of Color*

---

[9]     After the parties' submissions, the Liquidators wrote the Court seeking leave to submit a five-page
sur-reply in response to three purportedly new arguments raised in the *Defendants Reply*.  (*See Letter of
David Elsberg*, dated July 3, 2020 ("*Liquidators Letter*") (ECF Doc. # 3038).)  Courts generally do not
consider arguments raised for the first time in a reply brief, *In re Avaya Inc.*, 573 B.R. 93, 103 (Bankr.
S.D.N.Y. 2017) (citing authorities), but can allow the filing of a sur-reply if it chooses to consider the new
arguments.  Here, the *Liquidators Letter* did not identify arguments made for the first time in the
*Defendants Reply*.  Rather, it addressed Defendants' arguments previously raised in the *Defendants Brief*
(*e.g.*, all of the Liquidators' claims are subject to the Safe Harbor) or Defendants' replies to arguments in
the *Liquidators Brief* (*e.g.*, responding to argument that Citco's intent is imputable to the Funds).
Therefore, the request to file a sur-reply is denied.

*Tile, Inc. v. Coopers & Lybrand, LLP*, 322 F.3d 147, 158 (2d Cir. 2003); *accord Spinelli v. Nat'l Football League*, 903 F.3d 185, 199 (2d Cir. 2018).

In deciding the motion, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308, 322 (2007). In addition, the Court may consider judicial admissions, including those made in briefs. *Scott v. City of White Plains*, No. 10 Civ. 1887 (KBF), 2012 WL 1267873, at *8 n. 7 (S.D.N.Y. Apr. 10, 2012); *Staff Mgmt. Sols., LLC v. Feltman* (*In re Corp. Res. Servs., Inc.*), Adv. Proc. No. 19-01371 (MG), 2020 WL 2278416, at *10 (Bankr. S.D.N.Y. May 6, 2020); *see Purgess v. Sharrock*, 33 F.3d, 134, 144 (2d Cir. 1994) ("A court can appropriately treat statements in briefs as binding judicial admissions of fact.").

### 2.    Safe Harbor

The Safe Harbor, 11 U.S.C. § 546(e), is an affirmative defense for which the Defendants bear the burden of proof. *Fairfield II*, 596 B.R. at 307 (citing precedent). Nevertheless, "[t]he application of Section 546(e) presents a straightforward question of statutory interpretation of the type that is appropriately resolved on the pleadings." *In re Tribune Co. Fraudulent Conveyance Litig*., No. 11MD2296 (DLC), 2019 WL 1771786, at *7 (S.D.N.Y. Apr. 23, 2019). Section 546(e) of the Bankruptcy Code provides in pertinent part:

> Notwithstanding sections 544, 545, 547, 548(a)(1)(B), and 548(b) of this title, the trustee may not avoid a transfer that is a . . . settlement payment, as defined in section 101 or 741 of this title, made by or to (or for the

> benefit of) a . . . financial institution [or] financial participant . . ., or that is
> a transfer made by or to (or for the benefit of) a . . . financial institution
> [or] financial participant . . . in connection with a securities contract, as
> defined in section 741(7) . . ., that is made before the commencement of
> the case, except under section 548(a)(1)(A) of this title.

11 U.S.C. § 546(e). "Put simply, the safe harbor applies where two requirements are

met: (1) there is a *qualifying transaction* (i.e., there is a 'settlement payment' or a

'transfer payment . . . made in connection with a securities contract) and (2) there is a

*qualifying participant* (i.e., the transfer was 'made by or to (or for the benefit of) a . . .

financial institution')." *Nine West,* 2020 WL 5049621, at *6 (emphasis in original).

Section 561(d), in turn, makes the Safe Harbor applicable in a chapter 15 case to

"limit avoidance powers to the same extent as in a proceeding under chapter 7 or 11" of

the Bankruptcy Code. As explained in *Fairfield II*, "section 561(d) is necessarily

referring to avoidance powers available under non-U.S. law" because a chapter 15

foreign representative cannot exercise the avoidance powers available to a trustee in a

chapter 7 or chapter 11 case. 596 B.R. at 310; *see* 11 U.S.C. § 1521(a)(7). Thus, the Safe

Harbor bars the Liquidators' BVI Avoidance Claims to the extent they are analogous to

preference claims, state law fraudulent transfer claims or constructive fraudulent

transfer claims under Bankruptcy Code § 548(a)(1)(B). In *Fairfield II*, the Court

reviewed the elements of the Liquidators' BVI Avoidance Claims. It concluded that

unfair preference claims under BVI Insolvency Act § 245 resemble preference claims

under 11 U.S.C. § 547(b) and the undervalue transaction claims under BVI Insolvency

Act § 246 are similar to constructive fraudulent transfer claims under state and federal

law. *Fairfield II*, 596 B.R. at 302, 314. The Liquidators do not argue otherwise, and

accordingly, the BVI Avoidance Claims will be barred by the Safe Harbor if they meet its strictures.

### a. The Transfers Were Settlement Payments Made "in Connection with" a "Securities Contract"

As the Court previously noted, *see id.* at 314-15, the parties do not dispute that the redemptions at issue were settlement payments made in connection with securities contracts. (*See* ¶ 35 ("In accordance with the Funds' Subscription Agreements, Articles of Association, offering materials and/or other relevant documents . . . the Funds paid to shareholders, for each Share tendered for redemption, an amount that was based on each of the respective Funds' purported Net Asset Value, as it was then calculated.")); *cf. Picard v. Ida Fishman Revocable Tr.* (*In re BLMIS*), 773 F.3d 411, 422-23 (2d Cir. 2014) (payments to BLMIS investors were settlement payments on account of securities contracts), *cert. denied*, 576 U.S. 1044 (2015). Therefore, except for the Liquidators' argument that the BVI Avoidance Claims are subject to the carveout for intentional fraudulent transfer claims, addressed separately below, the remaining issue on the applicability of the Safe Harbor to the BVI Avoidance Claims is whether the redemptions were made by, to, or for the benefit of a qualifying entity such as a "financial institution" of a type identified in the statute.

### b. The Transfers Were Made by a Financial Institution as Agent for Its Customer

### i. Citco Bank Is a Financial Institution

The Bankruptcy Code defines the term "financial institution" to include:

> a Federal reserve bank, or an entity that is a commercial or savings bank, industrial savings bank, savings and loan association, trust company, federally-insured credit union, or receiver, liquidating agent, or conservator for such entity *and, when any such* Federal reserve bank,

14

receiver, liquidating agent, conservator or *entity is acting as agent* or custodian *for a customer* (whether or not a "customer", as defined in section 741) *in connection with a securities contract* (as defined in section 741) *such customer* . . . .

11 U.S.C. § 101(22)(A) (emphasis added).

All of the redemption payments were made by the Dublin Branch of Citco Bank where the Funds maintained accounts. (*Foreign Representatives' Memorandum of Law in Opposition to Defendants' Consolidated Memorandum of Law and in Further Support of Foreign Representatives' Motion for Leave to Amend Complaints*, dated Mar. 31, 2017 ("*Liquidators 2017 Brief*") at 67 & n. 89 (ECF Doc. # 1336);[10] *accord* Transcript of 3/27/20 Hr'g at 15:13-15 ("MR. ELSBERG: . . . Your question earlier about the flow of payments through Citco -- we agreed that it did go through Citco and so I think all that remains is to identify a complaint.") (ECF Doc. # 3061).) Citco Bank qualifies as a "financial institution" because it has been a bank regulated by the De Nederlandsche Bank ("DNB") (the central bank of the Netherlands) since December 31, 1985.[11] The Court may take judicial notice of bank registration information provided by DNB's website as its accuracy cannot reasonably be questioned. FED. R. EVID. 201(b)(2) ("The court may judicially notice a fact that is not subject to reasonable dispute because

---

[10] The Liquidators did not dispute or object to the Court's consideration of this admission after the Defendants identified the admission in their moving brief. (*See Defendants Brief* at 13.)

[11] *See* De Nederlandsche Bank, *Information Detail: Citco Bank Nederland N.V.*, https://www.dnb.nl/en/supervision/public-register/WFTKF/detail.jsp?id=26bbcae35848e311b55a005056b672cf# (last visited Nov. 28, 2020). In addition, Citco Bank's Dublin branch, the paying bank, is registered with the Central Bank of Ireland as a "credit institution" defined as "(a) an undertaking whose business is to receive deposits or other repayable funds from the public and to grant credits for its own account, or (b) an electronic money institution." *See* Central Bank of Ireland, *Financial Service Provider Profile: Citco Bank Nederland NV Dublin Branch*, http://registers.centralbank.ie/FirmDataPage.aspx?firmReferenceNumber=C27278 (last visited Nov. 28, 2020).

it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."); *see Enron Corp. v. Bear, Stearns Int'l Ltd.* (*In re Enron Corp.*), 323 B.R. 857, 869 (Bankr. S.D.N.Y. 2005) (taking judicial notice of various public and quasi-public bodies including the United Kingdom Financial Services Authority in determining that an entity was covered by the Safe Harbor); *cf. Tribune*, 946 F.3d at 78 (Computershare was a "financial institution" for the purposes of Section 546(e) because it is a trust company and a bank based on Office of the Comptroller of the Currency records); *Holliday v. K Rd. Power Mgmt., LLC* (*In re Boston Generating LLC*), 617 B.R. 442, 489 (Bankr. S.D.N.Y. 2020) (finding that the Bank of New York is a "financial institution" for the purposes of Section 546(e) because it is a bank pursuant to the Office of the Comptroller website).

### ii. The Funds, as Customers of Citco Bank, Were Also Financial Institutions

Under the definition of "financial institution," quoted *supra*, a *customer* of a financial institution such as a bank is also deemed to be a financial institution if the bank acts as the customer's agent in connection with a securities contract. Bankruptcy Code § 741(2) defines the term "customer" for use in stockbroker liquidations under subchapter III of chapter 7, but Bankruptcy Code § 101(22)(A) specifies that the term "customer" is not limited to section 741(2)'s definition when determining whether an entity is a financial institution. The ordinary meaning of customer is "someone who buys goods or services." *Tribune*, 946 F.3d at 79 (quoting *UBS Fin. Servs., Inc. v. W. Virginia Univ. Hosps., Inc.*, 660 F.3d 643, 650 (2d Cir. 2011)); *accord Customer*, Black's Law Dictionary (11th ed. 2019) (a "customer" includes "[a] buyer or purchaser of goods or services").

16

The *Citibank Complaint* does not spell out the relationship between Sentry or the other Funds on the one hand and Citco Bank on the other, or Citco Bank's role in connection with the securities contracts pursuant to which the Funds paid the redemptions.  However, as noted, the Liquidators admitted in the *Liquidators 2017 Brief* filed in connection with the previous motion to dismiss, and reiterated earlier this year during a conference, that the redemption payments were made from the Funds' Citco Bank account in Ireland.

Thus, the Funds held accounts with Citco Bank from which the redemptions were paid.  An account holder is a "customer" of the bank under U.S. law.  *See* N.Y. U.C.C. § 4-104(1)(e) (defining "customer" as "any person having an account with a bank or for whom a bank has agreed to collect items and includes a bank carrying an account with another bank.").  While U.S. law is not controlling, it is nevertheless persuasive on this point.  Further, the Liquidators have not challenged the Defendants' contention that the Funds were customers of Citco Bank, (*see Defendants Brief* at 11-14), but to the extent they do, that argument is deemed abandoned.  *Purdie v. Brown*, No. 14 Civ. 8490(NSR), 2015 WL 6741875, at *8 (S.D.N.Y. Nov. 3, 2015) (plaintiff's failure to respond to contentions raised in a motion to dismiss constitutes an abandonment of those claims) (citing authorities).

Next, Citco Bank acted as the Funds' agent in connection with the securities contract underlying the redemptions.  In *Tribune Co. Fraudulent Conveyance Litig.*, the Second Circuit applied the common-law standard for establishing an agency relationship which requires: (1) the principal's manifestation of intent to grant authority to the agent, (2) agreement by the agent, and (3) the principal's maintenance of control

17

over key aspects of the undertaking. 946 F.3d at 79 (citing *Commercial Union Ins. Co. v. Alitalia Airlines, S.p.A.*, 347 F.3d 448, 462 (2d Cir. 2003)); *accord Nine West*, 2020 WL 5049621, at *8.

Once again, the Liquidators' admission that redemptions were paid by Citco Bank establishes the necessary agency. It is implausible to infer that Citco Bank made the redemption payments to specific redeemers in specific amounts absent the Funds' directions to do so. Moreover, Citco Bank accepted those directions by executing the redemption payments.

Based on the foregoing, the Funds were customers of Citco Bank who acted as their agents in connection with the securities contracts pursuant to which the redemption payments were made, and the Funds were, therefore "financial institutions" within the meaning of 11 U.S.C. § 546(e).[12] Accordingly, the BVI Avoidance Claims alleged in the *Citibank Complaint* are barred by 11 U.S.C. § 561(d).

### c.     Applicability of the Exception Under Section 548(a)(1)(A)

The Safe Harbor does not shield claims to avoid intentional fraudulent transfers under 11 U.S.C. § 548(a)(1)(A).[13] *See* 11 U.S.C. § 546(e) (protecting certain transfers from avoidance "except under section 548(a)(1)(A) of this title") (hereinafter, the "Intentional Fraud Exception"). The Liquidators have not asserted claims under section

---

[12]     Because the Court finds that the Funds were "financial institutions," it does not address the Defendants' alternative arguments that Sentry and Sigma were "financial participants" or that redemptions paid by Sigma and Lambda were for the benefit of Sentry.

[13]     Section 548(a)(1)(A) allows the trustee to avoid a transfer made within two years of the bankruptcy filing if the debtor "made such transfer . . . with actual intent to hinder, delay, or defraud" creditors.

548(a)(1)(A) nor could they absent the commencement of a case under chapter 7 or 11. *See* 11 U.S.C. § 1521(a)(7) (permitting a court to grant certain relief to a chapter 15 foreign representative "except for relief available under sections . . . 544 [and] 548 . . . ."). The two BVI Avoidance Claims (*see* ¶¶ 104-20, 125-31) resemble preference claims under section 547(b) of the Bankruptcy Code and constructive fraudulent transfer claims under federal and state law, s*ee Fairfield II*, 596 B.R. at 302, which would be barred by the Safe Harbor.

Nevertheless, the Liquidators assert that the Intentional Fraud Exception is not limited to claims brought under section 548(a)(1)(A), and applies to claims under BVI law to avoid transfers made with the intent to defraud creditors irrespective of the label attached to a claim. (*Liquidators Brief* at 10-11.) They further argue that the BVI Avoidance Claims fall within the Intentional Fraud Exception because Citco Administrator's knowledge is imputable to the Funds, and the *Citibank Complaint* alleges conscious misbehavior or recklessness by Citco Administrator as well as a motive and opportunity to commit fraud in connection with the redemptions. (*Liquidators Brief* at 10-12.)

The Liquidators' argument lacks merit. First, the Intentional Fraud Exception only applies to intentional fraudulent transfer claims under Bankruptcy Code § 548(a)(1)(A); the Safe Harbor still bars state law intentional fraudulent transfer claims that a U.S. bankruptcy trustee could assert through 11 U.S.C. § 544(b)(1). The Liquidators, as foreign representatives under chapter 15, cannot assert a claim under Bankruptcy Code § 548(a)(1)(A). Instead, they assume that their BVI intentional fraudulent transfer claim is sufficiently analogous to a bankruptcy fraudulent transfer

claim for purposes of 11 U.S.C. § 561(d) and therefore comes within the Intentional

Fraud Exception.  If true, it is also sufficiently analogous to a state law fraudulent

transfer claim that is barred.  The Liquidators fail to articulate any rationale for equating

their BVI intentional fraudulent transfer claim to a U.S. bankruptcy law claim rather

than a state law fraudulent transfer claim.

Second, they fail to identify the source of such an intentional fraudulent transfer

claim under BVI law.[14]  Since the Safe Harbor only prohibits avoidance claims and does

not apply to non-avoidance claims absent preemption, discussed below, I limit my

consideration to the avoidance provisions under the BVI Insolvency Act.  The BVI

Insolvency Act recognizes four types of voidable transactions.  BVI INSOLVENCY ACT §

244(1) ("'voidable transaction' means (a) an unfair preference; (b) an undervalue

transaction; (c) a floating charge that is voidable under section 247; and (d) an

extortionate credit transaction.").  The Court has already concluded that the unfair

preference and undervalue transaction claims under sections 245 and 246 of the BVI

Insolvency Act, respectively, are barred by the Safe Harbor through the operation of 11

U.S.C. § 561(d).  The two other avoidance claims concern voidable floating charges

---

[14]     The Liquidators have not submitted an affidavit by an expert on BVI law to support the existence
or elements of such a claim.

under BVI Insolvency Act § 247[15] and extortionate credit transactions under BVI Insolvency Act § 248.[16]

As to the former, the BVI Insolvency Act defines a "floating charge" as a "charge created by a company or a foreign company which is, or as created was, a floating charge whether crystallised or not." BVI Insolvency Act § 2(1). The definition is not helpful, but a floating charge sounds like a security interest. *See id.* § 92(1) ("The Court may, on

---

[15]    BVI Insolvency Act § 247 states in pertinent part:

(1) Subject to subsection (2), a floating charge created by a company is voidable if

    (a) it is created within the vulnerability period; and

    (b) it is an insolvency transaction.

(2) A floating charge is not voidable to the extent that it secures

    (a) money advanced or paid to the company, or at its direction, at the same time as, or after, the creation of the charge;

    (b) the amount of any liability of the company discharged or reduced at the same time as, or after, the creation of the charge;

    (c) the value of assets sold or supplied, or services supplied, to the company at the same time as, or after, the creation of the charge; and

    (d) the interest, if any, payable on the amount referred to in paragraphs (a) to (c) pursuant to any agreement under which the money was advanced or paid, the liability was discharged or reduced, the assets were sold or supplied or the services were supplied.

. . . .

(4) For the purposes of subsection (2)(c), the value of assets or services sold or supplied is the amount in money which, at the time they were sold or supplied, could reasonably have been expected to be obtained for the sale or supply of the goods or services in the ordinary course of business and on the same terms, apart from the consideration, as those on which the assets or services were sold or supplied to the company.

[16]    BVI Insolvency Act § 248 states:

A transaction entered into by the company within the vulnerability period for, or involving the provision of, credit to the company is an extortionate credit transaction if, having regard to the risk accepted by the person providing the credit

    (a) the terms of the transaction are or were such as to require grossly exorbitant payments to be made (whether unconditionally or in certain contingencies) in respect of the provision of credit; or

    (b) the transaction otherwise grossly contravenes ordinary principles of fair trading.

the application of the administrator, make an order authorizing the administrator to

dispose of (a) assets of the company that are subject to a security interest that is not a

floating charge."). The *Citibank Complaint* does not allege that the transfers to Citibank

involved "floating charges." As to the latter, the extortionate credit transaction applies

by its terms to "credit transactions," and appears to focus on unconscionable and

usurious credit transactions. The transfers to *Citibank* did not concern credit

transactions. Finally, neither avoidance claim requires proof of an intent to "hinder,

delay or defraud," the critical element of an intentional fraud claim. *See* 11 U.S.C. §

548(a)(1)(A).

Third, as noted, the *Citibank Complaint* alleges that the Funds were duped,

believing that their BLMIS investments were worth what the BLMIS monthly

statements showed. The Funds were the transferors and if they were duped, they could

not have intended to "hinder, delay or defraud" the Funds' other creditors by redeeming

investments at prices they believed to be accurate.[17]

### 3.    The Constructive Trust Claims

Under the Supremacy Clause of the United States Constitution, federal law "shall

be the supreme Law of the Land . . . any Thing in the Constitution or Laws of any State

to the Contrary notwithstanding." U.S. CONST. art. VI, cl. 2. "In the absence of express

congressional command, state law is pre-empted if that law actually conflicts with

---

[17]      The Liquidators contend that Citco's bad faith is imputed to the Funds. This is inconsistent with
the notion that the Funds were duped. Furthermore, the Court stated in *Fairfield II* that if the Funds
knew the NAVs were inflated, either directly or through imputation of Citco's knowledge, "but nonetheless
breached their fiduciary duties to the other shareholders by authorizing the payment of inflated
redemption prices, the Funds cannot rely on their own misconduct to recover the inflated redemption
payments." 596 B.R. at 299.

federal law . . . or if federal law so thoroughly occupies a legislative field as to make reasonable the inference that Congress left no room for the States to supplement it." *AP Servs. LLP v. Silva*, 483 B.R. 63, 71 (S.D.N.Y. 2012) (quoting *Cipollone v. Liggett Grp., Inc.*, 505 U.S. 504, 516 (1992)). Several courts have ruled that state law claims that seek to recover transfers shielded by the Safe Harbor are impliedly preempted by 11 U.S.C. § 546(e). *See, e.g.*, *Contemporary Indus. Corp. v. Frost*, 564 F.3d 981, 988 (8th Cir. 2009) (dismissing unjust enrichment and illegal and/or excessive shareholder distribution claims), *abrogated on other grounds by Merit Mgmt. Grp., LP v. FTI Consulting*, 138 S. Ct. 883 (2018); *Nine West*, 2020 WL 5049621, at *15 (dismissing unjust enrichment claims); *AP Servs.*, 483 B.R. at 71 (same); *cf. Hosking v. TPG Capital, L.P.* (*In re Hellas Telecomms. (Lux.) II SCA*), 526 B.R. 499, 510 (Bankr. S.D.N.Y. 2015) (denying dismissal of unjust enrichment claim which alleged facts "substantially identical to an *actual* fraudulent conveyance claim under section 548(a)(1)(A)") (emphasis in original); *Lehman Bros. Holdings Inc. v. JPMorgan Chase Bank, N.A.* (*In re Lehman Bros. Holdings Inc.*), 469 B.R. 415, 451 (Bankr. S.D.N.Y. 2012) (same). Allowing a plaintiff to recover a safe harbored transfer by attaching a different label to the claim would frustrate the purpose of section 546(e). *AP Servs.*, 483 B.R. at 71; *accord Contemporary Indus.*, 564 F.3d at 988; *Official Comm. of Unsecured Creditors of Hechinger Inv. Co. of Del. v. Fleet Retail Fin. Grp.* (*In re Hechinger Inv. Co. of Del.*). 274 B.R. 71, 96 (D. Del. 2002). Relying on these and similar authorities, Defendants contend that the Constructive Trust Claims should be dismissed because they seek to unwind safe harbored redemption payments. (*Defendants Brief* at 29-31.)

I disagree. The Liquidators correctly point out, (*see Liquidators Brief* at 14-16), that the "Supremacy Clause applies to states and is inapplicable to considerations of federal law versus foreign law." *Al-Kurdi v. United States*, 25 Cl. Ct. 599, 601 n. 3 (Cl. Ct. 1992). Courts do not assume that otherwise applicable foreign law is preempted absent express statutory language to that effect. *See LaSala v. Bordier et Cie*, 519 F.3d 121, 138-39 (3d Cir.) (rejecting argument that Congress impliedly preempted Swiss law claims through the enactment of Securities Litigation Uniform Standards Act (SLUSA)), *cert. dismissed*, 555 U.S. 1028 (2008); *In re Petrobras Sec. Litig.*, 169 F. Supp. 3d 547, 551-52 (S.D.N.Y. 2016) (plain language of SLUSA does not bar Brazilian law claims "[d]espite how well a ban on foreign law claims might fit within the larger statutory scheme"); *Comrie v. IPSCO Inc.*, No. 08-cv-03060, 2008 WL 5220301, at \*4-5 (N.D. Ill. Dec. 10, 2008) (rejecting argument that Canadian law claims were preempted by the Employee Retirement Income Security Act (ERISA): "The statutory text of ERISA does not clearly preempt foreign law, only state law. . . . Thus, it must be presumed that Congress did not intend ERISA to preempt foreign law.").

Here, the Constructive Trust Claims are based on BVI law and the Defendants have not identified any statutory language that purports to *expressly* preempt the Constructive Trust Claims. Consequently, the Motion to dismiss the Constructive Trust Claims on the ground that they seek to recover safe harbored transfers is denied.

### B.  Motion to Dismiss for Insufficient Service of Process

When the Liquidators commenced the U.S. Redeemer Actions, the Liquidators served the Defendants, including the foreign Defendants, by mail. For example, the Liquidators served the summons and initial complaint in *Fairfield Sentry Ltd. v. HSBC*

*Private Bank Suisse SA*, Adv. Proc. No. 10-03633 (SMB) (the "HSBC Action")[18] on HSBC Suisse by international registered mail to HSBC Suisse's address in Switzerland listed on the Funds' records.  (*See Declaration of David J. Molton in Support of Liquidators' Memorandum of Law in Opposition to Defendants' Renewed Motion to Dismiss*, dated May 29, 2020 ("*Molton Declaration*") at ¶ 2 (ECF Doc. # 3034).)  The Liquidators also served the complaint by mail on HSBC Suisse's U.S. counsel, Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), at its New York office.  (*Id.*)

The Defendants seek dismissal of the U.S. Redeemer Actions for insufficient service of process under Federal Civil Rule 12(b)(5).  Using the summons and complaint in the HSBC Action as the test case, they argue that the Liquidators were required to effectuate service pursuant to the Hague Service Convention, mail service is not permitted where the member country has objected to that method of service, Switzerland has expressly objected to mail service, and therefore, the Liquidators' 2010 service on HSBC Suisse via international mail was ineffective.  (*Defendants Brief* at 32-37.)

The Liquidators do not dispute that mail service on HSBC Suisse failed to satisfy the requirements of the Hague Service Convention.  Instead, they seek retroactive approval of their 2010 mail service on HSBC Suisse's U.S. counsel, Cleary Gottlieb, as a form of alternative service pursuant to Federal Civil Rule 4(f)(3).

---

[18]    Again, following consultation with the parties, the Court designated the HSBC Action as the representative action with respect to the Defendants' arguments seeking dismissal for insufficient service of process.  (*See Scheduling Order* at ¶ 1(a).)

 

       **1.**     **Rule 4(f)(3)**

     A foreign corporation may be served abroad "in any manner prescribed by Rule

4(f) for serving an individual, except personal delivery under (f)(2)(C)(i)."  FED. R. CIV.

P. 4(h)(2).  Rule 4(f), in turn, states in pertinent part:

> **Serving an Individual in a Foreign Country.**  Unless federal law
> provides otherwise, an individual . . . may be served at a place not within
> any judicial district of the United States:
>
> > (1) by any internationally agreed means of service that is reasonably
> > calculated to give notice, such as those authorized by the [Hague
> > Service Convention];
> >
> > . . . or
> >
> > (3) by any means not prohibited by international agreement, as the
> > court orders.

FED. R. CIV. P. 4(f).

     "Courts have repeatedly recognized that there is no hierarchy among the

subsections in Rule 4(f)."  *Wash. State Inv. Bd. v. Odebrecht S.A.*, 17 Civ. 8118 (PGG),

2018 WL 6253877, at *3 (S.D.N.Y. Sept. 21, 2018); *accord In re GLG Life Tech Corp.*

*Sec. Litig.*, 287 F.R.D. 262, 265 (S.D.N.Y. 2012); *Advanced Aerofoil Techs., AG v.*

*Todaro*, No. 11 Civ. 9505(ALC), 2012 WL 299959, at *1 (S.D.N.Y. Jan. 31, 2012).  Hence,

"court-directed service under Rule 4(f)(3) is as favored as service under Rule 4(f)(1),"

*GLG Life Tech*, 287 F.R.D. at 265 (quoting *Rio Props., Inc. v. Rio Int'l Interlink*, 284

F.3d 1007, 1015 (9th Cir. 2002)), and "[a] plaintiff is *not* required to attempt service

through the other provisions of Rule 4(f) before the Court may order service pursuant to

Rule 4(f)(3)."  *S.E.C. v. Anticevic*, No. 05 CV 6991(KMW), 2009 WL 361739, at *3

(S.D.N.Y. Feb. 13, 2009) (emphasis in original); *see also Madu, Edozie & Madu, P.C. v.*

*Socketworks Ltd. Nigeria*, 265 F.R.D. 106, 115 (S.D.N.Y. 2010) ("Service of process

under Rule 4(f)(3) is neither a last resort nor extraordinary relief.") (citation omitted).

An alternative method of service under Rule 4(f)(3) is proper so long as it (1) is

not prohibited by international agreement, and (2) comports with constitutional notions

of due process. *Odebrecht*, 2018 WL 6253877, at *4; *accord Stream SICAV v. Wang*,

989 F. Supp. 2d 264, 278 (S.D.N.Y. 2013). The decision to approve an alternative

method of service is committed to the court's sound discretion. *S.E.C. v. China Ne.*

*Petroleum Holdings Ltd.*, 27 F. Supp. 3d 379, 397 (S.D.N.Y. 2014); *In re S. African*

*Apartheid Litig.*, 643 F. Supp. 2d 423, 433 (S.D.N.Y. 2009). In exercising this

discretion, courts in this District routinely require "(1) a showing that the plaintiff has

reasonably attempted to effectuate service on the defendant, and (2) a showing that the

circumstances are such that the court's intervention is necessary." *Odebrecht*, 2018 WL

6253877, at *6; *accord Peifa Xu v. Gridsum Holding Inc.*, 18 Civ. 3655 (ER), 2020 WL

1508748, at *14 (S.D.N.Y. Mar. 30, 2020). "But nothing in Rule 4(f) itself or controlling

case law suggests that a court must always require a litigant to first exhaust the potential

for service under the Hague Convention before granting an order permitting alternative

service under Rule 4(f)(3)." *GLG Life Tech*, 287 F.R.D. at 266.

### 2.    Service on U.S.-Based Counsel

Initially, the Defendants contend that service on a foreign corporation's U.S.

counsel cannot be a proper method of service under Rule 4(f)(3). (*Defendants Reply* at

17; *Letter of Marc J. Gottridge*, dated July 27, 2020 (ECF Doc. # 3044).) Specifically,

Rule 4(f) sets forth the methods in which an individual "may be served at a place *not*

*within any judicial district of the United States*." FED. R. CIV. P. (4)(f) (emphasis

added); *see also* FED. R. CIV. P. 4(h)(2) (a foreign corporation must be served "at a place

not within any judicial district of the United States, in any manner prescribed by Rule

4(f) . . . .").

　　　　Courts are split on the issue of whether domestic service on a foreign defendant's

U.S. counsel can constitute service "at a place not within" the U.S. under Rule 4(f)(3),

but the majority view service on U.S.-based counsel a permissible method under Rule

4(f)(3). *See, e.g.*, *Zanghi v. Ritella*, 19 Civ. 5830 (NRB), 2020 WL 589409, at *7

(S.D.N.Y. Feb. 5, 2020); *Odebrecht*, 2018 WL 6253877, at *4; *NYKCool A.B. v. Pac. Int'l

Servs., Inc.*, No. 12–cv–5754 (LAK), 2015 WL 998455, at *4-5 (S.D.N.Y. Mar. 5, 2015);

*Atlantica Holdings, Inc. v. BTA Bank JSC*, 13 Civ. 5790 (JMF), 2014 WL 12778844, at

*3 (S.D.N.Y. Mar. 31, 2014); *Jian Zhang v. Baidu.com Inc.*, 293 F.R.D. 508, 515

(S.D.N.Y. 2013); *GLG Life Tech*, 287 F.R.D. at 267; *Arista Records LLC v. Media Servs.*

*LLC*, No. 06 Civ. 15319(NRB), 2008 WL 563470, at *2 (S.D.N.Y. Feb. 25, 2008); *RSM*

*Prod. Corp. v. Fridman*, No. 06 Civ. 11512(DLC), 2007 WL 2295907, at *6 (S.D.N.Y.

Aug. 10, 2007); *Enrenfeld v. Salim a Bin Mahfouz*, No. 04 Civ. 9641(RCC), 2005 WL

696769, at *3 (S.D.N.Y. Mar. 23, 2005); *contra Convergen Energy LLC v. Brooks*, 20-

cv-3746 (LJL), 2020 WL 4038353, at *7 (S.D.N.Y. July 17, 2020) (service on domestic

counsel is not permissible under Rule 4(f) because the "place" of service is within the

U.S.).　In *Odebrecht*, District Judge Gardephe observed that alternative service to a U.S.

attorney is permissible "because such service requires transmission of service papers to

a foreign defendant via a domestic conduit like a law firm or agent – ultimately, the

foreign individual is served and thereby provided notice outside a United States judicial

district, in accordance with Rule 4's plain language."　2018 WL 6253877, at *4 (quoting

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, 27 F. Supp. 3d 1002, 1010 (N.D. Cal. 2014)) (alteration omitted); *accord RMS Prod. Corp.*, 2007 WL 2295907, at *6 ("Court-ordered service on counsel made under Rule 4(f)(3) serves as effective authorization 'by law' for counsel to receive service."); *see Freedom Watch, Inc. v. Org. of the Petroleum Exporting Countries (OPEC)*, 766 F.3d 74, 84 (D.C. Cir. 2014) ("[W]hile Rule 4(f)(3) addresses service only 'at a place not within any judicial district of the United States,' Fed.R.Civ.P. 4(f), arguably, when a court orders service on a foreign entity through its counsel in the United States, the attorney functions as a mechanism to transmit the service to its intended recipient abroad."). Hence, the "relevant circumstance is where the defendant is, and not the location of the intermediary." *Odebrecht*, 2018 WL 6253877, at *4; *accord Bazarian Int'l Fin. Assocs., L.L.C. v. Desarrollos Aerohotelco, C.A.*, 168 F. Supp. 3d 1, 14 (D. D.C. 2016) (criticizing a narrow interpretation of Rule 4(f) because it "assumes, without explanation, that 'service' is complete when the foreign defendant's United States counsel physically receives the summons"). The Court agrees with *Odebrecht* and the other cases ruling that service to a foreign defendant via a domestic conduit is permissible under Rule 4(f)(3).

When seeking approval of alternative service through counsel, the movant must show adequate communication between the counsel and the party to be served. *GLG Life Tech*, 287 F.R.D. at 267. Here, HSBC Suisse has undoubtedly been in regular contact with Cleary Gottlieb and has actively participated in the HSBC Action since at least September 2010 (*see Motion of Moving Defendants to Withdraw the Reference of the Above-Captioned Adversary Proceedings to the Bankruptcy Court*, dated Sept. 20, 2010 (filed by Cleary Gottlieb attorney Evan A. Davis, Esq. on behalf of HSBC Suisse *et*

*al.*) (ECF Adv. Proc. No. 10-03633 Doc. # 2)) and thereafter. *See Baidu.com Inc.*, 293

F.R.D. at 515 ("service on Baidu's counsel would satisfy the requirements of due process,

as Baidu has actual notice of this lawsuit and there is evidence of adequate

communication between Baidu and counsel") (citation and internal quotation marks

omitted).

### 3.    Not Prohibited by International Agreement

Under Rule 4(f)(3), the proposed method of service must not be prohibited by

international agreement, and the Defendants contend that mail service to Cleary

Gottlieb runs afoul of the Hague Service Convention.  (*Defendants Reply* at 17-18.)  This

argument lacks merit.  When service is made on domestic counsel, the Hague Service

Convention is not implicated because no documents are transmitted abroad.  *Baidu.com*

*Inc.*, 293 F.R.D. 515; *GLG Life Tech*, 287 F.R.D. at 267; *cf. Volkswagenwerk*

*Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 707 (1988) ("Where service on a domestic

agent is valid and complete under both state law and the Due Process Clause, our

inquiry ends and the [Hague Service Convention] has no further implications.").  Here,

Cleary Gottlieb was served domestically, and the Hague Service Convention is therefore

inapplicable.

### 4.    Prior Attempt at Service and Other Considerations

As stated, the Court in the exercise of its discretion may consider whether the

plaintiff has reasonably attempted service on the defendant as well as other surrounding

circumstances.  In addition to serving Cleary Gottlieb by mail, the Liquidators served

the summons and initial complaint on HSBC Suisse in Switzerland by international mail

in 2010. (*Molton Declaration* at ¶ 2.)  In serving HSBC Suisse by mail, the Liquidators

relied on a provision in subscription agreements with Sentry under which HSBC Suisse consented to the jurisdiction of New York courts and service by mail for "any suit, action or proceeding with respect to [the subscription agreement] and the Fund." (*See Declaration of David J. Molton in Further Support of Motion for Leave to Amend and in Opposition to Defendants' Motion to Dismiss*, dated Mar. 31, 2017, Ex. A at ¶ 19 (emphasis added) (ECF Doc. # 1337).)

The Court concluded in connection with the prior motion to dismiss that the U.S. Redeemer Actions were not proceedings with respect to the subscription agreements. *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam* (*In re Fairfield Sentry Ltd.*), No. 10-13164 (SMB), 2018 WL 3756343, at *10-12 (Bankr. S.D.N.Y. Aug. 6, 2018) ("*Fairfield I*"). Until the Court issued *Fairfield I* in August 2018, the Liquidators had a reasonable basis to believe that they had properly served HSBC Suisse by mail in accordance with the subscription agreements. After the Court issued *Fairfield I* and *Fairfield II*, the parties entered into detailed stipulations in 2019 resolving the prior motion to dismiss and identifying the issues to be raised in the instant Motion to dismiss including "whether service was properly effected." (*See Stipulated Order Granting in Part and Denying in Part Moving Defendants' Motions to Dismiss and Plaintiffs' Motion for Leave to Amend*, so-ordered on Apr. 15, 2019 at § II.A (ECF Adv. Proc. No. 10-3633 Doc. # 81).)[19]

---

[19] Because the parties specifically contemplated that the issue of proper service would be litigated through the current Motion, the Defendants' argument that the Liquidators have ignored the Court's ruling in *Fairfield I* (*see Defendants Reply* at 18-19) is without merit.

Other factors also militate in favor of allowing mail service on Cleary Gottlieb, specifically cost and delay. According to an estimate the Liquidators provided, the cost associated with re-serving HSBC Suisse and the other Swiss Defendants would total $272,441 (*Motion Declaration* at ¶¶ 4-12; Ex. 3), and the process would take four months or more. (*Liquidators Brief* at 32-33.) Courts often consider the cost and delay associated with service under the Hague Service Convention or other treaties when approving alternative service under Rule 4(f)(3). *Odebrecht*, 2018 WL 6253877, at *8-9; *GLG Life Tech*, 287 F.R.D. at 266-67.

The issue of cost is particularly compelling in this case. The *Citibank Complaint* alleges that the Funds were insolvent or rendered insolvent by the transfers, (¶¶ 7, 13, 39), and their financial situation is not much better today. After the chapter 15 cases were filed, the Liquidators and the BLMIS SIPA trustee entered into a settlement pursuant to which the latter entered judgments in this Court in the amount of $3,054,000,000 against Sentry, $752,300,000 against Sigma and $52,900,000 against Lambda. (¶ 13.) Among other things, Sentry, the BLMIS customer, received an allowed $230 million claim in the BLMIS SIPA proceeding. *In re Fairfield Sentry Ltd.,* 539 B.R. 658, 662 (Bankr. S.D.N.Y. 2015), *aff'd,* 690 F. App'x 761 (2d Cir.) (summary order), *cert. denied*, 138 S. Ct. 285 (2017). Suffice it to say that the judgments dwarf the BLMIS claim and the Funds appear to still be insolvent. Forcing the Liquidators to expend significant sums to effect service under the Hague Service Convention when cheaper and equally effective alternatives exist will adversely affect the amount available for ratable distribution to the Funds' creditors and shareholders. Moreover, HSBC Suisse has had actual notice of the HSBC Action, has actively litigated for a decade through capable

counsel, "and, thus, as a practical matter, the purpose of the service requirement has already been accomplished." *Arista Records*, 2008 WL 563470, at *2; *accord Atlantica Holdings*, 2014 WL 12778844, at *3.

### 5. Retroactive Approval

The stumbling block, however, is retroactive approval. As the Defendants argue, retroactive approval of a method of service pursuant to Rule 4(f)(3) is impermissible. (*Defendants Reply* at 16.) Rule 4(f)(3) permits service "by other means not prohibited by international agreement, *as the court orders*." (Emphasis added). The emphasized portion denotes that the party must receive court approval prior to service. *Fed. Trade Comm'n v. Pecon Software Ltd.*, No. 12 Civ. 7186(PAE), 2013 WL 4016272, at *9 (S.D.N.Y. Aug. 7, 2013); *United States v. Machat*, No. 08 Civ. 7936(JGK), 2009 WL 3029303, at *4 (S.D.N.Y. Sept. 21, 2009); 1 MOORE'S FEDERAL PRACTICE § 4.52 (3d ed. 2020) ("The language of Rule 4(f)(3) permitting service 'as the court orders' requires *prior* approval of the service method by court order before it is used.") (emphasis in original).[20]

Nonetheless, the Liquidators request alternative relief in the form of additional time to re-effect service on HSBC Suisse (*Liquidators Brief* at 34-35) – an issue to which I now turn.

---

[20]    The District Court in *Exp.-Imp. Bank of the United States v. Asia Pulp & Paper Co., Ltd.*, No. 03 Civ.8554(LTS)(JCF), 2005 WL 1123755 (S.D.N.Y. 2005) retroactively approved a method of service under Rule 4(f)(3) where such service had proved effective in providing notice to the defendant. *Id.* at *5. However, "defective service cannot be ignored on the mere assertion that defendant had 'actual notice.'" *Pecon Software*, 2013 WL 4016272, at *9 (quoting *Weston Funding, LLC v. Consorcio G Grupo Dina, S.A. de C.V.*, 451 F. Supp. 2d 585, 589 (S.D.N.Y. 2006)).

33

### 6.   Additional Time to Effect Service

The Defendants seek dismissal for failure to make timely service.  (*Defendants
Brief* at 38-39; *Defendants Reply* at 20.)  The general rule under Federal Civil Rule 4(m)
that service must be made on a defendant within 120 days of the time the case was
commenced (the limit has since been reduced to 90 days) "does not apply to service in a
foreign country under Rule 4(f) [or] 4(h)(2)," Fed. R. Civ. P. 4(m), so long as the plaintiff
attempts to begin service on a foreign defendant within that timeframe.  *USHA (India)
Ltd. v. Honeywell Int'l, Inc.*, 421 F.3d 129, 133-34 (2d Cir. 2005); *Trilliant Funding, Inc.
v. Marengere* (*In re Bozel S.A.*), 1:16-cv-3739 (ALC), 2017 WL 3175606, at \*2 (S.D.N.Y.
July 25, 2017).  Under the foreign country exception, the court applies a "flexible due
diligence standard to determine whether service of process was timely," *Burda Media,
Inc. v. Blumenberg*, No. 97 Civ.7167(RWS), 2004 WL 1110419, at \*5 (S.D.N.Y. May 18,
2004) (citation omitted), and "assesses the reasonableness of the plaintiff's efforts and
the prejudice to the defendant from the delay." *Bozel*, 2017 WL 3175606, at \*2. [21]

Here, as stated above, the Liquidators exercised due diligence.  They attempted
service on HSBC Suisse in a timely manner consistent with the subscription agreements.
The Liquidators had a reasonable basis to believe that they had properly served HSBC

---

[21]     Neither party addressed the issue of whether the foreign service exception to Rule 4(m) applies
when the plaintiff is seeking to serve a domestic conduit under Rule 4(f)(3).  Rather, both sides relied on
precedent applying the flexible due diligence standard for determining timeliness of service on a foreign
defendant.  (*See Liquidators Brief* at 35; *Defendants Reply* at 20 (arguing that the Liquidators have failed
to show diligence).)  The Court will, therefore, apply this standard.  In any event, even if the exception did
not apply, the service deadline must be extended pursuant to Rule 4(m) upon a showing of "good cause"
which balances the "plaintiff's reasonable efforts to effect service" against the "prejudice to the defendant
from delay," *Savage & Assocs., P.C. v. Williams Commc'ns*, (*In re Teligent Servs., Inc.*), 324 B.R. 467, 472
(Bankr. S.D.N.Y. 2005) (citation omitted), *aff'd*, 372 B.R. 594 (S.D.N.Y. 2007) – a comparable analysis to
that required under the flexible due diligence standard.

Suisse, and not attempt further service, until the issuance of *Fairfield I* in 2018.  The
service issue nonetheless remained a live dispute, and the parties stipulated to litigating
the issue of service of process in connection with the current Motion.  The decision to
litigate the propriety of past service or seek a different and less costly method of new
service, rather than proceed with the costly and time-consuming process of serving the
Defendants under the Hague Service Convention, does not signify a lack of due
diligence.

Nor have the Defendants identified any prejudice they have suffered as a result of
the passage of time.  Despite the service issue, they have been actively litigating
numerous issues in this Court since 2010, including the dismissal of all of the
Liquidators' claims which culminated in this decision, and these threshold issues had to
be decided before the litigations could advance.

Accordingly, the Liquidators request to effect service on HSBC Suisse's U.S.
counsel, Cleary Gottlieb, is granted.  The parties should, in the first instance, meet and
confer in an attempt to forego another round of service failing which the Liquidators
must serve Clearly Gottlieb by first class mail within sixty days of the date of this
memorandum decision.  The parties must submit a joint letter to the Court within thirty
days of this memorandum decision on the status of their meet and confer.

The Court has considered the parties' other arguments and to the extent not
addressed herein, concludes that they lack merit or are mooted by the Court's rulings.

Settle orders in each affected adversary proceeding on notice or submit consensual

orders.


Dated:   New York, New York
         December 14, 2020


                              /s/ *Stuart M. Bernstein*
                              STUART M. BERNSTEIN
                              United States Bankruptcy Court

36

# Appendix A-3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                        :

In re:                      :        Chapter 15 Case
                        :

FAIRFIELD SENTRY LIMITED, *et al.*,  :        Case No. 10-13164 (SMB)
                        :

       Debtors in Foreign Proceedings.  :        Jointly Administered
-------------------------------------------------------X

FAIRFIELD SENTRY LIMITED      :
(IN LIQUIDATION), acting by and through the :        Adv. Proc. No. 10-03496 (SMB)
Foreign Representatives thereof,    :
                        :        Administratively Consolidated

          Plaintiffs,       :

          -against-        :

THEODOOR GGC AMSTERDAM, *et al.*,  :

         Defendants.      :
-------------------------------------------------------X

### MEMORANDUM DECISION AND ORDER DENYING
### MOTION FOR RECONSIDERATION

**A P P E A R A N C E S :**

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036

     David J. Molton, Esq.
     Marek P. Krzyzowski, Esq.
       Of Counsel

     - and –

SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104

     David Elsberg, Esq.
     Lena Konanova, Esq.

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

     Nowell D. Bamberger, Esq.
     Of Counsel

*Attorneys for Defendant HSBC Securities Services
(Luxembourg) S.A., HSBC Private Bank (Suisse)
S.A., HSBC Bank USA, N.A.*[1]

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

     In *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam* (*In re Fairfield Sentry
Ltd.*)*,* Adv. Proc. No. 10-03496 (SMB), 2020 WL 7345988 (Bankr. S.D.N.Y. Dec. 14,
2020) ("*Fairfield II*"), the Court ruled, *inter alia*, that the safe harbor under 11 U.S.C. §
546(e), made applicable pursuant to 11 U.S.C. § 561(d), barred the Liquidators'
avoidance claims under the law of the British Virgin Islands ("BVI") (the "BVI
Avoidance Claims"), but did not bar the Plaintiffs' BVI common law claims to impose a
constructive trust ("Constructive Trust Claims"). The Defendants now seek
reconsideration through the *Motion* of the latter ruling, arguing that the Constructive
Trust Claims are also barred by the safe harbor. The Liquidators oppose the *Motion*,
arguing that the Court did not overlook controlling authority and the Defendants have
failed to show a clear error or manifest injustice. (Letter from David Elsberg, Esq. to the
Court, dated Feb. 17, 2021 ("*Opposition*") (ECF Doc. # 3073).)[2] I agree and deny the
*Motion* for the reasons that follow.

---

[1]     The other Defendants in these administratively consolidated proceedings that have joined in this
motion and their counsel are listed, respectively, in Appendix A and B to the Letter from Nowell D.
Bamberger, Esq. to the Court, dated Feb. 17, 2021 (the "*Motion*") (ECF Doc. # 3072). "ECF Doc. #" refers
to the electronic docket in Adv. Proc. No. 10-03496.

[2]     By agreement of the parties and the Court, the *Motion* and the *Opposition* were presented in
letters on an expedited basis.

## BACKGROUND

The background to the *Motion* is set forth in the Court's prior decisions, *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam* (*In re Fairfield Sentry Ltd.*), 596 B.R. 275 (Bankr. S.D.N.Y. 2018) ("*Fairfield I*"), *appeal docketed*, No. 1:19-cv-03911-VSB (S.D.N.Y. May 1, 2019) and *Fairfield II*. I assume familiarity with those decisions and limit the discussion to what is germane to this decision.

The plaintiffs are the Liquidators appointed by the BVI Court to oversee the liquidation of Fairfield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited (the "Funds"), feeder funds that invested all or substantially all of their assets directly or indirectly with Bernard L. Madoff Investment Securities LLC ("BLMIS").[3] Madoff ran his notorious Ponzi scheme through the investment advisory division of BLMIS. When BLMIS collapsed following Madoff's arrest, so too did the Funds. The Liquidators filed chapter 15 cases as foreign representatives, and the cases were recognized as foreign main proceedings.

The Liquidators filed over 300 substantially similar adversary proceedings against various entities that had redeemed their shares in the Funds prior to the Funds' collapse and the revelation of Madoff's Ponzi scheme. The redemption prices the Funds paid to these redeemers were based on the erroneous belief that the BLMIS investments had substantial value when, in fact, they were worthless or virtually worthless. The Liquidators asserted avoidance claims under sections 245 and 246 of the BVI Insolvency Act of 2003 ("Insolvency Act") to claw back redemptions paid with inflated prices as

---

[3] Different individuals have served as Liquidators at different times over the years. Any reference to the Liquidators means the persons serving as Liquidators at the relevant time.

"unfair preferences" and/or "undervalue transactions" and common law and contract claims under BVI law.

In *Fairfield I*, the Court dismissed all of the Liquidators' claims except for the BVI Avoidance Claims and the Constructive Trust Claims against the so-called Knowledge Defendants who, according to the Liquidators, knew when they redeemed their interests in the Funds that the redemption prices were inflated because they were based on Fairfield Sentry's fictitious BLMIS account statements listing securities that did not exist. In *Fairfield II*, the Court dismissed the BVI Avoidance Claims pursuant to the safe harbor under 11 U.S.C. §§ 546(e), 561(d), but denied the motion to dismiss the Constructive Trust Claims.

The remaining Knowledge Defendants had made a straightforward argument in support of their motion to dismiss the Constructive Trust Claims: (i) the Constructive Trust Claims sought the same relief as the barred BVI Avoidance Claims, (ii) common law claims that seek the same relief as barred avoidance claims are also barred, and therefore, (iii), the Constructive Trust Claims were barred. (*Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to 11 U.S.C. §§ 561(d), 546(e), and 546(g) and for Insufficient Service of Process Under the Hague Service Convention*, dated Mar. 16, 2020 ("*Defendants' Brief*"), at 29-31 (ECF Doc. # 2903).)

In response, the Liquidators identified what they considered to be a fundamental fallacy with the Defendants' argument. The Defendants' supporting authorities involved dismissed U.S. common law claims and were decided on preemption grounds under the

Supremacy Clause, but neither preemption nor the Supremacy Clause applied to foreign

law claims. Rather, Congress must explicitly displace foreign law, but section 561(d),

the hook that drew the BVI Avoidance Claims into the safe harbor under section 546(e),

only mentioned avoidance claims and did not refer to foreign common law claims like

the Constructive Trust Claims. (*Memorandum of Law in Opposition to Defendants'

Renewed Motion to Dismiss*, dated May 29, 2020, at 13-16 (ECF Doc. # 3033).) The

Liquidators also argued that principles of comity counseled against dismissal of the

Constructive Trust Claims, *id.* at 16, an issue the Court did not decide, and the

Constructive Trust Claims concerned intentional fraudulent transfers that the safe

harbor would not prohibit, *id.* at 17, but the Court ruled that the Liquidators had not

asserted intentional fraudulent transfer claims. *Fairfield II*, 2020 WL 7345988, at *8-9.

In reply, the Defendants reiterated that the safe harbor barred the Constructive

Trust Claims because, like the BVI Avoidance Claims, they sought to unwind the same

transfers even though sections 546(e) and 561(d) do not explicitly displace foreign law.

(*Consolidated Reply Memorandum of Law in Further Support of Defendants' Renewed

Motion to Dismiss,* dated June 19, 2020, at 10-11, 12 (ECF Doc. # 3036).) The

Defendants also argued that comity did not provide a basis to sidestep the safe harbor

and the Constructive Trust Claims were not intentional fraudulent transfer claims. (*Id.*

at 12-13.)

The Court agreed with the Liquidators. The Defendants' authorities relied on

principles of preemption under the Supremacy Clause which did not apply to foreign

law unless foreign law was explicitly displaced by Congress. Sections 546(e) and 561(d)

are limited to avoidance claims and do not explicitly bar foreign common law claims

even if they seek the same relief.  *Fairfield II*, 2020 WL 7345988, at *9-10.  Hence, the
Court denied the motion to dismiss the Constructive Trust Claims.

## DISCUSSION

A motion for reargument or reconsideration is governed by Local Bankruptcy
Rule 9023-1.[4]  "The movant must show that the court overlooked controlling decisions
or factual matters that might have materially influenced its earlier decision."  *In re Asia
Glob. Crossing, Ltd.*, 332 B.R. 520, 524 (Bankr. S.D.N.Y. 2005) (citation and internal
quotation marks omitted).  Alternatively, the movant must demonstrate "the need to
correct a clear error or prevent manifest injustice."  *Perez v. Progenics Pharm., Inc.*, 46
F. Supp. 3d 310, 314 (S.D.N.Y. 2014) (citation and internal quotation marks omitted).  A
manifest injustice exists when a "verdict is wholly without legal support," *ING Glob. v.
United Parcel Serv. Oasis Supply Corp.*, 757 F.3d 92, 97 (2d Cir. 2014), and the error is
one that is obvious to all who view it.  *Spizz v. Eluz* (*In re Ampal-Am. Isr. Corp.*), Adv.
Proc. No. 14-02110 (SMB), 2020 WL 5242956, at *2 (Bankr. S.D.N.Y. Sept. 1, 2020); *cf.*
*Parts & Elec. Motors, Inc. v. Sterling Elec., Inc.*, 866 F.2d 228 (7th Cir.) ("To be clearly
erroneous, a decision must strike us as more than just maybe or probably wrong; it must
. . . strike us as wrong with the force of a five-week-old, unrefrigerated dead fish."), *cert.*

---

[4]      Local Bankruptcy Rule 9023-1(a) states:

A motion for reargument of a court order determining a motion must be served within
fourteen (14) days after the entry of the Court's order determining the original motion, or
in the case of a court order resulting in a judgment, within fourteen (14) days after the
entry of the judgment, and, unless the Court orders otherwise, shall be made returnable
within the same amount of time as required for the original motion.  The motion must set
forth concisely the matters or controlling decisions which counsel believes the Court has
not considered.  No oral argument shall be heard unless the Court grants the motion and
specifically orders that the matter be re-argued orally.

*denied*, 493 U.S. 847 (1989). "These criteria are strictly construed against the moving

party so as to avoid repetitive arguments on issues that have been considered fully by

the court," *Griffin Indus., Inc. v. Petrojam, Ltd.*, 72 F. Supp. 2d 365, 368 (S.D.N.Y.

1999), and a motion for reconsideration is not an opportunity to present the case under

new theories, secure a rehearing on the merits, or otherwise take a "second bite at the

apple." *Sequa Corp. v. GBJ Corp.*, 156 F.3d 136, 144 (2d Cir. 1998).

The *Motion* makes three points. First, the Constructive Trust Claims are actually

avoidance claims. (*Motion* at 2-7; *id.* at 4 ("The Liquidators' constructive trust claim is

an 'avoidance' claim and therefore within the scope of Section 546(e) regardless of how

it is labeled.").) Second, the Liquidators stand in the "same shoes" as a U.S. case trustee

whose constructive trust claims would be barred. (*Motion* at 5 ("*Fairfield* [*II*] thus erred

in permitting a foreign representative to use foreign common law claims to achieve what

a domestic trustee cannot do under state law or foreign statutory law.").) Third, the

purpose of the safe harbor would be defeated if it did not bar the Constructive Trust

Claims. (*Motion* at 6 ("[A]llowing the constructive trust claim that seeks to unwind safe

harbored transactions to proceed would frustrate the purpose of Section 546(e), an

incongruous result that overlooks the substance of the claim at issue and would defeat

the purpose of the application of the safe harbor in Chapter 15 proceedings.").)

The first argument is new. The Defendants had argued in their motion to dismiss

that the Constructive Trust Claims sought the same relief as the BVI Avoidance Claims

and should be barred for that reason, but never argued that the Constructive Trust

Claims *were* avoidance claims. (*Defendants' Brief* at 31 ("It is irrelevant that the

Liquidators' claims for knowing receipt sound in unjust enrichment, rather than U.S. or BVI bankruptcy law.").)

While this is sufficient to reject the argument on a motion for reconsideration, it is also wrong. The BVI Avoidance Claims and the Constructive Trust Claims require proof of different elements. To establish a constructive trust claim under English law, which would apply in the BVI, "the plaintiff must show, first, a disposal of his assets in breach of fiduciary duty; second, the beneficial receipt by the defendant of assets which are traceable as representing the assets of the plaintiff; and third, knowledge on the part of the defendant that the assets he received are traceable to a breach of fiduciary duty." *El Ajou v. Dollar Land Holdings Ltd.* [1994] 2 All E.R. 685, 700. Neither breach of fiduciary duty nor the defendant's knowledge, two of the three elements of the Constructive Trust Claims, are elements of the BVI Avoidance Claims. *See Fairfield I*, 596 B.R. at 302 (discussing the BVI Avoidance Claims). Conversely, insolvency is an element of the BVI Avoidance Claims but not the Constructive Trust Claims. *Id.* Furthermore, while the defendant's knowledge is an element of the Constructive Trust Claims, it is part of the "good faith for value" affirmative defense available to fraudulent transferees, *see* Insolvency Act § 250, that a transferee can assert or waive but the plaintiff need not prove. Thus, while the two sets of claims may ultimately lead to the same result, a money judgment for the amount of the redemption payments, the Constructive Trust and BVI Avoidance Claims proceed on different theories and different proof.

Finally, the Defendants argue that the Constructive Trust Claims are not true constructive trust claims because they are not premised on a breach of fiduciary duty or

another tort. (*Motion* at 3.) If the Defendants believe this to be the case, they should move to dismiss the Constructive Trust Claims for failure to state a claim rather than argue that the absence of a breach of fiduciary duty makes them avoidance claims subject to the safe harbor.

The other two points, the "same shoes" and the "frustration of purpose" arguments, are variations of the argument that the Defendants' made and the Court considered and rejected in *Fairfield II*. I assume, as the Defendants' argue, that similar, constructive trust claims asserted by a U.S. case trustee under state law would be barred by the safe harbor because they would "frustrate the purpose of Section 546(e)." "Frustration of purpose" is the language of conflict preemption under the Supremacy Clause. *See Goonan v. Fed. Reserve Bank of N.Y.*, 916 F. Supp. 2d 470, 492 (S.D.N.Y. 2013) ("Conflict preemption 'occurs when compliance with both state and federal law is impossible, or when the state law stands as an obstacle to the accomplishment and execution of the full purposes and objective of Congress.'") (quoting *United States v. Locke,* 529 U.S. 89, 109 (2000)). The Liquidators do not stand in the "same shoes" as a U.S. case trustee because U.S. preemption law, the basis for the decisions by the Defendants' authorities, does not apply to foreign law claims, and sections 546(e) and 561(d) do not expressly preempt or displace foreign common law claims. *Fairfield II*, 2020 WL 7345988, at *9-10. Thus, even if the assertion of the Constructive Trust Claims frustrates the purpose of the safe harbor, the safe harbor does not bar them. To paraphrase the District Court when it addressed whether the Securities Litigation Uniform Standards Act barred claims under Brazilian law,

> Despite how well a ban on foreign law claims might fit within the larger
> statutory scheme, this Court is bound by the statute's plain language.

9

[Citation omitted].  Because the plain language of [Bankruptcy Code §§ 546(e) and 561(d) do] not bar foreign law [constructive trust] claims, [the Defendants'] argument fails."

*In re Petrobras Sec. Litig.*, 169 F. Supp. 3d 547, 551-52 (S.D.N.Y. 2016).

At bottom, the Defendants have failed to identify any controlling authority or facts I overlooked, clear error or manifest injustice.  Instead, they have either raised a new argument or repackaged old ones that the Court considered and rejected in *Fairfield II*.  Accordingly, the *Motion* is denied.

So ordered.

Dated:   New York, New York
   February 23, 2021

        /s/ *Stuart M. Bernstein*
        STUART M. BERNSTEIN
       United States Bankruptcy Judge

**Appendix B**
**Defendants-Appellants[1]**

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 1. | Adv. Pro. 10-3622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London | 19-cv-3911 |
| 2. | Adv. Pro. 10-3626 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas* | BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas | N/A[3] |
| 3. | Adv. Pro. 10-3627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management | N/A |
| 4. | Adv. Pro. 10-3627 | *Fairfield Sentry Ltd. (In Liquidation), et al.v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Paribas Securities Services Luxembourg | N/A |
| 5. | Adv. Pro. 10-3627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Security Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA | N/A |
| 6. | Adv. Pro. 10-3627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA | N/A |

---

[1]     The names of Defendants included in this Appendix reflect parties named as Defendants by the Liquidators in the relevant complaints (or to the extent there has been an update to the docket in a particular Action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants").  The inclusion of the As-Named Defendants in this Appendix is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

[2]     As of the time of filing the Notice of Appeal for the instant interlocutory appeals in each Bankruptcy Court adversary proceeding listed here, S.D.N.Y. docket numbers have not yet been assigned to each newly-opened interlocutory appeal.  Listed instead in this column for the Court's convenience are the S.D.N.Y. docket numbers assigned to the Liquidators' currently-pending appeals of right taken in 2019 arising out of *Fairfield II.*

[3]     Two cases involving five Defendants have their prior pending S.D.N.Y. appeal numbers listed as "N/A" because those parties stipulated to orders binding them to this Court's ruling on the 2019 appeals.  *See, e.g.,* Stipulated Order ¶¶ IV.C-D, *Fairfield Sentry Ltd. v. BNP Paribas Secs. Servs. Lux.*, Adv. Pro. No. 10-3627 (Bankr. S.D.N.Y. Aug. 8, 2019) (Dkt. 91).  For one case involving seven Defendants, the Liquidators filed their adversarial complaint only after the prior pending S.D.N.Y. appeal was filed.  These Defendants therefore do not have their own prior pending S.D.N.Y. appeal numbers.

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 7. | Adv. Pro. 10-3630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA | 19-cv-4860 |
| 8. | Adv. Pro. 10-3630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. | 19-cv-4860 |
| 9. | Adv. Pro. 10-3633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA | 19-cv-4861 |
| 10. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company | 19-cv-5135 |
| 11. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda | 19-cv-5135 |
| 12. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. | 19-cv-5135 |
| 13. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank[4] | 19-cv-5135 |
| 14. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA | 19-cv-5135 |
| 15. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) Zurich | 19-cv-5135 |
| 16. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited | 19-cv-5135 |

---

[4]     The party sued here as "Merrill Lynch Bank" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 17. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg | 19-cv-5135 |
| 18. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank SA | 19-cv-5135 |
| 19. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG; Morgan Stanley & Co. International, PLC | 19-cv-5135 |
| 20. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York | 19-cv-5135 |
| 21. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs-und Privat-Bank Aktiengesellschaft | 19-cv-4964 |
| 22. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank Aktiengesellschaft | 19-cv-4964 |
| 23. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG Zurich | 19-cv-4964 |
| 24. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG New York | 19-cv-4964 |
| 25. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees | 19-cv-4964 |
| 26. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg | 19-cv-4964 |
| 27. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. | 19-cv-4964 |
| 28. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich | 19-cv-4964 |

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 29. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | 19-cv-4964 |
| 30. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) | 19-cv-4964 |
| 31. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz (n/k/a LGT Bank (Switzerland) Ltd.) | 19-cv-4964 |
| 32. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG) | 19-cv-4964 |
| 33. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. | 19-cv-4964 |
| 34. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. | 19-cv-4964 |
| 35. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) | 19-cv-4964 |
| 36. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. | 19-cv-4964 |
| 37. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd., now known as Coutts & Co. Ltd | 19-cv-4964 |
| 38. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA | 19-cv-4964 |
| 39. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | 19-cv-4964 |

|    | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|----|-----|-----------|----------------|---------------|
| 40. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA | 19-cv-4964 |
| 41. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | 19-cv-4964 |
| 42. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. | 19-cv-4964 |
| 43. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise | 19-cv-4964 |
| 44. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive AL Fund | 19-cv-4964 |
| 45. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique | 19-cv-4964 |
| 46. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | 19-cv-4964 |
| 47. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie | 19-cv-4964 |
| 48. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | 19-cv-4964 |
| 49. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothchild Bank Geneva (Dublin) | 19-cv-4964 |
| 50. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 19-cv-4964 |
| 51. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust | 19-cv-4964 |
| 52. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Pictet & Cie | 19-cv-4964 |

|     | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|-----|------------|-----------|----------------|------------------|
| 53. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[5] | 19-cv-4964 |
| 54. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. | 19-cv-4964 |
| 55. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI | 19-cv-4964 |
| 56. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. | 19-cv-4964 |
| 57. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | 19-cv-4964 |
| 58. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV | 19-cv-4964 |
| 59. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Hapoalim Switzerland Ltd. | 19-cv-4964 |
| 60. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA | 19-cv-4964 |
| 61. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich | 19-cv-4964 |
| 62. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG | 19-cv-4964 |
| 63. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG | 19-cv-4964 |
| 64. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | 19-cv-4964 |

[5] The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 65. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito | 19-cv-4964 |
| 66. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG | 19-cv-4964 |
| 67. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo | 19-cv-4964 |
| 68. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank SA Switzerland | 19-cv-4964 |
| 69. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinancier D'Invest MCL | 19-cv-4964 |
| 70. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket | 19-cv-4964 |
| 71. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Incore Bank AG | 19-cv-4964 |
| 72. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank | 19-cv-4964 |
| 73. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Sis Seeganintersettle | 19-cv-4964 |
| 74. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. | 19-cv-4964 |
| 75. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | National Bank of Kuwait SAK | 19-cv-4964 |
| 76. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | NBK Banque Privée (Suisse) SA | 19-cv-4964 |
| 77. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Sarasin & Cie | 19-cv-4964 |
| 78. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltings-und Privat-Bank Aktiengesellschaft | 19-cv-4888 |

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 79. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank Aktiengesellschaft | 19-cv-4888 |
| 80. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG Zurich | 19-cv-4888 |
| 81. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG New York | 19-cv-4888 |
| 82. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees | 19-cv-4888 |
| 83. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg | 19-cv-4888 |
| 84. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. | 19-cv-4888 |
| 85. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich | 19-cv-4888 |
| 86. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arden International Capital Limited | 19-cv-4888 |
| 87. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | ABN AMRO Schweiz AG A/K/A ABN AMRO (Switzerland) AG | 19-cv-4888 |
| 88. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) | 19-cv-4888 |
| 89. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz (n/k/a LGT Bank (Switzerland) Ltd.) | 19-cv-4888 |
| 90. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG) | 19-cv-4888 |

Appendix B [8]

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 91. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. | 19-cv-4888 |
| 92. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. | 19-cv-4888 |
| 93. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) | 19-cv-4888 |
| 94. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. | 19-cv-4888 |
| 95. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd., now known as Coutts & Co. Ltd | 19-cv-4888 |
| 96. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA | 19-cv-4888 |
| 97. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA | 19-cv-4888 |
| 98. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | 19-cv-4888 |
| 99. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | 19-cv-4888 |
| 100. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. | 19-cv-4888 |
| 101. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise | 19-cv-4888 |
| 102. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive AL Fund | 19-cv-4888 |
| 103. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique | 19-cv-4888 |

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 104. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | 19-cv-4888 |
| 105. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie | 19-cv-4888 |
| 106. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | 19-cv-4888 |
| 107. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothchild Bank Geneva (Dublin) | 19-cv-4888 |
| 108. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 19-cv-4888 |
| 109. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust | 19-cv-4888 |
| 110. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Pictet & Cie | 19-cv-4888 |
| 111. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[6] | 19-cv-4888 |
| 112. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. | 19-cv-4888 |
| 113. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI | 19-cv-4888 |
| 114. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. | 19-cv-4888 |
| 115. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | 19-cv-4888 |

[6] The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 116. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV | 19-cv-4888 |
| 117. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Hapoalim Switzerland Ltd. | 19-cv-4888 |
| 118. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA | 19-cv-4888 |
| 119. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich | 19-cv-4888 |
| 120. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG | 19-cv-4888 |
| 121. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG | 19-cv-4888 |
| 122. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | 19-cv-4888 |
| 123. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. | 19-cv-4888 |
| 124. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito | 19-cv-4888 |
| 125. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG | 19-cv-4888 |
| 126. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo | 19-cv-4888 |
| 127. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank SA Switzerland | 19-cv-4888 |
| 128. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinancier D'Invest MCL | 19-cv-4888 |

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 129. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket | 19-cv-4888 |
| 130. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Incore Bank AG | 19-cv-4888 |
| 131. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank | 19-cv-4888 |
| 132. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Sis Seeganintersettle | 19-cv-4888 |
| 133. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. | 19-cv-4888 |
| 134. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | National Bank of Kuwait SAK | 19-cv-4888 |
| 135. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | NBK Banque Privée (Suisse) SA | 19-cv-4888 |
| 136. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Sarasin & Cie | 19-cv-4888 |
| 137. | Adv. Pro. 10-3780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG New York | 19-cv-4869 |
| 138. | Adv. Pro. 10-4098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC | 19-cv-4385 |
| 139. | Adv. Pro. 10-4099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd | 19-cv-5006 |
| 140. | Adv. Pro. 11-1250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch | 19-cv-4386 |

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 141. | Adv. Pro. 11-1463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International | 19-cv-4388 |
| 142. | Adv. Pro. 11-1579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al* | BNP Paribas Securities Nominees Ltd. | 19-cv-4973 |
| 143. | Adv. Pro. 11-1617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis | 19-cv-4395 |
| 144. | Adv. Pro. 11-2770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited | 19-cv-4396 |
| 145. | Adv. Pro. 12-1551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España | 19-cv-4415 |
| 146. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | Citco Global Custody NV | N/A |
| 147. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | Citco Global Custody (NA) NV | N/A |
| 148. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | CGC NA | N/A |
| 149. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | Citco Bank Nederland N.V. | N/A |
| 150. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | Citco Bank Nederland N.V. Dublin Branch | N/A |
| 151. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | Citco Banking Corporation N.V. | N/A |

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Defendant Name | Prior Pending S.D.N.Y. Appeal No.[2] |
|---|---|---|---|---|
| 152. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al.* v. *Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | Citco Group Limited | N/A |

**Appendix C**
**Additional Counsel**

**ALLEGAERT BERGER & VOGEL LLP**

John F. Zulack
jzulack@abv.com

111 Broadway, 20th Floor
New York, NY 10006
 T: (212) 571-0550

**BOIES SCHILLER FLEXNER LLP**

Alan B. Vickery
avickery@bsfllp.com
Steven I. Froot
sfroot@bsfllp.com

55 Hudson Yards
New York, NY 10001
T: (212) 446-2300

**CHAFFETZ LINDSEY LLP**

Andreas A. Frischknecht
a.frischknecht@chaffetzlindsey.com
Erin E. Valentine
e.valentine@chaffetzlindsey.com

1700 Broadway, 33rd Floor
New York, NY 10019
T: (212) 257-6960

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**

Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
Breon S. Peace
bpeace@cgsh.com
Elizabeth Vicens
evicens@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
Thomas S. Kessler

tkessler@cgsh.com
E. Pascale Bibi
pbibi@cgsh.com

One Liberty Plaza
New York, NY 10006
T: (212) 225-2000
F: (212) 225-3999

**CLIFFORD CHANCE US LLP**

Jeff. E. Butler
jeff.butler@cliffordchance.com
La'Tise M. Tangherlini
latise.tangherlini@cliffordchance.com

31 West 52nd Street
New York, NY 10019
T: (212) 878-8000
F: (212) 878-8375

**DAVIS POLK & WARDWELL LLP**

Elliot Moskowitz
elliot.moskowitz@davispolk.com
Andrew Ditchfield
andrew.ditchfield@davispolk.com

450 Lexington Avenue
New York, NY 10017
T: (212) 450-4000

**DLA PIPER LLP (US)**

Rachel Ehrlich Albanese
Rachel.Albanese@us.dlapiper.com
Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com

1251 Avenue of the Americas
New York, NY 10020
T: (212) 335-4500
F: (212) 335-4501

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**

Appendix C [2]

David M. Morris
david.morris@friedfrank.com

One New York Plaza
New York, NY 10004
T: (212) 859-8000

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
mking@gibsondunn.com
Gabriel Herrmann
gherrmann@gibsondunn.com

200 Park Avenue
New York, NY 10166
T: (212) 351-4000

**GILMARTIN, POSTER & SHAFTO LLP**

Michael C. Lambert
mclambert@lawpost-nyc.com

845 Third Avenue, 17th Floor
New York, NY 10022
T: (212) 425-3220

**HARNIK LAW FIRM**

Stephen M. Harnik
stephen@harnik.com

666 Third Avenue, 10th Floor
New York, NY 10017
T: (212) 599-7575

**HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott Balber
Scott.Balber@hsf.com
Jonathan Cross
Jonathan.cross@hsf.com

Appendix C [3]

450 Lexington Avenue
New York, NY  10017
T: (917) 542-7600

**JENNER & BLOCK LLP**

Richard Levin
rlevin@jenner.com
Carl Wedoff
cwedoff@jenner.com

919 Third Avenue
New York NY 10022
T: (212) 891-1600
F: (212) 891-1699

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
anthony.paccione@katten.com
Mark T. Ciani
mark.ciani@katten.com

575 Madison Avenue
New York, NY 10022
T: (212) 940-8800

**KING & SPALDING LLP**

Richard A. Cirillo
rcirillo@kslaw.com

1185 Avenue of the  America
New York, NY  10036
T: (212) 556-2100
F:  (212) 556-2222

**KLEINBERG KAPLAN WOLFF & COHEN,
P.C.**

Norris D. Wolff
nwolff@kkwc.com

500 Fifth Avenue, 38th Floor
New York, NY 10110
T: (212) 986-6000

Appendix C [4]

**KOBRE & KIM LLP**

D. Farrington Yates
farrington.yates@kobrekim.com
Adam M. Lavine
adam.lavine@kobrekim.com
Donna (Dong Ni) Xu
donna.xu@kobrekim.com
Jonathan D. Cogan
jonathan.cogan@kobrekim.com

800 Third Avenue
New York, NY 10022
Telephone (212) 488-1200

**LATHAM & WATKINS LLP**

Christopher Harris
christopher.harris@lw.com
Thomas J. Giblin
thomas.giblin@lw.com

885 Third Avenue
New York, NY 10022
T: (212) 906-1200
F: (212) 751-4864

**MAYER BROWN LLP**

Marc. R. Cohen
mcohen@mayerbrown.com

1999 K Street, N.W.
Washington, D.C. 20006
T: (202) 263-5282

Mark G. Hanchet
mhanchet@mayerbrown.com
Kevin C. Kelly
kkelly@mayerbrown.com

1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2500

Appendix C [5]

**MCKOOL SMITH, P.C.**

Eric B. Halper
ehalper@mckoolsmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
T: (212) 402-9400
F: (212) 402-9444

**O'MELVENY & MYERS LLP**

William J. Sushon
wsushon@omm.com
Daniel S. Shamah
dshamah@omm.com
Pamela A. Miller
pmiller@omm.com
Nathaniel Asher
nasher@omm.com

Times Square Tower
7 Times Square
New York, NY 10036
T: (212) 326-2000
F: (212) 326-2061

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

Andrew G. Gordon
agordon@paulweiss.com
Gregory F. Laufer
glaufer@paulweiss.com

1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000

**PILLSBURY WINTHROP SHAW PITTMAN
LLP**

Eric Fishman
eric.fishman@pillsburylaw.com
Andrew Troop

Appendix C [6]

andrew.troop@pillsburylaw.com
Rahman Connelly
rahman.connelly@pillsburylaw.com

31 West 52nd Street
New York, NY 10019
T: (212) 858-1000
F : (212) 858-1500

**SEWARD & KISSEL LLP**

M. William Munno
munno@sewkis.com

One Battery Park Plaza
New York, NY 10004
T: (212) 574-1200
F: (212) 480-8421

**SHEARMAN & STERLING LLP**

Jeffrey Resetarits
jeffrey.resetarits@shearman.com
Randall Martin
randall.martin@shearman.com

599 Lexington Avenue
New York, NY 10022
T: (212) 848-4000

**SULLIVAN & CROMWELL LLP**

Jeffrey T. Scott
scottj@sullcrom.com
Andrew J. Finn
finna@sullcrom.com

125 Broad Street
New York, NY 10004
T: (212) 558-4000

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
eakleinhaus@wlrk.com
Angela K. Herring

Appendix C [7]

akherring@wlrk.com

51 West 52nd Street
New York, NY 10019
T: (212) 403-1332
F: (212) 403-2332

**WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP**

Michael B. Weitman
mweitman@westermanllp.com

1201 RXR Plaza
New York, NY 10104
T: (516) 622-9200

**WIGGIN AND DANA LLP**

James H. Bicks
jbicks@wiggin.com

437 Madison Ave, 35th Floor
New York, NY 10022
T: (212) 490-1700
F: (212)551-2888

**WILMER CUTLER PICKERING HALE AND
DORR LLP**

George W. Shuster, Jr.
george.shuster@wilmerhale.com
Benjamin W. Loveland
benjamin.loveland@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518

**WINSTON & STRAWN LLP**

Keith Palfin
kpalfin@winston.com
Heather Lamberg
hlamberg@winston.com

Appendix C [8]

1901 L Street, N.W.
Washington, D.C. 20036
T: (202) 282-5000

**WOLLMUTH MAHER & DEUTSCH LLP**

William A. Maher
wmaher@wmd-law.com
Fletcher W. Strong
fstrong@wmd-law.com
Maxwell G. Dillan
mdillan@wmd-law.com

500 Fifth Avenue
New York, NY 10110
T: (212) 382-3300

**WUERSCH & GERING LLP**

Gregory F. Hauser
gregory.hauser@wg-law.com
Jascha D. Preuss
jascha.preuss@wg-law.com

100 Wall Street, 10th Floor
New York, NY 10005
T: (212) 509-5050

Appendix C [9]

# APPENDIX D
# COMPENDIUM OF FOREIGN AUTHORITIES

## <u>FOREIGN AUTHORITIES</u>

**Page**

**Foreign Cases**

*Fairfield Sentry Ltd. (In Liquidation) v. Migani*
    [2014] UKPC 9 ..................................................................................... 1

# Fairfield Sentry Ltd. (In Liquidation) v. Migani
# [2014] UKPC 9



[2014] UKPC 9
**Privy Council Appeal No 0061 of 2012**
**and Nos 0058, 0059, 0060 and 0061 of 2013**

# JUDGMENT

## Fairfield Sentry Limited (in Liquidation) (Appellant) v Migani and others (Respondents)

## Lombard, Odier & Cie and others (Appellants) *v* Fairfield Sentry Limited (in Liquidation) (Respondent)

## Credit Suisse London Nominees Limited and another (Appellants) v Fairfield Sentry Limited (in Liquidation) (Respondent)

## Quilvest Finance Limited and others (Appellants) v Fairfield Sentry Limited (in Liquidation) (Respondent)

## UBS AG New York and others (Appellants) v Fairfield Sentry Limited (in Liquidation) (Respondent)

**From the Court of Appeal of the British Virgin Islands**

**before**

**Lord Neuberger**
**Lord Mance**
**Lord Clarke**
**Lord Sumption**
**Lord Toulson**


## JUDGMENT DELIVERED BY

## Lord Sumption

## ON

## 16 April 2014

### Heard on 18 and 19 March 2014

*Lombard, Odier & Cie and others*
David Lord QC
Robert Christie


(Instructed by Blake Lapthorn)


*Credit Suisse London Nominees Ltd and another*
Laurence Rabinowitz QC
Arabella di Iorio
Maximilian Schlote
(Instructed by Herbert Smith Freehills LLP)


*UBS AG New York and others*
Lord Falconer QC
Paul Webster QC
(Instructed by Gibson Dunn & Crutcher LLP)


*Quilvest Finance Ltd and others*
Mark Hapgood QC
Phillip Kite
Alan Roxburgh
(Instructed by Latham & Watkins)

*Fairfield Sentry Ltd (in Liquidation)*
Jonathan Crow QC
Andrew Westwood
Stephen Midwinter
(Instructed by Macfarlanes LLP)

**LORD SUMPTION:**

*Introduction*

1.      Bernard L. Madoff and his company Bernard L. Madoff Investment Securities LLC ('BLMIS') ostensibly operated as fund managers, principally from New York. Over a period of at least seventeen years he operated what seems likely to be the largest Ponzi scheme in history, accepting sums variously estimated between US$17 billion and US$50 billion for investment. It appears that from at least the early 1990s there had been no trades and no investments. Returns to investors were fictitious and the corresponding documentation fabricated. As with any Ponzi scheme, net withdrawals from funds under management were paid from new money placed with BLMIS for investment. In December 2008 Madoff was arrested, and in March 2009 he pleaded guilty in a New York court to a number of counts of fraud. He was later sentenced to 150 years imprisonment.

2.      Fairfield Sentry Ltd is a company incorporated in the British Virgin Islands as a mutual fund. I shall, like most of the formal documentation, call it "the Fund". From 1997 to 2008, it was the largest of a number of feeder funds which placed money with BLMIS for investment. Over that period, about 95% of its assets, amounting to some US$7.2 billion was placed with BLMIS. Investors participated indirectly in these placements by subscribing for shares in the Fund at a price dependent on the Fund's net asset value per share ('NAV'), and were entitled to withdraw funds by redeeming their shares under the provisions of the Fund's Articles of Association. The net addition to or reduction of its funds arising from subscriptions or withdrawals over any month was reflected in corresponding additions or reductions of funds placed with BLMIS. The shares were also transferrable, subject to certain restrictions in the Articles, but we were told that there was no secondary market in them. On 18 December 2008, shortly after Madoff's frauds came to light, the Directors of the Fund suspended the determination of the Fund's NAV per share, thus effectively terminating the redemption of shares. On 21 July 2009, the High Court of the British Virgin Islands ordered the Fund to be wound up.

3.      It is inherent in a Ponzi scheme that those who withdraw their funds before the scheme collapses escape without loss, and quite possibly with substantial fictitious profits. The loss falls entirely on those investors whose funds are still invested when the money runs out and the scheme fails. Members of the Fund who redeemed their shares before 18 December 2008 recovered the NAV which the Directors determined to be attributable to their shares on the basis of fictitious reports from BLMIS. The loss will in principle be borne entirely by those who were still Members of the Fund at that date.

4.      These proceedings are brought by the Fund at the instance of its liquidators against a number of financial institutions who were Members of the Fund but redeemed some or all of their shares before December 2008. Their purpose is to recover from the Defendants the amounts paid out to them on redemption, on the footing that they were paid out in the mistaken belief that the assets were as stated by BLMIS, when there were in fact no such assets. Any recoveries made on this basis can then be distributed rateably between all Members, irrespective of when or whether they redeemed.

5.      Similar proceedings have been brought by the Fund in other jurisdictions against other Members and former Members to recover redemption payments. They include more than 300 actions in the United States, in which the Fund is claiming more than US$6 billion. The United States actions have been stayed pending the outcome of these proceedings.

6.      On 20 April 2011, Bannister J in the Commercial Division of the High Court of the British Virgin Islands ordered four preliminary issues to be tried. The first three issues have together been called the "Article 11" question.  These issues were all concerned with the question whether certain transaction documents issued to Members of the Fund recording the NAV per share or the redemption price upon redemption were binding on the Fund under Article 11 of its Articles, which deals with the effect of certain "certificates". It is now accepted, and rightly accepted, by the Fund that if they were binding the present claims must fail. The fourth issue was whether the Defendants have a defence on the ground that by their surrendering their shares they gave good consideration for the money that they received on redemption. This has been called the "Good Consideration" question. The two questions were argued separately below and before us. But for reasons which will be explained, they are closely related and have to be considered together.

7.      Bannister J decided the Article 11 question in favour of the Fund. He held that the documents relied upon by the Defendants as binding were not "certificates" for the purpose of Article 11. But he held in favour of the Defendants on the Good Consideration question, and on that basis summarily dismissed the action. He was affirmed on both points by the Eastern Caribbean Court of Appeal.

*The contractual documentation*

8.      Subscribers for shares in the Fund complete a Subscription Agreement, by which they subscribe for shares to be offered by the Fund at the NAV per share as the opening of business on the effective date of purchase "pursuant to the terms herein, the Memorandum, and the Fund's Memorandum of Association and Articles of Association (collectively 'the Fund Documents')": see clause 1.

9.     Of these three documents, the "Memorandum" means the Private Placement Memorandum by which the Fund offers a stated number of shares. Its main function is to convey information about how the Fund is managed and how its assets are invested, and to define certain expressions used in the Subscription Agreement. It describes the investment strategy of the Fund, and explains that it is implemented by BLMIS. A section headed "Transfers, Redemptions and Termination" describes the procedure for redemption.

10.     The Subscription Agreement binds the subscriber to his subscription and to the terms of the Fund Documents, but is otherwise concerned entirely with acknowledgements, representations and warranties as to his understanding of the investment and of associated procedures and risks, mostly for regulatory purposes. For present purposes, what matters is not the subscriber's acknowledgements, representations and warranties, nor the factual statements of the Fund, but the terms of the subscriber's membership of the Fund, which govern the redemption of its shares. These terms are to be found in the Articles of Association of the Fund. The relevant provisions are Articles 9, 10 and 11 and the associated definitions in Article 1. These operate by reference to the "Valuation Day" and the "Dealing Day". A Valuation Day is the last business day of any month (or such other date as the Directors may determine); and with respect to redemptions a Dealing Day is a Valuation Day.

11.     Article 9 deals with the issue and allotment of shares. Article 9(1) provides for shares to be issued to those applying for them on the Dealing Day following the application. Article 9(1)(b) provides:

> "The issue of Shares pursuant to this Article shall be effected at not less than the Subscription Price determined in accordance with paragraph (2) of this Article but in no event shall a Share be allotted or issued at a price less than its par value."

Article 9(2) provides that the Subscription Price per share is to be the

> "Net Asset Value of each Share (as determined in accordance with Article 11) as at the close of business in Amsterdam, The Netherlands, on the Valuation Day immediately preceding the Dealing Day on which such issue is made."

12.     Article 10 deals with redemptions. It is in some respects the mirror image of Article 9. Article 10(1) provides that

> "Subject to the provisions of the Memorandum, these Articles and the Act and subject as hereinafter provided, the Company shall on receipt by it or its authorised agent of a request in writing (or in such other form as the Directors may determine) by a Member ('the Applicant') specifying the number and class of Shares to be redeemed redeem or purchase all or any portion of the Shares registered in the Applicant's name, PROVIDED THAT:

> (a) subject as hereinafter provided, the redemption or purchase of Shares pursuant to this Article shall be made on the Dealing Day on which, or immediately following the day on which, the written request is received provided that the said request is received on or before the Dealing Time."

Article 10(1)(b) provides (so far as relevant) that

> "the redemption or purchase of Shares pursuant to this article shall be effected at the Redemption Price determined in accordance with paragraph (2) of this article."

Article 10(1)(c) provides for the Redemption Price to be paid "as soon as practicable after the Dealing Day", being normally 30 days after the Dealing Day, subject to extension in certain special cases. Article 10(2) deals with the Redemption Price. It provides:

> "(2)   The Redemption Price for each Share shall be the Net Asset Value per Share (as determined in accordance with Article 11) as at the close of business in Amsterdam, The Netherlands on the Dealing Day on which such redemption is effected less such sum (if any) as the Directors may consider represents the appropriate provision for fiscal and sale charges which would be incurred on the sale of assets of the Company, in each case rounded to the nearest minimum integral unit of the Base Currency."

13.    Article 11 deals with the determination of the NAV per share for the purpose of both subscriptions and redemptions. Article 11(1) provides:

> "[a] The Net Asset Value per Share of each class shall be determined by the Directors as at the close of business on each Valuation Day (except when determination of the Net Asset Value per Share has been suspended under the provisions of paragraph

(4) of this Article), on such other occasions as may be required by these Articles and on such other occasions as the Directors may from time to time determine.

[b] The Net Asset Value per Share shall be calculated at the time of each determination by dividing the value of the net assets of the Fund by the number of Shares then in issue or deemed to be in issue and by adjusting for each class of Shares such resultant number to take into account any dividends, distributions, assets or liabilities attributable to such class of Shares pursuant to paragraph (2) of Article 4, all determined and calculated as hereinafter provided.

[c] Any certificate as to the Net Asset Value per Share or as to the Subscription Price or Redemption Price therefor given in good faith by or on behalf of the Directors shall be binding on all parties."

The sub-paragraph numbers [a], [b] and [c] have been added for ease of reference. Article 11(2) identifies the assets and liabilities to be included in the calculation of the NAV. In effect they are all the assets and liabilities of the Fund. Article 11(3) contains detailed supplementary provisions governing certain aspects of the valuation.

*Redemption procedure*

14.     Since 1999, the Fund's administrator has been Citco Fund Services (Europe) BV, a leading professional administrator of mutual funds based in the Netherlands. The Private Placement Memorandum records that under an administration agreement dated 20 February 2003, the Fund has appointed Citco as the administrator of the Fund under the overall direction of the Directors. Citco is described as having responsibility for day-to-day administrative services including "calculation of Net Asset Value" and "communications with shareholders".

15.     This summary description is borne out by the terms of the agreement of 20 February 2003. Clause 2.1 of the agreement provides for the Administrator (Citco) to provide "the Services", which are defined in Schedule 2 as including the "calculation of the Net Asset Value and the Net Asset Value per Share on a monthly basis in accordance with the Fund Documents", and "publishing the Net Asset Value per Share (of each class if appropriate) as requested by the Fund." Clause 3.4 provides that "the Administrator shall on behalf of the Fund redeem Shares in accordance with the provisions and procedures set out in the applicable Fund Documents", on receipt of the

Member's written request to redeem and the provision of sufficient moneys to satisfy the Redemption Price.

16.    The management of a mutual fund is bound to involve the communication to Members of a substantial volume of routine documentation, including transactional documentation generated upon redemption. It is common ground that in the Fund's case, this included the following documents:

i)    Citco calculated an estimated NAV weekly and a final NAV on each Valuation Day, i.e. on the last business day of each month. All of these figures were posted by Citco on a password-protected website which it maintained and which was accessible to Members.

ii)    The final NAV per share for the last business day of each month was communicated in about the middle of the following month by the Fairfield Group client desk at Citco by e-mail to all Members. The operative part of the representative e-mail before us reads:

"Please be advised that the final net asset value per share of Fairfield Sentry Limited, Class A, is USD 957.8430 as at December 2003.

Should you have any questions or require further information, please do not hesitate to contact us."

iii)    Upon each redemption, the redeeming Member received from Citco in about the middle of the month following the relevant Valuation Day a contract note recording the transaction. The operative part began:

"In accordance with your instructions, we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED."

There followed the relevant Valuation Day, the number of shares redeemed, the Redemption price per share and the total net redemption proceeds.

iv)    Each Member received from Citco in about the middle of each month a monthly statement of his account. This recorded, among other things, the

opening and closing NAV per share for the previous calendar month, and a summary of activity (if any) over the previous calendar month recording subscriptions and redemptions in the month and the NAV per share corresponding to each one.

Each of these documents is said by the Defendants to be a "certificate" for the purpose of Article 11(1) [c] of the Fund's Articles.

*Restitution*

17.    The availability of a claim for restitution arising out of a transaction governed by the Articles of the Fund is governed by the same law which governs the Articles themselves, namely the law of the British Virgin Islands. In every relevant respect, the principles of the law of the British Virgin Islands governing the construction of the Articles and any associated common law right to restitution are the same as those of English law.

18.    The basic principle is not in dispute. The payee of money "cannot be said to have been unjustly enriched if he was entitled to receive the sum paid to him": *Kleinwort Benson Ltd v Lincoln City Council* [1999] 2 AC 349 at 408B (Lord Hope). Or, as Professor Burrows has put it in his *Restatement of the English Law of Unjust Enrichment* (2012) at §3(6), "in general, an enrichment is not unjust if the benefit was owed to the defendant by the claimant under a valid contractual, statutory or other legal obligation." Therefore, to the extent that a payment made under a mistake discharges a contractual debt of the payee, it cannot be recovered, unless (which is not suggested) the mistake is such as to avoid the contract: *Barclays Bank Ltd v W.J. Simms Son & Cooke (Southern) Ltd* [1980] QB 677, 695. So far as the payment exceeds the debt properly due, then the payer is in principle entitled to recover the excess.

19.    It follows that the Fund's claim to recover the redemption payments depends on whether it was bound by the redemption terms to make the payments which it did make. That in turn depends on whether the effect of those terms is that the Fund was obliged upon a redemption to pay (i) the true NAV per share, ascertained in the light of information which subsequently became available about Madoff's frauds, or (ii) the NAV per share which was determined by the Directors at the time of redemption. If (ii) is correct then, the shares having been surrendered in exchange for the amount properly due under the Articles, the redemption payments are irrecoverable.

*What was the Fund obliged to pay upon redemption*

20.    Mr Crow QC, who appeared for the Fund, invited us to stop at the general principle, and not to answer this question. He submitted that the effect of the contractual

provisions governing redemption was not covered by the preliminary issues and ought to be referred back to the High Court. He also suggested that at a further hearing in the High Court, New York law, which is the proper law of the Subscription Agreement, might be relevant. The Board unhesitatingly rejects these submissions. Neither the Article 11 question nor the Good Consideration question, as formulated in the preliminary issues, can be resolved without deciding what is the effect of the Articles. Both courts below proceeded on that basis. The effect of the Articles is therefore properly before the Board. The Board notes that neither the Fund nor the Defendants have pleaded New York law. Nor can the Board discern any basis on which New York law could be relevant, since none of the questions raised by the preliminary issues depends on the terms of the Subscription Agreement. They depend wholly on the construction of the Articles, which is governed by the law of the British Virgin Islands.

21.     The starting point is the scheme of the Articles. Articles 9 and 10 determine the status of investors as Members of the Fund, a question which ought in principle to be capable of definitive resolution at any moment in the Fund's history. Both the Subscription Price under Article 9 and the Redemption Price under Article 10 depend on the NAV per share determined under Article 11. Article 9(1)(a) provides that the issue of shares "shall be made on the Dealing Day". Article 9(1)(b) provides for the Subscription Price to be determined in accordance with Article 9(2), which means that it is to be the NAV per share "determined in accordance with Article 11". Article 9(1)(c) provides for the Subscription Price to be payable at a time fixed by the Directors, failing which any allotment for which payment is due may be cancelled. There are corresponding provisions of Article 10 concerning redemptions. Article 10(1)(a) provides that the redemption of shares "shall be made on the Dealing Day". Article 10(1)(b) provides that the redemption is to be effected at the Redemption Price determined in accordance with Article 10(2), which means the "Redemption Price for each Share shall be the Net Asset Value per Share (as determined in accordance with Article 11)" on the Dealing Day. Under Article 10(1)(c), that price must be paid as soon as practicable after the Dealing Day, being normally thirty days thereafter subject to specified and limited extensions. These provisions determine the amount due and the time of payment. Moreover, once the NAV per share for a given monthly Valuation Day is ascertained, subscriptions and redemptions effected at the corresponding Subscription and Redemption Price will affect the determination of NAV per share on the following monthly Valuation Day. This is because the receipt of subscription moneys and the payment out of redemption moneys will affect the amount of the Fund's assets for the purpose of Article 11(2). It will be apparent from this summary that the whole of this scheme depends upon the price being definitively ascertained by the Dealing Day and known to the parties shortly thereafter. It is unworkable on any other basis.

22.     The Fund's case is that when Article 10(2) defines the Redemption Price as the NAV per share "determined in accordance with Article 11", it means the NAV correctly determined by dividing the NAV of the Fund by the number of shares in issue in accordance with Articles 11(1)[b], 11(2) and 11(3). If this is right, the same must be

true of Article 9(1)(c), which fixes the Subscription Price by reference to the same provisions of Article 11. The Directors' determination of the NAV per share as at the Valuation Day, under Article 11, was not definitive according to this analysis unless a certificate was issued pursuant to Article 11(1)[c], and that would happen only if the Directors chose to issue one.

23.     In the Board's opinion, this is an impossible construction. If it were correct, an essential term of both the subscription for shares and their redemption, namely the price, would not be definitively ascertained at the time when the transaction took effect, nor at the time when the price fell to be paid. Indeed, it would not be definitively ascertained for an indefinite period after the transaction had ostensibly been completed, because unless a certificate was issued it would always be possible to vary the determination of the NAV per share made by the Directors at the time and substitute a different one based on information acquired long afterwards about the existence or value of the assets. This would not only expose Members who had redeemed their shares to an open-ended liability to repay part of the price received if it subsequently appeared that the assets were worth less than was thought at the time. It would confer on them an open-ended right to recover more (at the expense of other Members) if it later appeared that they were worth more. Corresponding problems would arise out of the retrospective variation of the Subscription Price long after the shares had been allotted. Indeed, it is difficult to see how the Directors could perform their duty under Article 9(1)(b) not to allot or issue a share at less than the Subscription Price if the latter might depend on information coming to light after the allotment had been made.

24.     If, as the Articles clearly envisage, the Subscription Price and the Redemption Price are to be definitively ascertained at the time of the subscription or redemption, then the NAV per share on which those prices are based must be the one determined by the Directors at the time, whether or not the determination was correctly carried out in accordance with Articles 11(2) and (3). That means either (i) that the Directors' determination at the time must be treated as conclusive whether or not there is a certificate under Article 11(1)[c]; or else (ii) that  Article 11(1)[c] must be read as referring to the ordinary transaction documents recording the NAV per share or the Subscription or Redemption Price which will necessarily be generated and communicated to the Member at the time, and not to some special document issued at the discretion of the Directors. The Board considers, for the reasons given below, that in a case where a provision for certification such as Article 11(1)[c] has been included as part of the mechanics of subscription and redemption, the correct approach is the second one.

*Certification*

25.     The Board has been referred to a number of authorities dealing with certification clauses, none of them analogous to Article 11(1)[c]. Their effect, broadly summarised, is that the word "certificate" has no standard meaning and that the question what

constitutes a certificate is dependent on the commercial or legal context in which the certification clause appears.

26.  The Board was invited by the Fund to read the opening words ("Any certificate") as if they said "A certificate, if any". This, it was argued, showed that there would not necessarily be one in every case. For that reason, and because there is nothing in the language of the Articles which obliged the Fund to issue a certificate, it was submitted that the issue of a certificate was wholly in the discretion of the Directors or their delegates and that it could be withheld for any rational and honest reason. A variant of this argument appears to have been accepted by the Court of Appeal. The Board, however, is unable to accept it. In the first place, it places more weight on the word "Any" than it will bear. It seems more likely that the word was used because the rest of the clause refers to a number of different things that may be certified, namely the NAV per share, the Subscription Price and the Redemption Price. Secondly, the problem about the suggestion that certification is a discretionary matter for the Directors, is that it is impossible to discern what purpose such a discretion could rationally be thought to serve. The sole object of certification is to produce finality, and the scheme of the Articles, as the Board has summarised it above, shows that finality is equally important for all determinations of the NAV per share and all Subscription and Redemption Prices. There is no rational ground for regarding finality as desirable in some cases but not in others, according to the discretionary decision of the Directors or their delegates. Such a discretion, if it existed, could only operate capriciously, and is therefore most unlikely to have been intended by the draftsman.

27.  As a matter of language, a "certificate" ordinarily means (i) a statement in writing, (ii) issued by an authoritative source, which (iii) is communicated by whatever method to a recipient or class of recipients intended to rely on it, and (iv) conveys information, (v) in a form or context which shows that it is intended to be definitive. There is no reason to think that a document must satisfy any further formal requirements, unless its purpose or legal context plainly requires them. There is nothing in the context of these Articles which does.

28.  The relevant categories of document generated in the ordinary course of the Fund's relations with Members are listed at paragraph 16. In the Board's opinion the monthly e-mail, the contract notes and the monthly statement of account are all "certificates". They communicate information in documentary form to Members. It follows that the critical questions in the present case are whether transaction documents in the three categories are (i) issued by an authoritative source and (ii) in a form or context which shows that they are intended to be definitive.

29.  The authoritative character of their source can be shortly dealt with. Documents in all three categories were issued by Citco under the authority of the Directors, conferred by the Administration Agreement. The calculation of the monthly NAV per

share was among the functions of Citco included in Schedule 2, Part 1 of the Agreement. Its publication was a function of Citco under Schedule 2, Part 2(e). The communication to Members seeking to redeem their shares of the monthly NAV per share and the Redemption Price is necessarily implicit in clause 3.4 of the Agreement, which delegates to Citco the duty of redeeming shares in accordance with the "provisions and procedures" set out in the Fund Documents. These authorities are general, and not specific to any particular transaction or category of transactions. If the issue of a "certificate" were an exceptional or discretionary step, something more specific by way of authority might have been required. But for the reasons which the Board has already given, the certification procedure under Article 11(1)[c] is neither exceptional nor discretionary.

30.    Turning to the question whether they were intended to be definitive, the context in which they are issued plainly demonstrates that they were. As the Board has already observed, the nature of a redemption transaction and the procedures set out in Article 10 make it essential that the Redemption Price should be definitively ascertained at the time of the transaction and as at the Valuation Day. In that context, any unqualified documentary statement of the Redemption Price or the NAV per share on which it is based must be intended to be definitive. The Articles could not otherwise operate as they are intended to.

31.    This conclusion is borne out by the language of the documents. The emails formally "advising" the monthly NAV per share to Members describe it in terms as the "final" figure. The contract notes formally "confirm" the redemption and record its terms. The monthly Members' statement constitutes a formal record of each transaction during the month and the NAV per share at which it went through. All of this information was plainly intended to be relied upon by Members as a definitive record of the transaction and the values on which it was based.

32.    The Board prefers to express no opinion on the question whether the statements posted on the Citco website are also "certificates". A statement on a website may well have all the characteristics of a "certificate", but that may depend on a variety of considerations on which the Board has little or no evidence, including the permanence of any statement posted on it and what Members are told about the kind of information which they will find there.

*Conclusion*

The Board will humbly advise Her Majesty that the appeals against the decision of Bannister J and the Court of Appeal on Preliminary Issues 1, 2 and 3 should be allowed, save as to information posted on the Citco website, and that the appeal against their decision on Issue 4 should be dismissed. The parties are invited to agree an appropriate form of declaration on all four issues.

# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)<br><br>Plaintiffs/Appellees,<br><br>Against<br><br>CITIBANK NA LONDON,<br><br>Defendants/Appellants | Appeal No. 21-cv-3530-VSB |
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.<br><br>Debtors in Foreign Proceedings | Chapter 15 Case<br>No. 10-13164-CGM |
| *This document is also being filed in the appeals listed in Appendix A.* | |

**BRIEF OF AMICI CURIAE SECURITIES INDUSTRY AND
FINANCIAL MARKETS ASSOCIATION AND
STRUCTURED FINANCE ASSOCIATION
IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO APPEAL**

# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ................................................1

STATEMENT OF INTEREST...........................................................................2

PRELIMINARY STATEMENT ........................................................................4

ARGUMENT .....................................................................................................8

I.     EXCEPTIONAL CIRCUMSTANCES WARRANT GRANTING
       LEAVE TO APPEAL IN THIS CASE .................................................10

II.    THE BANKRUPTCY COURT'S DECISION IS CONTRARY TO
       SECOND CIRCUIT PRECEDENT AND UNDERMINES LONG-
       STANDING CONGRESSIONAL POLICY OF PROMOTING THE
       FINALITY OF SETTLED SECURITIES TRANSACTIONS ............13

       A.   The Second Circuit Has Interpreted the Safe Harbors Broadly to
            Promote Transactional Finality and Market Stability........................13

       B.   The Legislative History of the Safe Harbors Supports a Broad
            Interpretation of Those Provisions ....................................................15

       C.   The Bankruptcy Court's Failure to Apply Second Circuit Precedent
            Increases Uncertainty and Decreases Finality and Liquidity ............18

       D.   The Bankruptcy Court's Ruling Runs Contrary to Other Material
            Provisions of the Bankruptcy Code ...................................................23

CONCLUSION..............................................................................................27

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

AP Servs. v. Silva,
    483 B.R. 63 (S.D.N.Y. 2012) ...........................................................18, 19, 20, 21

In re Atlas Shipping A/S,
    404 B.R. 726 (Bankr. S.D.N.Y. 2009)................................................................23

In re Bernard L. Madoff Inv. Secs. LLC,
    773 F.3d 411 (2d Cir. 2014) .............................................................................13

Contemp. Indus. Corp. v. Frost,
    564 F.3d 981 (8th Cir. 2009) ...........................................................................19

Enron Creditors Recovery Corp. v. Alfa, S.A.B. de C.V.,
    651 F.3d 329 (2d Cir. 2011) ...................................................................8, 13, 24

In re Ernst & Young,
    383 B.R. 773 (Bankr. D.Colo. 2008)................................................................23

In re Fairfield Sentry Ltd.,
    596 B.R. 275 (Bankr. S.D.N.Y. 2018)..........................................................17, 18

In re Fairfield Sentry Ltd.,
    714 F.3d 127 (2d Cir. 2013) .............................................................................23

In re Fairfield Sentry Ltd.,
    No. 10-13164 (SMB), 2020 WL 7345988 (Bankr. S.D.N.Y. Dec.
    14, 2020) ...................................................................................................4, 9, 11

In re Fairfield Sentry Ltd.,
    No. 10-13164 (SMB), 2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23,
    2021) ...........................................................................................4, 9, 18, 21

In re Gold & Honey, Ltd.,
    410 B.R. 357 (Bankr. E.D.N.Y. 2009) .............................................................23

In re Greenwich Sentry, L.P.,
    534 F. App'x 77 (2d Cir. 2013) ........................................................................23

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

In re Hawker Beechcraft, Inc.,
No. 13-mc-373 (PKC), 2013 WL 6673607 (S.D.N.Y. Dec. 18,
2013) ................................................................................................................. 12

In re Hechinger Inv. Co.,
274 B.R. 71 (D. Del. 2002) ......................................................................... 19, 20

In re Iida,
377 B.R. 243 (9th Cir. BAP 2007) .................................................................. 23

Jaffé v. Samsung Elecs. Co.,
737 F.3d 14 (4th Cir. 2013) ....................................................................... 24, 25

In re Kassover,
343 F.3d 91 (2d Cir. 2003) .............................................................................. 10

Lehman Bros. Special Fin. v. Branch Banking & Tr. Co. (In re
Lehman Bros. Holdings, Inc.),
970 F.3d 91 (2d Cir. 2020) ......................................................................... 19, 21

In re Miszko,
No. 18-36702 (CGM), 2021 WL 1575423 (Bankr. S.D.N.Y. Apr.
22, 2021) .......................................................................................................... 23

In re Nine W. LBO Sec. Litig.,
482 F. Supp. 3d 187 (S.D.N.Y. 2020) ........................................... 18, 19, 20, 21

Picard v. Estate of Madoff,
464 B.R. 578 (S.D.N.Y. 2011) ........................................................................ 12

Rothenberg v. Oak Rock Fin., LLC,
No. 14-cv-3700, 2015 WL 10663413 (E.D.N.Y. Mar. 31, 2015) .................... 12

Secs. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC,
No. 17-cv-4952 (GHW), 2017 WL 4838575 (S.D.N.Y. Oct. 24,
2017) ................................................................................................................ 12

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

In re Smart World Techs., LLC,
    423 F.3d 166 (2d Cir. 2005) .................................................................23

In re Trib. Co. Fraudulent Conv. Litig.,
    946 F.3d 66 (2d Cir. 2019) ...........................................................*passim*

U.S. Bank Nat. Ass'n v. Verizon Commc'ns Inc.,
    892 F. Supp. 2d 805 (N.D. Tex. 2012) ..............................................19

In re Vitro S.A.B. de CV,
    701 F.3d 1031 (5th Cir. 2012) ............................................................24

**Statutes**

11 U.S.C. § 105(a) ...........................................................................................23

11 U.S.C. § 365(n) ...........................................................................................25

11 U.S.C. § 546(e) ....................................................................................*passim*

11 U.S.C. § 561(d) ....................................................................................*passim*

11 U.S.C. § 1504 ................................................................................................9

11 U.S.C. § 1506 .................................................................................5, 21, 23

11 U.S.C. § 1521(a)(5) .....................................................................................24

11 U.S.C. § 1521(a)(7) .......................................................................................9

11 U.S.C. § 1522 ......................................................................................*passim*

28 U.S.C. § 158(a) ...........................................................................................10

96 Stat. 236 § 4 (codified at 11 U.S.C. § 546(d)) .....................................15

98 Stat. 377 § 461(d) (codified at 11 U.S.C. § 546(e))............................16

119 Stat. 181–82 § 907(b)................................................................................16

Case 1:21-cv-03530-VSB   Document 9   Filed 05/10/21   Page 6 of 36

# TABLE OF AUTHORITIES

**Page(s)**

**Statutes**

120 Stat. 2697–98 § 5(b)(1) ......................................................................16

**Other Authorities**

H.R. Rep. 97-420 (1982), <u>as reprinted in</u> 1982 U.S.C.C.A.N. 583 .........................15

H.R. Rep. 109-648 (2006), <u>as reprinted in</u> 2006 U.S.C.C.A.N. 1585 ....................16

S. Rep. 95-989 (1978), <u>as reprinted in</u> 1978 U.S.C.C.A.N. 5787 ..........................15

Case 1:21-cv-03530-VSB Document 9 Filed 05/10/21 Page 7 of 36

## CORPORATE DISCLOSURE STATEMENT

The Securities Industry and Financial Markets Association ("**SIFMA**") is a non-profit corporation.  It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

The Structured Finance Association ("**SFA**") is a non-profit association.  It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

## STATEMENT OF INTEREST[1]

SIFMA and SFA (collectively, the "**Amici**") respectfully submit this brief as amici curiae in support of Defendants' Motion for Leave to Appeal.  Plaintiffs and Defendants have consented to Amici filing this brief.

SIFMA is a securities industry trade association representing the interests of hundreds of securities firms, banks, and asset managers.  SIFMA champions policies and practices that foster a strong financial industry, while promoting investor opportunity, capital formation, job creation, economic growth, and trust and confidence in the financial markets.  SIFMA regularly files amicus curiae briefs in cases that raise important questions of commercial and securities law.

SFA is a member-based trade industry advocacy group focused on improving and strengthening the broader structured finance and securitization market.  SFA has over 370 members from all sectors of the structured finance and securitization market, including investors; issuers; financial intermediaries; accounting, law and technology firms; rating agencies; servicers; and trustees.  SFA's core mission is to support a robust and liquid securitization market, recognizing that securitization is

---

[1]    Amici curiae state that no party's counsel authored this brief in whole or in part; that no party or party's counsel made a monetary contribution intended to fund the preparation or submission of this brief; and that no person, other than the amici curiae, their members or their counsel, contributed money that was intended to fund the preparation or submission of this brief.

Case 1:21-cv-03530-VSB Document 9 Filed 05/10/21 Page 9 of 36

an essential source of funding for the economy. SFA's members have diverse economic interests in the various transactions to which they are parties.

## PRELIMINARY STATEMENT

As representatives of the leading institutions in the financial and securities markets, Amici have a keen interest in promoting and protecting the stability of financial markets and the finality of settled transactions. As relevant here, the financial industry—represented by SIFMA, SFA, and their predecessors—has for many years stressed the need to ensure that commencement of bankruptcy proceedings by a market participant does not undermine the stability of the financial system as a whole. The safe harbor codified in 11 U.S.C. § 546(e) (the "**Safe Harbor**" or "**Section 546(e)**") and its application to cases under Chapter 15 of the U.S. Bankruptcy Code through the express provisions of 11 U.S.C. § 561(d) ("**Section 561(d)**" and, together with Section 546(e), the "**Safe Harbors**") further those goals by ensuring that settled transactions are not unwound years after the fact.

The Bankruptcy Court erred by permitting Plaintiffs, who are liquidators in an insolvency proceeding (the "**Liquidators**") pending under the laws of the British Virgin Islands ("**BVI**"), to assert common law constructive trust claims under BVI law in an effort to unwind settled market transactions years after those transactions were settled. In re Fairfield Sentry Ltd., No. 10-13164 (SMB), 2020 WL 7345988, at *10 (Bankr. S.D.N.Y. Dec. 14, 2020), reconsideration denied, No. 10-13164 (SMB), 2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23, 2021) (collectively, the "**Decision**"). The Bankruptcy Court conceded (as it had to) that Plaintiffs' claims to

4

Case 1:21-cv-03530-VSB Document 9 Filed 05/10/21 Page 11 of 36

unwind the transfers settling these transactions would be barred by the Safe Harbor if they were asserted under the laws of any U.S. state. Nevertheless, the Bankruptcy Court improperly permitted the Plaintiffs' BVI law constructive trust claims to proceed. In doing so, the Bankruptcy Court ignored express congressional intent regarding the breadth and scope of the Safe Harbors as well as controlling precedent from the Second Circuit, holding that common law equitable claims should be dismissed when they seek the very same remedy as avoidance claims barred by the Safe Harbors.

Contrary to Second Circuit law, the Bankruptcy Court's Decision improperly permits foreign liquidators to circumvent the Safe Harbors merely by re-labelling an avoidance claim as a common law equitable claim (e.g., constructive trust claim) even though that claim seeks the very same remedy as an avoidance claim barred by the Safe Harbor.

The Second Circuit has firmly prohibited such end-runs around the Safe Harbor. It has long held in several cases (discussed below) that the Safe Harbor's broad language should be interpreted to give effect to Congress' intent to protect the finality of settled transactions and the stability of financial markets. The Decision fails to heed the Second Circuit's guidance with respect to the Safe Harbors and also fails to account for Sections 1506 and 1522 of the Bankruptcy Code, which separately compel reversal.

That failure has consequences. If permitted to stand, the Decision risks upending the securities markets in a number of ways. First, the Decision will result in other foreign debtors seeking to unwind long-settled securities transactions under the guise of various non-U.S. statutory, common law, and equitable claims. Foreign liquidators will be incentivized to assert foreign common law claims to bring additional funds into foreign bankruptcy estates by asserting these claims, and there is no doubt that they will seek to do so. And because the limitation periods of those claims could far exceed those of statutory avoidance claims, the Decision will expose financial institutions to the risk of having transactions consummated years ago being unwound. As the Second Circuit cautioned, "[a] lack of protection against the unwinding of securities transactions would create substantial deterrents, limited only by the copious imaginations of able lawyers, to investing in the securities market. The effect . . . would be akin to the effect of eliminating the limited liability of investors for the debts of a corporation: a reduction of capital available to American securities markets." In re Trib. Co. Fraudulent Conv. Litig., 946 F.3d 66, 93 (2d Cir. 2019), cert. denied sub nom. Deutsche Bank Tr. Co. v. Robert R. McCormick Found., No. 20-8, 2021 WL 1521009 (Apr. 19, 2021).

Second, the "threat to investors is not simply losing a lawsuit." See id. Exposure to frivolous lawsuits could create unease and impact market behavior. The Second Circuit has also cautioned that, "[g]iven the costliness of defending such

6

legal actions and the long delay in learning their outcome . . . exposing investors to even very weak lawsuits involving millions of dollars would be a substantial deterrent to investing in securities. The need to set aside reserves to meet the costs of litigation—not to mention costs of losing—would suck money from capital markets." Id. at 93–94.

Third, recognizing the risk of litigation, offshore markets could become more treacherous than U.S. markets, contrary to Congress' objective in enacting Section 561(d), specifically, and Chapter 15 more generally. Investors may incur greater transaction costs in assessing these new risks and pass on those increased costs by charging risk premiums.

Permitting the Decision to stand will result in a lack of finality in the financial markets, causing uncertainty and instability—undermining the very goals advanced by the Safe Harbors. Nor should this Court defer the review of the Bankruptcy Court's Decision until a final judgment is rendered. Not only is that review likely years away but, in fact, it may never come as it is possible that armed with the Bankruptcy Court's Decision the Plaintiffs will seek to settle their claims. This would then result in the Bankruptcy Court's defective ruling remaining intact, with all of its negative consequences. The Decision flouts congressional intent, ignores Second Circuit authority, and introduces "commercial uncertainty and unpredictability at odds with the safe harbor's purpose and in an area of law where

certainty and predictability are at a premium." <u>Enron Creditors Recovery Corp. v. Alfa, S.A.B. de C.V.</u>, 651 F.3d 329, 336 (2d Cir. 2011).  The Court should grant leave to appeal to have an opportunity to review the Decision and ultimately prevent such risks from materializing.

## ARGUMENT

The Bankruptcy Code allows a trustee or debtor to bring claims to avoid (<u>i.e.</u>, unwind) certain transactions that occurred before the commencement of the bankruptcy case.  But those avoidance powers are not without limits.  The Bankruptcy Code contains provisions, known as safe harbors, that explicitly restrict the debtor's ability to avoid transfers.  One of those safe harbors is Section 546(e), which provides that:

> [T]he trustee may not avoid a transfer that is a margin payment . . . or settlement payment . . . made by or to (or for the benefit of) a commodity broker, forward contract merchant, stockbroker, financial institution, financial participant, or securities clearing agency, or that is a transfer made by or to (or for the benefit of) [such entities] in connection with a securities contract . . .  that is made before the commencement of the case, except under section 548(a)(1)(A) of this title [i.e., intentional fraudulent transfer].

11 U.S.C. § 546(e).

Importantly, Section 561(d) of the Bankruptcy Code mandates that this Safe Hrbor apply to foreign debtors and their representatives in cases, such as this one,

pending under Chapter 15 of the Bankruptcy Code.[2]  Section 561(d) states that the Safe Harbor,

> [S]hall apply in a case under chapter 15 . . . to limit avoidance powers to the same extent as in a proceeding under chapter 7 or 11 of [the Bankruptcy Code].

11 U.S.C. § 561(d).

In interpreting these Safe Harbors, the Bankruptcy Court correctly held that the Safe Harbors preclude the BVI Liquidators from asserting avoidance claims under the BVI Insolvency Act.[3]  In re Fairfield Sentry Ltd., 2020 WL 7345988, at *7.  The Bankruptcy Court also recognized that the Safe Harbors bar Plaintiffs from recasting their BVI avoidance claims under New York common law equitable theories, such as unjust enrichment or constructive trust, because doing so would "frustrate the purpose of Section 546(e)."  In re Fairfield Sentry Ltd., 2021 WL 771677, at *3.

Notwithstanding the Bankruptcy Court's determination that Plaintiffs could not unwind settled securities transactions by asserting avoidance claims based on

---

[2]     A Chapter 15 case is an ancillary proceeding brought by a foreign representative in aid of a foreign insolvency proceeding, typically brought in the debtor's home country.  11 U.S.C. § 1504.  Here, the foreign insolvency proceeding is the liquidation of the Fairfield funds in the BVI and the foreign representatives here are the liquidators in those proceedings.  In re Fairfield Sentry Ltd., 2020 WL 7345988, at *1.

[3]     The Bankruptcy Code also bars the Liquidators from asserting avoidance claims under U.S. bankruptcy law. 11 U.S.C. § 1521(a)(7).

U.S. law, state law, or foreign law, and that Plaintiffs could not unwind settled securities transactions by asserting common law claims based on state law, the Bankruptcy Court erroneously held that Plaintiffs could assert common law claims based on BVI law. In so doing, the Bankruptcy Court committed legal error which requires immediate correction.

## I.   EXCEPTIONAL CIRCUMSTANCES WARRANT GRANTING LEAVE TO APPEAL IN THIS CASE

The exceptional—and unique—circumstances of this case warrant the exercise of the Court's discretionary power to grant leave to appeal. 28 U.S.C. § 158(a); see also In re Kassover, 343 F.3d 91, 94 (2d Cir. 2003).

The narrow question before the Court is whether the Bankruptcy Court erred in refusing to dismiss constructive trust claims asserted under foreign law seeking to unwind settled securities transactions years after the fact, even though such claims would have been barred under Section 546(e) had they been asserted under U.S. federal or state law. As noted above—and as described in greater detail below—should this Court decline to review the Decision, the ripple effects on the securities and financial markets will be significant and extensive. The Safe Harbors were carefully designed to avoid putting the financial system of the United States under stress because one market participant fell insolvent by undoing—years after the fact—settled securities transactions and, in so doing, potentially causing the contagion of the financial system where the bankruptcy of one participant causes the

10

insolvency of others.  This is precisely what the Decision permits—so long as the claims seeking to unwind settled financial transactions are asserted under foreign non-bankruptcy law.  This is an outcome that poses significant risk to the stability of the financial markets and the securities industry.

However, should the Court reverse the ruling by properly applying the governing precedent in this Circuit to the case at hand, it would not only give effect to the Safe Harbors and reduce the risk of instability in the financial and securities markets, but also would dispose of all related pending actions before the Bankruptcy Court. And given the Bankruptcy Court's departure from Second Circuit authority and failure to apply the prevailing approach in this district, see infra Part II.C, this issue is particularly appropriate for review on appeal.

The correction of the Bankruptcy Court's Decision will also materially advance the litigations in which the constructive trust claims have been asserted.  In evaluating the BVI avoidance claims, the Bankruptcy Court has already determined correctly that the transactions fit within the strictures of the Safe Harbor.  In re Fairfield Sentry Ltd., 2020 WL 7345988, at *9.  Therefore, if the Court concludes that the Safe Harbors apply to foreign common law claims, no further analysis would be required to dismiss the BVI constructive trust claims.

Considerations of judicial efficiency further warrant granting leave to appeal here, as the Court is already considering the Plaintiffs' appeal of the Bankruptcy

Court's decision to dismiss their BVI-law avoidance claims as barred by the Safe Harbor. By any measure, the two related questions of the Safe Harbor's application to BVI law claims—whether they sound in bankruptcy law or common law—should be litigated and decided together, rather than in piecemeal litigation years apart. Accordingly, because the Defendants' proposed appeal "(1) involve[s] a controlling issue of law (2) over which there is substantial ground for difference of opinion" and (3) will "materially advance the ultimate termination of the litigation," an immediate appeal is warranted. In re Hawker Beechcraft, Inc., No. 12-11873(SMB), 2013 WL 6673607, at *4 (S.D.N.Y. Dec. 18, 2013) (internal quotation marks and citations omitted); see also Secs. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC, No. 17-cv-4952(GHW), 2017 WL 4838575, at *2 (S.D.N.Y. Oct. 24, 2017) (citing Picard v. Estate of Madoff, 464 B.R. 578, 582 (S.D.N.Y. 2011)).

Moreover, given the uncertainty that the Bankruptcy Court's ruling introduced into the financial market and the concomitant threat to the stability of both domestic and international markets, this question presents precisely those "'exceptional circumstances that overcome the general aversion to piecemeal litigation and justify departing from the basic policy of postponing appellate review until after the entry of a final judgment.'" Rothenberg v. Oak Rock Fin., LLC, No. 14-cv-3700, 2015 WL 10663413, at *15 (E.D.N.Y. Mar. 31, 2015) (quoting Picard, 464 B.R. at 582–83).

12

## II. THE BANKRUPTCY COURT'S DECISION IS CONTRARY TO SECOND CIRCUIT PRECEDENT AND UNDERMINES LONG-STANDING CONGRESSIONAL POLICY OF PROMOTING THE FINALITY OF SETTLED SECURITIES TRANSACTIONS

### A. The Second Circuit Has Interpreted the Safe Harbors Broadly to Promote Transactional Finality and Market Stability

Congress enacted the Safe Harbors to protect transfers made to settle securities transactions from being unwound years after they were made because one of the parties to the transaction became insolvent. The animating goal behind that congressional effort was to ensure the stability of the financial markets. Accordingly, when a transfer is made to settle a securities transaction, the Safe Harbors immunize the transfer from being subsequently challenged or unwound if insolvency proceedings begin. 11 U.S.C. § 546(e).

Recognizing the Safe Harbors' purpose, for the past ten years, the Second Circuit has repeatedly instructed that they must be interpreted broadly. In Enron Creditors Recovery Corp. v. Alfa, S.A.B. de C.V., 651 F.3d 329, 336 (2d Cir. 2011), the Second Circuit concluded that, because Section 546(e) was intended to "minimiz[e] the displacement caused in the commodities and securities markets in the event of a major bankruptcy affecting those industries," it would not adopt a narrow "reading of the statute [that] would result in commercial uncertainty and unpredictability at odds with the safe harbor's purpose." Id. at 334–36. Similarly, in In re Bernard L. Madoff Inv. Secs. LLC, 773 F.3d 411, 419–20 (2d Cir. 2014), the Second Circuit refused to unwind transfers allegedly made in connection with

13

Bernie Madoff's Ponzi scheme years after the transfers were made—the very thing the Plaintiffs seek to do here—because doing so "would likely cause the very 'displacement' that Congress hoped to minimize in enacting § 546(e)."

Most recently, the Second Circuit held that Section 546(e) bars state law clawback claims brought by creditors, notwithstanding that the plain language of Section 546(e) is phrased in terms of limiting the powers of the "trustee," not creditors. In re Trib. Co. Fraudulent Conv. Litig., 946 F.3d 66, 90–94 (2d Cir. 2019), cert. denied sub nom. Deutsche Bank Tr. Co. v. Robert R. McCormick Found., No. 20-8, 2021 WL 1521009 (Apr. 19, 2021). Rejecting the debtor's proposed "end-run" around the Safe Harbor by transferring their avoidance claims to creditors to be asserted under state law, the Second Circuit noted that, "[e]very congressional purpose reflected in Section 546(e), however narrow or broad, is in conflict with appellants' legal theory." Id. at 90. The Second Circuit's holding was informed by its determination that unwinding securities transactions years after the fact "would seriously undermine—a substantial understatement—markets in which certainty, speed, finality, and stability are necessary to attract capital." Id. The Second Circuit observed that such an outcome would be "the opposite of what [Section 546(e)] was intended to achieve." Id. at 92. The "broad language" of Section 546(e)," the Second Circuit reasoned, was incompatible with an interpretive approach that called

14

for "narrow literalness." Id. This interpretive approach ultimately accords with Congress' intent in enacting the Safe Harbors.

## B. The Legislative History of the Safe Harbors Supports a Broad Interpretation of Those Provisions

The Second Circuit's reading of the Safe Harbors is consistent with the broad reading that Congress intended. In re Trib. Co. Fraudulent Conv. Litig., 946 F.3d at 92. From its inception, a "basic objective" of the Safe Harbor has been to protect "market stability" and provide courts with clear guidance when it came to financial markets. S. Rep. 95-989, at 8 (1978), as reprinted in 1978 U.S.C.C.A.N. 5787, 5794.

Since then, Congress has repeatedly expanded the scope of the Safe Harbor to cover additional types of transactions in additional markets. First, in 1982, leading up to the adoption of the provision that became Section 546(e), Congress recognized that the "structure" and "sometimes volatile nature" of securities markets required the same protections as those already available in the commodities market. H.R. Rep. 97-420, at 1 (1982), as reprinted in 1982 U.S.C.C.A.N. 583, 583. That extension was "necessary," according to a House Report, in order "to prevent the insolvency of one commodity or security firm from spreading to other firms and possibl[y] threatening the collapse of the affected market." Id. Congress therefore amended the Safe Harbor to include securities transactions to "ensure" that a bankruptcy trustee could not "set aside" or unwind "settlement payments. . . except in cases of [actual] fraud." Id.; 96 Stat. 236 § 4 (codified at 11 U.S.C. § 546(d))

(amending the provision to include transactions "made by or to a commodity broker, forward contract merchant, stockbroker, or securities clearing agency.")).

Congress has since expanded the Safe Harbor three times—in 1984, 2005 and 2006. § 461(d), 98 Stat. 377 (codified at 11 U.S.C. § 546(e) (adding "financial institution" to the list of protected entities); § 907(b), 119 Stat. 181–82 (adding "financial participant" to the list of protected entities); § 5(b)(1), 120 Stat. 2697–98 (expanding the Safe Harbor to cover transfers "for the benefit of" protected entities and adding to the list of protected transactions). Each expansion of the Safe Harbor was intended to further reduce "systemic risk" in the markets by ensuring that, as relevant here, financial transfers used to settle securities transactions cannot be unwound in connection with insolvency proceedings. H.R. Rep. 109-648, at 5 (2006), as reprinted in 2006 U.S.C.C.A.N. 1585, 1590.

The legislative history of Section 561(d) reflects a similar imperative. Section 561(d) was part of a suite of bankruptcy reforms implemented in connection with Chapter 15 of the Bankruptcy Code. Chapter 15 was designed to facilitate the ability of foreign representatives of non-U.S. debtors to obtain relief in U.S. bankruptcy courts. Chapter 15 thus enabled the foreign representative of a foreign debtor to commence a proceeding under Chapter 15 that would be ancillary to and in aid of the non-U.S. insolvency proceeding.

Chapter 15, however, was never designed to give a foreign representative a "blank check." Rather, in enacting Chapter 15, Congress put a number of restrictions on a foreign liquidator's authority. Among these limits, Congress took steps to ensure that Chapter 15 would not be used to usher into the U.S. financial and securities markets the very same uncertainty and instability that Congress had sought to minimize through the adoption of the Safe Harbor. To accomplish this objective, Congress enacted Section 561(d), which expressly provides that the Section 546(e) Safe Harbor for settlement payments and securities contracts shall apply in a case under Chapter 15 and that the power of a foreign representative to unwind settled financial transactions shall be limited "to the same extent" as in a case under Chapter 7 or 11 of the Bankruptcy Code. 11 U.S.C. § 561(d); see also In re Fairfield Sentry Ltd., 596 B.R. 275, 311 (Bankr. S.D.N.Y. 2018). Through its adoption of Section 561(d), Congress eliminated any distinction for Safe Harbored claims brought under Chapter 11 and Safe Harbored claims brought under Chapter 15. In short, if the claim would be barred in connection with a Chapter 11 case, then it would likewise be barred in a case under Chapter 15.

The Bankruptcy Court acknowledged that, read together, Sections 546(e) and 561(d) "reflect Congressional intent to provide broad protection to avoid the spread of financial contagion" even when the debtor's primary insolvency proceeding is outside the U.S. In making this observation, the Bankruptcy Court stated: "[N]either

17

Case 1:21-cv-03530-VSB Document 9 Filed 05/10/21 Page 24 of 36

the statute nor the legislative history suggests that the safe harbors are limited to U.S. creditors or U.S. markets." In re Fairfield Sentry Ltd., 596 B.R. at 314.

### C. The Bankruptcy Court's Failure to Apply Second Circuit Precedent Increases Uncertainty and Decreases Finality and Liquidity

Although the Bankruptcy Court correctly observed that the Safe Harbors precluded the Liquidators from asserting equitable claims under state law, it erroneously held that those very same claims could proceed if grounded in foreign law, notwithstanding the express prescription in Section 561(d) that the Safe Harbors apply "to the same extent" in Chapter 15 as they would in Chapter 11. In re Fairfield Sentry Ltd., 2021 WL 771677, at *3-4 (Bankr. S.D.N.Y. Feb. 23, 2021). The Bankruptcy Court's Decision was in error and undermines the dual policies of transactional finality and market stability that the Safe Harbors were designed to promote.

The Second Circuit and courts in this district have consistently held that the Safe Harbors and their broad scope do not permit debtors (or their representatives) to unwind settled transactions by asserting common law claims any more than they could unwind these transactions by asserting avoidance claims. See, e.g., In re Trib., 946 F.3d at 90; In re Nine W. LBO Sec. Litig., 482 F. Supp. 3d 187, 207-08 (S.D.N.Y. 2020) (Rakoff, J.) (precluding unjust enrichment claims), appeal docketed, No. 20-03941 (2d Cir. Nov. 23, 2020); AP Servs. v. Silva, 483 B.R. 63, 71 (S.D.N.Y.

18

Case 1:21-cv-03530-VSB Document 9 Filed 05/10/21 Page 25 of 36

2012) (Kaplan, J.) (same); see also In re Hechinger Inv. Co., 274 B.R. 71, 96 (D. Del. 2002) (same); U.S. Bank Nat. Ass'n v. Verizon Commc'ns Inc., 892 F. Supp. 2d 805, 825 (N.D. Tex. 2012) (same), aff'd, 761 F.3d 409 (5th Cir. 2014); cf. Lehman Bros. Special Fin. v. Branch Banking & Tr. Co. (In re Lehman Bros. Holdings, Inc.), 970 F.3d 91 (2d Cir. 2020) (dismissing state law claims after applying Section 560's safe harbor to the bankruptcy claims).

The prevailing approach of these cases is to examine "the remedy sought, rather than the allegations pled," when "determin[ing] whether § 546(e) preempts" the claim. In re Nine W. LBO Sec. Litig., 482 F. Supp. 3d at 207 (citing Contemp. Indus. Corp. v. Frost, 564 F.3d 981, 988 (8th Cir. 2009)). In other words, if the state law claim seeks the same remedy that would be sought through an avoidance action, the courts universally bar the claim. See AP Servs., 483 B.R. at 71 (granting motion to dismiss unjust enrichment claim because claim sought to recover same payments that were held unavoidable under § 546(e)).

The Second Circuit was acutely mindful of this point in Tribune, where it held that creditors could not bring state law constructive fraudulent conveyance claims because those claims would result in the very same harm that Congress sought to prevent through the Safe Harbors. Critically, the Second Circuit determined that the broad language of Section 546(e) is "intended to protect the process or market from

<u>the entire genre of harms</u> of which the particular problem was only one symptom."
<u>In re Trib.</u>, 946 F.3d at 90–92 (emphasis added).

These established judicial authorities all require an inquiry that "promotes the
purpose of § 546(e), which is . . . to limit the circumstances under which securities
transactions could be unwound." <u>In re Nine W.</u>, 482 F. Supp. 3d at 208 (internal
quotation marks and citations omitted). The rationale underlying these decisions is
that a state law claim should not be permitted to proceed if it "would implicate the
same concerns regarding the unraveling of settled securities transactions . . . which
is precisely the result that section 546(e) precludes." <u>AP Servs.</u>, 483 B.R. at 71
(quoting <u>In re Hechinger Inv. Co.</u>, 274 B.R. at 96).

Rather than follow the established jurisprudence in the Second Circuit and
courts in this district, the Bankruptcy Court concluded that claims asserted under
foreign law warrant a different approach. That conclusion was in error.

In reaching its Decision, the Bankruptcy Court ignored the plain language of
Section 561(d), which mandates that the Safe Harbor shall apply in Chapter 15 cases
"to the same extent" as in Chapter 11 cases, and declined to apply the Safe Harbor
to the constructive trust claim asserted here. The Bankruptcy Court erred because
the BVI constructive trust claim would have failed had it been asserted in a
Chapter 11 case. <u>See</u> <u>In re Trib.</u>, 946 F.3d at 90; <u>In re Nine W.</u>, 482 F. Supp. 3d at

207-08; <u>AP Servs.</u>, 483 B.R. at 71.  And the claim should likewise fail here because the claim can only survive in Chapter 15 "to the same extent" as in Chapter 11.[4]

The Bankruptcy Court even went so far as to reject the remedy-focused approach favored by the Second Circuit, noting that while "the two sets of claims may ultimately <u>lead to the same result</u>" they "proceed on different theories and different proof."  <u>In re Fairfield Sentry Ltd.</u>, 2021 WL 771677, at *3 (emphasis added).  As such, contrary to the plain language in Section 561(d) and the Second Circuit's instruction in <u>Tribune</u>, the Bankruptcy Court's ruling serves as an invitation for plaintiffs to advance their avoidance claims under the guise of equitable common law claims in order to sidestep the limitation of Section 546(e).  This is precisely the "end-run" around the Safe Harbors that the Second Circuit has repeatedly sought to prevent.  <u>See e.g.</u>, <u>In re Trib.</u>, 946 F.3d 66 at 91; <u>Lehman</u>, 970 F.3d 91; <u>see also</u> In <u>re Nine W.</u>, 482 F. Supp. 3d at 207-8; <u>AP Servs.</u>, 483 B.R. at 71.

As described above, permitting foreign liquidators to assert avoidance claims dressed up as claims under foreign law has substantial negative consequences.

---

[4]     The court below based its decision on an erroneous application of the Supremacy Clause's preemption doctrines, reasoning that these doctrines do not apply to foreign law claims and thus Congress must speak clearly to displace foreign law claims.  <u>In re Fairfield Sentry Ltd.</u>, No. 10-13164 (SMB), 2021 WL 771677, at *2 (Bankr. S.D.N.Y. Feb. 23, 2021).  But the Bankruptcy Court overlooked Section 561(d)'s "to the same extent" phrase.  Congress could not have been clearer:  the text of this provision was meant to displace foreign common law claims in Chapter 15 as it intended to displace state law claims in Chapter 11.  Moreover, other provisions of Chapter 15—Sections 1506 and 1522—dictate a different result from that reached by the Bankruptcy Court.

Simply put, there is no doubt that in permitting foreign liquidators to challenge the finality of settled securities transactions years after those transactions were consummated, the Decision undermines the finality of transactions that the Safe Harbors were designed to protect. First, from the perspective of financial market participants, it matters not whether the claims seeking to undo a securities transaction after the fact are based in bankruptcy law, common law of a U.S. state, or non-U.S. common law because the effect is the same: reduced certainty about the finality of financial transactions, resulting in market dislocation and instability.

Second, the incompatibility of the Decision with established precedent and congressional intent invites opportunistic foreign litigants to commence a tsunami of litigation in U.S. courts, seeking to challenge (in derogation of the Safe Harbors) financial transactions settled long ago. Aware that the Decision enables litigants to dress up avoidance claims in the garb of a common law claim based on foreign law in order to circumvent the Safe Harbors, offshore liquidators and other parties will obviously do just that, thereby undermining the policies of finality and stability that the Safe Harbors are designed to protect.

Finally, the Decision will destabilize the financial and securities markets by creating uncertainty regarding the consequences of transacting with offshore counterparties.

D.      **The Bankruptcy Court's Ruling Runs Contrary to Other Material**
        **Provisions of the Bankruptcy Code**

In addition to the Bankruptcy Court's failure to properly interpret the Safe

Harbors, Sections 1506 and 1522 of the Bankruptcy Code provide additional, and

independent bases for granting leave to appeal and concluding that the Bankruptcy

Court erred.[5]  First, Chapter 15 permits courts to refuse to take an action under the

Bankruptcy Code "if the action would be manifestly contrary to the public policy of

the United States."  11 U.S.C. § 1506.  Although the "statutory wording requires a

narrow reading," In re Fairfield Sentry Ltd., 714 F.3d 127, 139 (2d Cir. 2013)

(holding that confidentiality of BVI proceedings was not manifestly contrary to U.S.

policy), "it should be invoked when fundamental policies of the United States are at

risk."  In re Gold & Honey, Ltd., 410 B.R. 357, 372 (Bankr. E.D.N.Y. 2009) (citing

In re Iida, 377 B.R. 243 (9th Cir. BAP 2007); In re Atlas Shipping A/S, 404 B.R.

726 (Bankr. S.D.N.Y. 2009); In re Ernst & Young, Inc., 383 B.R. 773, 781 (Bankr.

D.Colo. 2008)).

---

[5]      The Bankruptcy Code also confers bankruptcy courts with the power to "issue any order,
process, or judgment that is necessary or appropriate to carry out" its provisions.  11 U.S.C.
§ 105(a).  Section 105(a) empowers courts with the "authority to fill the gaps left by the
statutory language and to exercise equity in carrying out the provisions of the Bankruptcy
Code." In re Miszko, No. 18-36702 (CGM), 2021 WL 1575423, at *3 (Bankr. S.D.N.Y.
Apr. 22, 2021) (quoting In re Greenwich Sentry, L.P., 534 F. App'x 77, 80 (2d Cir. 2013));
see also In re Smart World Techs., LLC, 423 F.3d 166, 183 (2d Cir. 2005) ("Section 105
grants the bankruptcy court equitable powers to implement the provisions of the
Bankruptcy Code.").  To the extent the Bankruptcy Court identified a gap in Section 546(e)
for foreign law claims, it has the authority to fill that gap by exercising its equitable powers
under Section 105(a).

The Bankruptcy Code's Safe Harbors reflect the U.S.'s hallowed policy—as expressed by Congress repeatedly over the course of nearly half a century—that the return of funds by market participants to a debtor (whether foreign or domestic) should not trump the stability of the financial and securities markets. Enron, 651 F.3d at 334. Allowing the Liquidators to proceed with common law claims based on foreign law when the Safe Harbors would bar the same claims if they were asserted as federal, state or foreign avoidance claims, or as federal or state common law claims, derogates this clearly expressed goal and runs "manifestly contrary" to U.S. public policy."

In addition, Section 1522 of the Bankruptcy Code also preclude Plaintiffs' assertion of claims unless the interests of creditors and other interested entities "are sufficiently protected." 11 U.S.C. §§ 1522 and 1521(a)(5). Under Section 1522, courts must "ensure the protection of both the creditors and the debtor" by "balancing the respective interests based on the relative harms and benefits in light of the circumstances presented." Jaffé v. Samsung Elecs. Co., 737 F.3d 14, 27–28 (4th Cir. 2013); accord In re Vitro S.A.B. de CV, 701 F.3d 1031, 1060 (5th Cir. 2012).

The Fourth Circuit's decision in Samsung is particularly instructive here. In Samsung, the foreign representative of a German debtor sought to deploy Chapter 15 to reject certain intellectual property licenses held by, among others, U.S. technology

companies.  The affected technology companies pointed to Section 365(n) of the Bankruptcy Code, which permits entities licensing a debtor's technology to retain the license, even when doing so "result[s] in less value" for the debtor.  <u>Samsung</u>, 737 F.3d at 30.  The Fourth Circuit affirmed the Bankruptcy Court's denial of the German debtor's application, stating that while Chapter 15 "represents a full commitment of the United States to cooperate with foreign insolvency proceedings," that "commitment is not untempered."  <u>Id.</u> at 31-32.  The Court noted that Section 365(n) protects important policy considerations—the ability of technology companies to develop and innovate without the risk of litigation—and that those considerations could not be overcome merely because German law permitted the German debtor to reject such licenses.  Instead, the Fourth Circuit explained that "Chapter 15 does not require" a U.S. court "to blind itself to the costs that awarding" relief under foreign law "would impose on others under the rule provided by the substantive law of the State [*i.e.* Germany] where the foreign insolvency proceeding is pending."  <u>Id.</u> at 29.  Thus, the Fourth Circuit acknowledged the risk of harm to the U.S. technology industry posed by destabilization of the intellectual property licensing regime that would occur if Section 365(n) was not extended to Chapter 15 and denied the relief sought by the German debtor.  <u>See</u> <u>id.</u> at 32.

So too here.  Failure to extend the protections of the Safe Harbor to the Plaintiffs' BVI law claims undermines considerations of transactional finality and

25

market stability that are key to the United States' securities industry—the very policy outcome that Congress sought to avoid when it enacted the Safe Harbors.

The Bankruptcy Court's ruling fails to meet the requirements of Section 1522 by failing to protect the Defendants or even to consider whether the Defendants, as potential creditors of the Plaintiffs, are properly protected. If the Decision ultimately results in the unwinding of the redemption payments to Defendants, then Defendants will become creditors of Fairfield Sentry, which would leave Defendants with no recourse except a claim in the BVI liquidation proceedings, substantially impairing their potential recovery. Furthermore, the Decision leaves Defendants exposed to the precise risks that Congress intended the Safe Harbors to prevent, and upon which Defendants relied in transacting with the debtor. This result should be avoided.

*[remainder of page intentionally left blank]*

Case 1:21-cv-03530-VSB Document 9 Filed 05/10/21 Page 33 of 36

**CONCLUSION**

For the foregoing reasons, Amici urge the Court to grant Defendants leave to appeal in order to review and reverse the Bankruptcy Court's ruling.

Dated: May 10, 2021

Respectfully submitted,

| | |
|---|---|
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION |
| By: /s/ Madlyn Gleich Primoff | Kevin Carroll<br>1099 New York Avenue, NW<br>Washington, DC 20001<br>(202) 962-7382 |
| Madlyn Gleich Primoff<br>David Y. Livshiz<br>Dana Roizen<br>Henry V. Hutten | STRUCTURED FINANCE ASSOCIATION |
| 601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>(212) 277-4000<br>madlyn.primoff@freshfields.com<br>david.livshiz@freshfields.com<br>dana.roizen@freshfields.com<br>henry.hutten@freshfields.com | Kristi Leo<br>1776 I Street NW Suite 501<br>Washington, DC 20006<br>(917) 415-8999 |
| *Counsel for SIFMA and SFA* | |

27

## CERTIFICATE OF COMPLIANCE

I hereby certify that the enclosed brief complies with the length requirement of Fed. R. Bankr. P. 8017(a)(5) because the brief contains 5,944 words, which is less than one-half of the type-volume limitation for a party's principal brief (which is 13,000 words pursuant to Rule 8015(a)(7)(B)). The enclosed brief also complies with the typeface requirements of Fed. R. Bankr. P. 8015(a)(5) and the type style requirements of Fed. R. Bankr. P. 8015(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font, except for footnotes and electronic signatures.

Date: May 10, 2021

Respectfully submitted,

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

/s/ David Y. Livshiz

David Y. Livshiz
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
david.livshiz@freshfields.com

28

**APPENDIX A**
**Appeals**

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Appeal Docket No.[1] |
|---|---|---|---|
| 1. | Adv. Pro. 10-3622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 21-3530 |
| 2. | Adv. Pro. 10-3626 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas* | 21-3538 |
| 3. | Adv. Pro. 10-3627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | 21-3544 |
| 4. | Adv. Pro. 10-3630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | 21-3550 |
| 5. | Adv. Pro. 10-3633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | 21-3563 |
| 6. | Adv. Pro. 10-3634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | |
| 7. | Adv. Pro. 10-3635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | |
| 8. | Adv. Pro. 10-3636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | |
| 9. | Adv. Pro. 10-3780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | 21-3576 |
| 10. | Adv. Pro. 10-4098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 21-3637 |
| 11. | Adv. Pro. 10-4099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | 21-3653 |

---

[1] As of the time of filing of this motion, dockets for certain interlocutory appeals have not yet been opened and therefore are listed as blank in this table. Amici will re-file this brief on those dockets once available.

A-1

| | Case No. (S.D.N.Y. Bankr.) | Case Name | Appeal Docket No.[1] |
|---|---|---|---|
| 12. | Adv. Pro. 11-1250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | 21-3676 |
| 13. | Adv. Pro. 11-1463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | 21-3741 |
| 14. | Adv. Pro. 11-1579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al* | 21-3751 |
| 15. | Adv. Pro. 11-1617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | |
| 16. | Adv. Pro. 11-2770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | |
| 17. | Adv. Pro. 12-1551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | 21-3502 |
| 18. | Adv. Pro. 19-1122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al. (In re Fairfield Sentry Ltd.)* | 21-3302 |

# Exhibit 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN          :
LIQUIDATION), acting by and through the   :
Foreign Representatives thereof, and     :
KENNETH KRYS, solely in his capacity as  :
Foreign Representatives and Liquidator    :          19-CV-3911 (VSB)
thereof,                                 :      (Administratively Consolidated)
                                         :
              Plaintiffs/Appellants,     :          **OPINION & ORDER**
                                         :
            - against -                  :
                                         :
                                         :
CITIBANK, N.A. LONDON,                   :
                                         :
              Defendants/Appellees.      :
--------------------------------------------------------X

Appearances:

David Lawrence Elsberg
Roald John Krock, II
Caitlin Joan Halligan
Andrew Riggs Dunlap
Yelena Konanova
Selendy & Gay, PLLC
New York, New York

David J. Molton
Marek Patrick Krzyzowski
Brown Rudnick LLP
New York, New York

*Counsel for Plaintiffs-Appellants*

Diarra Mari Guthrie
Jeffrey A. Rosenthal
Abifail Krista Gotter-Nugent
Nowell D. Bamberger
Thomas J. Moloney
Thomas Q. Lynch
Joseph Michael Kay
Vishakha Joshi
Carmine D. Boccuzzi, Jr.

Cleary Gottlieb Steen & Hamilton LLP
New York, New York

Bruce Stephen Kaplan
Jeffrey Carl Fourmaux
Friedman Kaplan Seiler & Adelman LLP
New York, New York

Andrew M. Harris
Hogan Lovells US LLP
New York, New York

Marc Joel Gottridge
Herbert Smith Freehills New York LLP
New York, New York

*Counsel for Defendants-Appellees*

Alan Kolod
Jessica Renee Kenney Bonteque
Mark Nelson Parry
Moses & Singer LLP
New York, New York

*Counsel for Appellees Deutsche Bank (Cayman) Limited, Deutsche Bank (Suisse) SA, and Deutsche Bank Trust Company Americas*

VERNON S. BRODERICK, United States District Judge:

This case involves more than two rounds of appeals from a series of orders issued by

United States Bankruptcy Judge Stuart M. Bernstein of the Bankruptcy Court of the Southern

District of New York (the "Bankruptcy Court") in roughly 400 administratively consolidated

cases arising from the infamous Ponzi scheme orchestrated by Bernard L. Madoff. On August

24, 2022, I filed an Opinion & Order affirming the Bankruptcy Court's decision, followed by an

Amended Opinion & Order on September 22, 2022. (Doc. 593.) On September 26, 2022,

Plaintiffs-Appellants ("Appellants" or "Liquidators") began noticing appeals as of right. (Doc.

601.) On September 30, 2022, Defendants-Appellants ("Defendants") moved to certify a

question for interlocutory review by the Second Circuit pursuant to 28 U.S.C. § 1292(b). (Doc.

603.)  Because I find that Defendants satisfy the requirements of 28 U.S.C. § 1292(b),

Defendants' motion is GRANTED.  Furthermore, because there are eleven related cases that

were not consolidated with the lead case due to administrative error, judgment shall be entered in

those cases in accordance with my Amended Opinion & Order.  (Doc. 600.)

## I.      Background and Procedural History

This action's factual background and procedural history are laid out in detail in my

Amended Opinion & Order, familiarity with which is presumed.  *In Re: Fairfield Sentry Limited*

("*Fairfield V"*), No. 19-CV-3911 (VSB), 2022 WL 4391023, at *1 (S.D.N.Y. Sept. 22, 2022).

Liquidators have asserted common law claims and statutory avoidance claims.  *Id.* at *6.  On

August 24, 2022, I issued an Opinion & Order affirming the Bankruptcy Court's decision and

holding, among other things, that Liquidators' avoidance claims were barred by the safe harbor

provision under the Bankruptcy Code.  (Doc. 593.)  I directed the Clerk of Court to terminate the

open motions and close all administratively consolidated cases in this action.  (*Id.*)  On August

29, 2022, the Clerk of Court entered judgment.  (Doc. 594.)  On September 22, 2022, I issued the

Amended Opinion & Order.  *Fairfield V.*[1]

On September 26, 2022, Liquidators filed an appeal as of right.  (Doc. 601.)  On

September 30, 2022, Defendants filed a motion for certification of the following issue to the

Second Circuit under 28 U.S.C. § 1292(b):

> Whether Sections 546(e) and 561(d) of the Bankruptcy Code preclude the
> plaintiffs from pursuing foreign common law claims in a Chapter 15 proceeding
> where the elements of those claims duplicate claims that are barred by Section
> 546(e).

(Docs. 603–604.)  Defendants had argued that Liquidators' foreign common law claims were

---

[1] The Amended Opinion & Order did not affect the conclusion in my initial Opinion & Order, (Doc. 593), nor did it affect the Clerk's Judgment entered on August 29, 2022, (Doc. 594).

also barred by the safe harbor provision under the Bankruptcy Code, since those claims were "duplicative" of the statutory avoidance claims, which were barred by the safe harbor provision. *See Fairfield V*, 2022 WL 4391023, at *19. I rejected that argument. *Id*. Because this ruling did not result in a final decision as to Liquidators' foreign common law claims, Defendants request that I certify an interlocutory appeal of the ruling pursuant to 28 U.S.C. § 1292(b). (*See generally* Doc. 604.) On October 28, 2022, Liquidators filed a memorandum in opposition. (Doc. 636.) On November 18, 2022, Defendants filed a reply. (Doc. 637.)

Separately, on September 29, 2022, it came to my attention that five related cases were not consolidated with the lead case and still had pending motions for leave to appeal. *See In Re: Fairfield Sentry Limited*, 21-CV-4307 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4329 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4444 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4490 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4498 (VSB) (together, the "Related Cases with Motions"). Further, on September 30, 2022, it also came to my attention that six other related cases were not consolidated with the lead case but had no pending motions. *See In Re: Fairfield Sentry Limited*, 21-CV-4381 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4453 (VSB*); In Re: Fairfield Sentry Limited*, 21-CV-4486 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4487 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4496 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4400 (VSB) (together, the "Related Cases without Motions," and altogether, the "Related Cases"). I asked the parties to inform me "if there is any reason judgment should not be entered in the [Related Cases] in accordance with my Opinion & Order in the lead case." (Docs. 602, 605.)

Defendants agreed that I should enter judgment in the Related Cases in accordance with my Amended Opinion & Order. (Docs. 608–611.) Defendants confirmed that the Related Cases

do not raise any issues that had not already been addressed by my Amended Opinion & Order. (*See id.*)  Defendants explained that the Related Cases fell under the relevant consolidation orders, but were erroneously not administratively consolidated, likely as a result of not having been assigned docket numbers at the time of consolidation.  (*See id.*)

Liquidators, in contrast, argued that in seven of the Related Cases, I "never granted Defendants leave to appeal the interlocutory orders," and therefore I "should enter a judgment dismissing the appeals in those seven cases."  (Doc. 612, at 2.)  In a footnote to their letter, Liquidators identified thirteen other cases in which they argue that "the Clerk erroneously entered the judgment from the consolidated case" and that I should therefore "amend these thirteen judgments to dismiss the appeals rather than affirm the decision below."  (Doc. 612, at 2 n.6.)  I directed Defendants to file any opposition to Liquidators' letter by October 14, 2022, (Doc. 615), and Defendants did so, (Doc. 616).

## II.  Discussion

### A.  *Interlocutory Review*

#### 1.  Legal Standard

Under 28 U.S.C. § 1292(b), a district court may certify an interlocutory appeal of an order if (1) "such order involves a controlling question of law" (2) "as to which there is substantial ground for difference of opinion" and (3) "that an immediate appeal from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. § 1292(b). Although courts should "exercise great care in making a § 1292(b) certification," *Westwood Pharm., Inc. v. Nat'l Fuel Gas Distrib. Corp.*, 964 F.2d 85, 89 (2d Cir. 1992), "the district court should not hesitate to certify an interlocutory appeal" if a ruling satisfies the § 1202(b) criteria and "involves a new legal question or is of special consequence."  *Balintulo v. Daimler AG*, 727

F.3d 174, 186 (2d Cir. 2013) (internal quotation marks omitted).

### 2. Application

Defendants meet each of the criteria for certification. As a preliminary matter, contrary to Liquidators' arguments, (*see* Doc. 636, at 1–2, 10–12), Defendants' motion is procedurally proper. Defendants are correct that my Amended Opinion & Order "in fact did substantively address, and reject, the only argument that Defendants made in the Interlocutory Appeals." (Doc. 616.)

As to the first prong of § 1292(b), Defendants have raised "a controlling question of law." 28 U.S.C. § 1292(b). "[T]he question of law must refer to a pure question of law that the reviewing court could decide quickly and cleanly without having to study the record." *Capitol Recs., LLC v. Vimeo*, LLC, 972 F. Supp. 2d 537, 551 (S.D.N.Y. 2013) (internal quotation marks omitted). "The question must also be controlling, meaning that reversal of the district court's order would terminate the action, or at a minimum that determination of the issue on appeal would materially affect the litigation's outcome." *Id.* (internal quotation marks omitted). Here, the question of whether the safe harbor provision of the Bankruptcy Code precludes the plaintiffs from pursuing foreign common law claims is a purely legal one, and reversal of my ruling would materially affect the litigation's outcome. (*See* Doc. 604, at 19.)

Second, I find "substantial ground for difference of opinion." 28 U.S.C. § 1292(b). A movant may demonstrate a "substantial ground for difference of opinion," by showing that "(1) there is conflicting authority on the issue, or (2) the issue is particularly difficult and of first impression for the Second Circuit." *Pen Am. Ctr., Inc. v. Trump*, No. 18 CIV. 9433 (LGS), 2020 WL 5836419, at *2 (S.D.N.Y. Oct. 1, 2020) (internal quotation marks omitted). Liquidators do not appear to dispute that this question is one of first impression. (*See* Doc. 637, at 4–9.)

Although my decision in *Fairfield V* is unchanged, I agree that the interaction between the Supremacy Clause and international comity principles raises sufficiently difficult questions that merit appellate review.

Third, I find that certification will "materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). "Although interlocutory appeals are normally disfavored because they create piecemeal litigation . . . that dilemma is not present in this case" because Liquidators have already appealed my decision as to their avoidance claims. *Figueiredo Ferraz Consultoria E Engenharia De Projeto Ltda. v. Republic of Peru*, No. 08 CIV. 492 (WHP), 2009 WL 5177977, at *2 (S.D.N.Y. Dec. 15, 2009) (internal citation omitted). In fact, certification in this case promotes "judicial economy" because Defendants' motion raises a question that is "inextricably bound" with the issues in the already-pending appeal before the Second Circuit. *See Rosenberg v. Educ. Credit Mgmt. Corp.*, 2020 WL 1048599, at *2 (S.D.N.Y. Mar. 4, 2020) *(quoting Barhold v. Rodriguez*, 863 F.2d 233, 237 (2d Cir. 1988)). Moreover, certification is "particularly appropriate in complex litigation involving multiple coordinated actions," such as this, in which "interlocutory review may be the best way to materially advance the ultimate termination of the litigation by avoiding protracted litigation and multiple appeals of the same or similar issues." *Fed. Hous. Fin. Agency v. UBS Americas, Inc.*, 858 F. Supp. 2d 306, 338–39 (S.D.N.Y. 2012), *aff'd*, 712 F.3d 136 (2d Cir. 2013) (internal quotation marks omitted).

Therefore, Defendants' motion for certification of my ruling to the Second Circuit under 28 U.S.C. § 1292(b) is GRANTED.

### B. *Amending Judgments*

Liquidators "request that the Court amend . . . thirteen judgments." (Doc. 612, at 2 n.6.) Defendants argue that Liquidators' request is "untimely and procedurally improper" pursuant to

Federal Rule of Civil Procedure 59(e). (Doc. 616, at 1.) I agree. Under Rule 59, "[a] motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e). Although Liquidators argue that I "may correct an 'inadvertent error' in a judgment" under Federal Rule of Civil Procedure 60(a), (Doc. 636, at 12 n.6), Liquidators are not asking me to fix a "clerical mistake," but are asking me to amend judgments "to dismiss the appeals rather than affirm the decision below," (Doc. 612, at 2 n.6). No clerical mistake was made, as I intended to affirm the decisions below. In addition, Liquidators only raise these arguments in footnotes and thus have not adequately preserved them for review. *See United States v. Restrepo*, 986 F.2d 1462, 1463 (2d Cir. 1993) ("We do not consider an argument mentioned only in a footnote to be adequately raised or preserved for appellate review.").

Accordingly, I will not amend any judgments in this case, and judgment shall be entered in the Related Cases in accordance with my Amended Opinion & Order.

## III.  <u>Conclusion</u>

Defendants' motion for certification of my ruling to the Second Circuit under 28 U.S.C. § 1292(b) is GRANTED. The Clerk of Court is respectfully directed to enter judgment in *In Re: Fairfield Sentry Limited*, 21-CV-4307 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4329 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4444 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4490 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4498 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4381 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4453 (VSB*); In Re: Fairfield Sentry Limited*, 21-CV-4486 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4487 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4496 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4400 (VSB) in accordance with my Amended Opinion & Order in the lead case, (Doc. 600).

SO ORDERED.

Dated: March 27, 2023
         New York, New York

Vernon S. Broderick
United States District Judge

# Exhibit 7

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of November, two thousand twenty-two.

BEFORE:     Jon O. Newman,
                *Circuit Judge.*

_____

In Re: Fairfield Sentry Limited,
          Debtor.
**************************************

Fairfield Sentry Limited, (In Liquidation) acting by and through the Foreign Representative thereof,

        Debtor - Appellant,

Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof,

        Appellant,

Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof,

        Consolidated - Appellant,

v.

Citibank NA London,

        Appellee.

_____

**ORDER**

Docket No.  22-2101 (Lead)

Upon consideration of the joint motion by Appellants and Appellees for consolidation and case management relief, pursuant to FRAP 2 and FRAP 3(b)(2), the court finds that good cause exists to grant the requested relief.

It is hereby ORDERED:

1.       Pursuant to Rules 2 and 3(b)(2) of the Federal Rules of Appellate Procedure, the 422 appeals related to the District Court Docket Number 19-cv-3911 ("the Administratively Consolidated appeals") appealed to the District Court from the Bankruptcy Court beginning May 19, 2019 are consolidated ("the Consolidated Appeals").

2.       Appeal 22-2101, Fairfield Sentry Limited v. Citibank N.A. London shall be the lead appeal.  A complete list of the Consolidated Appeals filed by the parties with the instant motion is included as Exhibit A**.**

3.       There remain four Administratively Consolidated Appeals whose judgements have not yet been entered in the District Court:  21-cv-4400, 21-cv-4486, 21-cv-4487, and 21-cv-4496.  If those judgments are appealed to the Court of Appeals, those cases shall be consolidated with the lead appeal and this order shall apply to those cases without further motion.

4.       The short title for the Consolidated appeals shall be "In Re: Fairfield Sentry Limited".  The parties may use the short title in lieu of a full caption for any and all filings.

5.       Parties shall make filings on the docket of the lead appeal, 22-2101, which shall be deemed filed in all appeals listed in Exhibit A and those referenced in Paragraph 3.

6.       Motions that seek relief in an individual appeal shall be filed in the individual appeal and the lead appeal.

7.       Counsel representing Appellants are listed in Exhibit B to this order.  Counsel representing Appellees are listed in Exhibit C to this order.

8.       All counsel shall file the required appearance forms in each appeal consistent with the requirements of Local Rules 12.3 and 46.1.

9. For ease of filing and communication between and among Appellees, an Appellee Liaison Committee ("ALC") is formed consisting of counsel from Cleary Gottlieb, Steen & Hamilton LLP, Friedman Kaplan Seiler & Adelman LLP, and Herbert Smith Freehills New York LLP.

10. The ALC shall facilitate communication between counsel for Appellees and counsel for Appellants and the Court. The ALC shall also coordinate the filing of papers to avoid duplication in filings to the extent possible.

11. No member of the ALC shall be deemed to represent any Appellees other than that member's own client(s).

12. All drafts of briefs and any motions in the appeals and communications related thereto exchanged (a) between and among any of the appellants and/or their respective attorneys as a group or (b) between and among any of the appellees and/or their respective attorneys as a group shall be deemed privileged communications and/or work product, subject to a common-interest privilege.

13. Within 2 days of the entry of this order, the appellants may file an amended Form C in 22-2101 that shall apply to the Consolidated Appeals. If an Amended Form C is not filed, the Form C filed on October 10, 2022 in 22-2101 at docket entry 6 shall be operative for all the Consolidated Appeals.

14. Within 2 days of the entry of this order, the appellants may file an amended Form D in 22-2101 that shall apply to the Consolidated Appeals. If an Amended Form D is not filed, the Form D filed on October 10, 2022 in 22-2101 at docket entry 7 shall be operative for all the Consolidated Appeals.

15.     The Parties shall file consolidated briefs pursuant to the conditions in Paragraphs 16 and 17.  Neither the appellants' consolidated principal brief nor the appellees' consolidated opposition brief shall exceed 21,000 words.

16.     The parties who filed supplemental opposition briefs in the District Court, Deutsche Bank (Cayman) Limited, Deutsche Bank (Suisse) SA, and Deutsche Bank Trust Company Americas, may file supplemental opposition briefs pursuant to the schedule in Paragraph 17.  The issues raised in the supplemental briefs shall be limited to the issues raised in supplemental briefs before the District Court.

17.     The appellants' reply brief shall not exceed 15,500 words and shall address issues raised in both the appellees' consolidated opposition brief and any supplemental opposition briefs filed pursuant to Paragraph 16.

18.     The briefing schedule for the Consolidated Appeals shall be as follows:

a)     Appellant's consolidated principal brief is due on or before January 27, 2023.

b)     Appellees' consolidated opposition brief is due on or before May 5, 2023.

c)     Appellant's consolidated reply brief is due on or before June 9, 2023.

19.     No party's substantive rights shall be prejudiced by this Order.

20.     The Clerk is directed to amend the docket to conform with this Order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



4

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees[1] | Short Title |
|---|---|---|---|---|---|
| 1 | 22-2101 | 19-cv-03911 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citibank NA London | In Re: Fairfield Sentry Limited (In Liquidation) |
| 2 | 22-2104 | 19-cv-04078 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Dominion Securities | In Re: Fairfield Sentry Limited (In Liquidation) |
| 3 | 22-2107 | 19-cv-04882 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Merrill Lynch Bank (Suisse) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 4 | 22-2108 | 19-cv-04571 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deltec Bank & Trust Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 5 | 22-2109 | 19-cv-04573 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kas Bank, KAS Depositary Trust Co. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 6 | 22-2111 | 19-cv-04886 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fondo Hunter | In Re: Fairfield Sentry Limited (In Liquidation) |
| 7 | 22-2112 | 19-cv-04081 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS ABN AMRO Global Custody | In Re: Fairfield Sentry Limited (In Liquidation) |
| 8 | 22-2113 | 19-cv-04395 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank SA/NV n/k/a BNP Paribas Fortis | In Re: Fairfield Sentry Limited (In Liquidation) |
| 9 | 22-2114 | 19-cv-04585 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Simgest SpA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 10 | 22-2115 | 19-cv-04084 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | American Express Bank n/k/a Standard Chartered International (USA) Ltd.; Banque Privee Edmond de Rothschild (Europe) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 11 | 22-2116 | 19-cv-04089 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Meritz Fire & Marine Insurance Company Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 12 | 22-2117 | 19-cv-04930 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Clarks Fork Foundation | In Re: Fairfield Sentry Limited (In Liquidation) |
| 13 | 22-2119 | 19-cv-04090 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Vontobel Asset Management Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 14 | 22-2120 | 19-cv-04605 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Andorra Banc Agricol Reig SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 15 | 22-2121 | 19-cv-04624 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank Nederland NV; Sempervirens Capital Management Limited Class E-F Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 16 | 22-2122 | 19-cv-04396 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citigroup Global Markets Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 17 | 22-2123 | 19-cv-04608 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse Nominees (Guernsey) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 18 | 22-2125 | 19-cv-04102 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Syz & Co. SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 19 | 22-2126 | 19-cv-04743 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Carige SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 20 | 22-2127 | 19-cv-04941 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Delta S.P.A | In Re: Fairfield Sentry Limited (In Liquidation) |
| 21 | 22-2128 | 19-cv-04627 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Tayleigh Trust Company Limited; The Reserve Trust (Tayleigh or Samantha Sackler 1996) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22 | 22-2129 | 19-cv-04657 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Caliber Investments Ltd.; Melrose Investments Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 23 | 22-2130 | 19-cv-04660 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Grand Cathay Securities (Hong Kong) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 24 | 22-2131 | 19-cv-04668 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Natixis f/k/a IXIS Corporate and Investment Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 25 | 22-2132 | 19-cv-04099 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Santander (Suisse) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 26 | 22-2133 | 19-cv-04100 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Hapoalim (Suisse) Ltd. a/k/a Banque Hapoalim (Suisse) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |

Case 22-2101, Document 30, 11/23/2022, 3426091, Page7 of 287

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 27 | 22-2134 | 19-cv-04438 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Royal Bank of Canada Singapore Branch | In Re: Fairfield Sentry Limited (In Liquidation) |
| 28 | 22-2135 | 19-cv-04545 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Dominion Securities, Inc.; Royal Bank of Canada a/k/a RBC Capital Markets Corporation | In Re: Fairfield Sentry Limited (In Liquidation) |
| 29 | 22-2136 | 19-cv-04101 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS Mizrahi Tefahot Bank Ltd. a/k/a FS United Mizrahi Bank Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 30 | 22-2137 | 19-cv-04414 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Royal Bank of Canada (Suisse) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 31 | 22-2138 | 19-cv-04744 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Itau Europa International | In Re: Fairfield Sentry Limited (In Liquidation) |
| 32 | 22-2139 | 19-cv-04439 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dexia Private Bank (Switzerland) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 33 | 22-2140 | 19-cv-04426 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Six Sis AG a/k/a Sis SegaInterSettle AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 34 | 22-2141 | 19-cv-04547 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bessemer Trust Company; Naidot & Co. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 35 | 22-2142 | 19-cv-04425 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Industriel et Commercial Singapore Branch | In Re: Fairfield Sentry Limited (In Liquidation) |
| 36 | 22-2143 | 19-cv-04549 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | GE Brunei Life Ins Fd Slum Balanced; GE Brunei Life Ins FD – Lion Capital Balanced (33000b); GE Life; GE Life – Shareholders FD – Lion Capital FI (33007); GE Life S Pore Li In Fd Par Slum FL; GE Life S Pore Li Inv Fd Par Slum (Fl); GE Life Shareholders Fd Slum FL; GE Trust Pte Ltd – Lion Capital FI (33002); Life Ins Fund-Par (Fl)-Lion Capital-SCND; Lion Global Investors f/k/a Lion Fairfield Capital Management; SCND Life Ins Fund Par FI Slum; Shareholders Fund - SCMS | In Re: Fairfield Sentry Limited (In Liquidation) |
| 37 | 22-2144 | 19-cv-04933 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 38 | 22-2145 | 19-cv-04683 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank Nominees (Jersey) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|
| 22-2146 | 19-cv-04552 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V.; Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2147 | 19-cv-04610 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Oval Alpha Palmares; Palmares Europlus; Societe Generale Bank & Trust S.A. (Luxembourg); UMR | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2148 | 19-cv-04687 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS1NG Lux | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2149 | 19-cv-04765 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Investec Bank (Switzerland) AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2150 | 19-cv-04079 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2151 | 19-cv-04415 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas España f/k/a Fortis Bank (España) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2152 | 19-cv-04441 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | AAAM; Societe Generale Bank & Trust (Luxembourg) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2153 | 19-cv-04565 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank (Suisse) SA as Successor to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2156 | 19-cv-04766 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2157 | 19-cv-04445 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque de Reescompte et de Placement a/k/a/ BAREP | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2158 | 19-cv-04385 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Arbitrage SNC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2159 | 19-cv-04418 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited; Somers Nominees (Far East) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 22-2161 | 19-cv-04428 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Multi-Strategy Fund Limited | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 52 | 22-2162 | 19-cv-04691 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/SG Private Banking (Lugano-Svizzera) SA a/k/a FS/SG Private Banking Suisse SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 53 | 22-2604 | 21-cv-03508 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | KW1 | In Re: Fairfield Sentry Limited (In Liquidation) |
| 54 | 22-2163 | 19-cv-04611 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fullerton Capital PTE, Ltd. F/k/a Goldtree Investments Private Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 55 | 22-2164 | 19-cv-04431 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cathay Life Insurance Co. Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 56 | 22-2165 | 19-cv-04569 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Avalon Absolute Return Funds PLC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 57 | 22-2166 | 19-cv-04739 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Abdul Hamid M. Saeed; Al Nahyan Mansour B. Zayed | In Re: Fairfield Sentry Limited (In Liquidation) |
| 58 | 22-2167 | 19-cv-04767 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles | In Re: Fairfield Sentry Limited (In Liquidation) |
| 59 | 22-2168 | 19-cv-04768 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya | In Re: Fairfield Sentry Limited (In Liquidation) |
| 60 | 22-2169 | 19-cv-04623 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BankMed (Suisse) S.A. F/k/a Banque de la Mediterranee (Suisse) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 61 | 22-2170 | 19-cv-04432 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dexia BIL a/k/a Dexia Banque Internationale a Luxembourg; Dexia World Alternative | In Re: Fairfield Sentry Limited (In Liquidation) |
| 62 | 22-2171 | 19-cv-04944 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Public Bank (Hong Kong) Limited f/k/a Asia Commercial Bank; Public Bank Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 63 | 22-2172 | 19-cv-04869 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | UBS AG New York | In Re: Fairfield Sentry Limited (In Liquidation) |
| 64 | 22-2173 | 19-cv-04741 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bipielle Banke (Suisse) | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 65 | 22-2174 | 19-cv-04386 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | UBS (Luxembourg) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 66 | 22-2175 | 19-cv-04434 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | NYROY; Royal Bank of Canada | In Re: Fairfield Sentry Limited (In Liquidation) |
| 67 | 22-2176 | 19-cv-04742 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Parson Finance Panama SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 68 | 22-2177 | 19-cv-04437 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Rahn & Bodmer Banquiers | In Re: Fairfield Sentry Limited (In Liquidation) |
| 69 | 22-2179 | 19-cv-04789 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Centre College | In Re: Fairfield Sentry Limited (In Liquidation) |
| 70 | 22-2180 | 19-cv-04798 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Portobelo Advisors Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 71 | 22-2181 | 19-cv-04806 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Perenco S/A, Schroder & Co. (Asia) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 72 | 22-2183 | 19-cv-04809 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Sherif Elghanian Krayem | In Re: Fairfield Sentry Limited (In Liquidation) |
| 73 | 22-2185 | 19-cv-04773 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barclays Private Bank & Trust (Channel Islands) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 74 | 22-2186 | 19-cv-04973 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 75 | 22-2188 | 19-cv-04813 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank of America National Trust and Savings Association | In Re: Fairfield Sentry Limited (In Liquidation) |
| 76 | 22-2189 | 19-cv-04817 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque de Luxembourg | In Re: Fairfield Sentry Limited (In Liquidation) |
| 77 | 22-2190 | 19-cv-04483 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/HSBC Guyerzeller Zurich a/k/a HSBC Trust Company AG; Stanhope Capital | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 78 | 22-2192 | 19-cv-04818 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS Oddo & Cie; OAM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 79 | 22-2193 | 19-cv-04974 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Judith Cherwinka a/k/a Judith Cherwinka IRA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 80 | 22-2194 | 19-cv-04965 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Jared Trading Limited/BVI | In Re: Fairfield Sentry Limited (In Liquidation) |
| 81 | 22-2195 | 19-cv-04424 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bureau of Labor Insurance | In Re: Fairfield Sentry Limited (In Liquidation) |
| 82 | 22-2196 | 19-cv-04778 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank of Ireland Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 83 | 22-2197 | 19-cv-04420 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Inversis SA a/k/a Banco Inversis Net | In Re: Fairfield Sentry Limited (In Liquidation) |
| 84 | 22-2199 | 19-cv-04934 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/Bank Leumi Israel | In Re: Fairfield Sentry Limited (In Liquidation) |
| 85 | 22-2200 | 19-cv-04976 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Jorge Herman Melguizo; Lina Maria Melguizo; Tatiana Melguizo | In Re: Fairfield Sentry Limited (In Liquidation) |
| 86 | 22-2201 | 19-cv-04129 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Bilbao Vizcaya Argentaria (Portugal) S.A.; Banco Bilbao Vizcaya Argentaria, S.A.; BBVA Fundas Privianza; BBVA Grand Cayman; BBVA Miami | In Re: Fairfield Sentry Limited (In Liquidation) |
| 87 | 22-2202 | 19-cv-04986 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kiangsu Chekiang and Shanghai Residents (H.K.) Association | In Re: Fairfield Sentry Limited (In Liquidation) |
| 88 | 22-2203 | 19-cv-04865 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ABN AMRO Retained Nominees (IOM) Limited; Odyssey Alternative Fund Limited; Platinum All Weather Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 89 | 22-2204 | 19-cv-04988 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hontai Life Insurance Company Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 90 | 22-2205 | 19-cv-04501 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/BBVA Zurich/Shares | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 91 | 22-2207 | 19-cv-04989 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Graziella Strina de Toledo Arruda; Luisa M. Strina | In Re: Fairfield Sentry Limited (In Liquidation) |
| 92 | 22-2208 | 19-cv-04964 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG; Allianzbank SPA Uniforme Conservative Side Pocket; Banca Arner SA; Banca Unione Di Credito; Bank Hapoalim Switzerland Ltd.; Bank Julius Baer & Co. Ltd.; Bank J. Safra Sarasin AG; f/k/a Bank Sarasin & Cie; Banque Cantonale Vaudoise; BBVA (Suisse) SA; BCV AMC Defensive A1 Fund, BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; BNP Paribas (Suisse) SA Private; BSI AG; BSI Ex Banca Del Gottardo; Caceis Bank Luxembourg; Centrum Bank AG (AMS); Clariden Leu Ltd.; Compagnie Bancaire Helvetique; Corner Banca SA; Credit Suisse AG Zurich; Dexia Banque Internationale à Luxembourg; Dresdner Bank Schweiz; EFG Bank SA Switzerland; EFG Eurofinanciere D'Invest MCL; Edmond de Rothschild (Suisse) S.A.; Fairfield Investment Fund Ltd.; Fairfield Investment GCI; Falcon Private Bank; FIF Advanced Ltd.; Finter Bank Zurich; Harmony Capital Fund Ltd.; HSBC; IHAG Handelsbank AG; Incore Bank AG; LGT Bank In Liechtenstein AG; Liechtensteinische LB Reinvest AMS; Lloyds TSB Bank Geneva; Lombard Odier Darier Hentsch & CIE; National Bank of Kuwait; NBK Banque Privee Suisse SA; Pictet & CIE; PKB Privatbank AG; Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV; RBC Dexia Investor Service Julius Baer SICAV; RBS Coutts Bank Ltd; Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG; Rothschild Bank Geneva (Dublin); Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; SIS Seeginintersettle; Six SIS Ltd.; Societe Generale Bank & Trust; T1 Global Fund Ltd.; UBS AG New York; UBS AG Zurich; UBS Jersey Nominees; Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS); Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | In Re: Fairfield Sentry Limited (In Liquidation) |
| 93 | 22-2209 | 19-cv-04990 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Schroders Italy SIM SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 94 | 22-2210 | 19-cv-05023 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Itau International (f/k/a Bank Boston International Florida); Blusb & Co.; Brown Brothers Harriman & Co.; Credit Agricole (Miami); Credit Lyonnais Miami n/k/a LCL-LE Credit Lyonnais S.A. Miami; Credit Lyonnais n/k/a LCL-LE Credit Lyonnais SA, Fox & Co.; SCB Nominees (CI) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 95 | 22-2211 | 19-cv-04991 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Clearstream; Kredietbank SA Luxembourgeoise | In Re: Fairfield Sentry Limited (In Liquidation) |
| 96 | 22-2212 | 19-cv-04105 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Pictet & Cie S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 97 | 22-2213 | 19-cv-04489 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kefong Lee | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 98 | 22-2214 | 19-cv-04486 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | KWI | In Re: Fairfield Sentry Limited (In Liquidation) |
| 99 | 22-2215 | 19-cv-04967 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barclays Bank SA Madrid | In Re: Fairfield Sentry Limited (In Liquidation) |
| 100 | 22-2216 | 19-cv-04484 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citivic Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 101 | 22-2218 | 19-cv-04490 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Morgan Stanley AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 102 | 22-2219 | 19-cv-04825 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Caceis Bank Luxembourg; CDC ICM the GHOS Portfolio a/k/a CDC IXIS Capital Markets; Eurogate Farad Global Niche; ICIB Atlantique Alpha Master; ICIB Centre France Alpha Prot Master; ICIB Cote D' Armor Alpha Master; ICIB Ethias Allocation Master; ICIB Hyperion Alternative Basket II Master; ICIB Hyperion Alternative Basket Master; ICIB Natexis Lux Alpha Master; ICM Tactical Master; Strategy Sicav Edpaf | In Re: Fairfield Sentry Limited (In Liquidation) |
| 103 | 22-2221 | 19-cv-04131 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | AXA Isle of Man Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 104 | 22-2222 | 19-cv-04491 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque et Caisse d'Epargne de l'Etat Luxembourg | In Re: Fairfield Sentry Limited (In Liquidation) |
| 105 | 22-2223 | 19-cv-04853 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Degroof Luxembourg S.A.; Fidessa Alpha Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 106 | 22-2227 | 19-cv-04979 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Gates Charitable Trust | In Re: Fairfield Sentry Limited (In Liquidation) |
| 107 | 22-2228 | 19-cv-04134 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Merrill Lynch, Pierce, Fenner & Smith, Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 108 | 22-2229 | 19-cv-04860 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Securities Services (Luxembourg) S.A.; Private Space Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 109 | 22-2230 | 19-cv-04495 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse Gibraltar Limited; Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 110 | 22-2233 | 19-cv-04145 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Neue Bank AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 111 | 22-2234 | 19-cv-04138 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | UBS Fund Services (Cayman) Limited Ref Greenlake Arbitrage Fund Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 112 | 22-2235 | 19-cv-04998 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse (Luxembourg) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 113 | 22-2236 | 19-cv-04500 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Generale du Luxembourg; FS/Fortis Banque Luxembourg | In Re: Fairfield Sentry Limited (In Liquidation) |
| 114 | 22-2237 | 19-cv-05033 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hansard Europe Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 115 | 22-2238 | 19-cv-04170 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/BBVA Miami | In Re: Fairfield Sentry Limited (In Liquidation) |
| 116 | 22-2239 | 19-cv-04861 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Private Bank (Suisse) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 117 | 22-2240 | 19-cv-05044 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Schroder & Co. Bank AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 118 | 22-2241 | 19-cv-04972 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/NBK Kuwait a/k/a National Bank of Kuwait | In Re: Fairfield Sentry Limited (In Liquidation) |
| 119 | 22-2242 | 19-cv-04359 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Blubank Ltd. n/k/a Inteligo Bank Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 120 | 22-2243 | 19-cv-04225 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hambros Guernsey Nominees a/k/a Hambros (Guernsey Nominees) Limited; SG Hambros Bank & Trust (Guernsey) Ltd.; SG Hambros Bank (Channel Islands) Limited - Guernsey a/k/a SG Hambros Bank (Channel Islands) Limited; SG Hambros Nominees (Jersey) a/k/a SG Hambros Nominees (Jersey) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 121 | 22-2244 | 19-cv-04535 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank Nederland NV; IDF Global Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 122 | 22-2245 | 19-cv-04364 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Itau Europa Luxembourg S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 123 | 22-2246 | 19-cv-04536 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Société Européenne de Banque S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 124 | 22-2247 | 19-cv-05020 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dreadnought Finance OY | In Re: Fairfield Sentry Limited (In Liquidation) |
| 125 | 22-2248 | 19-cv-04381 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FIF Advanced Limited; SG Private Banking (Suisse) SA n/k/a Société Générale Private Banking (Suisse) S.A | In Re: Fairfield Sentry Limited (In Liquidation) |
| 126 | 22-2249 | 19-cv-04985 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Securities (Panama) SA f/k/a Banistmo Securities | In Re: Fairfield Sentry Limited (In Liquidation) |
| 127 | 22-2250 | 19-cv-04498 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Eduardo Fernandez de Valderrama Murillo | In Re: Fairfield Sentry Limited (In Liquidation) |
| 128 | 22-2251 | 19-cv-04155 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Atlantico (Bahamas) a/k/a Banco Atlantico (Bahamas) Bank & Trust Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 129 | 22-2252 | 19-cv-05054 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Clearstream Banking SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 130 | 22-2253 | 19-cv-04539 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/NBP Tires | In Re: Fairfield Sentry Limited (In Liquidation) |
| 131 | 22-2254 | 19-cv-04863 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank Trust Company Americas | In Re: Fairfield Sentry Limited (In Liquidation) |
| 132 | 22-2255 | 21-cv-03397 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ING Lux | In Re: Fairfield Sentry Limited (In Liquidation) |
| 133 | 22-2256 | 19-cv-04146 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Lombardy Properties Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 134 | 22-2257 | 19-cv-04540 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Abu Dhabi Investment Authority | In Re: Fairfield Sentry Limited (In Liquidation) |
| 135 | 22-2258 | 19-cv-04365 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/CBESSA a/k/a Banque Privee Espirito Santo SA, f/k/a Compagnie Bancaire Espirito Santo SA | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 136 | 22-2259 | 19-cv-04254 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 137 | 22-2260 | 19-cv-04543 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Vontobel AG; Banque Vontobel Geneve SA a/k/a Bank Vontobel AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 138 | 22-2261 | 21-cv-03399 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SG Private Banking (Lugano-Svizzera) SA a/k/a FS SG Private Banking Suisse SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 139 | 22-2262 | 21-cv-03401 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bnpelle Banke (Suisse) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 140 | 22-2263 | 19-cv-04456 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Agricole (Suisse) SA a/k/a Banque du Credit Agricole (Suisse) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 141 | 22-2264 | 19-cv-04367 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SNS Global Custody B.V. a/k/a SNS Bank N.V | In Re: Fairfield Sentry Limited (In Liquidation) |
| 142 | 22-2265 | 19-cv-04257 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Robinson & Co. and Murdoch & Co. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 143 | 22-2266 | 19-cv-04388 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Merrill Lynch International | In Re: Fairfield Sentry Limited (In Liquidation) |
| 144 | 22-2267 | 19-cv-04173 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Institutional Trust Services (Asia) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 145 | 22-2268 | 19-cv-05056 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | John E. Niederhuber IRA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 146 | 22-2269 | 19-cv-04369 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Pictet & Cie | In Re: Fairfield Sentry Limited (In Liquidation) |
| 147 | 22-2270 | 19-cv-04261 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/HSBC Private Banking Nom a/k/a FS/HSBC Private Banking Nominee 1 (Jersey) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 148 | 22-2271 | 19-cv-04379 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Wall Street Securities S.A. f/k/a Bantal Brothers S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 149 | 22-2272 | 19-cv-04550 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/Swedclient/IAM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 150 | 22-2273 | 19-cv-04994 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Profilo SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 151 | 22-2275 | 19-cv-04263 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/ANDBank Andorra a/k/a Andorra Banc Agricol Reig, S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 152 | 22-2276 | 19-cv-04561 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/AEB Lux a/k/a American Express Bank (London) a/k/a Standard Chartered PLC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 153 | 22-2277 | 19-cv-05125 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Theodoor GGC Amsterdam a/k/a Theodoor Gilissen Global Custody N.V. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 154 | 22-2278 | 19-cv-04995 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cacis Bank EX IXIS IS; IPCM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 155 | 22-2279 | 19-cv-04265 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 156 | 22-2280 | 19-cv-04567 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque SCS Alliance SA n/k/a CBH Compagnie Bancaire Helvetique SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 157 | 22-2281 | 19-cv-04148 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse (Bahamas) a/k/a Credit Suisse (Bahamas) Limited; Credit Suisse AG, Nassau Branch | In Re: Fairfield Sentry Limited (In Liquidation) |
| 158 | 22-2284 | 19-cv-05006 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Private Bank and Trust Cayman Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 159 | 22-2285 | 21-cv-02703 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Dominion Securities | In Re: Fairfield Sentry Limited (In Liquidation) |
| 160 | 22-2286 | 19-cv-04153 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fund Nominees Limited; Collins Stewart (CI) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 161 | 22-2287 | 19-cv-04382 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Monte Paschi Ireland Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 162 | 22-2288 | 19-cv-04168 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SG Private Banking (Suisse) SA n/k/a Societe Generale Private Banking (Suisse) S.A.; FIF Advanced Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 163 | 22-2289 | 21-cv-02710 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 164 | 22-2290 | 19-cv-05034 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Alok Sama | In Re: Fairfield Sentry Limited (In Liquidation) |
| 165 | 22-2291 | 19-cv-04416 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS Stichting Stroeve Global Custody | In Re: Fairfield Sentry Limited (In Liquidation) |
| 166 | 22-2292 | 21-cv-02715 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ABN AMRO Global Custody | In Re: Fairfield Sentry Limited (In Liquidation) |
| 167 | 22-2293 | 21-cv-02731 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | American Express Bank n/k/a Standard Chartered International (USA) Ltd; Banque Privee Edmond de Rothschild (Europe) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 168 | 22-2294 | 19-cv-04502 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse AG Nassau Branch Wealth Management | In Re: Fairfield Sentry Limited (In Liquidation) |
| 169 | 22-2299 | 19-cv-04515 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/Israel Discount Bank, Limited, Tel Aviv | In Re: Fairfield Sentry Limited (In Liquidation) |
| 170 | 22-2300 | 19-cv-05004 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC International Trustee Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 171 | 22-2302 | 19-cv-05019 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco General SA Banca Privada | In Re: Fairfield Sentry Limited (In Liquidation) |
| 172 | 22-2303 | 19-cv-04178 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse International | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 173 | 22-2304 | 19-cv-04888 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG; Allianzbank SPA/Unifortune Conservative Side Pocket; Arden International Capital Ltd.; Banca Arner SA; Banca Unione Di Credito; Bank Hapoalim Switzerland Ltd.; Bank Julius Baer & Co. Ltd.; Bank Leumi le-Israel B.M.; Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie; Banque Cantonale Vaudoise; BBVA (Suisse) SA; BCV AMC Defensive AL Fund; BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; BNP Paribas (Suisse) SA Private; BSI AG; BSI Ex Banca Del Gottardo; Caceis Bank Luxembourg; Centrum Bank AG (AMS); Clariden Leu Ltd.; Compagnie Bancaire Helvetique; Corner Banca SA; Credit Suisse AG Zurich; Dexia Banque Internationale à Luxembourg; Dresdner Bank Schweiz; EFG Bank SA Switzerland; EFG Eurofinanciere D'Invest MCL; Edmond de Rothschild (Suisse) S.A.; Fairfield Investment Fund Ltd.; Fairfield Investment GCI; Falcon Private Bank; FIF Advanced Ltd.; Finter Bank Zurich; Harmony Capital Fund Ltd.; HSBC; IHAG Handelsbank AG; Incore Bank AG; LGT Bank In Liechtenstein AG; Liechtensteinische LB Reinvest AMS; Lloyds TSB Bank Geneva; Lombard Odier Darier Hentsch & CIE; National Bank of Kuwait; NBK Banque Privee Suisse SA; Pictet & CIE; PKB Privatbank AG; Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV; RBC Dexia Investor Service Julius Baer SICAV; RBS Coutts Bank Ltd.; Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG; Rothschild Bank Geneva (Dublin); Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; SIS Seeganinterselle; Six SIS Ltd.; Societe Generale Bank & Trust; T1 Global Fund Ltd.; UBS AG New York; UBS AG Zurich; UBS Jersey Nominees; Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS); Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | In Re: Fairfield Sentry Limited (In Liquidation) |
| 174 | 22-2305 | 19-cv-04533 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Pleasant T. Rowland Foundation Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 175 | 22-2306 | 19-cv-04262 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd.; Republic Nominees Limited; HSBC Private Bank (C.I.) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 176 | 22-2308 | 19-cv-04267 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich | In Re: Fairfield Sentry Limited (In Liquidation) |
| 177 | 22-2309 | 19-cv-04268 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Sumitomo Trust & Banking Co. Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 178 | 22-2311 | 19-cv-04274 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Natixis Private Banking International SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 179 | 22-2314 | 19-cv-04188 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Atlantico Gibraltar Ltd. a/k/a EFG Bank (Gibraltar) Ltd.; European Financial Group EFG SA a/k/a European Financial Group EFG (Luxembourg) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |

15 of 36

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 180 | 22-2333 | 19-cv-04446 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BIE Bank & Trust Bahamas Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 181 | 22-2334 | 21-cv-03079 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Pictet & Cie | In Re: Fairfield Sentry Limited (In Liquidation) |
| 182 | 22-2336 | 21-cv-03080 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis (Isle of Man) Nominees Limited n/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited n/k/a ABN AMRO Retained Nominees (IOM) Limited; Odyssey Alternative Fund Limited; Platinum All Weather Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 183 | 22-2338 | 21-cv-03085 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Wall Street Securities S.A. f/k/a Bantal Brothers S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 184 | 22-2339 | 21-cv-03088 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FIF Advanced Limited; SG Private Banking (Suisse) SA n/k/a Société Générale Private Banking (Suisse) S.A | In Re: Fairfield Sentry Limited (In Liquidation) |
| 185 | 22-2340 | 21-cv-03028 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank AG Singapore | In Re: Fairfield Sentry Limited (In Liquidation) |
| 186 | 22-2341 | 21-cv-03426 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cathay Life Insurance Co. Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 187 | 22-2342 | 19-cv-04604 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barclays Bank (Suisse) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 188 | 22-2343 | 19-cv-04607 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/LAB/AXA PM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 189 | 22-2344 | 21-cv-03431 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | NYROY; Royal Bank of Canada | In Re: Fairfield Sentry Limited (In Liquidation) |
| 190 | 22-2345 | 21-cv-03032 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Blubank Ltd. n/k/a Inteligo Bank Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 191 | 22-2346 | 19-cv-04620 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Arden Asset Management Inc.; Arden Endowment Advisers Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 192 | 22-2347 | 19-cv-04278 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank (Suisse) SA Genève | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 193 | 22-2348 | 21-cv-03436 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Rahn & Bodmer Banquiers | In Re: Fairfield Sentry Limited (In Liquidation) |
| 194 | 22-2349 | 19-cv-04285 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank (Cayman), Sciens CFO 1 Feeder Fund Ltd., Sciens Global Opportunity Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 195 | 22-2350 | 21-cv-03091 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Merrill Lynch Bank (Suisse) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 196 | 22-2351 | 21-cv-03407 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | GSCO London; GSCO New York | In Re: Fairfield Sentry Limited (In Liquidation) |
| 197 | 22-2352 | 21-cv-02733 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Meritz Fire and Marine Insurance Company Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 198 | 22-2353 | 21-cv-03449 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Royal Bank of Canada Singapore Branch | In Re: Fairfield Sentry Limited (In Liquidation) |
| 199 | 22-2354 | 19-cv-05035 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Julius Baer and Co. Ltd., Zurich a/k/a Bank Julius Baer and Co. Ltd. a/k/a Bank Julius Baer and Co. SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 200 | 22-2355 | 19-cv-04459 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNY AIS Nominees Ltd.; Crédit Andorra/Crediinvest | In Re: Fairfield Sentry Limited (In Liquidation) |
| 201 | 22-2356 | 21-cv-03409 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles | In Re: Fairfield Sentry Limited (In Liquidation) |
| 202 | 22-2357 | 21-cv-03077 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SNS Global Custody B.V. a/k/a SNS Bank N.V. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 203 | 22-2358 | 19-cv-04317 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Celfin International Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 204 | 22-2359 | 19-cv-05040 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Sarasin & CIE a/k/a Bank Sarasin & Co. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 205 | 22-2585 | 19-cv-05061 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barfield Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 206 | 22-2607 | 19-cv-05067 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Korea Exchange Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 207 | 22-2617 | 19-cv-05068 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Swedbank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 208 | 22-2360 | 21-cv-02735 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Perenco S.A, Schroder & Co. (Asia) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 209 | 22-2361 | 21-cv-02738 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Santander International S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 210 | 22-2362 | 19-cv-04319 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Arden International Capital Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 211 | 22-2363 | 21-cv-03417 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bureau of Labor Insurance | In Re: Fairfield Sentry Limited (In Liquidation) |
| 212 | 22-2364 | 21-cv-03042 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Boston International Florida; Blush & Co.; Brown Brothers Harriman & Co.; Credit Agricole (Miami); Credit Lyonnais Miami n/k/a LCL-LE Credit Lyonnais S.A. Miami; Credit Lyonnais n/k/a LCL-LE Credit Lyonnais SA; Fox & Co.; SCB Nominees (CI) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 213 | 22-2365 | 19-cv-04770 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Dexia Investor Services España S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 214 | 22-2366 | 21-cv-03239 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | DGAM Alternative Strategy Fund II, SPC – Cell A; DGAM Alternative Strategy Fund II, SPC – Cell B; DGAM Alternative Strategy Fund L.P.; DGAM Asset Allocation Fund L.P.; Legacy Fund Ltd.; UBS Fund Services (Cayman) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 215 | 22-2367 | 19-cv-05042 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BP Alpha S.A. n/k/a BP Alpha (Agente De Valores S.A.), Martin Lavarello; Nadine Pavlovsky | In Re: Fairfield Sentry Limited (In Liquidation) |
| 216 | 22-2368 | 21-cv-03018 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank (Cayman); Sciens CFO 1 Feeder Fund Ltd.; Sciens Global Opportunity Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 217 | 22-2369 | 19-cv-04324 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bordier & Cie | In Re: Fairfield Sentry Limited (In Liquidation) |
| 218 | 22-2370 | 19-cv-04357 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank AG Singapore | In Re: Fairfield Sentry Limited (In Liquidation) |

Case 22-2101, Document 30, 11/23/2022, 3426091, Page23 of 287

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 219 | 22-2371 | 19-cv-04962 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Commerciale Lugano; Hinduja Bank (Switzerland) SA f/k/a AMAS Bank (Switzerland) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 220 | 22-2372 | 21-cv-03421 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Global Custody Services NV | In Re: Fairfield Sentry Limited (In Liquidation) |
| 221 | 22-2373 | 21-cv-03419 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Industriel et Commercial Singapore Branch | In Re: Fairfield Sentry Limited (In Liquidation) |
| 222 | 22-2374 | 19-cv-04864 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 223 | 22-2375 | 19-cv-04203 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | American Express Offshore Alternative Investment Fund; ZCM Asset Holding Company (Bermuda) Ltd.; Zurich Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 224 | 22-2376 | 21-cv-02744 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Hapoalim (Suisse) Ltd. a/k/a Banque Hapoalim (Suisse) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 225 | 22-2509 | 21-cv-03176 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse (Luxembourg) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 226 | 22-2380 | 19-cv-04461 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Commercial Bank of Kuwait | In Re: Fairfield Sentry Limited (In Liquidation) |
| 227 | 22-2381 | 19-cv-04779 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bred Banque Populaire | In Re: Fairfield Sentry Limited (In Liquidation) |
| 228 | 22-2382 | 21-cv-02747 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Mizrahi Tefahot Bank Limited a/k/a United Mizrahi Bank Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 229 | 22-2383 | 19-cv-05030 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | DGAM Alternative Strategy Fund II, SPC – Cell A; DGAM Alternative Strategy Fund II, SPC – Cell B; DGAM Alternative Strategy Fund L.P.; DGAM Asset Allocation Fund L.P.; Legacy Fund Ltd.; UBS Fund Services (Cayman) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 230 | 22-2384 | 21-cv-02750 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Piguet & Cie S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 231 | 22-2385 | 19-cv-04782 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Hapoalim BM, London | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 232 | 22-2386 | 21-cv-03451 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Societe Generale Bank & Trust (Luxembourg) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 233 | 22-2387 | 21-cv-02766 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Merrill Lynch, Pierce, Fenner & Smith, Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 234 | 22-2388 | 21-cv-02774 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Neue Bank AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 235 | 22-2389 | 19-cv-04785 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Chelsea Trust Company Limited, Karen Lefcourt Trust | In Re: Fairfield Sentry Limited (In Liquidation) |
| 236 | 22-2390 | 21-cv-03452 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque de Reescomptee et de Placement a/k/a/ BAREP | In Re: Fairfield Sentry Limited (In Liquidation) |
| 237 | 22-2391 | 19-cv-04219 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Lombard Odier Darier Hentsch & Cie | In Re: Fairfield Sentry Limited (In Liquidation) |
| 238 | 22-2392 | 19-cv-05107 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | CPR Online; Credit Agricole Titres | In Re: Fairfield Sentry Limited (In Liquidation) |
| 239 | 22-2393 | 19-cv-04475 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FCP-BE CAEN; Natexis Banques Populaires | In Re: Fairfield Sentry Limited (In Liquidation) |
| 240 | 22-2394 | 19-cv-05108 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Seoul Branch, Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 241 | 22-2395 | 21-cv-03732 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Merrill Lynch International | In Re: Fairfield Sentry Limited (In Liquidation) |
| 242 | 22-2396 | 19-cv-05130 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | CDC IXIS | In Re: Fairfield Sentry Limited (In Liquidation) |
| 243 | 22-2398 | 19-cv-05109 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives Thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citibank Korea Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 244 | 22-2399 | 21-cv-03752 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Limited | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 245 | 22-2401 | 19-cv-05110 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Unicorp Bank & Trust Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 246 | 22-2404 | 19-cv-04771 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/GSCO London; FS/GSCO New York | In Re: Fairfield Sentry Limited (In Liquidation) |
| 247 | 22-2405 | 21-cv-03072 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Itau Europa Luxembourg S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 248 | 22-2407 | 19-cv-05157 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hyposwiss Private Bank Genève f/k/a Anglo Irish Bank (Suisse), S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 249 | 22-2408 | 19-cv-04963 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Havilland S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 250 | 22-2409 | 21-cv-03753 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barclays Bank SA Madrid | In Re: Fairfield Sentry Limited (In Liquidation) |
| 251 | 22-2410 | 19-cv-05117 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Global Custody Services NV | In Re: Fairfield Sentry Limited (In Liquidation) |
| 252 | 22-2411 | 19-cv-05112 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hua Nan Commercial Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 253 | 22-2412 | 19-cv-05118 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Atlantic Security Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 254 | 22-2413 | 19-cv-05131 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Global Fund Porvenir | In Re: Fairfield Sentry Limited (In Liquidation) |
| 255 | 22-2414 | 19-cv-05119 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Liongate Multistrategy Fund SEG Portfolio | In Re: Fairfield Sentry Limited (In Liquidation) |
| 256 | 22-2415 | 21-cv-03472 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | First Gulf Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 257 | 22-2644 | 21-cv-02828 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank of America National Trust and Savings Association | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 258 | 22-2416 | 19-cv-05132 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Nominees (IOM) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 259 | 22-2417 | 21-cv-03666 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Profilo SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 260 | 22-2418 | 19-cv-04772 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Millennium Multi-Strategy Fund; SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1 | In Re: Fairfield Sentry Limited (In Liquidation) |
| 261 | 22-2419 | 21-cv-03478 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited; Somers Nominees (Far East) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 262 | 22-2420 | 21-cv-02749 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Syz & Co. SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 263 | 22-2528 | 21-cv-02839 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Institutional Trust Services (Asia) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 264 | 22-2566 | 21-cv-02864 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 265 | 22-2603 | 21-cv-02964 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Robinson & Co.; Murdoch & Co. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 266 | 22-2606 | 21-cv-02970 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 267 | 22-2580 | 21-cv-02977 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited, Republic Nominees Limited; HSBC Private Bank (C.I.) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 268 | 22-2587 | 21-cv-02980 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 269 | 22-2591 | 21-cv-02997 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich | In Re: Fairfield Sentry Limited (In Liquidation) |
| 270 | 22-2594 | 21-cv-03008 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank Trust Company Americas | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 271 | 22-2421 | 19-cv-05142 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banc of America Securities, LLC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 272 | 22-2422 | 21-cv-03670 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Schroders Italy SIM SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 273 | 22-2423 | 19-cv-05115 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kasbank Effecten Bewaarbedrijf N.V. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 274 | 22-2424 | 21-cv-03484 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | All Funds Bank; NMAS1 Gestion SGIIC SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 275 | 22-2425 | 19-cv-04479 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | All Funds Bank; NMAS1 Gestion SGIIC SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 276 | 22-2426 | 21-cv-03754 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Havilland S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 277 | 22-2427 | 21-cv-03074 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | CBESSA a/k/a Banque Privee Espirito Santo SA, f/k/a Compagnie Bancaire Espirito Santo SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 278 | 22-2428 | 19-cv-05126 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dresdner LateinAmerika AG f/k/a Dresdner Bank LateinAmerika AG; | In Re: Fairfield Sentry Limited (In Liquidation) |
| 279 | 22-2429 | 19-cv-04570 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives | In Re: Fairfield Sentry Limited (In Liquidation) |
| 280 | 22-2431 | 19-cv-04603 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BP Alpha; UBS Fund Services (Ireland) Ltd.; UBS Zurich | In Re: Fairfield Sentry Limited (In Liquidation) |
| 281 | 22-2432 | 21-cv-03759 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Commerciale Lugano; Hinduja Bank (Switzerland) SA f/k/a AMAS Bank (Switzerland) Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 282 | 22-2433 | 21-cv-03249 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barclays Private Bank & Trust (Channel Islands) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 283 | 22-2434 | 21-cv-03458 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Swedbank | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 284 | 22-2622 | 21-cv-03092 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Monte Paschi Ireland Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 285 | 22-2631 | 21-cv-03097 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Nomura International PLC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 286 | 22-2472 | 21-cv-03102 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Lombard Odier Darier Hentsch & Cie | In Re: Fairfield Sentry Limited (In Liquidation) |
| 287 | 22-2435 | 19-cv-04788 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives Thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Cesare Ponti SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 288 | 22-2436 | 21-cv-03460 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BIE Bank & Trust Bahamas Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 289 | 22-2437 | 21-cv-03549 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco General SA Banca Privada | In Re: Fairfield Sentry Limited (In Liquidation) |
| 290 | 22-2440 | 19-cv-05223 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | First Gulf Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 291 | 22-2441 | 19-cv-05228 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Select Absolute Strategies SICAV f/k/a ING (L) Alternative Strategies Balanced Growth f/k/a BBL Alternative Strategies Growth | In Re: Fairfield Sentry Limited (In Liquidation) |
| 292 | 22-2442 | 21-cv-03465 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNY AIS Nominees Ltd.; Crédit Andorra/Crediinvest | In Re: Fairfield Sentry Limited (In Liquidation) |
| 293 | 22-2443 | 21-cv-03772 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Woori Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 294 | 22-2444 | 21-cv-03259 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citco Global Custody NV.; Citco Global Custody (NA) NV.; CGC NA; Citco Banking Corporation N.V.; Citco Bank Nederland N.V.; Citco Bank Nederland N.V. Dublin Branch; Citco Group Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 295 | 22-2641 | 21-cv-03157 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Caceis Bank EX IXIS IS; IPCM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 296 | 22-2642 | 21-cv-03161 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bordier & Cie | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 297 | 22-2445 | 19-cv-05237 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Rothschild & Cie Banque Paris | In Re: Fairfield Sentry Limited (In Liquidation) |
| 298 | 22-2446 | 21-cv-03781 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | NBP Titres | In Re: Fairfield Sentry Limited (In Liquidation) |
| 299 | 22-2654 | 21-cv-03188 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Inversis SA a/k/a Banco Inversis Net | In Re: Fairfield Sentry Limited (In Liquidation) |
| 300 | 22-2448 | 19-cv-05238 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | DMC (HD) Limited; Essex 17 Limited; Essex 21 Limited; Hyperiod (HD) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 301 | 22-2450 | 21-cv-03368 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Grand Cathay Securities (Hong Kong) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 302 | 22-2451 | 21-cv-03798 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Vontobel AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 303 | 22-2453 | 21-cv-03488 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSH Nordbank Securities S.A.; Wegelin & Company | In Re: Fairfield Sentry Limited (In Liquidation) |
| 304 | 22-2545 | 21-cv-03243 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citivic Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 305 | 22-2583 | 21-cv-03248 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Morgan Stanley AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 306 | 22-2455 | 19-cv-05143 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Sarasin & Cie AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 307 | 22-2456 | 21-cv-03802 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Dominion Securities, Inc.; Royal Bank of Canada a/k/a RBC Capital Markets Corporation | In Re: Fairfield Sentry Limited (In Liquidation) |
| 308 | 22-2573 | 21-cv-03281 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse Gibraltar Limited; Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib | In Re: Fairfield Sentry Limited (In Liquidation) |
| 309 | 22-2592 | 21-cv-03283 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hansard Europe Limited | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 310 | 22-2596 | 21-cv-03284 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BGL BNP Paribas S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 311 | 22-2575 | 21-cv-03285 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives thereof | Bank Julius Baer and Co. Ltd., Zurich a/k/a Bank Julius Baer and Co. Ltd. a/k/a Bank Julius Baer and Co. SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 312 | 22-2579 | 21-cv-03289 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | CA Indosuez (Switzerland) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 313 | 22-2586 | 21-cv-03290 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BP Alpha S.A. n/k/a BP Alpha (Agente De Valores S.A.) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 314 | 22-2598 | 21-cv-03292 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Schroder & Co. Bank AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 315 | 22-2590 | 21-cv-03310 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives thereof | Swedclient/IAM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 316 | 22-2597 | 21-cv-03313 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | AEB Lux a/k/a American Express Bank (London) a/k/a Standard Chartered PLC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 317 | 22-2539 | 21-cv-03337 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque SCS Alliance SA n/k/a CBH Compagnie Bancaire Helvetique SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 318 | 22-2548 | 21-cv-03340 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives thereof | Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives | In Re: Fairfield Sentry Limited (In Liquidation) |
| 319 | 22-2552 | 21-cv-03343 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives thereof | BP Alpha; UBS Fund Services (Ireland) Ltd.; UBS Zurich | In Re: Fairfield Sentry Limited (In Liquidation) |
| 320 | 22-2554 | 21-cv-03344 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barclays Bank (Suisse) SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 321 | 22-2556 | 21-cv-03347 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | NBK Kuwait a/k/a National Bank of Kuwait | In Re: Fairfield Sentry Limited (In Liquidation) |
| 322 | 22-2558 | 21-cv-03358 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cleanstream Banking SA | In Re: Fairfield Sentry Limited (In Liquidation) |

Case 22-2101, Document 30, 11/23/2022, 3426091, Page31 of 287

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 323 | 22-2559 | 21-cv-03361 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | LAB/AXA PM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 324 | 22-2529 | 21-cv-03213 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dexia BIL a/k/a Dexia Banque Internationale a Luxembourg; Dexia World Alternative | In Re: Fairfield Sentry Limited (In Liquidation) |
| 325 | 22-2457 | 21-cv-03686 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hontai Life Insurance Company Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 326 | 22-2458 | 21-cv-03813 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V., Fortis Global Custody Services N.V., n/k/a ABN AMRO Global Custody Services N.V. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 327 | 22-2459 | 21-cv-03489 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Judith Cherwinka a/k/a Judith Cherwinka IRA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 328 | 22-2460 | 21-cv-03837 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank (Suisse) SA as Successor to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 329 | 22-2461 | 19-cv-05149 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Rothschild Trust (Schweiz) AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 330 | 22-2462 | 19-cv-05057 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | FS/BK Hapoalim/B M Tel Aviv | In Re: Fairfield Sentry Limited (In Liquidation) |
| 331 | 22-2463 | 21-cv-02755 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Bilbao Vizcaya Argentaria (Portugal) S.A.; Banco Bilbao Vizcaya Argentaria, S.A.; BBVA Fundas Privanza; BBVA Grand Cayman; BBVA Miami | In Re: Fairfield Sentry Limited (In Liquidation) |
| 332 | 22-2466 | 21-cv-03491 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG; Stanhope Capital | In Re: Fairfield Sentry Limited (In Liquidation) |
| 333 | 22-2467 | 19-cv-05153 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | CAIS Bank; Calyon Paris | In Re: Fairfield Sentry Limited (In Liquidation) |
| 334 | 22-2468 | 19-cv-05071 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | PFPC Bank Limited a/k/a PFPC International Bank Limited; PNC International Bank Limited n/k/a BNY Mellon International Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 335 | 22-2470 | 21-cv-03512 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BBVA Zurich/Shares | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 336 | 22-2473 | 19-cv-05089 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Woori Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 337 | 22-2474 | 21-cv-03845 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kas Bank; KAS Depositary Trust Co. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 338 | 22-2475 | 21-cv-03106 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Graziela Strina de Toledo Arruda; Luisa M. Strina | In Re: Fairfield Sentry Limited (In Liquidation) |
| 339 | 22-2477 | 19-cv-05220 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSH Nordbank Securities S.A., Wegelin & Company | In Re: Fairfield Sentry Limited (In Liquidation) |
| 340 | 22-2478 | 19-cv-05154 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 341 | 22-2479 | 21-cv-03372 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Natixis f/k/a IXIS Corporate and Investment Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 342 | 22-2481 | 21-cv-03856 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse Nominees (Guernsey) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 343 | 22-2482 | 21-cv-02826 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Sherif Elghanian Krayem; Roya Rebecca Elghanian | In Re: Fairfield Sentry Limited (In Liquidation) |
| 344 | 22-2483 | 21-cv-03767 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Public Bank (Hong Kong) Limited f/k/a Asia Commercial Bank; Public Bank Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 345 | 22-2484 | 21-cv-03380 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BK Hapoalim/B M Tel Aviv | In Re: Fairfield Sentry Limited (In Liquidation) |
| 346 | 22-2485 | 21-cv-03905 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Delta S.P.A | In Re: Fairfield Sentry Limited (In Liquidation) |
| 347 | 22-2486 | 21-cv-03907 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Leumi Israel | In Re: Fairfield Sentry Limited (In Liquidation) |
| 348 | 22-2488 | 21-cv-03127 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Natixis Private Banking International SA | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|---|
| 349 | 22-2489 | 21-cv-03130 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cofin International Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 350 | 22-2491 | 21-cv-03391 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Barfield Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 351 | 22-2492 | 21-cv-03515 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse AG Nassau Branch Wealth Management | In Re: Fairfield Sentry Limited (In Liquidation) |
| 352 | 22-2493 | 21-cv-03133 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Stichting Stroeve Global Custody | In Re: Fairfield Sentry Limited (In Liquidation) |
| 353 | 22-2494 | 21-cv-03110 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 354 | 22-2581 | 21-cv-03493 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas España f/k/a Fortis Bank (España) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 355 | 22-2608 | 21-cv-03567 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Private Bank Suisse S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 356 | 22-2611 | 21-cv-03547 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Altigefi-Altipro Master a/k/a Olympia Capital Management; BNP Paribas Securities Services Luxembourg; Milan Clessidra a/k/a Clessidra SGR SpA; Rothschild & Cie Banque-EGA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 357 | 22-2612 | 21-cv-03518 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Israel Discount Bank, Limited, Tel Aviv | In Re: Fairfield Sentry Limited (In Liquidation) |
| 358 | 22-2626 | 21-cv-03511 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Eduardo Fernandez de Valderrama Murillo | In Re: Fairfield Sentry Limited (In Liquidation) |
| 359 | 22-2495 | 21-cv-03911 | FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 360 | 22-2496 | 21-cv-03516 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | PFPC Bank Limited a/k/a PFPC International Bank Limited; PNC International Bank Limited n/k/a BNY Mellon International Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 361 | 22-2497 | 21-cv-03134 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Clearstream; Kredietbank SA Luxembourgeoise | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 362 | 22-2613 | 21-cv-03509 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kelong Lee | In Re: Fairfield Sentry Limited (In Liquidation) |
| 363 | 22-2602 | 21-cv-03519 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Unicorp Bank & Trust Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 364 | 22-2565 | 21-cv-03520 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Pleasant T. Rowland Foundation Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 365 | 22-2555 | 21-cv-03522 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank Nederland NV; IDF Global Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 366 | 22-2553 | 21-cv-03526 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cititrust Bahamas Limited; Don Chimango SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 367 | 22-2614 | 19-cv-04384 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Nomura International PLC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 368 | 22-2551 | 21-cv-03364 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Caliber Investments Ltd.; Melrose Investments Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 369 | 22-2615 | 21-cv-03531 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dreadnought Finance OY | In Re: Fairfield Sentry Limited (In Liquidation) |
| 370 | 22-2557 | 21-cv-03529 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citibank NA London | In Re: Fairfield Sentry Limited (In Liquidation) |
| 371 | 22-2618 | 21-cv-03528 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC International Trustee Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 372 | 22-2498 | 21-cv-03939 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Hua Nan Commercial Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 373 | 22-2568 | 21-cv-03553 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Securities Services (Luxembourg) S.A.; Private Space Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 374 | 22-2619 | 21-cv-03510 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque et Caisse d'Epargne de l'Etat Luxembourg | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 375 | 22-2577 | 21-cv-03580 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | UBS AG New York | In Re: Fairfield Sentry Limited (In Liquidation) |
| 376 | 22-2576 | 21-cv-03615 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Arbitrage SNC | In Re: Fairfield Sentry Limited (In Liquidation) |
| 377 | 22-2574 | 21-cv-03654 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Private Bank and Trust Cayman Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 378 | 22-2572 | 21-cv-03663 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | UBS Europe SE, Luxembourg Branch | In Re: Fairfield Sentry Limited (In Liquidation) |
| 379 | 22-2499 | 21-cv-03394 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Korea Exchange Bank | In Re: Fairfield Sentry Limited (In Liquidation) |
| 380 | 22-2500 | 21-cv-03150 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Six Sis AG a/k/a Sis SegaInterSettle AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 381 | 22-2501 | 21-cv-03692 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 382 | 22-2502 | 19-cv-05106 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Cititrust Bahamas Limited; Don Chimango SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 383 | 22-2503 | 19-cv-05241 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kasbank Depositary Trust Company Conc Theta Multistar Low Volatility Fund a/k/a KDTC Conc Theta Multistar Low Volatility Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 384 | 22-2504 | 21-cv-03892 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | CPR Online; Credit Agricole Titres | In Re: Fairfield Sentry Limited (In Liquidation) |
| 385 | 22-2506 | 21-cv-02788 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Lombardy Properties Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 386 | 22-2507 | 21-cv-03396 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank Nominees (Jersey) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 387 | 22-2570 | 21-cv-03755 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Société Europeenne de Banque S.A. n/k/a Intesa Sanpaolo Bank Luxembourg SA | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 388 | 22-2508 | 21-cv-03897 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Carige SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 389 | 22-2560 | 21-cv-03537 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas | In Re: Fairfield Sentry Limited (In Liquidation) |
| 390 | 22-2510 | 21-cv-02790 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fund Nominees Limited; Collins Stewart (CI) Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 391 | 22-2511 | 21-cv-03901 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Kasbank Effecten Bewaarbedrijf N.V. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 392 | 22-2512 | 21-cv-03112 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Sumitomo Trust & Banking Co., Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 393 | 22-2513 | 21-cv-02830 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque de Luxembourg | In Re: Fairfield Sentry Limited (In Liquidation) |
| 394 | 22-2514 | 21-cv-03172 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Royal Bank of Canada (Suisse) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 395 | 22-2515 | 21-cv-03873 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BankMed (Suisse) S.A. f/k/a Banque de la Mediterranee (Suisse) S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 396 | 22-2516 | 21-cv-02849 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse International | In Re: Fairfield Sentry Limited (In Liquidation) |
| 397 | 22-2517 | 21-cv-02835 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | BBVA Miami | In Re: Fairfield Sentry Limited (In Liquidation) |
| 398 | 22-2518 | 21-cv-03953 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banque Degroof Luxembourg S.A.; Fidessa Alpha Fund | In Re: Fairfield Sentry Limited (In Liquidation) |
| 399 | 22-2520 | 21-cv-03903 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banco Itau Europa International | In Re: Fairfield Sentry Limited (In Liquidation) |
| 400 | 22-2521 | 21-cv-03233 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Commercial Bank of Kuwait | In Re: Fairfield Sentry Limited (In Liquidation) |

Case 22-2101, Document 30, 11/23/2022, 3426091, Page37 of 287

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 401 | 22-2522 | 21-cv-03215 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Dexia Private Bank (Switzerland) | In Re: Fairfield Sentry Limited (In Liquidation) |
| 402 | 22-2523 | 21-cv-02794 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SG Private Banking (Suisse) SA n/k/a Societe Generale Private Banking (Suisse) S.A.; FIF Advanced Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 403 | 22-2524 | 21-cv-03972 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank Hapoalim BM, London | In Re: Fairfield Sentry Limited (In Liquidation) |
| 404 | 22-2525 | 21-cv-03966 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Gates Charitable Trust | In Re: Fairfield Sentry Limited (In Liquidation) |
| 405 | 22-2526 | 21-cv-03957 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Portobelo Advisors Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 406 | 22-2562 | 19-cv-05135 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Bank USA; Merrill Lynch Bank; Zurich Capital Markets Company; Banco Itau Europa Luxembourg; Bank Morgan Stanley AG; Bank Morgan Stanley SA; Citibank (Switzerland) Zurich; Ctivic Nominees Limited; Compagnie Bancaire Espritu Santo SA n/k/a/ Banque Privee Espritu Santo SA; EFG Private Bank SA; Morgan Stanley & Co. International PLC; Safra National Bank of New York; ZCM Asset Holding Co. Bermuda; ZCM Matched Funding Corp. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 407 | 22-2643 | 21-cv-03940 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Clarks Fork Foundation | In Re: Fairfield Sentry Limited (In Liquidation) |
| 408 | 22-2645 | 21-cv-03952 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 409 | 22-2567 | 21-cv-02861 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Caceis Bank Luxembourg, CDC ICM the GHOS Portfolio a/k/a CDC IXIS Capital Markets; Euregate Farad Global Niche; ICIB Atlantique Alpha Master; ICIB Centre France Alpha Prot Master; ICIB Cote D'Armor Alpha Master; ICIB Ethias Allocation Master; ICIB Hyperion Alternative Basket II Master; ICIB Hyperion Alternative Basket Master; ICIB Natexis Lux Alpha Master; ICM Tactical Master; Strategy Sicav Edpaf | In Re: Fairfield Sentry Limited (In Liquidation) |
| 410 | 22-2532 | 19-cv-05240 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Investor Services Bank SA f/k/a RBC Dexia Investor Services Bank SA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 411 | 22-2534 | 21-cv-02853 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Oddo & Cie; OAM | In Re: Fairfield Sentry Limited (In Liquidation) |
| 412 | 22-2535 | 21-cv-03010 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Deutsche Bank (Suisse) SA Geneve | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|---|
| 413 | 22-2549 | 21-cv-03995 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Investec Bank (Switzerland) AG | In Re: Fairfield Sentry Limited (In Liquidation) |
| 414 | 22-2582 | 21-cv-03998 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citibank Korea Inc. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 415 | 22-2589 | 21-cv-04001 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Banca Cesare Ponti SPA | In Re: Fairfield Sentry Limited (In Liquidation) |
| 416 | 22-2595 | 21-cv-04003 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bred Banque Populaire | In Re: Fairfield Sentry Limited (In Liquidation) |
| 417 | 22-2536 | 21-cv-04008 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Bank of Ireland Nominees Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 418 | 22-2571 | 21-cv-04015 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Millennium Multi-Strategy Fund; SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1 | In Re: Fairfield Sentry Limited (In Liquidation) |
| 419 | 22-2593 | 21-cv-04017 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | RBC Dexia Investor Services España S.A. | In Re: Fairfield Sentry Limited (In Liquidation) |
| 420 | 22-2538 | 21-cv-04020 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited | In Re: Fairfield Sentry Limited (In Liquidation) |
| 421 | 22-2540 | 21-cv-04023 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya | In Re: Fairfield Sentry Limited (In Liquidation) |
| 422 | 22-2541 | 21-cv-04027 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | HSBC Seoul Branch, Ltd. | In Re: Fairfield Sentry Limited (In Liquidation) |

**Exhibit A**

| Second Circuit Case Number | SDNY Case Number | Plaintiffs–Appellants | Defendants–Appellees | Short Title |
|---|---|---|---|---|
| 423 | 21-cv-04400 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG; Allianzbank SPA/Unifortune Conservative Side Pocket; Unifortune Conservative Side Pocket; Banca Arner SA; Banca Unione Di Credito; Bank Hapoalim Switzerland Ltd.; Bank Julius Baer & Co. Ltd.; Bank Sarasin & Cie; Banque Cantonale Vaudoise; BBVA (Suisse) SA, BCV AMC Defensive AI Fund; BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; BNP Paribas (Suisse) SA Private; BSI AG; BSI Ex Banca Del Gottardo; Caceis Bank Luxembourg; Centrum Bank AG (AMS); Clariden Leu Ltd.; Compagnie Bancaire Helvetique; Corner Banca SA; Credit Suisse AG Zurich; Dexia Banque Internationale à Luxembourg; Dresdner Bank Schweiz; EFG Bank SA Switzerland; EFG Eurofinancier D'Invest MCL; Edmond de Rothschild (Suisse) S.A.; Fairfield Investment Fund Ltd.; Fairfield Investment GCI; Falcon Private Bank; FIF Advanced Ltd.; Finter Bank Zurich; Harmony Capital Fund Ltd.; HSBC; IHAG Handelsbank AG; Incore Bank AG; LGT Bank In Liechtenstein AG; Liechtensteinische LB Reinvest AMS; Lloyds TSB Bank Geneva; Lombard Odier Darier Hentsch & CIE; National Bank of Kuwait; NBK Banque Privee Suisse SA; Pictet & CIE; PKB Privatbank AG; Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV; RBC Dexia Investor Service Julius Baer SICAV; RBS Coutts Bank Ltd.; Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG; Rothschild Bank Geneva (Dublin); Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; SIS Seeganintersetle; Six SIS Ltd.; Societe Generale Bank & Trust; UBS AG New York; UBS AG Zurich; UBS Jersey Nominees; Verwaltungs und Privat Bank AG Aktiengesellschaft (AMS); Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | In Re: Fairfield Sentry Limited (In Liquidation) |
| 424 | 21-cv-04486 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG; Allianzbank SPA/Unifortune Conservative Side Pocket; Unifortune Conservative Side Pocket; Arden International Capital Ltd.; Banca Arner SA; Banca Unione Di Credito; Bank Hapoalim Switzerland Ltd.; Bank Julius Baer & Co. Ltd.; Bank Leumi (Switzerland) Ltd.; Bank Sarasin & Cie; Banque Cantonale Vaudoise; BBVA (Suisse) SA, BCV AMC Defensive AI Fund; BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; BNP Paribas (Suisse) SA Private; BSI AG; BSI Ex Banca Del Gottardo; Caceis Bank Luxembourg; Centrum Bank AG (AMS); Clariden Leu Ltd.; Compagnie Bancaire Helvetique; Corner Banca SA; Credit Suisse AG Zurich; Dexia Banque Internationale à Luxembourg; Dresdner Bank Schweiz; EFG Bank SA Switzerland; EFG Eurofinancier D'Invest MCL; Edmond de Rothschild (Suisse) S.A.; Fairfield Investment Fund Ltd.; Fairfield Investment GCI; Falcon Private Bank; FIF Advanced Ltd.; Finter Bank Zurich; Harmony Capital Fund Ltd.; HSBC; IHAG Handelsbank AG; Incore Bank AG; LGT Bank In Liechtenstein AG; Liechtensteinische LB Reinvest AMS; Lloyds TSB Bank Geneva; Lombard Odier Darier Hentsch & CIE; National Bank of Kuwait; NBK Banque Privee Suisse SA; Pictet & CIE; PKB Privatbank AG; RBC Dexia Investor Service Julius Baer SICAV; RBS Coutts Bank Ltd.; Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG; Rothschild Bank Geneva (Dublin); Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; SIS Seeganintersetle; Six SIS Ltd.; Societe Generale Bank & Trust; UBS AG New York; UBS AG Zurich; UBS Jersey Nominees; Verwaltungs und Privat Bank AG Aktiengesellschaft (AMS); Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | In Re: Fairfield Sentry Limited (In Liquidation) |

# Exhibit A

| Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Defendants-Appellees | Short Title |
|---|---|---|---|---|
| 425 | 21-cv-04487 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Fortis Bank SA/NV n/k/a BNP Paribas Fortis | In Re: Fairfield Sentry Limited (In Liquidation) |
| 426 | 21-cv-04496 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | Citigroup Global Markets Limited | In Re: Fairfield Sentry Limited (In Liquidation) |

36 of 36

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 1 | 22-2101 | 19-cv-03911 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 2 | 22-2104 | 19-cv-04078 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 3 | 22-2107 | 19-cv-04882 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 4 | 22-2108 | 19-cv-04571 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 5 | 22-2109 | 19-cv-04573 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 6 | 22-2111 | 19-cv-04886 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 7 | 22-2112 | 19-cv-04081 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 8 | 22-2113 | 19-cv-04395 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 9 | 22-2114 | 19-cv-04585 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 10 | 22-2115 | 19-cv-04084 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 11 | 22-2116 | 19-cv-04089 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 12 | 22-2117 | 19-cv-04930 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **13** | 22-2119 | 19-cv-04090 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **14** | 22-2120 | 19-cv-04605 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **15** | 22-2121 | 19-cv-04624 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **16** | 22-2122 | 19-cv-04396 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **17** | 22-2123 | 19-cv-04608 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **18** | 22-2125 | 19-cv-04102 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **19** | 22-2126 | 19-cv-04743 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **20** | 22-2127 | 19-cv-04941 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **21** | 22-2128 | 19-cv-04627 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **22** | 22-2129 | 19-cv-04657 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **23** | 22-2130 | 19-cv-04660 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **24** | 22-2131 | 19-cv-04668 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **25** | 22-2132 | 19-cv-04099 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **26** | 22-2133 | 19-cv-04100 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **27** | 22-2134 | 19-cv-04438 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **28** | 22-2135 | 19-cv-04545 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|
| 22-2136 | 19-cv-04101 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 22-2137 | 19-cv-04414 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 22-2138 | 19-cv-04744 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 22-2139 | 19-cv-04439 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

Row numbers (leftmost column): 29, 30, 31, 32

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **33** | 22-2140 | 19-cv-04426 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **34** | 22-2141 | 19-cv-04547 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **35** | 22-2142 | 19-cv-04425 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **36** | 22-2143 | 19-cv-04549 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **37** | 22-2144 | 19-cv-04933 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **38** | 22-2145 | 19-cv-04683 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **39** | 22-2146 | 19-cv-04552 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **40** | 22-2147 | 19-cv-04610 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **41** | 22-2148 | 19-cv-04687 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **42** | 22-2149 | 19-cv-04765 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **43** | 22-2150 | 19-cv-04079 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **44** | 22-2151 | 19-cv-04415 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 45 | 22-2152 | 19-cv-04441 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 46 | 22-2153 | 19-cv-04565 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 47 | 22-2156 | 19-cv-04766 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 48 | 22-2157 | 19-cv-04445 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **49** | 22-2158 | 19-cv-04385 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **50** | 22-2159 | 19-cv-04418 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **51** | 22-2161 | 19-cv-04428 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **52** | 22-2162 | 19-cv-04691 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **53** | 22-2604 | 21-cv-03508 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **54** | 22-2163 | 19-cv-04611 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **55** | 22-2164 | 19-cv-04431 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **56** | 22-2165 | 19-cv-04569 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 57 | 22-2166 | 19-cv-04739 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 58 | 22-2167 | 19-cv-04767 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 59 | 22-2168 | 19-cv-04768 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 60 | 22-2169 | 19-cv-04623 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 61 | 22-2170 | 19-cv-04432 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 62 | 22-2171 | 19-cv-04944 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 63 | 22-2172 | 19-cv-04869 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 64 | 22-2173 | 19-cv-04741 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **65** | 22-2174 | 19-cv-04386 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **66** | 22-2175 | 19-cv-04434 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **67** | 22-2176 | 19-cv-04742 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **68** | 22-2177 | 19-cv-04437 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **69** | 22-2179 | 19-cv-04789 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **70** | 22-2180 | 19-cv-04798 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **71** | 22-2181 | 19-cv-04806 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **72** | 22-2183 | 19-cv-04809 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 73 | 22-2185 | 19-cv-04773 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 74 | 22-2186 | 19-cv-04973 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 75 | 22-2188 | 19-cv-04813 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 76 | 22-2189 | 19-cv-04817 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **77** | 22-2190 | 19-cv-04483 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **78** | 22-2192 | 19-cv-04818 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **79** | 22-2193 | 19-cv-04974 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **80** | 22-2194 | 19-cv-04965 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

## Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 81 | 22-2195 | 19-cv-04424 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 82 | 22-2196 | 19-cv-04778 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 83 | 22-2197 | 19-cv-04420 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 84 | 22-2199 | 19-cv-04934 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 85 | 22-2200 | 19-cv-04976 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 86 | 22-2201 | 19-cv-04129 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 87 | 22-2202 | 19-cv-04986 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 88 | 22-2203 | 19-cv-04865 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **89** | 22-2204 | 19-cv-04988 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com  **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **90** | 22-2205 | 19-cv-04501 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com  **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **91** | 22-2207 | 19-cv-04989 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com  **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **92** | 22-2208 | 19-cv-04964 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com  **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 93 | 22-2209 | 19-cv-04990 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 94 | 22-2210 | 19-cv-05023 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 95 | 22-2211 | 19-cv-04991 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 96 | 22-2212 | 19-cv-04105 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **97** | 22-2213 | 19-cv-04489 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **98** | 22-2214 | 19-cv-04486 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **99** | 22-2215 | 19-cv-04967 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **100** | 22-2216 | 19-cv-04484 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **101** | 22-2218 | 19-cv-04490 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11014 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **102** | 22-2219 | 19-cv-04825 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11014 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **103** | 22-2221 | 19-cv-04131 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **104** | 22-2222 | 19-cv-04491 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 105 | 22-2223 | 19-cv-04853 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 106 | 22-2227 | 19-cv-04979 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 107 | 22-2228 | 19-cv-04134 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 108 | 22-2229 | 19-cv-04860 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **109** | 22-2230 | 19-cv-04495 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **110** | 22-2233 | 19-cv-04145 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **111** | 22-2234 | 19-cv-04138 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **112** | 22-2235 | 19-cv-04998 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **113** | 22-2236 | 19-cv-04500 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **114** | 22-2237 | 19-cv-05033 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **115** | 22-2238 | 19-cv-04170 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **116** | 22-2239 | 19-cv-04861 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **117** | 22-2240 | 19-cv-05044 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **118** | 22-2241 | 19-cv-04972 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **119** | 22-2242 | 19-cv-04359 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **120** | 22-2243 | 19-cv-04225 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **121** | 22-2244 | 19-cv-04535 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **122** | 22-2245 | 19-cv-04364 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **123** | 22-2246 | 19-cv-04536 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **124** | 22-2247 | 19-cv-05020 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **125** | 22-2248 | 19-cv-04381 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **126** | 22-2249 | 19-cv-04985 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **127** | 22-2250 | 19-cv-04498 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **128** | 22-2251 | 19-cv-04155 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **129** | 22-2252 | 19-cv-05054 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **130** | 22-2253 | 19-cv-04539 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **131** | 22-2254 | 19-cv-04863 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **132** | 22-2255 | 21-cv-03397 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **133** | 22-2256 | 19-cv-04146 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **134** | 22-2257 | 19-cv-04540 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **135** | 22-2258 | 19-cv-04365 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **136** | 22-2259 | 19-cv-04254 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **137** | 22-2260 | 19-cv-04543 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **138** | 22-2261 | 21-cv-03399 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **139** | 22-2262 | 21-cv-03401 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **140** | 22-2263 | 19-cv-04546 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **141** | 22-2264 | 19-cv-04367 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 142 | 22-2265 | 19-cv-04257 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 143 | 22-2266 | 19-cv-04388 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 144 | 22-2267 | 19-cv-04173 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 145 | 22-2268 | 19-cv-05056 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **146** | 22-2269 | 19-cv-04369 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **147** | 22-2270 | 19-cv-04261 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **148** | 22-2271 | 19-cv-04379 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **149** | 22-2272 | 19-cv-04550 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **150** | 22-2273 | 19-cv-04994 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **151** | 22-2275 | 19-cv-04263 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **152** | 22-2276 | 19-cv-04561 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **153** | 22-2277 | 19-cv-05125 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **154** | 22-2278 | 19-cv-04995 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **155** | 22-2279 | 19-cv-04265 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **156** | 22-2280 | 19-cv-04567 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **157** | 22-2281 | 19-cv-04148 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **158** | 22-2284 | 19-cv-05006 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **159** | 22-2285 | 21-cv-02703 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **160** | 22-2286 | 19-cv-04153 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **161** | 22-2287 | 19-cv-04382 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **162** | 22-2288 | 19-cv-04168 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **163** | 22-2289 | 21-cv-02710 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **164** | 22-2290 | 19-cv-05034 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **165** | 22-2291 | 19-cv-04416 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 166 | 22-2292 | 21-cv-02715 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 167 | 22-2293 | 21-cv-02731 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 168 | 22-2294 | 19-cv-04502 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 169 | 22-2299 | 19-cv-04515 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **170** | 22-2300 | 19-cv-05024 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **171** | 22-2302 | 19-cv-05019 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **172** | 22-2303 | 19-cv-04178 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **173** | 22-2304 | 19-cv-04888 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **174** | 22-2305 | 19-cv-04533 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **175** | 22-2306 | 19-cv-04262 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **176** | 22-2308 | 19-cv-04267 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **177** | 22-2309 | 19-cv-04268 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 178 | 22-2311 | 19-cv-04274 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 179 | 22-2314 | 19-cv-04188 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 180 | 22-2333 | 19-cv-04446 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 181 | 22-2334 | 21-cv-03079 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **182** | 22-2336 | 21-cv-03080 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **183** | 22-2338 | 21-cv-03085 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **184** | 22-2339 | 21-cv-03088 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **185** | 22-2340 | 21-cv-03028 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **186** | 22-2341 | 21-cv-03426 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **187** | 22-2342 | 19-cv-04604 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **188** | 22-2343 | 19-cv-04607 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **189** | 22-2344 | 21-cv-03431 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **190** | 22-2345 | 21-cv-03032 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **191** | 22-2346 | 19-cv-04620 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **192** | 22-2347 | 19-cv-04278 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **193** | 22-2348 | 21-cv-03436 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 194 | 22-2349 | 19-cv-04285 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 195 | 22-2350 | 21-cv-03091 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 196 | 22-2351 | 21-cv-03407 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 197 | 22-2352 | 21-cv-02733 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **198** | 22-2353 | 21-cv-03449 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **199** | 22-2354 | 19-cv-05035 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **200** | 22-2355 | 19-cv-04459 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **201** | 22-2356 | 21-cv-03409 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **202** | 22-2357 | 21-cv-03077 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **203** | 22-2358 | 19-cv-04317 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **204** | 22-2359 | 19-cv-05040 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **205** | 22-2585 | 19-cv-05061 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **206** | 22-2607 | 19-cv-05067 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **207** | 22-2617 | 19-cv-05068 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through The Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **208** | 22-2360 | 21-cv-02735 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **209** | 22-2361 | 21-cv-02738 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **210** | 22-2362 | 19-cv-04319 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **211** | 22-2363 | 21-cv-03417 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **212** | 22-2364 | 21-cv-03042 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **213** | 22-2365 | 19-cv-04770 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **214** | 22-2366 | 21-cv-03239 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **215** | 22-2367 | 19-cv-05042 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **216** | 22-2368 | 21-cv-03018 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **217** | 22-2369 | 19-cv-04324 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **218** | 22-2370 | 19-cv-04357 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **219** | 22-2371 | 19-cv-04962 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **220** | 22-2372 | 21-cv-03421 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **221** | 22-2373 | 21-cv-03419 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **222** | 22-2374 | 19-cv-04864 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **223** | 22-2375 | 19-cv-04203 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **224** | 22-2376 | 21-cv-02744 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **225** | 22-2509 | 21-cv-03176 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **226** | 22-2380 | 19-cv-04461 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **227** | 22-2381 | 19-cv-04779 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **228** | 22-2382 | 21-cv-02747 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **229** | 22-2383 | 19-cv-05030 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **230** | 22-2384 | 21-cv-02750 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **231** | 22-2385 | 19-cv-04782 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **232** | 22-2386 | 21-cv-03451 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **233** | 22-2387 | 21-cv-02766 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **234** | 22-2388 | 21-cv-02774 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **235** | 22-2389 | 19-cv-04785 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **236** | 22-2390 | 21-cv-03452 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **237** | 22-2391 | 19-cv-04219 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **238** | 22-2392 | 19-cv-05107 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **239** | 22-2393 | 19-cv-04475 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **240** | 22-2394 | 19-cv-05108 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **241** | 22-2395 | 21-cv-03732 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **242** | 22-2396 | 19-cv-05130 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **243** | 22-2398 | 19-cv-05109 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives Thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **244** | 22-2399 | 21-cv-03752 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **245** | 22-2401 | 19-cv-05110 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 246 | 22-2404 | 19-cv-04771 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 247 | 22-2405 | 21-cv-03072 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 248 | 22-2407 | 19-cv-05157 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 249 | 22-2408 | 19-cv-04963 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **250** | 22-2409 | 21-cv-03753 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **251** | 22-2410 | 19-cv-05117 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **252** | 22-2411 | 19-cv-05112 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **253** | 22-2412 | 19-cv-05118 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 254 | 22-2413 | 19-cv-05131 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 255 | 22-2414 | 19-cv-05119 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 256 | 22-2415 | 21-cv-03472 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 257 | 22-2644 | 21-cv-02828 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **258** | 22-2416 | 19-cv-05132 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **259** | 22-2417 | 21-cv-03666 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **260** | 22-2418 | 19-cv-04772 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **261** | 22-2419 | 21-cv-03478 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **262** | 22-2420 | 21-cv-02749 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **263** | 22-2528 | 21-cv-02839 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **264** | 22-2566 | 21-cv-02864 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **265** | 22-2603 | 21-cv-02964 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 266 | 22-2606 | 21-cv-02970 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 267 | 22-2580 | 21-cv-02977 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 268 | 22-2587 | 21-cv-02980 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 269 | 22-2591 | 21-cv-02997 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 270 | 22-2594 | 21-cv-03008 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 271 | 22-2421 | 19-cv-05142 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 272 | 22-2422 | 21-cv-03670 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 273 | 22-2423 | 19-cv-05115 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 274 | 22-2424 | 21-cv-03484 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 275 | 22-2425 | 19-cv-04479 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 276 | 22-2426 | 21-cv-03754 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 277 | 22-2427 | 21-cv-03074 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **278** | 22-2428 | 19-cv-05126 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **279** | 22-2429 | 19-cv-04570 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **280** | 22-2431 | 19-cv-04603 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **281** | 22-2432 | 21-cv-03759 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br>**BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 282 | 22-2433 | 21-cv-03249 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>BROWN RUDNICK LLP<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 283 | 22-2434 | 21-cv-03458 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>BROWN RUDNICK LLP<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 284 | 22-2622 | 21-cv-03092 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>BROWN RUDNICK LLP<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 285 | 22-2631 | 21-cv-03097 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | SELENDY GAY ELSBERG PLLC<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>BROWN RUDNICK LLP<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|
| 22-2472 | 21-cv-03102 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 22-2435 | 19-cv-04788 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives Thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 22-2436 | 21-cv-03460 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 22-2437 | 21-cv-03549 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

286
287
288
289

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **290** | 22-2440 | 19-cv-05223 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **291** | 22-2441 | 19-cv-05228 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **292** | 22-2442 | 21-cv-03465 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **293** | 22-2443 | 21-cv-03772 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 294 | 22-2444 | 21-cv-03259 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 295 | 22-2641 | 21-cv-03157 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 296 | 22-2642 | 21-cv-03161 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 297 | 22-2445 | 19-cv-05237 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|
| 22-2446 | 21-cv-03781 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 22-2654 | 21-cv-03188 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11004<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 22-2448 | 19-cv-05238 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 22-2450 | 21-cv-03368 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

Row numbers: 298, 299, 300, 301

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **302** | 22-2451 | 21-cv-03798 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **303** | 22-2453 | 21-cv-03488 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **304** | 22-2545 | 21-cv-03243 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **305** | 22-2583 | 21-cv-03248 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **306** | 22-2455 | 19-cv-05143 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **307** | 22-2456 | 21-cv-03802 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **308** | 22-2573 | 21-cv-03281 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **309** | 22-2592 | 21-cv-03283 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 310 | 22-2596 | 21-cv-03284 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 311 | 22-2575 | 21-cv-03285 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 312 | 22-2579 | 21-cv-03289 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 313 | 22-2586 | 21-cv-03290 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **314** | 22-2598 | 21-cv-03292 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **315** | 22-2590 | 21-cv-03310 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **316** | 22-2597 | 21-cv-03313 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **317** | 22-2539 | 21-cv-03337 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **318** | 22-2548 | 21-cv-03340 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **319** | 22-2552 | 21-cv-03343 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **320** | 22-2554 | 21-cv-03344 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **321** | 22-2556 | 21-cv-03347 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **322** | 22-2558 | 21-cv-03358 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **323** | 22-2559 | 21-cv-03361 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **324** | 22-2529 | 21-cv-03213 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **325** | 22-2457 | 21-cv-03686 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 326 | 22-2458 | 21-cv-03813 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 327 | 22-2459 | 21-cv-03489 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 328 | 22-2460 | 21-cv-03837 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 329 | 22-2461 | 19-cv-05149 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **330** | 22-2462 | 19-cv-05057 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **331** | 22-2463 | 21-cv-02755 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **332** | 22-2466 | 21-cv-03491 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **333** | 22-2467 | 19-cv-05153 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **334** | 22-2468 | 19-cv-05071 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **335** | 22-2470 | 21-cv-03512 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **336** | 22-2473 | 19-cv-05089 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **337** | 22-2474 | 21-cv-03845 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **338** | 22-2475 | 21-cv-03106 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **339** | 22-2477 | 19-cv-05220 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **340** | 22-2478 | 19-cv-05154 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **341** | 22-2479 | 21-cv-03372 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 342 | 22-2481 | 21-cv-03856 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 343 | 22-2482 | 21-cv-02826 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 344 | 22-2483 | 21-cv-03767 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 345 | 22-2484 | 21-cv-03380 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **346** | 22-2485 | 21-cv-03905 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **347** | 22-2486 | 21-cv-03907 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **348** | 22-2488 | 21-cv-03127 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **349** | 22-2489 | 21-cv-03130 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **350** | 22-2491 | 21-cv-03391 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **351** | 22-2492 | 21-cv-03515 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **352** | 22-2493 | 21-cv-03133 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |
| **353** | 22-2494 | 21-cv-03110 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** <br> David Elsberg <br> Caitlin Halligan <br> 1290 Ave. of Americas <br> New York, NY 10104 <br> Tel: (212) 390-9000 <br> Fax: (212) 390-9399 <br> E-mail: delsberg@selendygay.com <br> E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** <br> Marek P. Krzyzowski <br> David J. Molton <br> 7 Times Square <br> New York, NY 10036 <br> Tel: 212-209-4800 <br> Fax: 212-209-4801 <br> E-mail: dmolton@brownrudnick.com <br> Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 354 | 22-2581 | 21-cv-03493 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 355 | 22-2608 | 21-cv-03567 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 356 | 22-2611 | 21-cv-03547 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 357 | 22-2612 | 21-cv-03518 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **358** | 22-2626 | 21-cv-03511 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **359** | 22-2495 | 21-cv-03911 | FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>Email: mkrzyzowski@brownrudnick.com |
| **360** | 22-2496 | 21-cv-03516 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **361** | 22-2497 | 21-cv-03134 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 11104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **362** | 22-2613 | 21-cv-03509 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **363** | 22-2602 | 21-cv-03519 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **364** | 22-2565 | 21-cv-03520 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **365** | 22-2555 | 21-cv-03522 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 366 | 22-2553 | 21-cv-03526 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 367 | 22-2614 | 19-cv-04384 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 368 | 22-2551 | 21-cv-03364 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 369 | 22-2615 | 21-cv-03531 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 370 | 22-2557 | 21-cv-03529 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 371 | 22-2618 | 21-cv-03528 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 372 | 22-2498 | 21-cv-03939 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 373 | 22-2568 | 21-cv-03553 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **374** | 22-2619 | 21-cv-03510 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **375** | 22-2577 | 21-cv-03580 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **376** | 22-2576 | 21-cv-03615 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **377** | 22-2574 | 21-cv-03654 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com <br><br> **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **378** | 22-2572 | 21-cv-03663 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **379** | 22-2499 | 21-cv-03394 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **380** | 22-2500 | 21-cv-03150 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **381** | 22-2501 | 21-cv-03692 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 11004 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 382 | 22-2502 | 19-cv-05106 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 383 | 22-2503 | 19-cv-05241 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 384 | 22-2504 | 21-cv-03892 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 385 | 22-2506 | 21-cv-02788 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **386** | 22-2507 | 21-cv-03396 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **387** | 22-2570 | 21-cv-03755 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **388** | 22-2508 | 21-cv-03897 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **389** | 22-2560 | 21-cv-03537 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 390 | 22-2510 | 21-cv-02790 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 391 | 22-2511 | 21-cv-03901 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 392 | 22-2512 | 21-cv-03112 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 393 | 22-2513 | 21-cv-02830 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **394** | 22-2514 | 21-cv-03172 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **395** | 22-2515 | 21-cv-03873 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **396** | 22-2516 | 21-cv-02849 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **397** | 22-2517 | 21-cv-02835 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 398 | 22-2518 | 21-cv-03953 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 399 | 22-2520 | 21-cv-03903 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 400 | 22-2521 | 21-cv-03233 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 401 | 22-2522 | 21-cv-03215 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 402 | 22-2523 | 21-cv-02794 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 403 | 22-2524 | 21-cv-03972 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 404 | 22-2525 | 21-cv-03966 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| 405 | 22-2526 | 21-cv-03957 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **406** | 22-2562 | 19-cv-05135 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **407** | 22-2643 | 21-cv-03940 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **408** | 22-2645 | 21-cv-03952 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |
| **409** | 22-2567 | 21-cv-02861 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 410 | 22-2532 | 19-cv-05240 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 411 | 22-2534 | 21-cv-02853 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 412 | 22-2535 | 21-cv-03010 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 413 | 22-2549 | 21-cv-03995 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 414 | 22-2582 | 21-cv-03998 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 415 | 22-2589 | 21-cv-04001 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 416 | 22-2595 | 21-cv-04003 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| 417 | 22-2536 | 21-cv-04008 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **418** | 22-2571 | 21-cv-04015 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **419** | 22-2593 | 21-cv-04017 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **420** | 22-2538 | 21-cv-04020 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **421** | 22-2540 | 21-cv-04023 | FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| **422** | 22-2541 | 21-cv-04027 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **423** | | 21-cv-04400 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **424** | | 21-cv-04486 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |
| **425** | | 21-cv-04487 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC** David Elsberg Caitlin Halligan 1290 Ave. of Americas New York, NY 10104 Tel: (212) 390-9000 Fax: (212) 390-9399 E-mail: delsberg@selendygay.com E-mail: challigan@selendygay.com **BROWN RUDNICK LLP** Marek P. Krzyzowski David J. Molton 7 Times Square New York, NY 10036 Tel: 212-209-4800 Fax: 212-209-4801 E-mail: dmolton@brownrudnick.com Email: mkrzyzowski@brownrudnick.com |

# Exhibit B

| | Second Circuit Case Number | SDNY Case Number | Plaintiffs-Appellants | Plaintiffs-Appellants Counsel |
|---|---|---|---|---|
| 426 | | 21-cv-04496 | FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com<br>E-mail: challigan@selendygay.com<br><br>**BROWN RUDNICK LLP**<br>Marek P. Krzyzowski<br>David J. Molton<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com<br>Email: mkrzyzowski@brownrudnick.com |

Exhibit C
Defendants–Appellees

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 1. | Theodoor GGC Amsterdam, AKA Theodoor Gilissen Global Custody N.V. | 19cv5125 | 22-2277 | 10-03496 | Robert A. Rich HUNTON ANDREWS KURTH LLP 200 Park Avenue New York, New York 10166 (212) 309-1000 rrich2@huntonak.com *Attorneys for Theodoor GGC Amsterdam* |
| 2. | RBC Dominion Securities, Inc. | 19cv4078 21cv2703 | 22-2104 22-2285 | 10-03502 | Anthony L. Paccione Mark T. Ciani Katten Muchin Rosenman LLP 50 Rockefeller Plaza New York, NY 10020 T: 212-940-8800 F: 212-940-8776 anthony.paccione@katten.com mark.ciani@katten.com |

**Exhibit C**

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 3. | 1. Tercas Cassa di Risparmio della Provincia di Teramo S.P.A<br><br>2. Banca Popolare di Bari S.C.p.A, in Amministrazione Straordinaria, successor in interest to TercasCassa di Risparmio Della Provincia di Teramo S.P.A | 19cv4079<br>21cv2710 | 22-2150<br>22-2289 | 10-03503 | *Attorneys for RBC Dominion Securities Inc*<br>Robert A. Rich<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, New York 10166<br>Phone: (212) 309-1000<br>Facsimile: (212) 309-1100<br>Email: rrich2@huntonak.com<br><br>-and-<br><br>Joseph P. Rovira (Texas Bar No. 24066008)<br>Hunton Andrews Kurth LLP<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 220-4200<br>Facsimile: (713) 220-4285<br>Email: josephrovira@huntonak.com<br><br>*Counsel for Banca Popolare di Bari S.p.A., successor-in-interest to Tercas-Cassa di Risparmio Della Provincia di Teramo S.p.A.* |
| 4. | ABN AMRO Global Custody N.V. | 19cv4081<br>21cv2175 | 22-2112<br>22-2292 | 10-03504 | Christopher Harris<br>Thomas J. Giblin<br>Latham & Watkins LPP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 906-1200 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | F: (212) 751-4864<br>christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for ABN AMRO Global Custody N.V. (sued as FS ABN AMRO Global Custody)* |
| 5. | 1. American Express Bank, FKA Standard Chartered International (USA) Ltd., AKA Standard Chartered International (USA) LLC<br><br>2. Banque Privee Edmond de Rothschild (Europe) | 19cv4084<br>21cv2731 | 22-2115<br>22-2293 | 10-03505 | Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: finna@sullcrom.com<br><br>*Attorneys for Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd., f/k/a American Express Bank Ltd.)*<br><br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | dshaiman@abv.com<br><br>*Attorneys for Banque Privee Edmond de Rothschild (Europe)* |
| 6. | Meritz Fire & Marine Insurance Company Ltd. | 19cv4089<br>21cv2733 | 22-2116<br>22-2352 | 10-03507 | Michael T. Driscoll<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (212) 634-3055<br>Fax: (212) 653-8701<br>E-mail:<br>mdriscoll@sheppardmullin.com<br><br>*Counsel for Meritz Fire & Marine Insurance Co., Ltd.* |
| 7. | 1. Schroder & Co. (Asia) Ltd.<br>2. Perenco SA | 19cv4806<br>21cv2735 | 22-2181<br>22-2360 | 10-03508 | Martin Crisp<br>Andrew Devore<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>T: (212) 596-9000<br>F: (212) 596-9090<br>martin.crisp@ropesgray.com<br>andrew.devore@ropesgray.com<br><br>*Attorneys for Schroder & Co. (Asia) Ltd. and Perenco SA* |
| 8. | 1. Banco Santander International S.A., FKA Banco Santander (Suisse) S.A. | 19cv4099<br>21cv2738 | 22-2132<br>22-2361 | 10-03509 | Jenner & Block LLP<br>Richard Levin<br>Carl Wedoff |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 1155 Avenue of the Americas New York, NY 10036 (212) 891-1600 rlevin@jenner.com cwedoff@jenner.com

*Counsel for Defendant Banco Santander International SA* |
| 9. | Bank Hapoalim (Suisse) Ltd., AKA Banque Hapoalim (Suisse) S.A | 19cv4100 21cv2744 | 22-2133 22-2376 | 10-03510 | **HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott S. Balber Jonathan C. Cross 450 Lexington Avenue, 14th Floor New York, NY 10017 T: (917) 542-7600 Scott.Balber@hsf.com Jonathan.Cross@hsf.com

*Attorneys for Bank Hapoalim (Suisse) Ltd.* |
| 10. | Mizrahi Tefahot Bank Ltd., AKA Mizrahi Bank Ltd. | 19cv4101 21cv2427 | 22-2136 22-2382 | 10-03512 | **ARNOLD & PORTER KAYE SCHOLER LLP**

Kent A. Yalowitz Daniel R. Bernstein Lucas B. Barrett 250 West 55th Street New York, NY 10019 Telephone: (212) 836-8000 Facsimile: (212) 836-8689 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Email: kent.yalowitz@arnoldporter.com<br>Email: daniel.bernstein@arnoldporter.com<br>Email: lucas.barrett@arnoldporter.com<br><br>-and-<br><br>Scott B. Schreiber<br>Rosa J. Evergreen (to be admitted *pro hac vice*)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Email: scott.schreiber@arnoldporter.com<br>Email: rosa.evergreen@arnoldporter.com<br><br>*Counsel for Mizrahi Tefahot Bank Limited* |
| 11. | Banque SYZ SA, FKA Banque Syz & Co. SA | 19cv4102<br>21cv2749 | 22-2125<br>22-2420 | 10-03513 | Jenner & Block LLP<br>Richard Levin<br>Carl Wedoff<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 891-1600<br>rlevin@jenner.com<br>cwedoff@jenner.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Counsel for Defendant Banque Syz SA* |
| 12. | Banque Piguet & Cie S.A | 19cv4105<br>21cv2750 | 22-2212<br>22-2384 | 10-03514 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Banque Piguet & Cie S.A.* |
| 13. | 1. Banco Bilbao Vizcaya Argentaria (Portugal) S.A.,<br>2. Banco Bilbao Vizcaya Argentaria, S.A.<br>3. BBVA Fundas Privanza<br>4. BBVA Grand Cayman<br>5. BBVA Miami | 19cv4129<br>21cv2755 | 22-2201<br>22-2463 | 10-03515 | Heather Lamberg<br>Winston & Strawn<br>1901 L St. NW<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorneys for Banco Bilbao Vizcaya Argentaria (Portugal) S.A., Banco Bilbao Vizcaya Argentaria, S.A., BBVA Fundas Privanza, BBVA Grand Cayman, BBVA Miami* |
| 14. | Merrill Lynch, Pierce, Fenner & Smith, Inc. | 19cv4134<br>21cv2766 | 22-2228<br>22-2387 | 10-03516 | Pamela A. Miller<br>O'MELVENY & MYERS LLP<br>Seven Times Square |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorney for Merrill Lynch, Pierce, Fenner & Smith, Inc.* |
| 15. | Neue Bank AG | 19cv4145<br>21cv2774 | 22-2233<br>22-2388 | 10-03519 | FOX HORAN & CAMERINI LLP<br>William M. Brodsky<br>885 Third Avenue, 17th Fl.<br>New York, New York 10022<br>212-480-4800<br>wmbrodsky@foxlex.com<br><br>*Attorneys for Neue Bank AG* |
| 16. | Lombardy Properties Limited | 19cv4146<br>21cv2788 | 22-2256<br>22-2506 | 10-03521 | Joshua E. Abraham<br>BUTZEL LONG, P.C.<br>477 Madison Avenue, Suite 1230<br>New York, New York 10022<br>(212) 374-5370<br>abraham@butzel.com<br><br>*Attorney for Lombardy Properties Limited* |
| 17. | 1. Fund Nominees Limited<br>2. Collins Stewart (CI) Ltd. | 19cv4153<br>21cv2790 | 22-2286<br>22-2510 | 10-03525 | Jacob M. Kaplan<br>L Andrew S. Riccio<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>United States<br>T: 212-626-4100<br>F: 212-310-1896 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | jacob.kaplan@bakermckenzie.com<br>andrew.riccio@bakermckenzie.com<br><br>*Attorneys for Fund Nominees Limited and Canaccord Genuity Wealth (International) Limited (sued as Collins Stewart (CI) Ltd* |
| 18. | Vontobel Asset Mgmt. Inc., | 19cv4090 | 22-2119 | 10-03540 | Gregory F. Hauser<br>Joshua A. Dachs<br>WUERSCH & GERING LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Telephone: (212) 509-5050<br>Gregory.Hauser@WG-Law.com<br>Joshua.Dachs@WG-Law.com<br><br>*Counsel for Defendant-Appellee Vontobel Asset Management, Inc.* |
| 19. | 1. SG Private Banking (Suisse) SA, NKA Societe Generale Private Banking (Suisse) S.A<br><br>2. FIF Advanced Limited | 19cv4168<br>21cv2794 | 22-2288<br>22-2523 | 10-03595 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>AND |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com<br><br>*Attorneys for SG Private Banking (Suisse) SA, now known as Societe Generale Private Banking (Suisse) S.A*<br><br>William A. Maher<br>Fletcher W. Strong<br>Maxwell G. Dillan<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>T: (212) 382-3300<br>F: (212) 382-0050<br>wmaher@wmd-law.com<br>fstrong@wmd-law.com<br>mdillan@wmd-law.com<br><br>*Attorneys for FIF Advanced Ltd.* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 20. | 1. Sherli Elghanian Krayem<br>2. Roya Rebecca Elghanian | 19cv4809<br>21cv2826 | 22-2183<br>22-2482 | 10-03614 | Caitlin C. Conklin<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102<br>Phone: 1-973-848-4049<br>Fax: 1-973-848-4001<br>Caitlin.Conklin@klgates.com<br><br>Wm. Shaw McDermott<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>O: 617.261.3120<br>Fax: 617.261.3175<br>C: 781.367.1593<br>shaw.mcdermott@klgates.com<br><br>*Attorneys for Sherli Elghanian Krayem and Roya Rebecca Elghanian* |
| 21. | Bank of America National Trust and Savings Association | 19cv4813<br>21cv2828 | 22-2188<br>22-2644 | 10-03615 | Pamela A. Miller<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 22. | Banque de Luxembourg | 19cv4817<br>21cv2830 | 22-2189<br>22-2513 | 10-03616 | *Attorney for Bank of America National Trust and Savings Association*<br><br>Michael Klein<br>Cooley LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Email: mklein@cooley.com<br><br>*Attorneys for Banque de Luxembourg* |
| 23. | FS/BBVA Miami | 19cv4170<br>21cv2835 | 22-2238<br>22-2517 | 10-03618 | Heather Lamberg<br>Winston & Strawn<br>1901 L St.<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorney for FS/BBVA Miami* |
| 24. | HSBC Institutional Trust Services (Asia) Limited | 19cv4173<br>21cv2839 | 22-2267<br>22-2528 | 10-03619 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 2112 Pennsylvania Avenue, N.W. Washington, D.C. 20037 T: 202-974-1500 F: 202-974-1999 nbamberger@cgsh.com *Attorneys for HSBC Institutional Trust Services (Asia) Limited* |
| 25. | Credit Suisse International | 19cv4178 21cv2849 | 22-2303 22-2516 | 10-03620 | William J. Sushon Daniel S. Shamah Kayla N. Haran O'MELVENY & MYERS LLP 7 Times Square New York, New York 10036 Telephone: (212) 326-2000 Facsimile: (212) 326-2061 wsushon@omm.com dshamah@omm.com kharan@omm.com *Attorneys for Credit Suisse International* |
| 26. | 1. FS Oddo & Cie 2. OAM | 19cv4818 21cv5283 | 22-2192 22-2534 | 10-03621 | Victor P. Muskin Muskin Law Offices 767 Third Avenue, Suite 2400 New York, NY 10017 (212) 688-3200 (917) 301-6950 victor@muskinlaw.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for FS Oddo & Cie and OAM* |
| 27. | Citibank NA London | 19cv3911 21cv3529 | 22-2101 22-2557 | 10-03622 | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. One Liberty Plaza New York, NY 10006 T: 212-225-2000 F: 212-225-3999 cboccuzzi@cgsh.com <br><br> Elsbeth Bennett 2112 Pennsylvania Avenue, N.W. Washington, D.C. 20037 T: 202-974-1500 F: 202-974-1999 ebennett@cgsh.com |
| | | | | | *Attorneys for Citibank NA London* |
| 28. | Utmost Limited, FKA AXA Isle of Man Limited | 19cv4131 | 22-2221 | 10-03623 | T. Carter White Dentons US LLP 1221 Avenue of the Americas 25th Floor New York, NY 10020 T: 212-768-6700 F: 212-768-6800 carter.white@dentons.com <br><br> Fred W. Reinke FWR Law Office PLLC 1717 K Street NW, Suite 900 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Washington, DC 20006 T: 202-262-1783 fwreinke@gmail.com *Attorneys for Umost Limited f/k/a AXA Isle of Man Limited* |
| 29. | 1. Caceis Bank Luxembourg<br><br>2. Natixis S.A.<br><br>3. CDC ICM The Ghos Portfolio a/k/a CDC IXIS Capital Markets;<br><br>4. Eurogate Farad Global Niche;<br><br>5. ICIB Atlantique Alpha Master;<br><br>6. ICIB Centre France Alpha Prot Master;<br><br>7. ICIB Cote d'Armor Alpha Master;<br><br>8. ICIB Ethias Allocation Master;<br><br>9. ICIB Hyperion Alternative Basket II Master;<br><br>10. ICIB Hyperion Alternative Basket Master;<br><br>11. ICIB Natexis Lux Alpha Master; | 19cv4825 21cv2861 | 22-2219 22-2567 | 10-03624 | Elizabeth Vicens Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, New York 10006 T: 212-225-2000 F: 212-225-3999 evicens@cgsh.com *Attorney for CACEIS Bank Luxembourg* DAVIS+GILBERT LLP Joseph Cioffi H. Seiji Newman Bruce M. Ginsberg Adam M. Levy 1675 Broadway New York, New York 10019 Telephone: (212) 468-4800 Facsimile: (212) 468-4888 jcioffi@dglaw.com hsnewman@dglaw.com bginsberg@dglaw.com alevy@dglaw.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | 12. ICM Tactical Master; and<br><br>13. Strategy Sicav Edpaf<br><br>(Natixis S.A. contends that defendants (3) - (13) are accounts that were opened and/or operated by Natixis S.A. or its predecessors in title.) | | | | *Counsel for defendant Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants* |
| 30. | EFG Bank, AKA EFG Bank AG AND/OR EFG Bank SA | 19cv4254<br>21cv2864 | 22-2259<br>22-2566 | 10-03625 | Adam M. Lavine<br>Kobre & Kim LLP<br>800 3rd Avenue, 6th floor<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>adam.lavine@kobrekim.com<br><br>*Attorney for EFG Bank, AKA EFG Bank AG AND/OR EFG Bank SA* |
| 31. | BNP Paribas Luxembourg SA, NKA BGL BNP Paribas | 21cv3537 | 22-2560 | 10-03626 | Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br><br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 32. | 1. Altigefi-Altipro Master, AKA Olympia Capital Management<br>2. BNP Paribas Securities Services Luxembourg<br>3. Rothschild & Cie Banque-EGA<br>4. Anima SGR S.p.A, FKA Clessidra SGR S.p.A.<br>5. Liongate SPC<br>6. Liongate Multistrategy Fund SEG Portfolio | 21cv3547 | 22-2611 | 10-03627 | *Attorneys for BGL BNP Paribas S.A. (FKA BNP Paribas Luxembourg SA)*<br><br>Heather Lamberg<br>Winston & Strawn<br>1901 L St.<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorney for Altigefi-Altipro Master, AKA Olympia Capital Managmeent*<br><br>Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br><br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas Securities Services Luxembourg*<br><br>John F. Zulack<br>Lauren J. Pincus |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Rothschild & Cie Banque-EGA*<br><br>Marc L. Greenwald<br>Eric M. Kay<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>marcgreenwald@quinnemanuel.com<br>erickay@quinnemanuel.com<br><br>*Attorneys for Liongate SPC & Liongate Multistrategy Fund SEG Portfolio* |
| 33. | 1. Robinson & Co.<br><br>2. Murdoch & Co. | 19cv4257<br>21cv2964 | 22-2265<br>22-2603 | 10-03628 | Cleary Gottlieb Steen & Hamilton LLP<br><br>Jeffrey A. Rosenthal<br>Joseph M. Kay |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for Robinson & Co. and Murdoch & Co.* |
| 34. | Republic Nominees Limited, FKA HSBC Private Banking Nominee 1 (Jersey) Ltd. | 19cv4261<br>21cv2970 | 22-2270<br>22-2606 | 10-03629 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | F: 202-974-1999 nbamberger@cgsh.com *Attorneys for Republic Nominees Limited, FKA HSBC Private Banking Nominee 1 (Jersey) Ltd.* |
| 35. | 1. HSBC Securities Services (Luxembourg) S.A. <br><br> 2. Private Space Ltd. | 19cv4860 21cv3553 | 22-2229 22-2568 | 10-03630 | Cleary Gottlieb Steen & Hamilton LLP <br><br> Jeffrey A. Rosenthal <br> Joseph M. Kay <br> One Liberty Plaza <br> New York, NY 10006 <br> T: 212-225-2000 <br> F: 212-225-3999 <br> jrosenthal@cgsh.com <br> jkay@cgsh.com <br><br> Nowell D. Bamberger <br> 2112 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20037 <br> T: 202-974-1500 <br> F: 202-974-1999 <br> nbamberger@cgsh.com <br><br> *Attorneys for HSBC Securities Services (Luxembourg) S.A.* <br><br> Michael C. Lambert <br> GILMARTIN, POSTER & SHAFTO LLP <br> 845 Third Avenue, 17th Floor |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, NY 10022<br>T: 212-425-3220<br>F: 212-425-3130<br>mclambert@lawpost-nyc.com<br><br>*Attorneys for Private Space Ltd.* |
| 36. | 1. HSBC Private Bank (C.I.) Limited, FKA HSBC Private Bank (Guernsey) Limited<br><br>2. Republic Nominees Limited<br><br>3. HSBC Private Bank (C.I.) Limited | 19cv4262<br>21cv2977 | 22-2306<br>22-2580 | 10-03631 | Cleary Gottlieb Steen & Hamilton LLP<br><br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Private Bank (C.I.) Limited, FKA HSBC Private Bank (Guernsey) Limited, Republic Nominees Limited, and HSBC Private Bank (C.I.) Limited* |
| 37. | ANDbanc Andorra, AKA Andorra Banc Agricol Reig, S.A | 19cv4263<br>21cv2980 | 22-2275<br>22-2587 | 10-03632 | **DLA PIPER LLP (US)**<br>Rachel Ehrlich Albanese |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel.: (212) 335-4500<br>Fax: (212) 335-4501<br>Rachel.Albanese@us.dlapiper.com<br><br>*Attorneys for ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A.* |
| 38. | HSBC Private Bank (Suisse) S.A. | 19cv4861<br>21cv2567 | 22-2239<br>22-2608 | 10-03633 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Private Bank (Suisse) S.A.* |
| 39. | 1. Zurich Capital Markets Company | 19cv5135 | 22-2562 | 10-03634 | Alan B. Vickery<br>Steven I. Froot |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 2. ZCM Asset Holding Co. Bermuda | | | | Boies Schiller Flexner LLP 55 Hudson Yards New York, New York 10001 Telephone: 212-446-2300 Email: avickery@bsfllp.com Email: sfroot@bsfllp.com |
| 3. ZCM Matched Funding Corp. | | | | |
| 4. HSBC Bank USA, N.A. | | | | |
| 5. Citibank (Switzerland) AG | | | | Jenna C. Smith Boies Schiller Flexner LLP 30 South Pearl St., 11th floor Albany, New York 12207 Telephone: 518-694-4257 Email: jsmith@bsfllp.com |
| 6. Citivic Nominees Limited | | | | |
| 7. EFG Private Bank SA | | | | |
| 8. Safra National Bank of New York | | | | *Attorneys for Zurich Capital Markets Company, ZCM Asset Holding Company (Bermuda) Limited (misnamed in pleadings as ZCM Asset Holding Co. Bermuda), and ZCM Matched Funding Corp.* |
| 9. Itaú Europa Luxembourg, S.A. | | | | |
| 10. Merrill Lynch Bank | | | | Cleary Gottlieb Steen & Hamilton LLP Jeffrey A. Rosenthal Joseph M. Kay One Liberty Plaza New York, NY 10006 T: 212-225-2000 F: 212-225-3999 jrosenthal@cgsh.com jkay@cgsh.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Bank USA, N.A.*<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citibank (Switzerland) AG; Citivic Nominees Limited*<br><br>Pamela A. Miller<br>O'MELVENY & MYERS LLP |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorney for Merrill Lynch Bank (Suisse) SA, improperly named as Merrill Lynch Bank*<br><br>Adam M. Lavine<br>Kobre & Kim LLP<br>800 3rd Avenue, 6th floor<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>adam.lavine@kobrekim.com<br>*Attorney for EFG Private Bank SA*<br><br>Jeffrey T. Scott<br>Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: scottj@sullcrom.com<br>E-mail: finna@sullcrom.com<br><br>*Attorneys for Safra National Bank of New York* |

Exhibit C

Case 22-2101, Document 30, 11/23/2022, 3426091, Page173 of 287

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 40. | 1. Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd.<br>2. LGT Bank in Liechtenstein AG, NKA LGT Bank AG<br>3. Liechtensteinische LB Reinvest AMS<br>4. Verwaltungs-und Privat-Bank Aktiengesellschaft<br>5. Centrum Bank Aktiengesellschaft<br>6. National Bank of Kuwait S.A.K.<br>7. NBK Banque Privée Suisse SA | 19cv4964<br>21cv4400 | 22-2208<br>Not opened | 10-03635 | Gregory F. Hauser<br>Jascha D. Preuss<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Fl.<br>New York, N.Y. 10005<br>T: 212-509-5050<br>F: 212-509-9559<br>gregory.hauser@wg-law.com<br>jascha.preuss@wg-law.com<br><br>*Attorneys for Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd., LGT Bank in Liechtenstein AG, NKA LGT Bank AG., Liechtensteinische LB Reinvest AMS, Verwaltungs-und Privat-Bank Aktiengesellschaft, Centrum Bank Aktiengesellschaft.* |
| | | | | | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7174<br>Email:<br>Jeffrey.Resetarits@Shearman.com<br>Email:<br>Randall.Martin@Shearman.com<br><br>*Attorneys for Defendant Banco Itaú International* |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 8. "HSBC" | | | | Richard A. Cirillo<br>Cirillo Law Office<br>246 East 33rd Street # 1<br>New York, NY 10016<br>T: +1 917-541-6778<br>E: richard@cirillo-law.com<br><br>*Attorney for Citibank Korea Inc., HSBC Seoul Branch, Korea Exchange Bank, National Bank of Kuwait, and NBK Banque Privée (Suisse) S.A.* |
| 9. Harmony Capital Fund Ltd. | | | | Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com<br><br>*Attorneys for Harmony Capital Fund Ltd; RBS Coutts Bank Ltd..; Lloyds TSB Bank Geneva* |
| 10. Lloyds TSB Bank Geneva, NKA Lloyds TSB Bank, plc | | | | |
| 11. RBS Coutts Bank Ltd., NKA Coutts & Co. Ltd. | | | | |
| 12. Bank Julius Baer & Co. Ltd. | | | | |
| 13. Fairfield Investment Fund Ltd. | | | | McKool Smith, P.C.<br>Eric B. Halper<br>One Manhattan West |
| 14. Fairfield Investment GCI | | | | |
| 15. FIF Advanced Ltd. | | | | |
| 16. Compagnie Bancaire Helvétique | | | | |
| 17. BCV AMC Defensive AL Fund | | | | |
| 18. Banque Cantonale Vaudoise | | | | |
| 19. Société Générale Bank & Trust | | | | |
| 20. Edmond de Rothschild (Suisse) S.A. | | | | |
| 21. Rothschild Bank Geneva (Dublin) | | | | |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 22. Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A | | | | 395 9th Avenue, 50th Floor New York, New York 10001 Tel: (212) 402-9400 Fax: (212) 402-9444 ehalper@mckoolsmith.com |
| 23. Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | | | | *Attorneys for Bank Julius Baer & Co. Ltd.* |
| 24. Lombard Odier Darier Hentsch & Cie | | | | William A. Maher Fletcher W. Strong Maxwell G. Dillan |
| 25. Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | | | | Wollmuth Maher & Deutsch LLP 500 Fifth Avenue New York, New York 10110 T: (212) 382-3300 F: (212) 382-0050 |
| 26. Vorarlberger Landes- und Hypothekenbank AG | | | | wmaher@wmd-law.com fstrong@wmd-law.com mdillan@wmd-law.com |
| 27. CACEIS Bank Luxembourg | | | | |
| 28. UBS AG New York | | | | |
| 29. UBS AG Zurich | | | | *Attorneys for Defendants Fairfield Investment Fund Limited, Fairfield GCI Fund (sued as Fairfield Investment GCI), and FIF Advanced, Ltd.* |
| 30. UBS Jersey Nominees Limited | | | | |
| 31. BNP Paribas (Suisse) SA | | | | |
| 32. BNP Paribas (Suisse) SA Ex Fortis (NKA BNP Paribas (Suisse) SA) | | | | John F. Zulack Lauren J. Pincus David A. Shaiman Allegaert Berger & Vogel LLP |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 33. BNP Paribas (Suisse) SA Private (NKA BNP Paribas (Suisse) SA) | | | | 111 Broadway, 20th Floor New York, NY 10006 T: 212-571-0550 F: 212-571-0555 jzulack@abv.com lpincus@abv.com dshaiman@abv.com |
| 34. Falcon Private Bank Ltd. | | | | |
| 35. InCore Bank AG | | | | |
| 36. Banque Pictet & Cie SA (sued as Pictet & Cie) | | | | *Attorneys for Compagnie Bancaire Helvétique; BCV AMC Defensive AL Fund; Banque Cantonale Vaudoise; Société Générale Bank & Trust;* |
| 37. Corner Banca SA | | | | *Edmond de Rothschild (Suisse) S.A.; Rothschild Bank Geneva (Dublin);* |
| 38. Finter Bank Zurich | | | | *Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild* |
| 39. IHAG Handelsbank AG | | | | *Lugano S.A.; Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild* |
| 40. PKB Privatbank AG | | | | *Bank AG; Lombard Odier Darier Hentsch & Cie* |
| 41. Banca Unione di Credito | | | | |
| 42. BSI AG | | | | |
| 43. BSI Ex Banca Del Gottardo | | | | Steven Wolowitz Christopher J. Houpt |
| 44. EFG Bank SA Switzerland | | | | Bradley A. Cohen Mayer Brown LLP |
| 45. EFG Eurofinancier D'Invest MCL | | | | 1221 Avenue of the Americas New York, NY 10020 |
| 46. BBVA (Suisse) SA | | | | T: 212-506-2500 swolowitz@mayerbrown.com |
| 47. Sis Seeganintersettle | | | | choupt@mayerbrown.com bacohen@mayerbrown.com |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 48. Six SIS Ltd. | | | | |
| 49. Dexia Banque Internationale a Luxembourg | | | | *Attorneys for Société Générale Bank & Trust* |
| 50. Bank J. Safra Sarasin AG, FKA Bank Sarasin & Cie | | | | Mark G. Hanchet<br>Kevin C. Kelly<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>mhanchet@mayerbrown.com<br>kkelly@mayerbrown.com |
| 51. Banca Arner S.A. | | | | |
| 52. Clariden Leu Ltd. | | | | |
| 53. Credit Suisse AG Zurich | | | | |
| 54. Quasar Fund SPC Class A and Class B CGCNV | | | | Marc R. Cohen<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC 20006<br>T: 202-263-5282<br>mcohen@mayerbrown.com |
| 55. Hapoalim (Switzerland) Ltd. | | | | *Attorneys for Lombard Odier Darier Hentsch & Cie* |

Exhibit C

**HARNIK LAW FIRM**
Stephen M. Harnik
1225 Park Ave.
New York, New York 10128
T: (212) 599-7575
F: (212) 867-8120
Email: stephen@harnik.com
*Attorneys for Vorarlberger Landes-*
*Und Hypothekenbank AG (now*
*known as Hypo Vorarlberg Bank AG)*

Elizabeth Vicens
Cleary Gottlieb Steen & Hamilton
LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
evicens@cgsh.com

*Attorney for CACEIS Bank*
*Luxembourg*

Marshall R. King
Gabriel Herrmann
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
|  |  |  |  | *Attorneys for UBS AG (incorrectly sued as "UBS AG New York" and "UBS AG Zurich") and UBS Jersey Nominees Limited*<br><br>Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private*<br><br>Emil A. Kleinhaus<br>Angela K. Herring<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY<br>eakleinhaus@wlrk.com<br>akherring@wlrk.com<br>Tel: (212) 403-1000<br>Fax: (212) 403-2000 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Banque Pictet & Cie SA (sued as Pictet & Cie)*<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>George W. Shuster, Jr.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>T: (212) 937-7518<br>george.shuster@wilmerhale.com<br><br>*Attorneys for Defendants Banca Arner S.A. (n/k/a One Swiss Bank); Corner Banca SA: Finter Bank Zurich; IHAG Handelsbank AG; and PKB Privatbank AG*<br><br>Adam M. Lavine<br>Kobre & Kim LLP<br>800 3rd Avenue, 6th floor<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>adam.lavine@kobrekim.com<br><br>*Attorney for Banca Unione di Credito, BSI AG, BSI Ex Banca Del Gottardo, EFG Bank SA Switzerland.* |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | *and EFG Eurofinancier D'Invest MCL*<br><br>Heather Lamberg<br>Winston & Strawn<br>1901 L St. NW<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br>*Attorneys for BBVA Suisse*<br><br>Andreas A. Frischknecht<br>Erin E. Valentine<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>T: (212) 257-6960<br>F: (212) 257-6950<br>a.frischknecht@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com<br><br>*Attorneys for SIS Seeganintersettle & Six SIS Ltd.*<br><br>Jeffrey T. Scott<br>Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | E-mail: scottj@sullcrom.com<br>E-mail: finna@sullcrom.com<br><br>*Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*<br><br>William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Credit Suisse AG Zurich and Clariden Leu Ltd.*<br><br>Norris D. Wolff, Esq.<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue, 38th Floor<br>New York, New York 10110<br>(212) 986-6000<br>nwolff@kkwc.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV* <br><br> **HERBERT SMITH FREEHILLS NEW YORK LLP** <br> Scott S. Balber <br> Jonathan C. Cross <br> 450 Lexington Avenue, 14th Floor <br> New York, NY 10017 <br> T: (917) 542-7600 <br> Scott.Balber@hsf.com <br> Jonathan.Cross@hsf.com <br><br> *Attorneys for Bank Hapoalim (Suisse) Ltd.* |
| 41. | 1. Dresdner Bank Schweiz, NKA LGT Bank (Switzerland) Ltd. <br><br> 2. LGT Bank in Liechtenstein AG, NKA LGT Bank AG <br><br> 3. Liechtensteinische LB Reinvest AMS <br><br> 4. Verwaltungs-und Privat-Bank Aktiengesellschaft <br><br> 5. Centrum Bank Aktiengesellschaft <br><br> 6. "HSBC" | 19cv4888 <br> 21cv4486 | 22-2304 <br> Not opened | 10-03636 | Gregory F. Hauser <br> Jascha D. Preuss <br> Wuersch & Gering LLP <br> 100 Wall Street, 10th Fl. <br> New York, N.Y. 10005 <br> T: 212-509-5050 <br> F: 212-509-9559 <br> gregory.hauser@wg-law.com <br> jascha.preuss@wg-law.com <br><br> *Attorneys for Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd., LGT Bank in Liechtenstein AG, NKA LGT Bank AG, Liechtensteinische LB Reinvest AMS, Verwaltungs-und* |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 7. Arden International Capital Limited | | | | *Privat-Bank Aktiengesellschaft, Centrum Bank Aktiengesellschaft.* |
| 8. Harmony Capital Fund Ltd. | | | | |
| 9. Lloyds TSB Bank Geneva, NKA Lloyds Bank plc | | | | Richard A. Cirillo<br>Cirillo Law Office<br>246 East 33rd Street # 1<br>New York, NY 10016<br>T: +1 917-541-6778<br>E: richard@cirillo-law.com |
| 10. RBS Coutts Bank Ltd., NKA Coutts & Co. Ltd. | | | | |
| 11. Bank Julius Baer & Co. Ltd. | | | | *Attorney for Citibank Korea Inc., HSBC Seoul Branch, Korea Exchange Bank, National Bank of Kuwait, and NBK Banque Privée (Suisse) S.A.* |
| 12. RBC Dexia Investor Service Julius Baer SICAV | | | | |
| 13. Fairfield Investment Fund Ltd. | | | | |
| 14. Fairfield Investment GCI | | | | William A. Maher<br>Fletcher W. Strong<br>Maxwell G. Dillan<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>T: (212) 382-3300<br>F: (212) 382-0050<br>wmaher@wmd-law.com<br>fstrong@wmd-law.com<br>mdillan@wmd-law.com |
| 15. FIF Advanced Ltd. | | | | |
| 16. CBH Compagnie Bancaire Helvétique SA | | | | |
| 17. GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund) | | | | |
| 18. Banque Cantonale Vaudoise | | | | *Attorneys for Defendants Fairfield Investment Fund Limited, Fairfield GCI Fund (sued as Fairfield* |
| 19. Société Générale Bank & Trust | | | | |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 20. Edmond de Rothschild (Suisse) S.A. | | | | *Investment GCI), and FIF Advanced, Ltd* |
| 21. Rothschild Bank Geneva (Dublin) | | | | Anthony L. Paccione |
| 22. Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A | | | | Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020 |
| 23. Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) | | | | T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com |
| 24. Lombard Odier Darier Hentsch & Cie) | | | | |
| 25. Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG, AKA ABN AMRO (Switzerland) AG) | | | | *Attorneys for Harmony Capital Fund Ltd; Lloyds TSB Bank Geneva; RBS Coutts Bank Ltd.*<br><br>McKool Smith, P.C.<br>Eric B. Halper |
| 26. Vorarlberger Landesund Hypothekenbank AG | | | | One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, New York 10001 |
| 27. CACEIS Bank Luxembourg | | | | Tel: (212) 402-9400<br>Fax: (212) 402-9444 |
| 28. UBS AG New York | | | | ehalper@mckoolsmith.com |
| 29. UBS AG Zurich | | | | *Attorneys for Bank Julius Baer & Co. Ltd.* |
| 30. UBS Jersey Nominees Limited | | | | John F. Zulack |
| 31. BNP Paribas (Suisse) SA | | | | Lauren J. Pincus |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 32. BNP Paribas (Suisse) SA Ex Fortis, NKA BNP Paribas (Suisse) SA | | | | David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com |
| 33. BNP Paribas (Suisse) SA Private, NKA BNP Paribas (Suisse) SA | | | | |
| 34. Falcon Private Bank Ltd. | | | | |
| 35. InCore Bank AG | | | | |
| 36. Banque Pictet & Cie SA (sued as Pictet & Cie) | | | | *Attorneys for Compagnie Bancaire Helvétique; BCV AMC Defensive AL Fund; Banque Cantonale Vaudoise; Société Générale Bank & Trust; Edmond de Rothschild (Suisse) S.A.; Rothschild Bank Geneva (Dublin); Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG; Lombard Odier Darier Hentsch & Cie* |
| 37. Corner Banca SA | | | | |
| 38. Finter Bank Zurich | | | | |
| 39. IHAG Handelsbank AG | | | | |
| 40. PKB Privatbank AG | | | | |
| 41. Banca Unione di Credito | | | | |
| 42. BSI AG | | | | Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>swolowitz@mayerbrown.com |
| 43. BSI Ex Banca Del Gottardo | | | | |
| 44. EFG Bank SA Switzerland | | | | |
| 45. EFG Eurofinancier D'Invest MCL | | | | |
| 46. BBVA (Suisse) SA | | | | |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 47. Sis Seeganintersettle | | | | choupt@mayerbrown.com<br>bacohen@mayerbrown.com |
| 48. Six SIS Ltd. | | | | *Attorneys for Société Générale Bank & Trust (* |
| 49. Dexia Banque Internationale a Luxembourg | | | | Marc R. Cohen<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC 20006<br>T: 202-263-5282<br>mcohen@mayerbrown.com |
| 50. Bank J. Safra Sarasin AG, FKA Bank Sarasin & Cie | | | | |
| 51. Bank Leumi le-Israel B.M. | | | | |
| 52. Liechtensteinische LB Reinvest ALM | | | | *Attorneys for Banque Lombard Odier & Cie SA* |
| 53. Banca Arner S.A. | | | | |
| 54. Clariden Leu Ltd. | | | | **HARNIK LAW FIRM**<br>Stephen M. Harnik<br>1225 Park Ave.<br>New York, New York 10128<br>T: (212) 599-7575<br>F: (212) 867-8120<br>Email: stephen@harnik.com |
| 55. Credit Suisse AG Zurich | | | | |
| 56. Quasar Fund SPC Class A and Class B CGCNV | | | | |
| 57. National Bank of Kuwait | | | | *Attorneys for Vorarlberger Landes-Und Hypothekenbank AG (now known as Hypo Vorarlberg Bank AG)* |
| 58. NBK Banque Privée Suisse SA | | | | |
| 59. Hapoalim (Switzerland) Ltd. | | | | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for CACEIS Bank Luxembourg*<br><br>Marshall R. King<br>Gabriel Herrmann<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com<br><br>*Attorneys for UBS AG (incorrectly sued as "UBS AG New York" and "UBS AG Zurich") and UBS Jersey Nominees Limited*<br><br>Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000 |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | lschweitzer@cgsh.com |
| | | | | amackinnon@cgsh.com |
| | | | | tkessler@cgsh.com |
| | | | | |
| | | | | *Attorneys for BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private* |
| | | | | |
| | | | | Emil A. Kleinhaus |
| | | | | Angela K. Herring |
| | | | | Wachtell, Lipton, Rosen & Katz |
| | | | | 51 West 52nd Street |
| | | | | New York, NY |
| | | | | eakleinhaus@wlrk.com |
| | | | | akherring@wlrk.com |
| | | | | Tel: (212) 403-1000 |
| | | | | Fax: (212) 403-2000 |
| | | | | |
| | | | | *Attorneys for Banque Pictet & Cie SA (sued as Pictet & Cie)* |
| | | | | |
| | | | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | | | | |
| | | | | George W. Shuster, Jr. |
| | | | | 7 World Trade Center |
| | | | | 250 Greenwich Street |
| | | | | New York, NY 10007 |
| | | | | T: (212) 937-7518 |
| | | | | george.shuster@wilmerhale.com |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | *Attorneys for Defendants Banca Arner S.A. (n/k/a One Swiss Bank); Corner Banca SA; Finter Bank Zurich; IHAG Handelsbank AG; and PKB Privatbank AG*<br><br>Adam M. Lavine<br>Kobre & Kim LLP<br>800 3rd Avenue, 6th floor<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>adam.lavine@kobrekim.com<br><br>*Attorney for Banca Unione di Credito, BSI AG, BSI Ex Banca Del Gottardo, EFG Bank SA Switzerland, and EFG Eurofinancier D'Invest MCL*<br><br>Heather Lamberg<br>Winston & Strawn<br>1901 L St. NW<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorneys for BBVA Suisse*<br><br>Andreas A. Frischknecht |

# Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | Erin E. Valentine<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>T: (212) 257-6960<br>F: (212) 257-6950<br>a.frischknecht@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com<br><br>*Attorneys for SIS Seeganintersettle & Six SIS Ltd*<br><br>Mark G. Hanchet<br>Kevin C. Kelly<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>mhanchet@mayerbrown.com<br>kkelly@mayerbrown.com<br><br>Jeffrey T. Scott<br>Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: scottj@sullcrom.com<br>E-mail: finna@sullcrom.com |

Case 22-2101, Document 30, 11/23/2022, 3426091, Page192 of 287

**Exhibit C**

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | *Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*<br><br>Elliot Moskowitz<br>Andrew Ditchfield<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-450-4000<br>Fax: 212-701-5800<br>elliot.moskowitz@davispolk.com<br>andrew.ditchfield@davispolk.com<br><br>*Attorneys for Bank Leumi le-Israel B.M.*<br><br>William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Credit Suisse AG Zurich and Clariden Leu Ltd.* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Norris D. Wolff, Esq. Kleinberg, Kaplan, Wolff & Cohen, P.C. 500 Fifth Avenue, 38th Floor New York, New York 10110 (212) 986-6000 nwolff@kkwc.com *Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC)* **HERBERT SMITH FREEHILLS NEW YORK LLP** Scott S. Balber Jonathan C. Cross 450 Lexington Avenue, 14th Floor New York, NY 10017 T: (917) 542-7600 Scott.Balber@hsf.com Jonathan.Cross@hsf.com *Attorneys for Bank Hapoalim (Suisse) Ltd.* |
| 42. | Citibank (Switzerland) AG | 19cv4267 21cv2997 | 22-2308 22-2591 | 10-03640 | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. One Liberty Plaza New York, NY 10006 T: 212-225-2000 F: 212-225-3999 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citibank (Switzerland) AG* |
| 43. | Deutsche Bank Trust Company Americas | 19cv4863<br>21cv3008 | 22-2254<br>22-2594 | 10-03744 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for Deutsche Bank Trust Company Americas* |
| 44. | Deutsche Bank (Suisse) SA | 19cv4278<br>21cv3010 | 22-2347<br>22-2535 | 10-03745 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for Deutsche Bank (Suisse) SA* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 45. | 1. Deutsche Bank (Cayman)<br>2. Sciens CFO 1 Feeder Fund Ltd.<br>3. Sciens Global Opportunity Fund | 19cv4285<br>21cv3018 | 22-2349<br>22-2368 | 10-03746 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for Deutsche Bank (Cayman)*<br><br>Ralph A. Siciliano<br>Amanda Leone<br>Tannenbaum Helpern Syracuse &<br>Hirschtritt LLP<br>900 Third Avenue<br>New York, NY 10022<br>(212) 508-6718<br>siciliano@thsh.com<br><br>*Attorneys for Sciens CFO 1 Feeder Fund Ltd., Sciens Global Opportunity Fund* |
| 46. | Deutsche Bank AG (Singapore) | 21cv3028<br>19cv4357 | 22-2340<br>22-2370 | 10-03747 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 47. | Blubank Ltd., NKA Inteligo Bank Ltd. | 19cv4359 21cv3032 | 22-2242 22-2345 | 10-03750 | *Attorney for Deutsche Bank AG (Singapore)*<br><br>Heather Lamberg<br>Winston & Strawn<br>1901 L St.<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorney for Blubank Ltd., NKA Inteligo Bank Ltd* |
| 48. | 1. Banco Itau International, FKA Bank Boston International Florida<br><br>2. Blush Nominees, LLC<br><br>3. Brown Brothers Harriman & Co.<br><br>4. Credit Agricole (Miami)<br><br>5. Credit Lyonnais Miami, NKA LCL-LE Credit Lyonnais S.A. Miami<br><br>6. Credit Lyonnais, NKA LCLLE Credit Lyonnais SA<br><br>7. Credit Lyonnais SA<br><br>8. Fox Nominees, LLC | 19cv5023 21cv3042 | 22-2210 22-2364 | 10-03752 | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7174<br>Email:<br>Jeffrey.Resetarits@Shearman.com<br>Email:<br>Randall.Martin@Shearman.com<br><br>*Attorneys for Defendant Banco Itaú International*<br><br>Elizabeth Vicens<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | 9. SCB Nominees (CI) Ltd. | | | | F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for Blush Nominees, LLC f/k/a Blush & Co., Brown Brothers Harriman & Co., Credit Agricole (Miami), Credit Lyonnais Miami n/k/a LCL-LE Credit Lyonnais S.A. Miami, Credit Lyonnais n/k/a LCL-LE Credit Lyonnais SA, and Fox Nominees, LLC f/k/a Fox & Co.*<br><br>Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: finna@sullcrom.com<br><br>*Attorneys for SCB Nominees (CI) Ltd.* |
| 49. | 1. Dresdner Lateinamerika AG, FKA Dresdner Bank LateinAmerika AG<br>2. UBS Deutschland AG, NKA UBS Europe SE | 19cv5126 | 22-2428 | 10-03753 | MILBANK LLP<br>Andrew M. Leblanc<br>Melanie W. Yanez<br>1850 K Street, NW, Suite 1100<br>Washington, DC 20006<br>T: 202-835-7500<br>F: 202-263-7586<br>aleblanc@milbank.com<br>mwyanez@milbank.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Defendant-Appellee Dresdner Lateinamerika AG*<br><br>Marshall R. King<br>Gabriel Herrmann<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com<br><br>*Attorneys for UBS Deutschland AG (now known as UBS Europe SE)* |
| 50. | CDC IXIS | 19cv5130 | 22-2396 | 10-03754 | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for CDC IXIS* |
| 51. | Itaú Europa Luxembourg, S.A. | 19cv4364<br>21cv3072 | 22-2245<br>22-2405 | 10-03755 | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br><br>Telephone: (212) 848-4000 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Facsimile: (646) 848-7174<br><br>Email: Jeffrey.Resetarits@Shearman.com<br>Email: Randall.Martin@Shearman.com<br><br>*Attorneys for Defendant Itaú BBA International (Cayman) Ltd., f/k/a Itaú Europa Luxembourg, S.A., f/k/a Banco Itaú Europa Luxembourg, S.A.* |
| 52. | FS/CBESSA, AKA Banque Privee Espirito Santo SA, FKA Compagnie Bancaire Espirito Santo SA' | 19cv4365<br>21cv3074 | 22-2258<br>22-2427 | 10-03756 | |
| 53. | SNS Global Custody B.V. | 19cv4367<br>21cv3077 | 22-2264<br>22-2357 | 10-03757 | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>George W. Shuster, Jr.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>T: (212) 937-7518<br>george.shuster@wilmerhale.com<br><br>*Attorneys for SNS Global Custody B.V.* |
| 54. | UBS Fund Services (Cayman) Limited, NKA MUFG Alternative Fund Services (Cayman) Limited | 19cv4138 | 22-2234 | 10-03758 | Marshall R. King<br>Gabriel Herrmann<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Tel.: (212) 351-4000 mking@gibsondunn.com gherrmann@gibsondunn.com *Attorneys for UBS Fund Services (Cayman) Limited (now known as MUFG Alternative Fund Services (Cayman) Limited)* |
| 55. | Banque Pictet & Cie SA (sued as Pictet & Cie) | 19cv4369 21cv3079 | 22-2269 22-2334 | 10-03764 | Emil A. Kleinhaus Angela K. Herring Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY eakleinhaus@wlrk.com akherring@wlrk.com Tel: (212) 403-1000 Fax: (212) 403-2000 *Attorneys for Banque Pictet & Cie SA (sued as Banque Pictet & Cie)* |
| 56. | 1. ABN AMRO Retained Nominees (IOM) Limited 2. Odyssey Alternative Fund Limited 3. Platinum All Weather Fund | 19cv4865 21cv3080 | 22-2203 22-2336 | 10-03776 | Christopher Harris Thomas J. Giblin Latham & Watkins LPP 1271 Avenue of the Americas New York, New York 10020 T: (212) 906-1200 F: (212) 751-4864 christopher.harris@lw.com thomas.giblin@lw.com |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | *Attorneys for ABN AMRO Retained Nominees (IOM) Limited*<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Scott B. Schreiber<br>Rosa J. Evergreen (to be admitted *pro hac vice*)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Email:<br>scott.schreiber@arnoldporter.com<br>Email:<br>rosa.evergreen@arnoldporter.com<br><br>-and-<br><br>Kent A. Yalowitz<br>Daniel R. Bernstein<br>Lucas B. Barrett<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>Email:<br>kent.yalowitz@arnoldporter.com<br>Email:<br>daniel.bernstein@arnoldporter.com<br>Email:<br>lucas.barrett@arnoldporter.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Platinum All Weather Fund Limited* |
| 57. | Wall Street Securities, FKA Bantal Brothers S.A. | 19cv4379 21cv3085 | 22-2271 22-2338 | 10-03778 | Joshua E. Abraham BUTZEL LONG, P.C. 477 Madison Avenue, Suite 1230 New York, New York 10022 (212) 374-5370 abraham@butzel.com

*Attorney for Wall Street Securoties, FKA Bantal Brothers S.A* |
| 58. | UBS AG New York | 19cv4869 21cv3580 | 22-2172 22-2577 | 10-03780 | Marshall R. King Gabriel Herrmann GIBSON, DUNN & CRUTCHER LLP 200 Park Avenue New York, New York 10166 Tel.: (212) 351-4000 mking@gibsondunn.com gherrmann@gibsondunn.com

*Attorneys for UBS AG (incorrectly sued as "UBS AG New York")* |
| 59. | 1. Credit Suisse (Bahamas), AKA Credit Suisse (Bahamas) Limited<br>2. Credit Suisse AG, Nassau Branch | 19cv4148 | 22-2281 | 10-03782 | William J. Sushon Daniel S. Shamah Kayla N. Haran O'MELVENY & MYERS LLP 7 Times Square New York, New York 10036 Telephone: (212) 326-2000 Facsimile: (212) 326-2061 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Credit Suisse (Bahamas) and Credit Suisse AG, Nassau Brach* |
| 60. | Maria Férère, as Liquidator of Banco Atlantico (Bahamas), AKA Banco Atlantico (Bahamas) Bank & Trust Limited | 19cv4155 | 22-2251 | 10-03783 | Richard G. Haddad<br>Andrew S. Halpern<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, New York 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>E-mail: rhaddad@otterbourg.com<br>    ahalpern@otterbourg.com<br><br>*Attorneys for Maria Férère, as Liquidator of Defendant-Appellee Banco Atlántico (Bahamas) a/k/a Banco Atlántico (Bahamas) Bank &Trust Limited (In Voluntary Liquidation)* |
| 61. | 1. FIF Advanced Limited<br>2. SG Private Banking (Suisse) SA, NKA Societe Generale Private Banking (Suisse) S.A | 19cv4381<br>21cv3088 | 22-2248<br>22-2339 | 10-03786 | William A. Maher<br>Fletcher W. Strong<br>Maxwell G. Dillan<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>T: (212) 382-3300<br>F: (212) 382-0050 |

**Exhibit C**

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| | | | | wmaher@wmd-law.com<br>fstrong@wmd-law.com<br>mdillan@wmd-law.com<br><br>*Attorneys for FIF Advanced Ltd.*<br><br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>AND<br><br>Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 62. | 1. Banco Atlantico Gibraltar Ltd., AKA EFG Bank (Gibraltar) Ltd.<br><br>2. European Financial Group EFG SA, AKA European Financial Group EFG (Luxembourg) S.A. | 19cv4188 | 22-2314 | 10-03787 | *Attorneys SG Private Banking (Suisse) SA. NKA Societe Generale Private Banking (Suisse) S.A.*<br><br>Adam M. Lavine<br>Kobre & Kim LLP<br>800 3rd Avenue, 6th floor<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>adam.lavine@kobrekim.com<br><br>*Attorney for EFG Bank (Gibraltar) Ltd. and European Financial Group EFG (Luxembourg) S.A.* |
| 63. | Merrill Lynch Bank (Suisse) SA | 19cv4882<br>21cv3091 | 22-2107<br>22-2350 | 10-03788 | Pamela A. Miller<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorney for Merrill Lynch Bank (Suisse) SA* |
| 64. | 1. Abdul Hamid M. Saeed<br><br>2. Al Nahyan Mansour Zayed | 19cv4739 | 22-2166 | 10-03790 | George M. Chalos<br>Briton P. Sparkman<br>Chalos & Co, P.C.<br>55 Hamilton Avenue<br>Oyster Bay, NY 11771<br>(516) 714-4300<br>(516) 750-9051<br>gmc@chaloslaw.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | bsparkman@chalosloaw.com<br><br>*Attorneys for Zayed and Saeed* |
| 65. | Monte Paschi Ireland Limited | 19cv4382<br>21cv3092 | 22-2287<br>22-2622 | 10-03791 | James C. McCarroll<br>John C. Scalzo<br>Nicholas J. Mazza<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>T: 212-521-5400<br>F: 212-521-5450<br>jmccarroll@reedsmith.com<br>jscalzo@reedsmith.com<br>nmazza@reedsmith.com<br><br>*Attorneys for Monte Paschi Ireland Limited* |
| 66. | 1. Standard Chartered Premium Fund, FKA American Express Offshore Alternative Investment Fund<br><br>2. ZCM Asset Holding Company (Bermuda) Limited<br><br>3. Zurich Bank | 19cv4203 | 22-2375 | 10-03792 | Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: finna@sullcrom.com<br><br>*Attorneys for Standard Chartered Premium Fund, f/k/a American Express Offshore Alternative Investment Fund*<br><br>Alan B. Vickery |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Steven I. Froot<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: 212-446-2300<br>Email: avickery@bsfllp.com<br>Email: sfroot@bsfllp.com<br><br>Jenna C. Smith<br>Boies Schiller Flexner LLP<br>30 South Pearl St., 11th floor<br>Albany, New York 12207<br>Telephone: 518-694-4257<br>Email: jsmith@bsfllp.com<br><br>*Attorneys for ZCM Asset Holding Company (Bermuda) Limited and Zurich Bank* |
| 67. | Nomura International PLC | 19cv4384<br>21cv3097 | 22-2614<br>22-2631 | 10-03793 | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7174<br>Email: Jeffrey.Resetarits@Shearman.com<br>Email: Randall.Martin@Shearman.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Defendant Nomura International plc* |
| 68. | Lombard Odier Darier Hentsch & Cie | 19cv4219<br>21cv3102 | 22-2391<br>22-2472 | 10-03795 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>AND<br><br>Mark G. Hanchet<br>Kevin C. Kelly<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>mhanchet@mayerbrown.com<br>kkelly@mayerbrown.com<br><br>Marc R. Cohen<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC 20006<br>T: 202-263-5282<br>mcohen@mayerbrown.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Lombard Odier Darier Hentsch & Cie* |
| 69. | 1. Graziela Strina de Toledo Arruda<br><br>2. Luisa M. Strina | 19cv4989<br>21cv3106 | 22-2207<br>22-2475 | 10-03798 | Daniel E. Kelly<br>Steven Barry Eichel<br>Leech Tishman Robinson Brog, PLLC<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022<br>212-603-6300<br>(212)-956-2164<br>dkelly@leechtishman.com<br>seichel@leechtishman.com<br><br>*Attorneys for Graziela Strina de Toledo Arruda and Luisa M. Strina* |
| 70. | 1. SG Hambros Nominees (Jersey) AKA SG Hambros Nominees (Jersey) Limited<br><br>2. SG Hambros Bank (Channel Islands) Limited – Guernsey a/k/a SG Hambros Bank (Channel Islands) Limited<br><br>3. Hambros Guernsey Nominees, AKA Hambros (Guernsey Nominees) Limited | 19cv4225 | 22-2243 | 10-03799 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>AND |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 4. | SG Hambros Bank & Trust (Guernsey) Ltd. | | | | Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com<br><br>*Attorneys for SG Hambros Nominees (Jersey) AKA SG Hambros Nominees (Jersey) Limited; SG Hambros Bank (Channel Islands) Limited – Guernsey a/k/a SG Hambros Bank (Channel Islands) Limited; Hambros Guernsey Nominees, AKA Hambros (Guernsey Nominees) Limited; SG Hambros Bank & Trust (Guernsey) Ltd.* |
| 71. | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | 19cv4265<br>21cv3110 | 22-2279<br>22-2494 | 10-03801 | McKool Smith, P.C.<br>Eric B. Halper<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, New York 10001<br>Tel: (212) 402-9400<br>Fax: (212) 402-9444<br>ehalper@mckoolsmith.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 72. | Sumitomo Trust & Banking Co., Ltd. | 19cv4268<br>21cv3112 | 22-2309<br>22-2512 | 10-03863 | *Attorneys for ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd.*<br><br>Becker, Glynn, Muffly, Chassin & Hosinski LLP<br>Zeb Landsman<br>Jordan Stern<br>299 Park Avenue<br>16th Floor<br>New York, NY 10171<br>zlandsman@beckerglynn.com<br>jstern@beckerglynn.com<br><br>*Counsel to Sumitomo Trust & Banking Co., Ltd.* |
| 73. | Natixis Wealth Management Luxembourg, FKA Natixis Private Banking International S.A. | 19cv4274<br>21cv3127 | 22-2311<br>22-2488 | 10-03864 | DAVIS+GILBERT LLP<br>Joseph Cioffi<br>H. Seiji Newman<br>Bruce M. Ginsberg<br>Adam M. Levy<br>1675 Broadway<br>New York, New York 10019<br>Telephone: (212) 468-4800<br>Facsimile: (212) 468-4888<br>jcioffi@dglaw.com<br>hsnewman@dglaw.com<br>bginsberg@dglaw.com<br>alevy@dglaw.com<br><br>*Counsel for Defendant Natixis Wealth Management Luxembourg,* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 74. | Celfin International Limited, NKA BTG Pactual (Cayman) International Holding Limited | 19cv4317 21cv3130 | 22-2358 22-2489 | 10-03865 | *formerly known as Natixis Private Banking International S.A.*<br><br>Joshua D. Liston<br>Beys Liston & Mobargha LLP<br>New York, NY 10022<br>T: 646-755-3601<br>F: 646-755-3599<br>jliston@blmllp.com<br><br>*Attorneys for Celfin International Limited, NKA BTG Pactual (Cayman) International Holding Limited* |
| 75. | FS Stichting Stroeve Global | 19cv4416 21cv3133 | 22-2291 22-2493 | 10-03867 | Robert A. Rich<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1000<br>rrich2@huntonak.com<br><br>*Attorneys for FS Stichting Stroeve Global Custody* |
| 76. | 1. Clearstream Banking SA<br>2. Quintet Private Bank (Europe) SA, FKA Kredietbank SA Luxembourgeoise | 19cv4991 21cv3134 | 22-2211 22-2497 | 10-03868 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>Joshua Dorchak<br>101 Park Avenue<br>New York, New York 10178<br>212.309.6700<br>joshua.dorchak@morganlewis.com<br><br>*Attorneys for Defendant* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Clearstream Banking S.A.*<br><br>Robert A. Rich<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1000<br>rrich2@huntonak.com<br><br>*Attorneys for Quintet Private Bank (Europe) SA f/k/a Kreidietbank SA Luxembourgeoise* |
| 77. | Six Sis AG, AKA Sis SegaInterSettle AG | 19cv4426<br>21cv3150 | 22-2140<br>22-2500 | 10-03869 | Andreas A. Frischknecht<br>Erin E. Valentine<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>T: (212) 257-6960<br>F: (212) 257-6950<br>a.frischknecht@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com<br><br>*Attorneys for Six Sis AG, AKA Sis SegaInterSettle AG* |
| 78. | Arden International Capital Limited | 19cv4319 | 22-2362 | 10-03870 | M. William Munno<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>T: 212-574-1200<br>F: 212-480-8421<br>munno@sewkis.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | and<br><br>Michael B. Weitman<br>WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP<br>1201 RXR Plaza<br>New York, NY 10104<br>T: 516-622-9200<br>mweitman@westermanllp.com<br><br>*Counsel for Arden International Capital Limited* |
| 79. | 1. VEGA Investment Managers f/k/a IXIS Private Capital Management ("IPCM")<br><br>2. CACEIS Bank EX IXIS IS | 19cv4995<br>21cv3157 | 22-2278<br>22-2641 | 10-03871 | DAVIS+GILBERT LLP<br>Joseph Cioffi<br>H. Seiji Newman<br>Bruce M. Ginsberg<br>Adam M. Levy<br>1675 Broadway<br>New York, New York 10019<br>Telephone: (212) 468-4800<br>Facsimile: (212) 468-4888<br>jcioffi@dglaw.com<br>hsnewman@dglaw.com<br>bginsberg@dglaw.com<br>alevy@dglaw.com<br><br>*Counsel for Defendant VEGA Investment Managers, formerly* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *known as IXIS Private Capital Management ("IPCM")*<br><br>Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for CACEIS Bank EX IXIS IS* |
| 80. | Bordier & Cie | 19cv4324<br>21cv3161 | 22-2369<br>22-2642 | 10-03873 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Bordier & Cie* |
| 81. | Banque SYZ SA, as successor to Royal Bank of Canada (Suisse) | 19cv4414<br>21cv3172 | 22-2137<br>22-2514 | 10-04087 | Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, NY 10020<br>T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com<br><br>*Attorneys for Royal Bank of Canada (Suisse)* |
| 82. | Credit Suisse (Luxembourg) SA | 19cv4998<br>21cv3176 | 22-2235<br>22-2509 | 10-04088 | William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Credit Suisse (Luxembourg) SA* |
| 83. | Banco Inversis SA | 19cv4420<br>21cv3188 | 22-2197<br>22-2654 | 10-04089 | DLA PIPER LLP (US)<br>Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel.: (212) 335-4500<br>Fax: (212) 335-4501<br>Rachel.Albanese@us.dlapiper.com<br><br>*Attorneys for Banco Inversis S.A.* |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 84. | 1. Banque Internationale à Luxembourg SA, FKA Dexia Banque Internationale à Luxembourg SA<br>2. Candriam World Alternative, FKA Dexia World Alternative | 19cv4432<br>21cv3213 | 22-2170<br>22-2529 | 10-04090 | Christopher K. Kiplok<br>Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10006<br>T: 212-837-6000<br>F: 212-422-4726<br>chris.kiplok@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com<br><br>*Attorneys for Candriam Worldwide Alternative (f/k/a Dexia World Alternative)* |
| 85. | Banque Internationale à Luxembourg (Suisse) SA, FKA Dexia Private Bank (Switzerland) SA | 19cv4439<br>21cv3215 | 22-2139<br>22-2522 | 10-04091 | |
| 86. | Commercial Bank of Kuwait | 19cv4461<br>21cv3233 | 22-2380<br>22-2521 | 10-04093 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>John A. Pintarelli<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 858-1000<br>*Attorney for Commerical Bank of Kuwait* |
| 87. | 1. FCP-BE CAEN<br>2. Natixis S.A., FKA Natexis Banques Populaires | 19cv4475 | 22-2393 | 10-04094 | DAVIS+GILBERT LLP<br>Joseph Cioffi<br>H. Seiji Newman<br>Bruce M. Ginsberg<br>Adam M. Levy<br>1675 Broadway<br>New York, New York 10019 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 88. | 1. UBS Fund Services (Cayman) Limited, NKA MUFG Alternative Fund Services (Cayman) Limited | 19cv5030 21cv3239 | 22-2383 22-2366 | 10-04095 | Telephone: (212) 468-4800 Facsimile: (212) 468-4888 jcioffi@dglaw.com hsnewman@dglaw.com bginsberg@dglaw.com alevy@dglaw.com *Counsel for Defendants Natixis S.A., formerly known as Natexis Banques Populaires, and FCP-BE CAEN* |
| | 2. The Legacy Fund | | | | Marshall R. King Gabriel Herrmann GIBSON, DUNN & CRUTCHER LLP 200 Park Avenue New York, New York 10166 Tel.: (212) 351-4000 mking@gibsondunn.com gherrmann@gibsondunn.com |
| | 3. DGAM Alternative Strategy Fund II, SPC – Cell A | | | | |
| | 4. DGAM Alternative Strategy Fund II, SPC – Cell B | | | | *Attorneys for UBS Fund Services (Cayman) Limited (now known as MUFG Alternative Fund Services (Cayman) Limited)* |
| | 5. DGAM Alternative Strategy Fund L.P. | | | | |
| | 6. DGAM Asset Allocation Fund L.P. | | | | Archer & Greiner, P.C. Attn: Gerard DiConza 1211 Avenue of the Americas New York, New York 10036 Tel: (212-682-4940 Email: gdiconza@archerlaw.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for The Legacy Fund*<br><br>Bruce S. Kaplan<br>Jeffrey C. Fourmaux<br>FRIEDMAN KAPLAN SEILER<br>& ADELMAN LLP<br>7 Times Square<br>New York, NY 10036<br>bkaplan@fklaw.com<br>jfourmaux@fklaw.com<br>Tel: 212-833-1100<br>Fax: 212-833-1250<br><br>*Attorneys for Defendants-Appellees DGAM Alternative Strategy Fund II, SPC-Cell A; DGAM Alternative Strategy Fund II, SPC-Cell B: DGAM Alternative Strategy Fund L.P.; DGAM Asset Allocation Fund L.P.* |
| 89. | Foodo Hunter | 19cv4886 | 22-2111 | 10-04096 | |
| 90. | Banco Nominees 2 (Guernsey) Limited, FKA Banco Nominees (IOM) Limited | 19cv5132 | 22-2416 | 10-04097 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com |

Exhibit C

Case 22-2101, Document 30, 11/23/2022, 3426091, Page220 of 287

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Nowell D. Bamberger 2112 Pennsylvania Avenue, N.W. Washington, D.C. 20037 T: 202-974-1500 F: 202-974-1999 nbamberger@cgsh.com *Attorneys for Banco Nominees 2 (Guernsey) Limited, FKA Banco Nominees (IOM) Limited* |
| 91. | BNP Paribas Arbitrage SNC | 19cv4385 21cv3615 | 22-2158 22-2576 | 10-04098 | Lisa M. Schweitzer Ari D. MacKinnon Thomas S. Kessler Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 Telephone: 212-225-2000 lschweitzer@cgsh.com amackinnon@cgsh.com tkessler@cgsh.com *Attorneys for BNP Paribas Arbitrage SNC* |
| 92. | BNP Paribas Private Bank & Trust Cayman Limited | 19cv5006 21cv3654 | 22-2284 22-2574 | 10-04099 | Lisa M. Schweitzer Ari D. MacKinnon Thomas S. Kessler Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Telephone: 212-225-2000<br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas Bank & Trust Cayman Limited* |
| 93. | Citivic Nominees Limited | 19cv4484<br>21cv3243 | 22-2216<br>22-2545 | 10-04100 | Cleary Gottlieb Steen & Hamilton LLP<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citivic Nominees Limited* |
| 94. | Bank Morgan Stanley AG | 19cv4490<br>21cv3248 | 22-2218<br>22-2583 | 10-04212 | James H. Bicks<br>David Roth<br>WIGGIN AND DANA LLP<br>437 Madison Ave, 35th Floor<br>New York, New York 10022<br>Tel: (212) 490-1700 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Fax: (212)551-2888<br>jbicks@wiggin.com<br>droth@wiggin.com<br><br>*Counsel for Defendant Bank Morgan Stanley AG* |
| 95. | 1. Credit Suisse Gibraltar Limited<br><br>2. Credit Suisse Nominees, AKA Credit Suisse Nominees (Guernsey) Limited A/C Gib | 19cv4495<br>21cv3281 | 22-2230<br>22-2573 | 10-04236 | William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Credit Suisse Gibraltar Limited and Credit Suisse Nominees A/K/A Credit Suisse Nominees (Guernsey) Limited A/C Gib* |
| 96. | Hansard Europe DAC (sued as Hansard Europe Ltd.) | 19cv5033<br>21cv3283 | 22-2237<br>22-2592 | 10-04238 | James R. Warnot, Jr.<br>Brenda D. DiLuigi<br>Linklaters LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br><br>*Attorneys for Hansard Europe Ltd.* |
| 97. | BGL BNP Paribas S.A. (as successor-in-interest to BGL (FKA Fortis Banque | 19cv4500<br>21cv3284 | 22-2236<br>22-2596 | 11-01242 | Lisa M. Schweitzer<br>Ari D. MacKinnon |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | Luxembourg (FKA Banque Générale du Luxembourg))) | | | | Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br><br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BGL BNP Paribas S.A. (as successor-in-interest to BGL (FKA Fortis Banque Luxembourg (FKA Banque Générale du Luxembourg)))* |
| 98. | Bank Julius Baer & Co. Ltd. | 19cv5035<br>21cv3285 | 22-2354<br>22-2575 | 11-01243 | McKool Smith, P.C.<br>Eric B. Halper<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, New York 10001<br>Tel: (212) 402-9400<br>Fax: (212) 402-9444<br>ehalper@mckoolsmith.com<br><br>*Attorneys for Bank Julius Baer & Co. Ltd.* |
| 99. | Credit Agricole (Suisse) SA | 19cv4546<br>21cv3289 | 22-2263<br>22-2579 | 11-01244 | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for CA Indosuez (Switzerland) SA f/k/a Credit Agricole (Suisse) SA a/k/a Banque du Credit Agricole (Suisse) SA* |
| 100. | BP Alpha S.A., NKA BP Alpha (Agente De Valores S.A.)<br><br>1. Martin Lavarello<br>2. Nadine Pavolvsky | 19cv5042<br>21cv3290 | 22-2367<br>22-2586 | 11-01245 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for BP Alpha S.A., NKA BP Alpha (Agente De Valores S.A.), Martin Lavarello & Nadine Pavolvsky* |
| 101. | Schroder & Co. Bank AG, | 19cv5044<br>21cv3292 | 22-2240<br>22-2598 | 11-01249 | Martin Crisp<br>Andrew Devore<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>T: (212) 596-9000<br>F: (212) 596-9090<br>martin.crisp@ropesgray.com<br>andrew.devore@ropesgray.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Schroder & Co. Bank AG* |
| 102. | UBS Luxembourg SA, NKA UBS Europe SE, Luxembourg Branch | 19cv4386 21cv3663 | 22-2174 22-2572 | 11-01250 | Marshall R. King Gabriel Herrmann GIBSON, DUNN & CRUTCHER LLP 200 Park Avenue New York, New York 10166 Tel.: (212) 351-4000 mking@gibsondunn.com gherrmann@gibsondunn.com *Attorneys for UBS Europe SE, Luxembourg Branch (formerly known as UBS (Luxembourg) SA)* |
| 103. | FS/Swedclient/IAM | 19cv4550 21cv3310 | 22-2272 22-2590 | 11-01253 | Anthony L. Paccione Mark T. Ciani Katten Muchin Rosenman LLP 50 Rockefeller Plaza New York, NY 10020 T: 212-940-8800 F: 212-940-8776 anthony.paccione@katten.com mark.ciani@katten.com *Attorneys for FS/Swedclient/IAM* |
| 104. | American Express Bank (London), FKA American Express Bank Ltd., NKA Standard Chartered Bank | 19cv4561 21cv3313 | 22-2276 22-2597 | 11-01254 | Andrew J. Finn Sullivan & Cromwell LLP 125 Broad Street New York, New York 10004 Telephone: (212) 558-4000 Facsimile: (212) 558-3588 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | E-mail: finna@sullcrom.com<br><br>*Attorneys for American Express Bank (London), f/k/a American Express Bank Ltd., n/k/a Standard Chartered Bank* |
| 105. | Banque SCS Alliance SA n/k/a CBH Compagnie Bancaire Helvetique SA | 19cv4567<br>21cv3337 | 22-2280<br>22-2539 | 11-01256 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Banque SCS Alliance SA n/k/a CBH Compagnie Bancaire Helvetique SA* |
| 106. | Mirabaud & Cie SA, FKA Mirabaud & Cie, AKA Mirabaud & Cie Banquiers Prives) | 19cv4570<br>21cv3340 | 22-2429<br>22-2548 | 11-01257 | Jenner & Block LLP<br>Richard Levin<br>Carl Wedoff<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 891-1600<br>rlevin@jenner.com<br>cwedoff@jenner.com<br><br>*Counsel for Mirabaud & Cie SA* |

**Exhibit C**

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 107. | 1. BP Alpha S.A., NKA BP Alpha (Agente De Valores S.A.)<br><br>2. UBS Fund Services (Ireland) Ltd., NKA MUFG Alternative Fund Services (Ireland) Limited<br><br>3. UBS Zurich | 19cv4603<br>21cv3343 | 22-2431<br>22-2552 | 11-01258 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for BP Alpha S.A., NKA BP Alpha (Agente De Valores S.A.)*<br><br>Marshall R. King<br>Gabriel Herrmann<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com<br><br>*Attorneys for UBS AG (incorrectly sued as "UBS Zurich") and UBS Fund Services (Ireland) Limited (now known as MUFG Alternative Fund Services (Ireland) Limited)* |
| 108. | Barclays Bank (Suisse) SA | 19cv4604<br>21cv3344 | 22-2342<br>22-2554 | 11-01259 | Marc J. Gottridge<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>T: 917-542-7600 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | F: 917-542-7601<br>marc.gottridge@hsf.com<br><br>*Attorneys for Barclays Bank (Suisse) SA* |
| 109. | 1. National Bank of Kuwait<br>2. NBK Banque (Suisse) S.A. | 19cv4972<br>21cv3347 | 22-2241<br>22-2556 | 11-01260 | Richard A. Cirillo<br>Cirillo Law Office<br>246 East 33rd Street # 1<br>New York, NY 10016<br>T: +1 917-541-6778<br>E: richard@cirillo-law.com<br><br>*Attorney for Citibank Korea Inc., HSBC Seoul Branch, Korea Exchange Bank, National Bank of Kuwait, and NBK Banque Privée (Suisse) S.A.* |
| 110. | Clearstream Banking SA | 19cv5054<br>21cv3358 | 22-2252<br>22-2558 | 11-01263 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>Joshua Dorchak<br>101 Park Avenue<br>New York, New York 10178<br>212.309.6700<br>joshua.dorchak@morganlewis.com<br><br>*Attorneys for Defendant Clearstream Banking S.A.* |
| 111. | 1. Arden Asset Management, Inc.<br>2. Arden Endowment Advisers, Ltd. | 19cv4620 | 22-2346 | 11-01458 | M. William Munno<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | T: 212-574-1200<br>F: 212-480-8421<br>munno@sewkis.com<br><br>and<br><br>Michael B. Weitman<br>WESTERMAN BALL EDERER<br>MILLER<br>ZUCKER & SHARFSTEIN, LLP<br>1201 RXR Plaza<br>New York, NY 10104<br>T: 516-622-9200<br>mweitman@westermanllp.com<br><br>*Counsel for Arden Asset Management, Inc. and Arden Endowment Advisers, Ltd.* |
| 112. | Architas, FKA AXA Private Management | 19cv4607<br>21cv3361 | 22-2343<br>22-2559 | 11-01460 | T. Carter White<br>Dentons US LLP<br>1221 Avenue of the Americas<br>25th Floor<br>New York, NY 10020<br>T: 212-768-6700<br>F: 212-768-6800<br>carter.white@dentons.com<br><br>Fred W. Reinke<br>FWR Law Office PLLC<br>1717 K Street NW, Suite 900<br>Washington, DC 20006 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | T: 202-262-1783<br>fwreinke@gmail.com<br><br>*Attorneys for Architas f/k/a AXA Private Management* |
| 113. | 1. Caliber Investments Ltd.<br><br>2. Melrose Investments Ltd | 19cv4657<br>21cv3364 | 22-2129<br>22-2551 | 11-01461 | Becker, Glynn, Muffly, Chassin & Hosinski LLP<br>Zeb Landsman<br>Jordan Stern<br>299 Park Avenue<br>16th Floor<br>New York, NY 10171<br>zlandsman@beckerglynn.com<br>jstern@beckerglynn.com<br><br>*Counsel to Caliber Investments Ltd. and Melrose Investments Ltd* |
| 114. | KGI Asia Limited (successor-in-interest to Grand Cathay Securities (Hong Kong) Limited) | 19cv4660<br>21cv3368 | 22-2130<br>22-2450 | 11-01462 | David W. Parham<br>Laura Taveras<br>Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>T: 214-720-4300<br>F: 214-981-9339<br>david.parham@akerman.com<br>laura.taveras@akerman.com<br><br>*Attorneys for KGI Asia Limited (successor-in-interest to Grand Cathay Securities (Hong Kong) Limited)* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 115. | Merrill Lynch International | 19cv4388<br>21cv3732 | 22-2266<br>22-2395 | 11-01463 | Pamela A. Miller<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorney for Merrill Lynch International* |
| 116. | Natixis S.A. (in its own capacity and as successor-in-interest to IXIS Corporate & Investment Bank) | 19cv4668<br>21cv3372 | 22-2131<br>22-2479 | 11-01464 | DAVIS+GILBERT LLP<br>Joseph Cioffi<br>H. Seiji Newman<br>Bruce M. Ginsberg<br>Adam M. Levy<br>1675 Broadway<br>New York, New York 10019<br>Telephone: (212) 468-4800<br>Facsimile: (212) 468-4888<br>jcioffi@dglaw.com<br>hsnewman@dglaw.com<br>bginsberg@dglaw.com<br>alevy@dglaw.com<br><br>*Counsel for Defendant Natixis S.A. (in its own capacity and as successor in-interest to IXIS Corporate & Investment Bank)* |
| 117. | Bank Hapoalim B.M. | 19cv5057<br>21cv3380 | 22-2462<br>22-2484 | 11-01467 | **HERBERT SMITH FREEHILLS NEW YORK LLP**<br>Scott S. Balber<br>Jonathan C. Cross |

Exhibit C

Case 22-2101, Document 30, 11/23/2022, 3426091, Page232 of 287

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 450 Lexington Avenue, 14th Floor New York, NY 10017 T: (917) 542-7600 Scott.Balber@hsf.com Jonathan.Cross@hsf.com *Attorneys for Bank Hapoalim* |
| 118. | Barfield Nominees Limited | 19cv5061 21cv3391 | 22-2585 22-2491 | 11-01470 | Anthony L. Paccione Mark T. Ciani Katten Muchin Rosenman LLP 50 Rockefeller Plaza New York, NY 10020 T: 212-940-8800 F: 212-940-8776 anthony.paccione@katten.com mark.ciani@katten.com *Attorneys for Barfield Nominees Limited* |
| 119. | Korea Exchange Bank | 19cv5067 21cv3394 | 22-2607 22-2499 | 11-01486 | Richard A. Cirillo Cirillo Law Office 246 East 33rd Street # 1 New York, NY 10016 T: +1 917-541-6778 E: richard@cirillo-law.com *Attorney for Citibank Korea Inc., HSBC Seoul Branch, Korea Exchange Bank, National Bank of Kuwait, and NBK Banque Privée (Suisse) S.A.* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 120. | Deutsche Bank Nominees (Jersey) Limited | 19cv4683 21cv3396 | 22-2145 22-2507 | 11-01564 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for Deutsche Bank Nominees (Jersey) Limited* |
| 121. | FS/ING Lux, AKA ING Luxembourg SA | 19cv4687 21cv3397 | 22-2148 22-2255 | 11-01565 | |
| 122. | SG Private Banking (Lugano-Svizzera) SA, n/k/a Société Générale Private Banking (Suisse) SA | 19cv4691 21cv3399 | 22-2162 22-2261 | 11-01566 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>AND<br><br>Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, NY 10020<br>T: 212-506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com<br><br>*Attorneys for SG Private Banking (Lugano-Svizzera) SA, n/k/a Société Générale Private Banking (Suisse) SA* |
| 123. | Global Fund Porvenir | 19cv5131 | 22-2413 | 11-01567 | James R. Warnot, Jr.<br>Brenda D. DiLuigi<br>Linklaters LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br><br>*Attorneys for Global Fund Porvenir* |
| 124. | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) | 19cv4741<br>21cv3401 | 22-2173<br>22-2262 | 11-01568 | James R. Warnot, Jr.<br>Brenda D. DiLuigi<br>Linklaters LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br><br>*Attorneys for Bipielle Banke (Suisse)* |
| 125. | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles | 19cv4767<br>21cv3409 | 22-2167<br>22-2356 | 11-01569 | Gary J. Mennitt<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10038<br>T: 212-698-3831<br>F: 212-314-0011<br>gary.mennitt@dechert.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles* |
| 126. | Banc of America Securities LLC | 19cv5142 | 22-2421 | 11-01571 | Pamela A. Miller O'MELVENY & MYERS LLP Seven Times Square New York, New York 10036 Telephone: (212) 326-2000 E-mail: pmiller@omm.com *Attorney for Banc of America Securities LLC* |
| 127. | Bureau of Labor Insurance | 19cv4424 21cv3417 | 22-2195 22-2363 | 11-01574 | Jennifer Fiorica Delgado 1251 Avenue of the Americas New York, NY 10022 T: 646-414-6962 F: 973-597-6313 jdelgado@lowenstein.com *Attorneys for Bureau of Labor Insurance* |
| 128. | Credit Industriel et Commercial Singapore Branch | 19cv4425 21cv3419 | 22-2142 22-2373 | 11-01575 | DEBEVOISE & PLIMPTON LLP Erica S. Weisgerber (eweisgerber@debevoise.com) Shannon R. Selden (srselden@debevoise.com) 919 Third Avenue New York, New York 10022 (212) 909-6000 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Credit Industriel et Commercial Singapore Branch* |
| 129. | Multi-Strategy Fund Limited | 19cv4428 | 22-2161 | 11-01576 | Robert J. Lack<br>Jeffrey C. Fourmaux<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036<br>rlack@fklaw.com<br>jfourmaux@fklaw.com<br>Tel: 212-833-1100Fax: 212-833-1250<br><br>*Attorneys for Multi-Strategy Fund Ltd.* |
| 130. | Cathay Life Insurance Co. Ltd. | 19cv4431<br>21cv3426 | 22-2164<br>22-2341 | 11-01577 | David W. Parham<br>Laura Taveras<br>Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>T: 214-720-4300<br>F: 214-981-9339<br>david.parham@akerman.com<br>laura.taveras@akerman.com<br><br>*Attorneys for Cathay Life Insurance Co. Ltd.* |
| 131. | NYROY, Royal Bank of Canada | 19cv4434<br>21cv3431 | 22-2175<br>22-2344 | 11-01578 | Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com<br><br>*Attorneys for NYROY, Royal Bank of Canada* |
| 132. | BNP Paribas Securities Nominees Ltd., AKA Harrier Holdings Limited | 19cv4973<br>21cv3752 | 22-2186<br>22-2399 | 11-01579 | Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br><br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas Securities Nominees Limited AKA Harrier Holdings Limited)* |
| 133. | Parson Finance Panama SA | 19cv4742 | 22-2176 | 11-01580 | KELLNER HERLIHY GETTY & FRIEDMAN, LLP<br>Douglas A. Kellner, Esq.<br>470 Park Avenue South, 7th Floor<br>New York, New York 10016-6819<br>Telephone: (212) 889-2121<br>Email: dak@khgflaw.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 134. | Rahn & Bodmer Banquiers, NKA Rahn+Bodmer Co. | 19cv4437 21cv3436 | 22-2177 22-2348 | 11-01581 | *Attorneys for Parson Finance Panama S.A* <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> George W. Shuster, Jr. <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> T: (212) 937-7518 <br> george.shuster@wilmerhale.com <br><br> *Attorneys for Rahn & Bodmer Banquiers (n/k/a Rahn+Bodmer Co.)* |
| 135. | Royal Bank of Canada Singapore Branch | 19cv4438 21cv3449 | 22-2134 22-2353 | 11-01582 | Anthony L. Paccione <br> Mark T. Ciani <br> Katten Muchin Rosenman LLP <br> 50 Rockefeller Plaza <br> New York, NY 10020 <br> T: 212-940-8800 <br> F: 212-940-8776 <br> anthony.paccione@katten.com <br> mark.ciani@katten.com <br><br> *Attorneys for Royal Bank of Canada Singapore Branch* |
| 136. | 1. AAAm, S.A. <br> 2. Societe Generale Bank & Trust (Luxembourg) | 19cv4441 21cv3451 | 22-2152 22-2386 | 11-01584 | M. William Munno <br> SEWARD & KISSEL LLP <br> One Battery Park Plaza <br> New York, NY 10004 <br> T: 212-574-1200 <br> F: 212-480-8421 |

**Exhibit C**

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | munno@sewkis.com |
| | | | | | and |
| | | | | | Michael B. Weitman |
| | | | | | WESTERMAN BALL EDERER |
| | | | | | MILLER ZUCKER & |
| | | | | | SHARFSTEIN, LLP |
| | | | | | 1201 RXR Plaza |
| | | | | | New York, NY 10104 |
| | | | | | T: 516-622-9200 |
| | | | | | mweitman@westermanllp.com |
| | | | | | *Counsel for AAAm, S.A.* |
| | | | | | John F. Zulack |
| | | | | | Lauren J. Pincus |
| | | | | | David A. Shaiman |
| | | | | | Allegaert Berger & Vogel LLP |
| | | | | | 111 Broadway, 20th Floor |
| | | | | | New York, NY 10006 |
| | | | | | T: 212-571-0550 |
| | | | | | F: 212-571-0555 |
| | | | | | jzulack@abv.com |
| | | | | | lpincus@abv.com |
| | | | | | dshaiman@abv.com |
| | | | | | AND |
| | | | | | Steven Wolowitz |
| | | | | | Christopher J. Houpt |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com<br><br>*Attorneys for Societe Generale Bank & Trust (Luxembourg)* |
| 137. | Banque de Reescompte et de Placement, AKA BAREP | 19cv4445<br>21cv3452 | 22-2157<br>22-2390 | 11-01585 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>AND<br><br>Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | T: 212-506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com<br><br>*Attorneys for Banque de Reescompte et de Placement, AKA BAREP* |
| 138. | Swedbank | 19cv5068<br>21cv3458 | 22-2617<br>22-2434 | 11-01586 | Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com<br><br>*Attorneys for Swedbank* |
| 139. | Itaú Bank & Trust Bahamas Ltd. (sued as BIE Bank & Trust Bahamas Ltd.) | 19cv4446<br>21cv3460 | 22-2333<br>22-2436 | 11-01587 | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7174<br>Email: Jeffrey.Resetarits@Shearman.com<br>Email: Randall.Martin@Shearman.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Defendant Itaú Bank & Trust Ltd.* |
| 140. | 1. BNY AIS Nominees Ltd.<br><br>2. Crèdit Andorrà / Crediinvest (not a juridical entity) | 19cv4459<br>21cv3465 | 22-2355<br>22-2442 | 11-01589 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for BNY AIS Nominees Ltd.*<br><br>Jenner & Block LLP<br>Richard Levin<br>Carl Wedoff<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 891-1600<br>rlevin@jenner.com<br>cwedoff@jenner.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 141. | 1. All Funds Bank<br><br>2. NMAS1 Gestion SGIIC SA | 19cv4479<br>21cv3484 | 22-2425<br>22-2424 | 11-01591 | *Counsel for Defendant Crèdit Andorrà / Credinvest*<br><br>**DLA PIPER LLP (US)**<br>Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel.: (212) 335-4500<br>Fax: (212) 335-4501<br>Rachel.Albanese@us.dlapiper.com<br><br>*Attorneys for AllFunds Bank and NMAS1 Gestion SGIIC S.A.* |
| 142. | Judith Cherwinka, AKA Judith Cherwinka IRA, et al. | 19cv4974<br>21cv3489 | 22-2193<br>22-2459 | 11-01592 | NORRIS McLAUGHLIN, P.A.<br>Melissa A. Pena<br>7 Times Square, 21st Floor<br>New York, New York 10036<br>(212) 808-0700<br>(212) 808-0844 (fax)<br><br>*Attorneys for Judith Cherwinka and Beneficial Owners of Accounts Held in the Name of Judith Cherwinka a/k/a Judith Cherwinka IRA 1-1000* |
| 143. | 1. HSBC Trust Company AG, FKA HSBC Guyerzeller Trust Company AG<br><br>2. Stanhope Capital | 19cv4483<br>21cv3491 | 22-2190<br>22-2466 | 11-01594 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Trust Company AG, FKA HSBC Guyerzeller Trust Company AG*<br><br>THOMPSON HINE LLP<br>Emily J. Mathieu<br>335 Madison Avenue, 12th Floor<br>New York, NY 10029<br>T: 212-349-5680<br>F: 212-344-6101<br>emily.mathieu@thompsonhine.com<br><br>*Attorneys for Stanhope Capital (Switzerland) SA sued herein as Stanhope Capital* |
| 144. | KWI | 19cv4486<br>21cv2508 | 22-2214<br>22-2604 | 11-01595 | Douglas L. Lutz<br>Erin P. Severini<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | T: 513-651-6800<br>F: 513-651-6981<br>dlutz@fbtlaw.com<br>eseverini@fbtlaw.com<br><br>*Attorneys for KWI* |
| 145. | Kefong Lee | 19cv4489<br>21cv3509 | 22-2213<br>22-2613 | 11-01596 | Martin Mushkin<br>Law Office of Martin Mushkin LC<br>403 Stanwich Rd<br>Greenwich CT 06830<br>T. 203-252-2357<br>F 203-547-7540<br>mmushkin@mushkinlaw.com<br><br>*Attorneys for Kefong Lee* |
| 146. | Banque et Caisse d'Epargne de l'Etat, Luxembourg | 19cv4491<br>21cv3510 | 22-2222<br>22-2619 | 11-01598 | |
| 147. | Eduardo Fernandez de Valderrama Murillo | 19cv4498<br>21cv3511 | 22-2250<br>22-2626 | 11-01599 | Daniel E. Kelly<br>Steven Barry Eichel<br>Leech Tishman Robinson Brog, PLLC<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022<br>212-603-6300<br>(212)-956-2164<br>dkelly@leechtishman.com<br>seichel@leechtishman.com<br><br>*Attorneys for Eduardo Fernandez de Valderrama Murillo* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 148. | FS/BBVA Zurich/Shares | 19cv4501 21cv3512 | 22-2205 22-2470 | 11-01600 | |
| 149. | Credit Suisse AG Nassau Branch Wealth Management | 19cv4502 21cv3515 | 22-2294 22-2492 | 11-01601 | William J. Sushon Daniel S. Shamah Kayla N. Haran O'MELVENY & MYERS LLP 7 Times Square New York, New York 10036 Telephone: (212) 326-2000 Facsimile: (212) 326-2061 wsushon@omm.com dshamah@omm.com kharan@omm.com *Attorneys for Credit Suisse AG Nassau Branch Wealth Management* |
| 150. | 1. BNY Mellon International Ltd., FKA PFPC Bank Ltd., PFPC International Bank Limited 2. PNC International Bank Ltd. | 19cv5071 21cv3516 | 22-2468 22-2496 | 11-01604 | Cleary Gottlieb Steen & Hamilton LLP Jeffrey A. Rosenthal Joseph M. Kay One Liberty Plaza New York, NY 10006 T: 212-225-2000 F: 212-225-3999 jrosenthal@cgsh.com jkay@cgsh.com Nowell D. Bamberger 2112 Pennsylvania Avenue, N.W. Washington, D.C. 20037 T: 202-974-1500 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | F: 202-974-1999 nbamberger@cgsh.com *Attorneys for BNY Mellon International Ltd., FKA PFPC Bank Ltd., PFPC International Bank Limited and PNC International Bank Ltd.* |
| 151. | 1. Jorge Herman Melguizo 2. Lina Maria Melguizo 3. Tatiana Melguizo | 19cv4976 | 22-2200 | 11-01607 | Laurence May Eric Aschkenasy Eiseman Levine et al. 805 Third Avenue New York, New York 10022 (212) 752-1000 lmay@eisemanlevine.com easchkenasy@eisemanlevine.com *Attorneys for Jorge Melguizo, Lina Maria Melguizo and Tatiana Melguizo* |
| 152. | Israel Discount Bank, Limited, Tel Aviv | 19cv4515 21cv3518 | 22-2299 22-2612 | 11-01610 | **ARNOLD & PORTER KAYE SCHOLER LLP** Kent A. Yalowitz Daniel R. Bernstein Lucas B. Barrett 250 West 55th Street New York, NY 10019 Telephone: (212) 836-8000 Facsimile: (212) 836-8689 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Email: kent.yalowitz@arnoldporter.com<br>Email: daniel.bernstein@arnoldporter.com<br>Email: lucas.barrett@arnoldporter.com<br><br>-and-<br><br>Scott B. Schreiber<br>Rosa J. Evergreen (to be admitted *pro hac vice*)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Email: scott.schreiber@arnoldporter.com<br>Email: rosa.evergreen@arnoldporter.com<br><br>*Counsel for Israel Discount Bank, Limited, Tel Aviv* |
| 153. | Bank J. Safra Sarasin AG, FKA Bank Sarasin & Cie | 19cv5143 | 22-2455 | 11-01612 | Jeffrey T. Scott<br>Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: scottj@sullcrom.com<br>E-mail: finna@sullcrom.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie* |
| 154. | Pleasant T. Rowland Foundation Inc. | 19cv4533 21cv3520 | 22-2305 22-2565 | 11-01613 | Joshua A. Dunn<br>Vedder Price PC<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>T: +1 212 407 7700<br>F: +1 212 407 7799<br>jdunn@vedderprice.com<br><br>*Attorneys for Pleasant T. Rowland Foundation Inc.* |
| 155. | 1. ABN AMRO Bank N.V., FKA Fortis Bank Nederland N.V.<br><br>2. IDF Global Fund | 19cv4535 21cv3522 | 22-2244 22-2555 | 11-01614 | Christopher Harris<br>Thomas J. Giblin<br>Latham & Watkins LPP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 906-1200<br>F: (212) 751-4864<br>christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for ABN AMRO Bank N.V. f/k/a Fortis Bank Nederland N.V.*<br><br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for IDF Global Fund* |
| 156. | Intesa Sanpaolo Bank Luxembourg SA, FKA Société Européenne de Banque S.A. | 19cv4536<br>21cv3755 | 22-2246<br>22-2570 | 11-01615 | Elliot Moskowitz<br>Andrew Ditchfield<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-450-4000<br>Fax: 212-701-5800<br>elliot.moskowitz@davispolk.com<br>andrew.ditchfield@davispolk.com<br><br>*Attorneys for Intesa Sanpaolo Bank Luxembourg SA (FKA Société Européenne de Banque S.A.)* |
| 157. | Woori Bank | 19cv5089<br>21cv3772 | 22-2473<br>22-2443 | 11-01616 | Jacob M. Kaplan<br>L Andrew S. Riccio<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>United States<br>T: 212-626-4100<br>F: 212-310-1896<br>jacob.kaplan@bakermckenzie.com<br>andrew.riccio@bakermckenzie.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 158. | Fortis Bank SA/NV, NKA BNP Paribas Fortis | 19cv4395 21cv4487 | 22-2113 Not opened | 11-01617 | *Attorneys for Woori Bank*<br><br>Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for Fortis Bank SA/NV, NKA BNP Paribas Fortis* |
| 159. | NBP Titres | 19cv4539 21cv3781 | 22-2253 22-2446 | 11-01619 | DAVIS+GILBERT LLP<br>Joseph Cioffi<br>H. Seiji Newman<br>Bruce M. Ginsberg<br>Adam M. Levy<br>1675 Broadway<br>New York, New York 10019<br>Telephone: (212) 468-4800<br>Facsimile: (212) 468-4888<br>jcioffi@dglaw.com<br>hsnewman@dglaw.com<br>bginsberg@dglaw.com<br>alevy@dglaw.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Counsel for Defendant Natixis S.A., of which EuroTitres (incorrectly named in the complaint as "NBP Titres") is a division* |
| 160. | Abu Dhabi Investment Authority | 19cv4540 | 22-2257 | 11-01719 | Marc L. Greenwald<br>Eric M. Kay<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>marcgreenwald@quinnemanuel.com<br>erickay@quinnemanuel.com<br><br>*Attorneys for Abu Dhabi Investment Authority* |
| 161. | 1. Bank Vontobel AG<br>2. Banque Vontobel Geneve SA, NKA Bank Vontobel AG | 19cv4543<br>21cv3798 | 22-2260<br>22-2451 | 11-01760 | Gregory F. Hauser<br>Joshua A. Dachs<br>WUERSCH & GERING LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Telephone: (212) 509-5050<br>Gregory.Hauser@WG-Law.com<br>Joshua.Dachs@WG-Law.com<br><br>*Counsel for Defendants-Appellees Bank Vontobel AG and Bank Vontobel Geneve SA, NKA Bank Vontobel AG* |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 162. | 1. RBC Dominion Securities, Inc.<br><br>2. Royal Bank of Canada, AKA RBC Capital Markets Corp. | 19cv4545<br>21cv3802 | 22-2135<br>22-2456 | 11-02253 | Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com<br><br>*Attorneys for RBC Dominion Securities, Inc. and Royal Bank of Canada, AKA RBC Capital Markets Corporation* |
| 163. | 1. Naidot & Co.<br><br>2. Bessemer Trust Company | 19cv4547 | 22-2141 | 11-02336 | Heather Lamberg<br>Winston & Strawn<br>1901 L St.<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorney for Naidot & Co. and Bessemer Trust Company* |
| 164. | 1. Lion Global Investors f/k/a/ Lion Fairfield Capital Management<br><br>2. GE Brunei Life Ins FD - Lion Capital Balanced (330008)<br><br>3. GE Life | 19cv4549 | 22-2143 | 11-02392 | Ehud Barak<br>Gregg Mashberg<br>Russell T. Gorkin<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>T: 212-969-3000<br>F: 202-969-2900 |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 4.  GE Life Sharholders FD - Lion Capital FI (330007) | | | | ebarak@proskauer.com gmashberg@proskauer.com rgorkin@proskauer.com *Attorneys for Lion Global Investors f/k/a/ Lion Fairfield Capital Management; GE Brunei Life Ins FD - Lion Capital Balanced (330008); GE Life; GE Life Sharholders FD - Lion Capital FI (330007); GE Trust Pte Ltd. - Lion Capital FI (330012); Life Ins Fund - Par (FI) - Lion Capital – SCND; Shareholders Fund – SCMS; GE Life S Pore LI INV FD PAR SLAM (FI); SCND Life INS Fund PAR FI SLAM; GE Life S PORE LI IN FD PAR SLAM FL; GE Brunei Life INS FD SLAM Balanced; GE Life Shareholders FD SLAM FL* |
| 5.  GE Trust Pte Ltd. - Lion Capital FI (330012) | | | | |
| 6.  Life Ins Fund - Par (FI) - Lion Capital - SCND | | | | |
| 7.  Shareholders Fund - SCMS | | | | |
| 8.  GE Life S Pore LI INV FD PAR SLAM (FI) | | | | |
| 9.  SCND Life INS Fund PAR FI SLAM | | | | |
| 10. GE Life S PORE LI IN FD PAR SLAM FL | | | | |
| 11. GE Brunei Life INS FD SLAM Balanced | | | | |
| 12. GE Life Shareholders FD SLAM FL | | | | |
| 165.  1.  Fortis Bank (Nederland) N.V., NKA ABN AMRO Bank N.V. 2.  Fortis Global Custody Services N.V., NKA ABN AMRO Global Custody Services N.V. | 19cv4552 21cv3813 | 22-2146 22-2458 | 11-02422 | Christopher Harris Thomas J. Giblin Latham & Watkins LPP 1271 Avenue of the Americas New York, New York 10020 T: (212) 906-1200 F: (212) 751-4864 |

# Exhibit C

Case 22-2101, Document 30, 11/23/2022, 3426091, Page255 of 287

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. and Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V.* |
| 166. | Deutsche Bank (Suisse) SA | 19cv4565<br>21cv3837 | 22-2153<br>22-2460 | 11-02440 | Mark N. Parry<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>T: (212) 554-7876<br>mparry@mosessinger.com<br><br>*Attorney for Deutsche Bank (Suisse) SA as Successor to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG* |
| 167. | Avalon Absolute Return Funds PLC | 19cv4569 | 22-2165 | 11-02530 | Gary J. Mennitt<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10038<br>T: 212-698-3831<br>F: 212-314-0011<br>gary.mennitt@dechert.com<br><br>*Attorneys for Avalon Absolute Funds PLC* |
| 168. | Deltec Bank & Trust Ltd. | 19cv4571 | 22-2108 | 11-02532 | Howard R. Hawkins, Jr.<br>Joshua P. Arnold |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, New York 10281<br>howard.hawkins@cwt.com<br>joshua.arnold@cwt.com<br><br>*Counsel for Defendant-Appellee Deltec Bank & Trust Ltd.* |
| 169. | 1. KAS BANK N.V. (sued as Kas Bank)<br><br>2. KAS Depositary Trust Company, AKA KAS BANK Effectenbewaarbedrijf N.V. (sued as KAS Depositary Trust Co.) | 19cv4573<br>21cv3845 | 22-2109<br>22-2474 | 11-02533 | Christopher Harris<br>Thomas J. Giblin<br>Latham & Watkins LPP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 906-1200<br>F: (212) 751-4864<br>christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for KAS BANK N.V. (sued as Kas Bank) and KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. (sued as KAS Depositary Trust Co.)* |
| 170. | Simgest SpA | 19cv4585 | 22-2114 | 11-02534 | Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: finna@sullcrom.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Singest SpA* |
| 171. | Sequent (Schweiz) AG, FKA Rothschild Trust (Schweiz) AG | 19cv5149 | 22-2461 | 11-02594 | |
| 172. | Andorra Banc Agricol Reig S.A. | 19cv4605 | 22-2120 | 11-02611 | **DLA PIPER LLP (US)** Rachel Ehrlich Albanese 1251 Avenue of the Americas New York, New York 10020-1104 Tel.: (212) 335-4500 Fax: (212) 335-4501 Rachel.Albanese@us.dlapiper.com *Attorneys for Andorra Banc Agricol Reig S.A.* |
| 173. | Credit Suisse Nominees (Guernsey) Limited | 19cv4608 21cv3856 | 22-2123 22-2481 | 11-02612 | William J. Sushon Daniel S. Shamah Kayla N. Haran O'MELVENY & MYERS LLP 7 Times Square New York, New York 10036 Telephone: (212) 326-2000 Facsimile: (212) 326-2061 wsushon@omm.com dshamah@omm.com kharan@omm.com *Attorneys for Credit Suisse Nominees (Guernsey) Limited* |
| 174. | 1. Oval Alpha Palmares | 19cv4610 | 22-2147 | 11-02613 | John F. Zulack Lauren J. Pincus David A. Shaiman |

Exhibit C

| Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|
| 2. Palmares Europlus | | | | Allegaert Berger & Vogel LLP |
| 3. Societe Generale Bank & Trust S.A. (Luxembourg) | | | | 111 Broadway, 20th Floor |
| 4. UMR | | | | New York, NY 10006 |
| | | | | T: 212-571-0550 |
| | | | | F: 212-571-0555 |
| | | | | jzulack@abv.com |
| | | | | lpincus@abv.com |
| | | | | dshaiman@abv.com |
| | | | | |
| | | | | AND |
| | | | | |
| | | | | Steven Wolowitz |
| | | | | Christopher J. Houpt |
| | | | | Bradley A. Cohen |
| | | | | Mayer Brown LLP |
| | | | | 1221 Avenue of the Americas |
| | | | | New York, NY 10020 |
| | | | | T: 212-506-2500 |
| | | | | swolowitz@mayerbrown.com |
| | | | | choupt@mayerbrown.com |
| | | | | bacohen@mayerbrown.com |
| | | | | |
| | | | | *Attorneys for Societe Generale Bank & Trust S.A. (Luxembourg)* |
| | | | | |
| | | | | BOND, SCHOENECK & KING, PLLC |
| | | | | Brian J. Butler, Esq. |
| | | | | Sara C. Temes, Esq. |
| | | | | One Lincoln Center |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Syracuse, New York 13202<br>Telephone: (315) 218-8000<br>Facsimile: (315) 218-8100<br>bbutler@bsk.com<br>stemes@bsk.com<br>*Attorneys for OFI MGA ALPHA PALMARES,*<br>*OVAL PALMARES EUROPLUS, and*<br>*UMR SELECT ALTERNATIF* |
| 175. | Citigroup Global Markets Limited | 19cv4396<br>21cv4496 | 22-2122<br>Not opened | 11-02770 | Cleary Gottlieb Steen & Hamilton LLP<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citigroup Global Markets Limited* |
| 176. | Fullerton Capital PTE Ltd. | 19cv4611 | 22-2163 | 11-02771 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Kent A. Yalowitz<br>Daniel R. Bernstein |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Lucas B. Barrett<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>Email:<br>kent.yalowitz@arnoldporter.com<br>Email:<br>daniel.bernstein@arnoldporter.com<br>Email:<br>lucas.barrett@arnoldporter.com<br><br>-and-<br><br>Scott B. Schreiber<br>Rosa J. Evergreen (to be admitted *pro hac vice*)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Email:<br>scott.schreiber@arnoldporter.com<br>Email:<br>rosa.evergreen@arnoldporter.com<br><br>*Counsel for Fullerton Capital PTE, Ltd* |
| 177. | BankMed (Suisse) S.A. | 19cv4623<br>21cv3873 | 22-2169<br>22-2515 | 11-02772 | |
| 178. | 1. CPR Online | 19cv5107<br>21cv3892 | 22-2392<br>22-2504 | 11-02787 | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | 2. Credit Agricole Titres | | | | LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for CPR Online and Credit Agricole Titres* |
| 179. | 1. ABN AMRO Bank N.V., FKA Fortis Bank (Nederland) N.V.<br><br>2. Sempervirens Capital Management Limited Class E-F Fund | 19cv4624 | 22-2121 | 12-01119 | Christopher Harris<br>Thomas J. Giblin<br>Latham & Watkins LPP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 906-1200<br>F: (212) 751-4864<br>christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V.*<br><br>Heather Lamberg<br>Winston & Strawn<br>1901 L St. NW<br>Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br>*Attorney for Sempervirens Capital Managemen Limited Class E-F Fund* |
| 180. | Banca Carige SPA | 19cv4743 | 22-2126 | 12-01123 | David J. Mark |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | 21cv3897 | 22-2508 | | Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, New York 10019<br>(212)-506-1700<br>*Attorneys for Banca Carige S.p.A.* |
| 181. | Banco Itaú International, FKA Banco Itaú Europa International | 19cv4744<br>21cv3903 | 22-2138<br>22-2520 | 12-01124 | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7174<br>Email:<br>Jeffrey.Resetarits@Shearman.com<br>Email:<br>Randall.Martin@Shearman.com<br><br>*Attorneys for Defendant Banco Itaú International* |
| 182. | Investec Bank (Switzerland) AG | 19cv4765<br>21cv3995 | 22-2149<br>22-2549 | 12-01125 | THOMPSON HINE LLP<br>Emily J. Mathieu<br>335 Madison Avenue, 12th Floor<br>New York, NY 10029<br>T: 212-349-5680<br>F: 212-344-6101<br>emily.mathieu@thompsonhine.com<br><br>*Attorneys for Investec Bank (Switzerland) AG* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 183. | Credit Suisse Nassau Branch Wealth Management, AKA Credit Suisse Wealth Management Limited | 19cv4766 21cv4020 | 22-2156 22-2538 | 12-01127 | William J. Sushon Daniel S. Shamah Kayla N. Haran O'MELVENY & MYERS LLP 7 Times Square New York, New York 10036 Telephone: (212) 326-2000 Facsimile: (212) 326-2061 wsushon@omm.com dshamah@omm.com kharan@omm.com *Attorneys for Credit Suisse Nassau Branch Wealth Management, AKA Credit Suisse Wealth Management Limited* |
| 184. | HSBC Seoul Branch, Ltd. | 19cv5108 21cv4027 | 22-2394 22-2541 | 12-01128 | Richard A. Cirillo Cirillo Law Office 246 East 33rd Street # 1 New York, NY 10016 T: +1 917-541-6778 E: richard@cirillo-law.com *Attorney for Citibank Korea Inc., HSBC Seoul Branch, Korea Exchange Bank, National Bank of Kuwait, and NBK Banque Privée (Suisse) S.A.* |
| 185. | Catalunya Caixa, FKA Caixa Catalunya, AKA Caixa D'Estalvis de Catalunya | 19cv4768 21cv4023 | 22-2168 22-2540 | 12-01129 | Heather Lamberg Winston & Strawn 1901 L St. NW |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Washington DC 20036<br>202-282-5800<br>hlamberg@winston.com<br><br>*Attorney for Catalunya Caixa, FKA Caixa Catalunya, AKA Caixa D'Estalvis de Catalunya* |
| 186. | 1. Tayleigh Trust Company Limited<br><br>2. The Reserve Trust (Tayleigh or Samantha Sackler 1996) | 19cv4627 | 22-2128 | 12-01130 | **HERBERT SMITH FREEHILLS NEW YORK LLP**<br>Scott S. Balber<br>Jonathan C. Cross<br>450 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>T: (917) 542-7600<br>Scott.Balber@hsf.com<br>Jonathan.Cross@hsf.com<br><br>*Attorneys for Tayleigh Trust Company and The Reserve Trust* |
| 187. | Rothschild & Cie Banque Paris | 19cv5237 | 22-2445 | 12-01131 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 188. | RBC Investor Services España, S.A., NKA Bancoval S.A. | 19cv4770 21cv4017 | 22-2365 22-2593 | 12-01132 | *Attorneys for Rothschild & Cie Banque Paris*<br><br>Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com<br><br>*Attorneys for RBC Investor Services España, S.A* |
| 189. | 1. Millennium Multi- Strategy Fund<br><br>2. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1 | 19cv4772 21cv4015 | 22-2418 22-2571 | 12-01134 | Barry Z. Bazian<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Phone: (212) 813-8800<br>Fax: (212) 355-3333<br>E-Mail: BBazian@goodwinlaw.com<br><br>*Attorneys for Millennium Multi-Strategy Fund and SEI Investments - Depositary and Custodial Services (Ireland) Limited (f/k/a SEI Investments Trustee and Custodial Services (Ireland) Ltd.)* |

Exhibit C

Case 22-2101, Document 30, 11/23/2022, 3426091, Page266 of 287

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 190. | Bank of Ireland Nominees Limited, NKA Northern Trust Nominees (Ireland) Limited | 19cv4778 21cv4008 | 22-2196 22-2536 | 12-01135 | Anthony L. Paccione Mark T. Ciani Katten Muchin Rosenman LLP 50 Rockefeller Plaza New York, NY 10020 T: 212-940-8800 F: 212-940-8776 anthony.paccione@katten.com mark.ciani@katten.com *Attorneys for Bank of Ireland Nominees Limited* |
| 191. | BRED Banque Populaire | 19cv4779 21cv4003 | 22-2381 22-2595 | 12-01136 | Andrew P. Propps 787 Seventh Avenue New York, NY 10019 T: (212) 839-5300 F: (212) 839-5559 apropps@sidley.com *Attorney for BRED Banque Populaire* |
| 192. | KAS Depositary Trust Company, AKA KAS BANK Effectenbewaarbedrijf N.V. (sued as KASBANK Depositary Trust Company Conc Theta Multistar Low Volatility Fund a/k/a KDTC Conc Theta Multistar Low Volatility Fund) | 19cv5241 | 22-2503 | 12-01137 | Christopher Harris Thomas J. Giblin Latham & Watkins LPP 1271 Avenue of the Americas New York, New York 10020 T: (212) 906-1200 F: (212) 751-4864 christopher.harris@lw.com thomas.giblin@lw.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. (sued as KASBANK Depositary Trust Company Conc Theta Multistar Low Volatility Fund a/k/a KDTC Conc Theta Multistar Low Volatility Fund)* |
| 193. | 1. Chelsea Trust Company Limited<br><br>2. Karen Lefcourt Trust | 19cv4785 | 22-2389 | 12-01138 | **HERBERT SMITH FREEHILLS NEW YORK LLP**<br>Scott S. Balber<br>Jonathan C. Cross<br>450 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>T: (917) 542-7600<br>Scott.Balber@hsf.com<br>Jonathan.Cross@hsf.com<br><br>*Attorneys for Chelsea Trust Company Limited Karen Lefcourt Trust* |
| 194. | Banca Cesare Ponti SPA | 19cv4788<br>21cv4001 | 22-2435<br>22-2589 | 12-01140 | David J. Mark<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1990<br><br>*Attorney for Banca Cesare Ponti S.p.A* |
| 195. | Citibank Korea Inc. | 19cv5109<br>21cv3998 | 22-2398<br>22-2582 | 12-01142 | Richard A. Cirillo<br>Cirillo Law Office<br>246 East 33rd Street # 1<br>New York, NY 10016 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | T: +1 917-541-6778 E: richard@cirillo-law.com<br><br>*Attorney for Citibank Korea Inc., HSBC Seoul Branch, Korea Exchange Bank, National Bank of Kuwait, and NBK Banque Privée (Suisse) S.A.* |
| 196. | Centre College | 19cv4789 | 22-2179 | 12-01143 | Andrew P. Propps 787 Seventh Avenue New York, NY 10019 T: (212) 839-5300 F: (212) 839-5559 apropps@sidley.com<br><br>*Attorney for Centre College* |
| 197. | Bank Hapoalim B.M., London | 19cv4782 21cv3972 | 22-2385 22-2524 | 12-01144 | **HERBERT SMITH FREEHILLS NEW YORK LLP** Scott S. Balber Jonathan C. Cross 450 Lexington Avenue, 14th Floor New York, NY 10017 T: (917) 542-7600 Scott.Balber@hsf.com Jonathan.Cross@hsf.com<br><br>*Attorneys for Bank Hapalim B.M., London* |
| 198. | Gates Charitable Trust | 19cv4979 21cv3966 | 22-2227 22-2525 | 12-01145 | FREJKA PLLC Elise S. Frejka 415 East 52nd Street | Suite 3 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, New York 10022<br>T: (212) 641-0800<br>F: (212) 641-0820<br>efrejka@frejka.com<br><br>*Attorneys for Gates Charitable Trust* |
| 199. | Portobelo Advisors Inc. | 19cv4798<br>21cv3957 | 22-2180<br>22-2526 | 12-01146 | **BAST AMRON LLP**<br>Jeffrey P. Bast, Esq.<br>Jaime B. Leggett, Esq.<br>One Southeast Third Avenue,<br>Suite 2410<br>Miami, FL 33131<br>Telephone: 305.379.7904<br>Facsimile: 786.206.8740<br>Email: jbast@bastamron.com<br>Email: jleggett@bastamron.com<br><br>*Attorneys for Portobelo Advisors Inc.* |
| 200. | 1. Banque Degroof Petercam Luxembourg S.A.<br><br>2. Fidessa Alpha Fund | 19cv4853<br>21cv3953 | 22-2223<br>22-2518 | 12-01147 | Gary J. Mennitt<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10038<br>T: 212-698-3831<br>F: 212-314-0011<br>gary.mennitt@dechert.com<br><br>*Attorneys for Banque Degroof Petercam Luxembourg S.A. and Fidessa Alpha Fund* |
| 201. | Banca Popolare dell'Alto Adige S.p.A. | 19cv4864<br>21cv3952 | 22-2374<br>22-2645 | 12-01148 | Robert Sidorsky<br>Russo PLLC |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 350 Fifth Ave., Suite 7230 New York, New York 10118 T: (212) 363-2000 F: (347) 507-2378 rsidorsky@russopllc.com *Attorneys for Banca Popolare dell'Alto Adige S.p.A., formerly known as Banca Popolare dell'Alto Adige Soc. coop. pa.* |
| 202. | Clarks Fork Foundation | 19cv4930 21cv3940 | 22-2117 22-2643 | 12-01150 | Joshua A. Dunn 1633 Broadway, 31st Floor New York, New York 10119 T: +1 212 407 7700 F: +1 212 407 7799 jdunn@vedderprice.com *Attorneys for Clarks Fork Foundation* |
| 203. | Hua Nan Commercial Bank, Ltd. | 19cv5112 21cv3939 | 22-2411 22-2498 | 12-01153 | Benjamin A. Fleming Hogan Lovells US LLP 390 Madison Avenue New York, New York 10017 benjamin.fleming@hoganlovells.com *Counsel for Hua Nan Commercial Bank, Ltd* |
| 204. | Kiangsu Chekiang and Shanghai Residents (H.K.) Association | 19cv4986 | 22-2202 | 12-01155 | Dwight Yellen CHIDATMA LEX GROUP 205 Hudson Street -7th Floor New York, New York, 10013 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 212.903-4546<br><br>*Attorneys for Defendants Kiangsu Chekiang and Shanghai Residents (H.K.) Association* |
| 205. | Banque Baring Brothers Sturdza SA | 19cv4933<br>21cv2495 | 22-2144<br>22-2495 | 12-01157 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>Kent A. Yalowitz<br>Daniel R. Bernstein<br>Lucas B. Barrett<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>Email: kent.yalowitz@arnoldporter.com<br>Email: daniel.bernstein@arnoldporter.com<br>Email: lucas.barrett@arnoldporter.com<br><br>-and-<br><br>Scott B. Schreiber<br>Rosa J. Evergreen (to be admitted *pro hac vice*)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000 |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Email: scott.schreiber@arnoldporter.com Email: rosa.evergreen@arnoldporter.com *Counsel for Banque Baring Brothers Sturdza SA (now known as Banque Eric Sturdza SA)* |
| 206. | FS/Bank Leumi Israel | 19cv4934 21cv3907 | 22-2199 22-2486 | 12-01158 | Elliot Moskowitz Andrew Ditchfield Davis Polk & Wardwell LLP 450 Lexington Avenue New York, NY 10017 Tel: 212-450-4000 Fax: 212-701-5800 elliot.moskowitz@davispolk.com andrew.ditchfield@davispolk.com *Attorneys for FS/Bank Leumi Israel* |
| 207. | Delta S.P.A. | 19cv4941 21cv3905 | 22-2127 22-2485 | 12-01162 | Gary J. Mennitt Dechert LLP 1095 Avenue of the Americas New York, New York 10038 T: 212-698-3831 F: 212-314-0011 gary.mennitt@dechert.com *Attorneys for Delta S.P.A.* |
| 208. | KAS Depository Trust Company, AKA KAS BANK Effectenbewaarbedrijf N.V | 19cv5115 21cv3901 | 22-2423 22-2511 | 12-01163 | Christopher Harris Thomas J. Giblin Latham & Watkins LPP |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | 1271 Avenue of the Americas New York, New York 10020 T: (212) 906-1200 F: (212) 751-4864 christopher.harris@lw.com thomas.giblin@lw.com *Attorneys for KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V.* |
| 209. | 1. Public Bank (Hong Kong) Limited 2. Public Bank Nominees Limited | 19cv4944 21cv3767 | 22-2171 22-2483 | 12-01164 | Alex R. Rovira Andrew P. Propps 787 Seventh Avenue New York, NY 10019 T: (212) 839-5300 F: (212) 839-5559 arovira@sidley.com apropps@sidley.com *Attorneys for Public Bank (Hong Kong) Limited F/K/A Asia Commercial Bank, Public Bank Nominees Limited* |
| 210. | 1. Hinduja Bank (Switzerland) SA, FKA Amas Bank (Switzerland) Ltd. 2. Banca Commerciale Lugano | 19cv4962 21cv3759 | 22-2371 22-2432 | 12-01185 | Charles Cummings Baker & McKenzie LLP 452 Fifth Avenue New York, NY 10018 *Attorneys for Hinduja Bank (Switzerland) SA, FKA Amas Bank* |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 211. | Banque Havilland S.A., FKA Banco Popolare Di Verona E Novara Luxembourg S.A. | 19cv4963 21cv3754 | 22-2408 22-2426 | 12-01187 | *(Switzerland) Ltd. and Banca Commerciale Lugano*<br><br>James R. Warnot, Jr.<br>Brenda D. DiLuigi<br>Linklaters LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br><br>*Attorneys for Banque Havilland S.A.* |
| 212. | Jared Trading Limited/BVI | 19cv4965 | 22-2194 | 12-01264 | John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Jared Trading Limited/BVI* |
| 213. | Barclays Bank SA Madrid | 19cv4967 21cv3753 | 22-2215 22-2409 | 12-01265 | Marc J. Gottridge<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>T: 917-542-7600<br>F: 917-542-7601<br>marc.gottridge@hsf.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Caixabank S.A. as successor by merger to Barclays Bank S.A., misnamed as "Barclays Bank SA Madrid"* |
| 214. | HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities (Panama) SA), FKA Banistmo Securities | 19cv4985 21cv3692 | 22-2249 22-2501 | 12-01270 | Cleary Gottlieb Steen & Hamilton LLP<br><br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities (Panama) SA), FKA Banistmo Securities* |
| 215. | Hontai Life Insurance Company Limited | 19cv4988 21cv3686 | 22-2204 22-2457 | 12-01271 | Laura R. Hall<br>Jonathan Cho<br>Allen & Overy LLP<br>1221 Avenue of the Americas, |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | New York, NY 10020<br>T: (212) 610 6300s<br>F: (212) 610 6399<br>laura.hall@allenovery.com<br>jonathan.cho@allenovery.com<br><br>*Attorneys for Hontai Life Insurance Company Limited* |
| 216. | Schroders Italy SIM SpA | 19cv4990<br>21cv3670 | 22-2209<br>22-2422 | 12-01272 | Martin Crisp<br>Andrew Devore<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>T: (212) 596-9000<br>F: (212) 596-9090<br>martin.crisp@ropesgray.com<br>andrew.devore@ropesgray.com<br><br>*Attorneys for Schroders Italy SIM SpA* |
| 217. | Banca Profilo SPA | 19cv4994<br>21cv3666 | 22-2273<br>22-2417 | 12-01285 | |
| 218. | Banco General SA Banca Privada | 19cv5019<br>21cv3549 | 22-2302<br>22-2437 | 12-01286 | Joshua E. Abraham<br>BUTZEL LONG, P.C.<br>477 Madison Avenue, Suite 1230<br>New York, New York 10022<br>(212) 374-5370<br>abraham@butzel.com<br><br>*Attorney for Banco General SA Banca Privada* |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 219. | 1. CAIS Bank<br>2. Calyon Paris | 19cv5153 | 22-2467 | 12-01288 | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorney for CAIS Bank and Calyon Paris* |
| 220. | Dreadnought Finance OY | 19cv5020<br>21cv3531 | 22-2247<br>22-2615 | 12-01289 | DEBEVOISE & PLIMPTON LLP<br>Jyotin Hamid<br>(jhamid@debevoise.com)<br>Sandy Tomasik<br>(stomasik@debevoise.com)<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>*Attorneys for Dreadnought Finance OY* |
| 221. | HSBC International Trustee Limited | 19cv5024<br>21cv3528 | 22-2300<br>22-2618 | 12-01290 | Cleary Gottlieb Steen & Hamilton LLP<br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com |

# Exhibit C

|  | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
|  |  |  |  |  | jkay@cgsh.com |
|  |  |  |  |  | Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC International Trustee Limited* |
| 222. | Alok Sama | 19cv5034 | 22-2290 | 12-01294 | WOLLMUTH MAHER & DEUTSCH LLP<br>Philip R. Schatz<br>500 Fifth Avenue<br>New York, NY 10110<br>T: 212-382-3300<br>F: 212-382-0050<br>C: 917-757-5467<br>pschatz@wmd-law.com<br><br>*Attorneys for Alok Sama* |
| 223. | Bank J. Safra Sarasin AG, FKA Bank Sarasin & Cie | 19cv5040 | 22-2359 | 12-01295 | Jeffrey T. Scott<br>Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: scottj@sullcrom.com<br>E-mail: finna@sullcrom.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 224. | John E. Niederhuber IRA | 19cv5056 | 22-2268 | 12-01296 | *Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*<br><br>Katherine R. Catanese<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 338-3496<br>Facsimile: (212) 687-2329<br>kcatanese@foley.com<br><br>*Counsel for Defendant-Appellee John E. Niederhuber IRA, et. al.* |
| 225. | 1. Cititrust Bahamas Limited<br><br>2. Don Chimango SA | 19cv5106<br>21cv3526 | 22-2502<br>22-2553 | 12-01298 | Amiad Kushner<br>SEIDEN LAW GROUP LLP<br>322 Eighth Avenue, Suite 1704<br>New York, NY 10001<br>akushner@seidenlawgroup.com<br><br>*Attorneys for Don Chimango SA*<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W. |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Cititrust Bahamas Limited* |
| 226. | Itaú Bank & Trust Cayman, Ltd., FKA Unicorp Bank & Trust Ltd. | 19cv5110<br>21cv3519 | 22-2401<br>22-2602 | 12-01301 | Jeffrey Resetarits<br>Randall Martin<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7174<br>Email:<br>Jeffrey.Resetarits@Shearman.com<br>Email:<br>Randall.Martin@Shearman.com<br><br>*Attorneys for Defendant Itaú Bank & Trust Cayman, Ltd.* |
| 227. | Atlantic Security Bank | 19cv5118 | 22-2412 | 12-01550 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Scott B. Schreiber<br>Rosa J. Evergreen (to be admitted *pro hac vice*)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Email:<br>scott.schreiber@arnoldporter.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | Email: rosa.evergreen@arnoldporter.com<br><br>-and-<br><br>Kent A. Yalowitz<br>Daniel R. Bernstein<br>Lucas B. Barrett<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>Email: kent.yalowitz@arnoldporter.com<br>Email: daniel.bernstein@arnoldporter.com<br>Email: lucas.barrett@arnoldporter.com<br><br>*Attorneys for ASB Bank Corp. (as successor by merger to Atlantic Security Bank)* |
| 228. | BNP Paribas España, FKA Fortis Bank (España) | 19cv4415<br>21cv3493 | 22-2151<br>22-2581 | 12-01551 | Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas España, FKA Fortis Bank (España)* |
| 229. | 1. HSH Nordbank Securities S.A., NKA HCOB Securities S.A.<br><br>2. Wegelin & Company | 19cv5220<br>21cv3488 | 22-2477<br>22-2453 | 12-01555 | David M. Schlecker<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>T: 212-521-5400<br>F: 212-521-5450<br>dschlecker@reedsmith.com<br><br>*Attorneys for HSH Nordbank Securities S.A., now known as HCOB Securities S.A.*<br><br>Anne E. Railton<br>Valerie A. Haggans<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212-813-8800<br>F: 212-355-3333<br>ARailton@goodwinlaw.com<br>VHaggans@goodwinlaw.com<br><br>*Attorneys for Defendant-Appellee Wegelin & Company / Wen AG* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 230. | 1. HSBC Bank Bermuda Limited<br><br>2. Somers Nominees (Far East) Limited | 19cv4418<br>21cv3478 | 22-2159<br>22-2419 | 12-01556 | Cleary Gottlieb Steen & Hamilton LLP<br><br>Jeffrey A. Rosenthal<br>Joseph M. Kay<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br>jkay@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Bank Bermuda Limited and Somers Nominees (Far East) Limited* |
| 231. | First Gulf Bank | 19cv5223<br>21cv3472 | 22-2440<br>22-2415 | 12-01567 | George M. Chalos<br>Briton P. Sparkman<br>Chalos & Co, P.C.<br>55 Hamilton Avenue<br>Oyster Bay, NY 11771<br>(516) 714-4300<br>(516) 750-9051<br>gmc@chaloslaw.com<br>bsparkman@chaloslaw.com |

Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 232. | ABN AMRO Global Custody Services N.V. (sued as Fortis Global Custody Services NV) | 19cv5117 21cv3421 | 22-2410 22-2372 | 12-01568 | *Attorneys for First Gulf Bank*<br><br>Christopher Harris<br>Thomas J. Giblin<br>Latham & Watkins LPP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 906-1200<br>F: (212) 751-4864<br>christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for ABN AMRO Global Custody Services N.V. (sued as Fortis Global Custody Services NV)* |
| 233. | Goldman Sachs & Co. LLC (sued as "FS/GSCO London" and "FS/GSCO New York" in 19cv4771 (S.D.N.Y.) and in 22-2404 (2d Cir.) and sued as "GSCO London" and "GSCO New York" in 21cv3407 (S.D.N.Y.) and in 22-2351 (2d Cir.)) | 19cv4771 21cv3407 | 22-2404 22-2351 | 12-01569 | Daniel H. Tabak<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>T: 212-957-7600<br>F: 212-957-4514<br>dtabak@cohengresser.com<br><br>*Attorneys for Goldman, Sachs & Co. LLC* |
| 234. | ABN AMRO Retained Services (Cayman) Limited (sued as Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited) | 19cv5154 | 22-2478 | 12-01571 | Christopher Harris<br>Thomas J. Giblin<br>Latham & Watkins LPP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>T: (212) 906-1200<br>F: (212) 751-4864 |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | christopher.harris@lw.com<br>thomas.giblin@lw.com<br><br>*Attorneys for Fortis Bank Cayman Limited n/k/a/ ABN AMRO Fund Services Bank (Cayman) Limited* |
| 235. | Barclays Private Bank & Trust (Channel Islands) Limited | 19cv4773<br>21cv3249 | 22-2185<br>22-2433 | 12-01599 | Marc J. Gottridge<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>T: 917-542-7600<br>F: 917-542-7601<br><br>marc.gottridge@hsf.com<br><br>*Attorneys for Zedra Trust Company (Jersey) Limited, formerly known as Barclays Private Bank & Trust Limited, misnamed as "Barclays Private Bank & Trust (Channel Islands) Limited"* |
| 236. | Hyposwiss Private Bank Geneve S.A. | 19cv5157 | 22-2407 | 12-01600 | |
| 237. | NN Investment Partners B.V. (sued as Select Absolute Strategies SICAV) | 19cv5228 | 22-2441 | 12-01601 | James R. Warnot, Jr.<br>Brenda D. DiLuigi<br>Linklaters LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br><br>*Attorneys for Select Absolute Strategies SICAV* |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| 238. | 1. Essex 21 Limited<br>2. Essex 17 Limited<br>3. DMC (HD) Limited<br>4. Hyperion (HD) Limited | 19cv5238 | 22-2448 | 12-01716 | Joshua E. Abraham<br>BUTZEL LONG, P.C.<br>477 Madison Avenue, Suite 1230<br>New York, New York 10022<br>(212) 374-5370<br>abraham@butzel.com<br>*Attorney for Essex 21 Limited, Essex 17 Limited, DMC (HD) Limited, Hyperion (HD) Limited* |
| 239. | Liongate Multistrategy Fund SEG Portfolio | 19cv5119 | 22-2414 | 12-01763 | Marc L. Greenwald<br>Eric M. Kay<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>marcgreenwald@quinnemanuel.com<br>erickay@quinnemanuel.com<br><br>*Attorneys for Liongate Multistrategy Fund SEG Portfolio* |
| 240. | RBC Investor Services Bank SA, FKA RBC Dexia Investor Services Bank SA | 19cv5240 | 22-2532 | 16-01214 | Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>T: 212-940-8800<br>F: 212-940-8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com |

# Exhibit C

| | Defendants-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellees |
|---|---|---|---|---|---|
| | | | | | *Attorneys for RBC Investor Services Bank SA, FKA RBC Dexia Investor Services Bank SA* |
| 241. | 1. Citco Global Custody N.V.<br><br>2. Citco Global Custody (N.A.) N.V.<br><br>3. CGC NA<br><br>4. Citco Banking Corporation N.V.<br><br>5. Citco Bank Nederland N.V.<br><br>6. Citco Bank Nederland N.V. Dublin Branch<br><br>7. Citco Group Limited | 21cv3259 | 22-2444 | 19-01122 | Andrew G. Gordon<br>Gregory F. Laufer<br>Jonathan H. Hurwitz<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>T: 212-373-3543<br>F: 212-492-0543<br>agordon@paulweiss.com<br>glaufer@paulweiss.com<br>jhurwitz@paulweiss.com<br><br>*Attorneys for Citco Global Custody N.V., Citco Global Custody (N.A.) N.V., CGC NA, Citco Banking Corporation N.V., Citco Bank Nederland N.V., Citco Bank Nederland N.V. Dublin Branch, and Citco Group Limited* |